JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America *ex rel.* Matthew Miller, Donald K. Bake, and Saad Khan,<br><br>　　　　　Plaintiff/Relators,<br><br>　　　v.<br><br>ManPow, LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-05418-VAP-ADSx<br><br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *United States of America ex rel. Matthew Miller, Donald K. Bake, and Saad Khan v. ManPow, LLC*, 2:21-cv-05418-VAP-ADSx, is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:　1/3/24

　　　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge