1  Michael S. Lowe (Bar No. 173664)
       michael.lowe@troutman.com
2  TROUTMAN PEPPER HAMILTON
   SANDERS LLP
3  Two California Plaza
   350 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071
   Telephone: 213.928.9800
5
   Callan G. Stein (admitted *pro hac vice*)
6      callan.stein@troutman.com
   TROUTMAN PEPPER HAMILTON
7  SANDERS LLP
   High Street Tower
8  125 High Street, 19th Floor
   Boston, MA  02110-2736
9  Telephone: 617.204.5103

10 [Defendant's Additional Counsel Listed on
   Next Page]
11
   Attorneys for Defendant ManPow. LLC
12

13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

15                         **WESTERN DIVISION**

| | |
|---|---|
| 16 UNITED STATES OF AMERICA *ex rel.* MATTHEW MILLER, DONALD K. BAKE, AND SAAD KHAN | Case No.:  2:21-cv-05418-VAP-ADS |
| 17 | Hon. Virginia A. Phillips |
| 18 | **NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES** |
| 19            Plaintiffs, | |
| 20      vs. | |
| 21 MANPOW, LLC, | Date:      February 26, 2024 |
| 22            Defendant. | Time:      11:00 a.m. |
| | Place:     Courtroom 6A |
| 23 | [Concurrently filed with Memorandum and Points of Authorities; Declaration of Michael S. Lowe; [Proposed] Order] |
| 24 | |
| 25 | |
| 26 | |

27

28

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

1    ADDITIONAL COUNSEL:

2    Avrohom C. Einhorn (admitted *pro hac vice*)
         avrohom.einhorn@troutman.com
3    TROUTMAN PEPPER HAMILTON SANDERS LLP
     3000 Two Logan Square
4    Eighteenth and Arch Streets
     Philadelphia, PA  19103-2799
5    Telephone: 215.981.4000

6    Kevin A. Crisp (Bar No. 261023)
         kevin.crisp@haynesboone.com
7    HAYNES BOONE LLP
     600 Anton Boulevard
8    Suite 700
     Costa Mesa, CA  92626
9    Telephone: 949.202.3044

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on February 26, 2024, at 11:00 a.m. or as soon thereafter as the matter may be heard, on the 6th Floor of the First Street Courthouse, located at 350 West 1st Street, Los Angeles, CA 90012, before the Honorable Virginia A. Phillips, Defendant ManPow LLC ("ManPow") will and hereby does move for reasonable attorneys' fees and expenses pursuant to 31 U.S.C. § 3730(d)(4) in the above-captioned matter, on the grounds that *Qui Tam Plaintiffs* Matthew Miller, Donald Bake, and Saad Khan's ("Relators") Second Amended Complaint and defense thereof was clearly frivolous, clearly vexatious, and brought primarily for purposes of harassment.

This motion is made following ManPow's attempt to hold a conference of counsel pursuant to Local Rule 7-3. On January 9, 2024, ManPow informed Relators by email that it intended to file the instant motion, summarized substantive arguments in support thereof, and offered to meet and confer to further discuss the motion and bases in support thereof. Despite ManPow's invitation that the parties meet and confer at Relators' convenience on January 9 or January 10, Relators failed to respond to ManPow until January 12, 2024, when they simply stated by email that they would oppose the motion.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the accompanying declaration of Michael S. Lowe, all other pleadings and records on file in this case, and any argument at the hearing of this matter.

Dated:      January 17, 2024             TROUTMAN PEPPER HAMILTON SANDERS, LLP

                                         By: /s/Michael S. Lowe
                                             Michael S. Lowe

                                         Attorney for Defendant ManPow, LLC