# EXHIBIT 13

```
 1            UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
 2                  WESTERN DIVISION

 3   UNITED STATES OF AMERICA   )
     ex rel. MATTHEW MILLER,    )
 4   DONALD K. BAKE, AND SAAD   )   CASE NO.
     KHAN,                      )   2:21-cv-05418-VAP-ADS
 5                              )
           Plaintiffs,          )
 6                              )
     v.                         )
 7                              )
     MANPOW, LLC,               )
 8                              )
           Defendant.           )
 9   _____)

10

11

12        REMOTE VIDEO-RECORDED ORAL DEPOSITION OF

13                    MATTHEW MILLER

14               TUESDAY, AUGUST 8, 2023

15

16

17

18

19

20

21

22   REPORTED BY:

23   MICHAEL E. MILLER, FAPR, RDR, CRR

24   California CSR #13649

25
```

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 3 of 18   Page ID #:11718

Deposition of Matthew Miller                                    United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

1   REMOTE VIDEO-RECORDED ORAL DEPOSITION OF
2   MATTHEW MILLER, produced as a witness at the
3   instance of the Defendant and duly sworn, was taken
4   in the above-styled and numbered cause on the
5   above-referenced date from 2:10 p.m. to
6   3:50 p.m. PDT before Michael E. Miller, FAPR, RDR,
7   CRR, California CSR #13649, reported by real-time
8   stenographic means at the location of the witness,
9   Long Beach, California, pursuant to the Federal
10  Rules of Civil Procedure.

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 4 of 18   Page ID #:11719

Deposition of Matthew Miller United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

```
 1  REMOTE APPEARANCES:

 2         KESSELMAN BRANTLY STOCKINGER LLP
           BY:  MAJED DAKAK, ESQUIRE
 3              mdakak@kbslaw.com
           1230 Rosecrans Avenue
 4         Suite 400
           Manhattan Beach, California 90266
 5         (310)307-4555
           Counsel for Plaintiffs
 6


 7         TROUTMAN PEPPER HAMILTON SANDERS LLP
           BY:  CHRISTINE MACGREGOR, ESQUIRE
 8
           christine.macgregor@troutman.com
 9         3000 Two Logan Square
           Eighteenth and Arch Streets
10         Philadelphia, Pennsylvania 19103
           (215)981-4442
11         Counsel for Defendant

12


13  VIDEOGRAPHER/EXHIBIT TECHNICIAN:

14         JAMES JARMON
           Everest Court Reporting LLC
15

16

17

18

19

20

21

22

23

24

25
```

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 5 of 18   Page ID #:11720

Deposition of Matthew Miller                United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

```
 1                          INDEX
 2                      MATTHEW MILLER
 3                      August 8, 2023
 4
 5    APPEARANCES                                         3
 6    PROCEEDINGS                                         7
 7
 8  EXAMINATION OF MATTHEW MILLER:
 9         BY MS. MacGREGOR                               8
10
11    CERTIFICATE                                        67
12
13
14
15             LITIGATION SUPPORT INDEX            PAGE
16   Instruction Not To Answer                           18
17
18
19
20
21
22
23
24
25
```

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 6 of 18   Page ID #:11724

Deposition of Matthew Miller — United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

|   | DEPOSITION EXHIBITS | |
|---|---|---|
| NUMBER | | MARKED |
| Exhibit 1 | Complaint | 19 |
| Exhibit 2 | Declaration of Majed Dakak in Support of Relators' Motion for Leave to File an Amended Complaint | 24 |
| Exhibit 3 | Declaration of Ryan Davis in Support of Relators' Motion: 1. To Modify Scheduling Order [Dkt. 41]; and 2. For Leave to File a Second Amended Complaint | 31 |
| Exhibit 4 | Relators Matthew Miller, Donald K. Bake, and Saad Khan's Combined Responses to Defendant's First Sets of Requests for Admissions | 34 |
| Exhibit 5 | PPP Borrower Application Form, MILLERQUITAM000391 – MILLERQUITAM000394 | 39 |
| Exhibit 6 | Confidentiality and Proprietary Rights Agreement, ManPow_006532 – ManPow_006542 | 46 |

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 7 of 18   Page ID #:11722

Deposition of Matthew Miller

United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

|   |   |   |   |
|---|---|---|---|
| 1 | | DEPOSITION EXHIBITS | |
| 2 | Exhibit 7 | Independent Contractor | 49 |
| 3 | | Agreement, ManPow_006543 - | |
| 4 | | ManPow_006553 | |
| 5 | Exhibit 8 | Relators' Supplemental | 57 |
| 6 | | Disclosures | |
| 7 | Exhibit 9 | Relators' Initial Disclosures | 58 |

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 8 of 18   Page ID #:11723

Deposition of Matthew Miller — United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

1  A. So I received both 1099s and W-2s
2  simultaneously while I was at New Western.  The
3  lion's share of the income came from an Investex
4  entity, and that was my real income, but I did have
5  a small salary coming from ManPow as well.  Is
6  that --
7  Q. Is it -- sorry.  I cut you off.
8  So you said you had a small salary on a
9  W-2, a W-2 salary that came from ManPow?
10  A. Yes.
11  Q. Okay.  Great.
12  Do you recall when the complaint in the
13  False Claims Act, this case, was filed?
14  A. The original complaint?
15  Q. Yes.
16  A. If you could pull it up I can give you
17  the exact date.  I know you guys have it in the
18  exhibits.
19  Q. Sure.  We can pull that up in a minute.
20  I was just wondering if you recalled for now.  But
21  I'll pull it up when I have questions on it.
22  Prior to filing the complaint, did you
23  have any conversations about the complaint with
24  Mr. Bake when your attorney or government attorneys
25  were not present?

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 9 of 18   Page ID #:11724

Deposition of Matthew Miller — United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

1  counsel, with the DoJ in this case.  Are you asking
2  about those or...
3       Q.   I'm asking generally if you've reviewed
4  any of the documents that were specifically produced
5  by ManPow in response to your discovery requests.
6       A.   I did -- I have reviewed some documents
7  with either my attorney or the DoJ present that were
8  produced during the discovery requests.
9       Q.   And to be clear, I'm not looking for
10 anything regarding your communications with your
11 attorneys or with government attorneys related to
12 those.  I was just asking if you had reviewed them.
13           Do you know -- sitting here, do you
14 remember if you have looked at any of ManPow's bank
15 statements?
16      A.   I don't recall looking at any of ManPow's
17 bank statements.
18      Q.   Do you recall if you have reviewed any
19 P&Ls for ManPow?
20      A.   I don't recall specifically reviewing
21 P&Ls for ManPow.
22      Q.   Do you recall reviewing any P&Ls for the
23 New Western regional offices?
24      A.   I don't recall reviewing P&Ls for the
25 Western regional offices.

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 10 of 18
Page ID #:11735
Deposition of Matthew Miller                United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

```
 1  BY MS. MacGREGOR:
 2      Q.   Okay.  Why don't we -- could we pull up
 3  Tab E, please, and mark that as Exhibit 1.
 4              (Whereupon, Miller Deposition
 5           Exhibit 1, Complaint, was marked for
 6           identification.)
 7  BY MS. MacGREGOR:
 8      Q.   And could you scroll down a little bit,
 9  just so -- okay.  Great.  And sorry, back up, now,
10  please.
11           Mr. Miller, does this refresh your
12  recollection on when the original complaint in this
13  case was filed?
14      A.   I see the date as July 2nd, 2021.
15      Q.   And why did you decide to file the case
16  at this point, the complaint at this point?
17      A.   Could you rephrase?
18              MR. DAKAK:  Yeah, I'm going to
19         just -- sorry -- object.  Actually, why don't
20         you rephrase and that way you don't have to
21         ask the question again.
22  BY MS. MacGREGOR:
23      Q.   Why did you decide to file this complaint
24  on July 2nd, 2021?
25              MR. DAKAK:  Mr. Miller, so I'm going
```

Case 2:21-cv-05418-DSF-ADS  Document 205-13  Filed 01/17/24  Page 11 of 18
Page ID #:11726
Deposition of Matthew Miller
United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

1  to object based on privilege, and just follow
2  the instruction:  To the extent you're going
3  to elicit attorney-client communication or
4  communication you had with the government on
5  when this complaint gets filed, the sealed
6  version of the complaint gets filed, the
7  government attorneys, the Department of
8  Justice, do not respond to that.
9        To the extent you have formed
10 independent knowledge or information or a
11 belief outside of those communications, you
12 can go ahead and respond.
13        THE WITNESS:  The question one more
14 time?
15        MS. MacGREGOR:  Sure.
16        Mike Miller, could you please read
17 back the question.
18            -----------
19        (The following portion of the record
20    was read.)
21        QUESTION:  And why did you decide to
22    file the case at this point, the
23    complaint at this point?
24        (End of readback.)
25            -----------

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 12 of 18
Page ID #:11737

Deposition of Matthew Miller                United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

1  A. It's privileged.
2  BY MS. MacGREGOR:
3  Q. Could we go to paragraph 48 in the
4  complaint. I believe it's page 12 of the PDF.
5  Mr. Miller, could you please read the
6  first sentence of this paragraph 48.
7  A. ManPow's application, however, was false
8  in a more significant way. As described above,
9  ManPow has little or no actual employment expenses.
10 It has shifted the risk and responsibility for any
11 such costs to the unaffiliated PSCs and the general
12 managers acting as independent contractors. To the
13 extent that ManPow records employment costs on its
14 books, it does so knowing that other entities and
15 individuals are contractually obligated to reimburse
16 ManPow for these costs, and it does so knowing in
17 practice such reimbursements are regularly received.
18 Q. Do you have any independent knowledge,
19 independent of conversations with counsel or with
20 the Department of Justice, about whether the phrase
21 "actual employment expenses" appears in any PPP
22 regulation or guidance?
23 A. Can you restate the specific question
24 again.
25 Q. Do you have any independent knowledge

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 13 of 18
Page ID #:11728

Deposition of Matthew Miller                      United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

1  allowances for separation or dismissal; payment for
2  the provision of employee benefits, consisting of
3  group healthcare coverage, including insurance
4  premiums and retirement; payment of state and local
5  taxes assessed on compensation of employees, and for
6  an independent contractor or sole proprietor, wage,
7  commissions, income or net earnings from
8  self-employment or similar compensation.
9       Q.   Do you agree that this definition of
10 payroll costs includes salary and wages?
11      A.   I see both salary and wages listed on
12 this document.
13      Q.   Could we go back to Exhibit 4, please,
14 and could we go to Request for Admission 20.
15           Mr. Miller, could you please read Request
16 for Admission No. 20?
17      A.   Request for Admission No. 20:  For
18 purposes of the PPP, ManPow was not required to
19 exclude from the definition of payroll costs
20 compensation that it paid to employees that was
21 reimbursed by a third party.
22      Q.   Can you read the Response to Request for
23 Admission No. 20?
24      A.   Response to Request for Admission No. 20:
25 Denied.

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 14 of 18
Page ID #:11739
Deposition of Matthew Miller
United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

1    Q.    We can go back to the PPP loan form if
2 you would like.  Why don't we just -- could we go
3 back to Exhibit 5 so he has it in front of him.
4          Does the word "reimbursement" appear in
5 this definition of payroll costs?
6    A.    I don't see it in that paragraph.
7    Q.    Go back to Exhibit 4, please, and go to
8 Request for Admission 23.
9          Mr. Miller, could you please read Request
10 for Admission No. 23?
11   A.    Request for Admission No. 23:  ManPow did
12 not count any of the employees listed on Sherman
13 Bridge Alt Fund's PPP application in its own PPP
14 applications.
15   Q.    Please read the response.
16   A.    Response to Request for Admission No. 23:
17 Denied.
18   Q.    What is the factual basis for your denial
19 of Request for Admission No. 23?
20   A.    It's privileged.
21   Q.    Let's go to 24.
22         Could you please read Request for
23 Admission No. 24.
24   A.    Request for Admission No. 24:  ManPow did
25 not count any compensation any Sherman Bridge Alt

Case 2:21-cv-05418-DSF-ADS  Document 205-13  Filed 01/17/24  Page 15 of 18
Page ID #:11730
Deposition of Matthew Miller                             United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

1  some part of your personal knowledge that is
2  independent of privileged communications?
3      A.   When I was an employee, it felt like
4  ManPow probably had more than 41 employees, and
5  that's the only thing that wasn't privileged, when I
6  was an employee at New Western.
7      Q.   Do you know why a company would list
8  fewer employees on their PPP loan application than
9  it actually had?
10              MR. DAKAK:  Objection, calls for
11        speculation, personal knowledge, incomplete
12         hypothetical.
13              You can answer.
14      A.   I don't want to guess.
15 BY MS. MacGREGOR:
16      Q.   Could we pull up Tab O, please, and mark
17 that as Exhibit 6.
18              (Whereupon, Miller Deposition
19           Exhibit 6, Confidentiality and
20           Proprietary Rights Agreement,
21           ManPow_006532 - ManPow_006542, was marked
22           for identification.)
23 BY MS. MacGREGOR:
24      Q.   Mr. Miller, do you recognize this
25 document?

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 16 of 18
Page ID #:11731
Deposition of Matthew Miller                United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

```
 1      Q.    Do you know who is the employee under
 2  this agreement?
 3            MR. DAKAK:  Objection, asks for a
 4       legal contention.
 5            You can answer.
 6      A.    It lists the employee as me and the
 7  employer group as ManPow, its subsidiaries and
 8  corporate affiliates.
 9  BY MS. MacGREGOR:
10      Q.    Great.
11            So we know the employee, we know the
12  employer group, and then who is the employer?
13      A.    ManPow, its subsidiaries and the other
14  corporate affiliates.
15      Q.    That's the employer group, right?
16      A.    I -- in function, I've always thought of
17  them interchangeably as New Western.
18      Q.    Okay.  I'm just talking about this --
19  understanding this paragraph, because it looks like
20  there's three different groups called out, right, an
21  employer, an employee, and an employee group.
22      A.    I see that.
23      Q.    Okay.  So you are the employee, correct?
24      A.    Yes.
25      Q.    And then ManPow, a Texas limited
```

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 17 of 18
Page ID #:11732
Deposition of Matthew Miller                                         United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

```
 1   testimony.  I'd have to have Mr. Miller read it
 2   back, but I -- I got most of my paycheck from
 3   Investex, which is what mattered to me the most when
 4   I was there.
 5        Q.    So is United Investex one of the entities
 6   that is under the New Western Acquisitions umbrella?
 7        A.    From my understanding, yes.
 8        Q.    Were you ever asked to sign an employment
 9   contract with ManPow?
10        A.    I believe my employment contract for my
11   salary was with ManPow.  I've signed multiple
12   agreements and versions of agreements over the years
13   of being at the org, and the entity that was -- that
14   I was signed -- that the company was being
15   represented by has changed on those different
16   documents.  I'd need to bring the docs up to refresh
17   my memory on the specifics.
18        Q.    Could we pull up Tab A.
19              (Whereupon, Miller Deposition
20               Exhibit 8, Relators' Supplemental
21               Disclosures, was marked for
22               identification.)
23   BY MS. MacGREGOR:
24        Q.    Mr. Miller, do you recognize this
25   document?
```

Case 2:21-cv-05418-DSF-ADS   Document 205-13   Filed 01/17/24   Page 18 of 18
Page ID #:11738
Deposition of Matthew Miller                United States of America ex rel. Matthew Miller, et al. v. ManPow, LLC

```
 1                C E R T I F I C A T E

 2

 3        I, MICHAEL E. MILLER, FAPR, RDR, CRR, Notary

 4   Public, do hereby certify:

 5        That MATTHEW MILLER, the witness whose

 6   deposition is hereinbefore set forth, was duly sworn

 7   by me and that such deposition is a true record of

 8   the testimony given by such witness;

 9        That pursuant to FRCP Rule 30, signature of

10   the witness was not requested by the witness or

11   other party before the conclusion of the deposition;

12        I further certify that I am not related to any

13   of the parties to this action by blood or marriage,

14   and that I am in no way interested in the outcome of

15   this matter.

16        IN WITNESS WHEREOF, I have hereunto set my

17   hand on August 16, 2023.

18
          Michael E. Miller
19   _____
     Michael E. Miller
20   Fellow of the Academy of Professional Reporters
     Registered Diplomate Reporter
21   Certified Realtime Reporter
     Notary Public
22   My Commission Expires 7/9/2024

23

24

25
```