KESSELMAN BRANTLY STOCKINGER LLP
Majed Dakak (SBN 271875)
*mdakak@kbslaw.com*
Mark Paluch (SBN 229202)
*mpaluch@kbslaw.com*
Ryan Davis (SBN 308557)
*rdavis@kbslaw.com*
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
Phone: (310) 307-4555
Fax: (310) 307-4570

*Attorneys for Relators* MATTHEW MILLER, DONALD K. BAKE, AND SAAD KHAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA *ex rel.* MATTHEW MILLER, DONALD K. BAKE, AND SAAD KHAN,

Plaintiffs,

vs.

MANPOW, LLC, a Texas Limited Liability Corporation,

Defendant.

Case No. 2:21-cv-05418-VAP-ADSx

The Honorable Virginia A. Phillips

**RELATORS' OBJECTIONS TO DEFENDANT MANPOW LLC'S BILLING ENTRIES**

Hearing Date: February 26, 2024
Time: 11:00 a.m.
Place: Courtroom 6A

Complaint Filed: 07/02/2021
Complaint Unsealed: 06/16/2022
Second Amended Complaint: 06/26/2023

Relators Matthew Miller, Donald K. Bake, and Saad Khan hereby submit their Objections to Defendant ManPow LLC's billing entries, which are attached hereto and incorporated herein.

DATED: February 10, 2024

Respectfully submitted,

KESSELMAN BRANTLY STOCKINGER LLP
MAJED DAKAK
MARK PALUCH
RYAN DAVIS

By: */s/ Majed Dakak*
Majed Dakak

*Attorneys for Relators*
MATTHEW MILLER, DONALD K. BAKE, AND SAAD KHAN

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K. Crisp | 07/01/22 | Strategy and analysis re motion to dismiss and REDACTED | 1.7 | 1.7 | Vague, excessive. | Fails to articulate what strategy and analysis was performed, unclear what the redacted work consisted of, and excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K. Jones | 07/01/22 | Analyze complaint and REDACTED | 1.0 | 1.0 | Vague, excessive. | Fails to articulate what analysis was performed, unclear what the redacted work consisted of, and excessive to have 3 partners bill to analyze the Complaint. |
| K. Jones | 07/01/22 | Conference call with REDACTED to REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate who was on the call and what was discussed. |
| C. Stein | 07/02/22 | Analyze FCA complaint and begin to outline research needed for REDACTED | 1.6 | 1.6 | Vague, excessive. | Fails to articulate what analysis was performed, unclear what the redacted work consisted of, and excessive to have 3 partners bill to analyze the Complaint. |
| K. Crisp | 07/05/22 | Strategy and analysis re REDACTED | 1.2 | 1.2 | Vague, excessive. | Fails to articulate what analysis was performed, unclear what the redacted work consisted of, and excessive to have 3 partners bill to analyze the Complaint. |
| A. Einhorn | 07/05/22 | Discuss complaint REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate what was discussed and with whom. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K. Jones | 07/05/22 | Obtain extension of response date to complaint from opposing counsel. | 0.1 | | | |
| K. Jones | 07/05/22 | Internal strategy session to REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what was discussed and with whom. |
| C. Stein | 07/05/22 | Outline REDACTED and call with K. Jones and K. Crisp re same. | 1.0 | 1.0 | Vague. | Fails to articulate what was outlined and discussed between three partners. |
| K. Crisp | 07/05/22 | Draft and revise stipulation to extend responsive pleading deadline. | 0.7 | 0.4 | Excessive. | Excessive to have a partner spend 0.7 hours drafting a routine stipulation to extend the responsive pleading deadline. |
| A. Einhorn | 07/06/22 | Analyze complaint and REDACTED including discussion with C. Stein re REDACTED | 3.7 | 3.7 | Vague, excessive. | Fails to articulate what was analyzed and what the redacted work was, what was discussed, and it is excessive for now a fourth person to analyze the Complaint. |
| C. Stein | 07/06/22 | Outline research questions for motion to dismiss and call with A. Einhorn re same. | 2.1 | 2.1 | Vague. | Fails to articulate what research was outlined and whether it was appropriate. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A. Einhorn | 07/08/22 | Analyze REDACTED | 2.9 | 2.9 | Vague. | Fails to articulate what was analyzed. |
| C. Stein | 07/08/22 | Analyze complaint and draft REDACTED for REDACTED | 2.8 | 2.8 | Vague, excessive. | Fails to articulate what was drafted and for what purpose, and is yet another entry spent analyzing the Complaint. |
| K. Crisp | 07/11/22 | Strategy and analysis re REDACTED | 2.4 | 2.4 | Vague. | Fails to articulate what was done. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A. Einhorn | 07/11/22 | Draft analysis of REDACTED | 4.5 | 4.5 | Vague. | Fails to articulate what was done. |
| K. Jones | 07/11/22 | Prepare for, conduct interview of REDACTED on REDACTED | 2.0 | 2.0 | Vague. | Fails to articulate who was interviewed and for what purpose. |
| C. Stein | 07/11/22 | Prep for call REDACTED, and call with REDACTED | 2.0 | 2.0 | Vague. | Fails to articulate what was done. |
| K. Crisp | 07/12/22 | Review and analysis of key documents and articles re REDACTED | 1.2 | 1.2 | Vague. | Fails to articulate what was done. |
| A Einhorn | 07/12/22 | Analyze REDACTED including discussion with C. Stein re REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate what was done. |
| C. Stein | 07/12/22 | Call with A. Einhorn and analyze documents re REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate what was done. |
| A Einhorn | 07/13/22 | Analyze REDACTED and discussions with A. Hardy re research of REDACTED | 2.6 | 2.6 | Vague. | Fails to articulate what was done and what research was discussed. |
| A Hardy | 07/13/22 | Call with Avi Einhorn to discuss project assignment for REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate what was done. |
| A Einhorn | 07/18/22 | Draft motion to dismiss. | 1.1 | 1.1 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | excessive given Einhorn later began to draft outline of motion, suggesting this work was meaningless. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 07/19/22 | Draft analysis for C. Stein re REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate what was done. |
| A Einhorn | 07/21/22 | Analyze law re various arguments for motion to dismiss. | 3.6 | 3.6 | Vague. | Fails to articulate what was researched. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Hardy | 07/21/22 | Communicate with case team for updates on REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate what was discussed. |
| A Einhorn | 07/22/22 | Draft outline for motion to dismiss including discussion with C. Stein. | 2.7 | 2.7 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Hardy | 07/22/22 | Research legal issues and case law regarding REDACTED | 2.3 | 2.3 | Vague. | Fails to articulate what was researched. |
| A Hardy | 07/24/22 | Research client question regarding REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate what was researched. |
| A Einhorn | 07/25/22 | Work on analysis of Ninth Circuit | 2.6 | 2.6 | Vague. | Fails to articulate what was analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | law re REDACTED | | | | |
| A Einhorn | 07/25/22 | Draft motion to dismiss. | 6.2 | 6.2 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Hardy | 07/25/22 | Complete additional research into REDACTED | 1.6 | 1.6 | Vague. | Fails to articulate what was researched. |
| A Hardy | 07/25/22 | Complete additional research into REDACTED | 2.5 | 2.5 | Vague. | Fails to articulate what was researched. |
| A Hardy | 07/25/22 | Complete additional research into REDACTED. Provide summary of findings to Avi Einhorn and Callan Stein for review. | 1.5 | 1.5 | Vague. | Fails to articulate what was researched and summarized. |
| A Einhorn | 07/26/22 | Analyze Ninth Circuit law on REDACTED including discussion with C. Stein. | 1.7 | 1.7 | Vague. | Fails to articulate what was analyzed. |
| A Einhorn | 07/27/22 | Strategize arguments for motion to dismiss including meeting with C. Stein and A. Hardy re the same. | 1.6 | 1.6 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also excessive to strategize arguments are significant |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | drafting was already performed. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 07/27/22 | Analyze client documents re REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate what was analyzed. |
| A Einhorn | 07/27/22 | Draft motion to dismiss | 5.9 | 5.9 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| C Stein | 07/27/22 | Analyze REDACTED and attention to potential Motion to Dismiss arguments. | 2.6 | 2.6 | Vague, excessive. | Fails to articulate what was analyzed and vague as to "attention." Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 07/28/22 | Analyze Ninth circuit law re REDACTED | 2.3 | 2.3 | Vague. | Fails to articulate what was analyzed. |
| A Hardy | 07/28/22 | Call with Avi Einhorn and Callan Stein to discuss research findings and REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate what was discussed due to redaction and lack of specificity. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 07/29/22 | Continue to draft motion to dismiss | 5.4 | 5.4 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/01/22 | Work on finalizing draft motion to dismiss including correspondence with C. Stein. | 1.6 | 1.6 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/02/22 | Work on revisions to draft motion to dismiss including discussions with C. Stein. | 4.2 | 4.2 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| C Stein | 08/02/22 | Analyze complaint and outline motion to dismiss arguments. | 3.5 | 3.5 | Vague, excessive. | Fails to articulate what specific analysis was done, especially in light of the numerous earlier entries by Mr. Stein and others to analyze the Complaint. Also therefore excessive. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 08/02/22 | Conference with A Einhorn re draft of motion to dismiss | 0.7 | 0.7 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper “evidentiary exercise” instead of a pleading challenge. |
| A Einhorn | 08/03/22 | Finalize revisions to motion to dismiss including discussion with C Stein | 0.6 | 0.6 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper “evidentiary exercise” instead of a pleading challenge. |
| C Stein | 08/03/22 | Analyze and revise draft motion to dismiss | 1.1 | 1.1 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper “evidentiary exercise” instead of a pleading challenge. |
| A Einhorn | 08/04/22 | Work on revisions to draft motion to dismiss | 0.6 | 0.6 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper “evidentiary exercise” instead of a pleading challenge. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 08/04/22 | Draft and revise motion to dismiss | 4.9 | 4.9 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/05/22 | Work on revisions to draft brief | 0.4 | 0.4 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Jones | 08/05/22 | Analyze draft motion to dismiss for purposes of REDACTED | 2.0 | 2.0 | Vague, excessive. | Fails to articulate what was done. Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Jones | 08/05/22 | Meet and confer with relator's counsel regarding motion to dismiss as required by local rules. | 0.3 | 0.3 | Excessive. | Motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| C Stein | 08/05/22 | Finalize motion to dismiss, including call with K. Jones re same. | 3.6 | 3.6 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | attorneys work on it. Also, unclear whether work is administrative given the use of the word "finalize." Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| C Stein | 08/05/22 | Meet and confer with Relators' counsel and draft email to them re same. | 0.3 | 0.3 | Excessive. | Motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/08/22 | Analyze rules for motion to dismiss including discussion with C. Stein. | 1.2 | 1.2 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, unnecessary for an experienced attorney to "analyze rules" for a routine, regularly-filed motion. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/09/22 | Draft notice of motion and proposed order including discussion with C. Stein re REDACTED | 1.1 | 1.1 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Jones | 08/09/22 | Call with REDACTED to discuss REDACTED | 0.4 | 0.4 | Vague. | Fails to articulate who was on the call and what was discussed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 08/09/22 | Revise motion to dismiss and call with P. Hess re same | 3.8 | 3.8 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also excessive given the motion was already "finalized" on 8/5. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/10/22 | Work on finalizing draft brief and notice of motion to dismiss including discussion with C. Stein. | 0.8 | 0.8 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also excessive given motion was already "finalized" on 8/5 and may potentially be administrative work. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Crisp | 08/11/22 | Revise and edit motion to dismiss and related filings | 1.8 | 1.8 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also excessive given motion was already "finalized" on 8/5. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/11/22 | Discussion with C. Stein re draft motion to dismiss. | 0.2 | 0.2 | Excessive. | Excessive given motion was already "finalized" on 8/5. Also, motion to dismiss was denied as an |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | improper "evidentiary exercise" instead of a pleading challenge. |
| K Crisp | 08/12/22 | Revise, edit and finalize motion to dismiss papers | 2.4 | 2.4 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also excessive given motion was already "finalized" on 8/5 and may potentially be administrative work. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/12/22 | Work on draft motion to dismiss including final proofread and preparation for filing and discussion with K. Crisp and REDACTED re as filed copies. | 3.5 | 3.5 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also excessive given motion was already "finalized" on 8/5 and may potentially be administrative work. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| C Stein | 08/12/22 | Finalize Motion to Dismiss brief, and review and finalize Motion and filing notice. | 2.2 | 2.2 | Excessive. | Excessive when considering Defendant spent more than 57 total hours on its Motion to Dismiss and had at least 5 attorneys work on it. Also excessive given motion was already "finalized" on 8/5 and may potentially be administrative work. Also, motion to dismiss was denied as an improper |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/22/22 | Analyze opposition brief to motion to dismiss. | 1.7 | 1.7 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also vague as to analyze. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Crisp | 08/23/22 | Review and analysis of opposition to motion to dismiss | 0.9 | 0.9 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also vague as to analysis. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/23/22 | Strategize response to opposition brief including draft outline. | 2.3 | 2.3 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also vague as to strategize. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/23/22 | Research and analyze various legal issues for reply to opposition brief. | 4.4 | 4.4 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also vague as to what was researched. Also, motion to dismiss was denied as an improper |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/23/22 | Draft brief in reply to opposition to motion to dismiss. | 3.1 | 3.1 | Excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/24/22 | Revise and edit reply brief including correspondence re REDACTED and C. Stein re REDACTED. | 6.6 | 6.6 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also vague due to the redactions. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| C Stein | 08/24/22 | Analyze opposition and outline reply brief arguments, including call with A. Einhorn re same. | 1.7 | 1.7 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also vague as to analyze and excessive to outline reply arguments after substantial drafting was done. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/25/22 | Draft and revise reply brief. | 2.9 | 2.9 | Excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also, motion to |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/26/22 | Analyze and revise reply brief in further support of motion to dismiss including discussion with C. Stein. | 1.4 | 1.4 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Vague as to analyze. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| C Stein | 08/26/22 | Draft and revise reply brief. | 4.7 | 4.7 | Excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/28/22 | Correspondence with REDACTED re revisions to the reply brief including analysis of the same. | 0.3 | 0.3 | Vague, excessive. | Fails to articulate who was involved and what was discussed. Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Crisp | 08/29/22 | Revise, edit and finalize reply in support of motion to dismiss | 1.2 | 1.2 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also vague as to "finalize," which could be administrative work. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 08/29/22 | Conduct final proofread of reply brief in further support of motion to dismiss including finalizing for filing and correspondence with team. | 1.4 | 1.4 | Excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also excessive to have an attorney proofread a brief. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Jones | 08/29/22 | Analyze, comment on draft reply brief in further support of motion to dismiss. | 1.2 | 1.2 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also vague as to "analyze." Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| C Stein | 08/29/22 | Finalize reply brief. | 1.4 | 1.4 | Vague, excessive. | Excessive when considering Defendant spent more than 34 total hours on its Reply Brief and had at least 4 attorneys work on it. Also excessive to have multiple attorneys "finalize" the reply brief, and potentially administrative work. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 09/06/22 | Work on outline for oral argument including draft binder and discussion with C. Stein. | 2.1 | 2.1 | Excessive. | Excessive to have an attorney prepare a hearing binder. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Crisp | 09/07/22 | REDACTED and analysis re scheduling and motion to dismiss | 0.9 | 0.9 | Vague. | Fails to articulate what was analyzed, unclear what the redacted work consisted of. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 09/07/22 | Receive update from court re oral argument. | 0.1 | 0.1 | Excessive. | Motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Crisp | 09/14/22 | REDACTED and analysis re motion to dismiss order, discovery, and REDACTED. | 1.7 | 1.7 | Vague, excessive. | Fails to articulate what was analyzed, unclear what the redacted work consisted of. Excessive to have 5 attorneys bill to analyze one order. Motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 09/14/22 | Analyze court order denying motion to dismiss including REDACTED. | 0.6 | 0.6 | Vague, excessive. | Fails to articulate what was analyzed, unclear what the redacted work consisted of. Excessive to have 5 attorneys bill to analyze one order. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| K Jones | 09/14/22 | Analyze adverse opinion on motion to dismiss for purposes of REDACTED. | 0.5 | 0.5 | Vague, excessive. | Fails to articulate what was analyzed and for what purpose. Excessive to have 5 attorneys bill to analyze one order. Also, motion to |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| C Stein | 09/14/22 | Analyze order on motion to dismiss, email to team re REDACTED. | 0.7 | 0.7 | Vague, excessive. | Fails to articulate what was analyzed and for what purpose, as well as what was discussed. Excessive to have 5 attorneys bill to analyze one order. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| A Einhorn | 09/16/22 | Work on draft answer to complaint. | 1.8 | | | |
| A Einhorn | 09/17/22 | Continue to work on draft answer to complaint. | 2.2 | | | |
| A Einhorn | 09/19/22 | Strategize REDACTED. | 0.4 | 0.4 | Vague. | Unclear what the redacted work consisted of. |
| K Jones | 09/19/22 | Comment on REDACTED. | 0.3 | 0.3 | Vague. | Fails to articulate what was commented on, unclear what the redacted work consisted of. |
| C Stein | 09/19/22 | Analyze REDACTED, call with REDACTED re REDACTED. | 0.8 | 0.8 | Vague. | Fails to articulate what was analyzed, who was called, and what was discussed. |
| A Einhorn | 09/20/22 | Discuss research of REDACTED with A. Hardy. | 0.5 | 0.5 | Vague. | Fails to articulate what was researched. |
| A Einhorn | 09/21/22 | Revise and edit answer, including discussion with C. Stein. | 1.8 | | | |
| C Stein | 09/21/22 | Analyze complaint and revise answer and | 2.1 | 1.5 | Excessive. | Excessive to again analyze the Complaint. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | affirmative defenses. | | | | |
| A Einhorn | 09/22/22 | Analyze law re REDACTED and draft email to REDACTED. | 2.1 | 2.1 | Vague. | Fails to articulate what was analyzed, who was involved, and what was discussed. |
| A Hardy | 09/22/22 | Follow up on research questions regarding REDACTED. | 0.9 | 0.9 | Vague. | Fails to articulate what was researched. |
| A Hardy | 09/22/22 | Follow up on research questions regarding REDACTED. | 1.0 | 1.0 | Vague. | Fails to articulate what was researched. |
| A Hardy | 09/22/22 | Conduct research on REDACTED and draft summary of findings. | 2.3 | 2.3 | Vague. | Fails to articulate what was researched. |
| C Stein | 09/22/22 | Attention to answer and REDACTED | 0.5 | 0.5 | Vague. | Unclear what the redacted work consisted of and vague as to “attention.” |
| K Crisp | 09/23/22 | REDACTED and analysis re written discovery and REDACTED | 1.8 | 1.8 | Vague. | Fails to articulate what was analyzed, unclear what the redacted work consisted of. |
| A Einhorn | 09/23/22 | REDACTED including discussion with C Stein re REDACTED | 0.7 | 0.7 | Vague. | Fails to articulate what was discussed, unclear what the redacted work consisted of. |
| C Stein | 09/23/22 | Attention to answer and emails with REDACTED re same. | 1.6 | 1.6 | Vague. | Fails to articulate what was discussed and who was involved, and vague as to “attention.” |
| C Stein | 09/23/22 | Analyze REDACTED and REDACTED. | 1.1 | 1.1 | Vague. | Fails to articulate what was analyzed, unclear what the redacted work consisted of. |
| K Crisp | 09/26/22 | REDACTED and analysis re answer to complaint and | 1.2 | 1.2 | Vague. | Fails to articulate what was analyzed, unclear what the redacted work consisted of. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | discovery issues | | | | |
| C Stein | 09/26/22 | Call with REDACTED and Kevin Crisp re answer and discovery. | 0.5 | 0.5 | Vague. | Fails to articulate what was discussed. |
| A Hardy | 09/27/22 | Draft first set of interrogatory requests. | 3.4 | 1.7 | Excessive. | Excessive to have 4 attorneys draft one set of interrogatories. |
| C Stein | 09/27/22 | Finalize answer and interrogatory responses, draft email to REDACTED re same. | 2.7 | 2.0 | Excessive. | Excessive given the amount of time already spent drafting the answer and one set of discovery requests (not responses, which appears to be a typo). Excessive to have 4 attorneys draft one set of interrogatories. |
| K Crisp | 09/28/22 | Revise and edit responsive pleading and written discovery | 1.4 | 1.4 | Vague, excessive. | Fails to articulate what exactly was worked on; excessive to have multiple partners revising Answer and simple interrogatories. Excessive to have 4 attorneys draft one set of interrogatories. |
| A Einhorn | 09/28/22 | Analyze draft interrogatories and answer including discussions with C. Stein and A. Hardy re finalization. | 2.6 | 2.6 | Excessive. | Excessive given the amount of time already spent drafting and finalizing the answer and to have 4 attorneys draft interrogatories. |
| A Hardy | 09/28/22 | Internal communications with Cal Stein and Avi Einhorn discussing REDACTED. | 0.3 | 0.3 | Vague. | Fails to articulate what was discussed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 09/28/22 | Attention to answer and interrogatories. | 0.6 | 0.6 | Vague, excessive. | Fails to articulate what work was performed, and excessive in light of earlier entries on these topics. |
| K Crisp | 09/30/22 | REDACTED analysis re discovery plan | 0.8 | 0.8 | Vague. | Fails to articulate what was analyzed. |
| K Crisp | 10/04/22 | REDACTED and analysis re discovery plan and initial disclosures | 0.7 | 0.7 | Vague. | Fails to articulate what redacted work was performed. |
| A Hardy | 10/04/22 | Conduct research on REDACTED . | 3.2 | 3.2 | Vague. | Fails to articulate what was researched. |
| A Hardy | 10/04/22 | Call with Cal Stein to discuss new research request. | 0.1 | 0.1 | Vague. | Fails to articulate what research was discussed. |
| C Stein | 10/04/22 | Responding to Relators' issues re discovery and call with K. Crisp re same. | 0.5 | 0.5 | Vague. | Fails to articulate what was discussed. |
| K Crisp | 10/05/22 | Correspondence with opposing counsel re early case management issues | 0.6 | 0.6 | Vague. | Fails to articulate what was discussed. |
| A Hardy | 10/05/22 | Conduct research regarding REDACTED . | 1.0 | 1.0 | Vague. | Fails to articulate what was researched. |
| C Stein | 10/05/22 | Analyze REDACTED research and emails with opposing counsel re same. | 0.7 | 0.7 | Vague. | Fails to articulate what was researched. |
| K Crisp | 10/07/22 | REDACTED analysis re responsive pleading and early discovery | 0.8 | 0.8 | Vague. | Fails to articulate what was analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K Crisp | 10/12/22 | REDACTED analysis re REDACTED discovery issues | 0.8 | 0.8 | Vague. | Fails to articulate what was analyzed. |
| K Crisp | 10/14/22 | REDACTED analysis re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what was analyzed. |
| A Hardy | 10/14/22 | Update discovery drafts and file management documents. | 1.3 | 1.3 | Vague, excessive. | Fails to articulate which drafts were updated and excessive if working on same, earlier set of only interrogatories. |
| A Hardy | 10/14/22 | Meet with opposing counsel to discuss trial deadlines. | 0.5 | | | |
| A Hardy | 10/14/22 | Strategy and analysis re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate what was analyzed. |
| C Stein | 10/14/22 | Prepare for Rule 26 conference and attend Rule 26 conference. | 0.9 | | | |
| K Crisp | 10/17/22 | Strategy and analysis re protective order and joint report | 0.8 | 0.8 | Vague. | Fails to articulate what was analyzed. |
| A Hardy | 10/17/22 | Communicate with internal legal assistant to discuss trial dates. | 0.1 | | | |
| A Hardy | 10/17/22 | Strategy re REDACTED . | 0.9 | 0.9 | Vague. | Fails to articulate what strategy was discussed or with whom. |
| A Hardy | 10/18/22 | Conduct research on REDACTED and update drafted Stipulated Protective Order. | 3.7 | 3.7 | Vague. | Fails to articulate what research was conducted. |
| K Crisp | 10/19/22 | Review and analysis of written discovery requests, | 1.2 | 1.2 | Vague, excessive. | Fails to articulate what work was performed. Excessive to perform even further work on first set of discovery requests. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | protective order, and joint report | | | | |
| A Hardy | 10/19/22 | Finalize edits to draft Stipulated Protective Order. | 0.5 | | | |
| C Stein | 10/19/22 | Attention to protective order draft, emails with opposing counsel re same. | 1.6 | 1.6 | Vague. | Fails to articulate what work was performed. |
| C Stein | 10/20/22 | Analyze discovery requests and call with REDACTED re same | 2.5 | 2.5 | Vague. | Fails to articulate what was analyzed or with whom. |
| A Hardy | 10/21/22 | Conduct research into REDACTED. | 0.4 | 0.4 | Vague. | Fails to articulate what was researched. |
| A Hardy | 10/21/22 | Conduct research into REDACTED. | 1.8 | 1.8 | Vague. | Fails to articulate what was researched. |
| A Hardy | 10/24/22 | Research REDACTED. | 2.0 | 2.0 | Vague. | Fails to articulate what was researched. |
| A Hardy | 10/24/22 | Conduct research on REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate what was researched. |
| A Hardy | 10/24/22 | Edit draft documents for discovery pleadings. | 0.4 | 0.4 | Vague. | Fails to articulate which documents were edited. |
| A Hardy | 10/25/22 | Communicate with Cal Stein on case status. | 0.2 | | | |
| C Stein | 10/25/22 | Attention to meeting with REDACTED. | 1.2 | 1.2 | Vague. | Fails to articulate what work was performed or what meeting was regarding. |
| A Hardy | 10/26/22 | Conduct research and draft analysis on REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate what was researched. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Hardy | 10/26/22 | Conduct research and draft analysis on REDACTED | 5.7 | 5.7 | Vague. | Fails to articulate what was researched. |
| K Crisp | 10/27/22 | Review and analysis of joint report and early case issues | 0.7 | 0.7 | Vague. | Fails to articulate which case issues were analyzed. |
| A Hardy | 10/27/22 | Conduct research and draft analysis on REDACTED | 0.9 | 0.9 | Vague. | Fails to articulate what was researched. |
| A Hardy | 10/28/22 | Research local rule requirements for Joint Report and edit draft documents REDACTED . | 3.7 | 3.7 | Vague. | Fails to articulate which redacted documents were edited. |
| C Stein | 10/28/22 | Attention to joint report to court and emails with Relators' counsel re same. | 1.0 | 1.0 | Vague. | Fails to articulate what work was performed. |
| A Hardy | 10/31/22 | Meeting with Cal Stein and REDACTED to discuss Joint Report. | 0.5 | 0.5 | Vague. | Fails to articulate who was part of the meeting. |
| A Hardy | 10/31/22 | Call with REDACTED to schedule meeting regarding REDACTED . | 0.1 | 0.1 | Vague. | Fails to articulate who was on the call or what the purpose of the meeting was. |
| A Hardy | 10/31/22 | Meet with Cal Stein to discuss case updates and REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate what was discussed in the meeting. |
| A Hardy | 10/31/22 | Draft email requesting expertise on REDACTED and field responses. | 0.3 | 0.3 | Vague. | Fails to articulate the subject of the email. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Hardy | 10/31/22 | Schedule conferences to discuss REDACTED with various colleagues. | 0.5 | 0.5 | Vague. | Fails to articulate purpose of scheduling meetings. |
| A Hardy | 10/31/22 | Review filings and finalize with opposing counsel. | 1.0 | 1.0 | Vague, excessive. | Vague as to what was done and appears to be administrative work. |
| A Hardy | 10/31/22 | Call with Amy Williams to discuss REDACTED. | 0.1 | 0.1 | Vague. | Fails to articulate what was discussed on the call. |
| A Hardy | 10/31/22 | Communicate with opposing counsel regarding filing drafts and edits. | 0.3 | | | |
| A Hardy | 10/31/22 | Communicate with opposing counsel regarding filing drafts and edits. | 0.4 | 0.4 | Excessive. | Appears to be duplicative of prior entry. |
| C Stein | 10/31/22 | Attention to REDACTED, outline strategy re same. | 2.4 | 2.4 | Vague. | Fails to articulate what redacted work was performed. |
| C Stein | 10/31/22 | Call with REDACTED re joint report, and updating joint report re same. | 1.2 | 1.2 | Vague. | Fails to articulate who was on the call. |
| K Crisp | 11/01/22 | Review and analysis of REDACTED and protective order | 0.8 | 0.8 | Vague. | Fails to articulate what was analyzed. |
| A Hardy | 11/01/22 | Research REDACTED. | 0.3 | 0.3 | Vague. | Fails to articulate what redacted material was analyzed. |
| C Stein | 11/01/22 | Call with Mike Lowe re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what was discussed on the call. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 11/01/22 | Draft responses to discovery. | 2.5 | | | |
| M Lowe | 11/02/22 | Analyze Miller, Bake, and Khan FCA complaint, motion to dismiss complaint, order denying motion to dismiss complaint REDACTED | 1.7 | 1.7 | Vague, excessive. | Fails to articulate what redacted work was performed. Excessive for yet another attorney to analyze these documents. Also, motion to dismiss was denied as an improper "evidentiary exercise" instead of a pleading challenge. |
| M Lowe | 11/02/22 | Call with REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate who was called or what was discussed. |
| M Lowe | 11/02/22 | Email to REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate who was emailed or what was discussed. |
| C Stein | 11/02/22 | Attention to REDACTED and email REDACTED re same | 0.6 | 0.6 | Vague. | Fails to articulate what redacted work was performed. |
| A Hardy | 11/03/22 | Conduct research on REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what redacted research was performed. |
| C Stein | 11/03/22 | Attention to protective order, including communications with counsel re same. | 0.8 | 0.8 | Vague. | Fails to articulate what work was performed. |
| K Crisp | 11/04/22 | Strategy and analysis re scheduling conference, REDACTED and REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what redacted work was performed. |
| A Hardy | 11/04/22 | Draft stipulated protective order. | 2.8 | 2.8 | Excessive. | Excessive in light of earlier entries on this topic. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Hardy | 11/04/22 | Edit initial disclosure documents. | 0.6 | | | |
| M Lowe | 11/04/22 | Strategy and analysis re REDACTED and re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what redacted material was analyzed. |
| C Stein | 11/04/22 | Call re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what was discussed. |
| C Stein | 11/04/22 | Attention to protective order revisions by opposing counsel, revisions to same, and meet and confer with opposing counsel re same. | 1.8 | 1.8 | Vague. | Fails to articulate what work was performed. |
| K Crisp | 11/07/22 | Review initial disclosures | 0.3 | 0.3 | Vague, excessive. | Vague as to what work was actually done and excessive given other entries on this topic. |
| A Hardy | 11/07/22 | Review initial disclosure documents to REDACTED. | 0.4 | 0.4 | Vague. | Fails to articulate what redacted work was performed. |
| C Stein | 11/07/22 | Review and revise initial disclosures. | 0.9 | 0.9 | Excessive. | Excessive given other entries on this topic. |
| A Hardy | 11/08/22 | Draft initial disclosure filings, communicate with opposing counsel to serve disclosures. | 0.4 | 0.4 | Excessive. | Excessive given other entries on this topic and because work is administrative. |
| A Hardy | 11/10/22 | Review changes from opposing counsel on protective order and implement updates from Cal Stein. | 1.0 | 1.0 | Excessive. | Excessive amount of work spent on protective order. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 11/10/22 | Attention to protective order and negotiations with opposing counsel re same. | 1.4 | 1.4 | Vague, excessive. | Fails to articulate what work was performed. Excessive amount of work spent on protective order. |
| A Einhorn | 11/11/22 | REDACTED and work on responses and objections to document requests including correspondence with opposing counsel re extension. | 5.4 | 5.4 | Vague. | Fails to articulate what redacted work was performed. |
| A Hardy | 11/11/22 | Draft responses to Relator's discovery requests. | 3.2 | 1.6 | Excessive. | Excessive amount of time spent responding to discovery. |
| C Stein | 11/11/22 | Strategy and analysis re status updates and REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what redacted work was performed. |
| A Einhorn | 11/14/22 | Work on responses and objections to interrogatories. | 4.2 | 2.1 | Excessive. | Excessive amount of time spent responding to discovery. |
| A Einhorn | 11/14/22 | Analyze initial disclosures and relators' first production. | 2.9 | 1.5 | Excessive. | Excessive amount of time analyzing 400-page production and short disclosures. |
| M Lowe | 11/14/22 | Email to REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate what the email was about or to whom it was sent. |
| C Stein | 11/15/22 | Further attention to protective order and email to REDACTED re same. | 0.5 | 0.5 | Vague, excessive. | Fails to articulate what work was performed. |
| C Stein | 11/15/22 | Attention to discovery responses. | 1.9 | 1.9 | Vague, excessive. | Fails to articulate what work was performed, excessive when considering Defendant spent more than 63 total |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | hours on its Discovery Responses and had at least 5 attorneys work on it. |
| A Einhorn | 11/16/22 | Work on revisions to discovery responses including REDACTED and correspondence re the same. | 1.3 | 1.3 | Vague, excessive. | Fails to articulate what redacted work was performed, excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. |
| C Stein | 11/16/22 | Analyze discovery responses and protective order and email to REDACTED re same, and revise responses re same. | 1.5 | 1.5 | Vague, excessive. | Fails to articulate what work was performed, unclear who was emailed or why, excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. |
| A Einhorn | 11/17/22 | Analysis re discovery responses and work on finalization of papers. | 0.2 | 0.2 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Also sounds like administrative work. |
| K Crisp | 11/18/22 | REDACTED analysis re discovery and REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate what redacted material was analyzed and for what purpose. |
| A Hardy | 11/18/22 | Revise and edit discovery responses. | 1.7 | 1.3 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. |
| K Crisp | 11/21/22 | Review and analysis of protective order | 0.3 | 0.3 | Excessive. | Excessive to have so many attorneys work on protective order. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 11/21/22 | Work on discovery responses and finalizing PO. | 0.3 | 0.3 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive work on protective order. Appears to be administrative work. |
| A Hardy | 11/21/22 | Analysis re proposed protective order. | 0.1 | 0.1 | Vague, excessive. | Fails to articulate what work was performed or for what reason. |
| A Hardy | 11/21/22 | Review final draft of discovery responses, implement final edits, and serve on opposing counsel. | 1.2 | 1.2 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Also appears to be administrative work. |
| K Crisp | 11/22/22 | Review and analysis of plaintiffs' interrogatory responses and objections | 1.8 | 1.8 | Excessive. | Excessive amount of time, with other entries, to review responses to one set of interrogatories. |
| A Einhorn | 11/22/22 | Analyze responses to interrogatories including discussions with opposing counsel and team re document production and next steps. | 1.6 | 1.6 | Excessive. | Excessive amount of time, with other entries, to review responses to one set of interrogatories. |
| C Stein | 11/22/22 | Emails re discovery responses and emails with opposing counsel re same. | 1.1 | 0.8 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 11/23/22 | Correspondence with opposing counsel re filing of PO. | 0.1 | | | |
| A Einhorn | 11/28/22 | Work on document production and analyze discovery deficiency letter from opposing counsel. | 0.8 | 0.8 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 11/29/22 | Analyze REDACTED including discussion re discovery deficiency letter. | 0.6 | 0.6 | Vague. | Fails to articulate what redacted material was analyzed. |
| A Hardy | 11/29/22 | Draft updated discovery responses REDACTED. | 2.1 | 2.1 | Vague, excessive. | Fails to articulate what redacted work was performed, excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| K Crisp | 11/30/22 | Review and analysis of meet and confer correspondence and REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate what redacted work was performed. |
| A Einhorn | 11/30/22 | Analyze issues in discovery letter and correspondence with opposing counsel re meet and confer. | 2.8 | 2.8 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Hardy | 11/30/22 | Review relator's discovery objections for REDACTED . | 1.1 | 1.1 | Vague, excessive. | Fails to articulate purpose of analysis. Excessive amount of time, with other entries, to review responses to one set of interrogatories. |
| K Crisp | 12/02/22 | Strategy and analysis re discovery dispute | 0.8 | 0.8 | Vague. | Faisl to articulate what specific work was performed. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 12/02/22 | Work on and revise chart of REDACTED . | 2.2 | 2.2 | Vague. | Fails to articulate the subject or purpose of the chart. |
| A Hardy | 12/02/22 | Review Relator's responses and objections to interrogatories, compile chart of REDACTED . | 4.0 | 4.0 | Vague, excessive. | Fails to articulate the subject or purpose of the chart. Excessive amount of time, with other entries, to review responses to one set of interrogatories. |
| A Einhorn | 12/05/22 | Prepare for and attend meet and confer including follow up with opposing counsel REDACTED re next steps. | 3.4 | 3.4 | Vague. | Fails to articulate what redacted work was performed. |
| A Hardy | 12/05/22 | Review Relator's requests for production and REDACTED compile document chart for REDACTED, review REDACTED | 6.2 | 6.2 | Vague, excessive. | Fails to articulate the subject or purpose of the chart or what redacted material was reviewed. Excessive amount of time, with other entries, to review responses to one set of interrogatories. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 12/05/22 | Prepare for and participate in discovery conference with opposing counsel, and then follow up calls with A. Einhorn and REDACTED re same. | 3.6 | 3.6 | Vague. | Fails to articulate who was called or for what purpose. |
| A Einhorn | 12/06/22 | Draft amended responses and objections to discovery requests to reflect meet and confer. | 5.1 | 5.1 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 12/06/22 | Analyze documents for production and discovery responses including discussion with REDACTED and internal team. | 3.8 | 3.8 | Vague, excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. |
| A Einhorn | 12/07/22 | Work on amended discovery responses and proposed document production including discussions with A. Hardy and C. Stein re the same. | 5.2 | 5.2 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 12/08/22 | Correspondence with REDACTED re REDACTED. | 0.5 | 0.5 | Vague. | Fails to articulate who was called or for what purpose. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 12/09/22 | Strategize next steps for document production and REDACTED including preparation and follow up re the same. | 1.8 | 1.8 | Vague. | Fails to articulate what redacted work was performed. |
| A Hardy | 12/09/22 | Review and redact REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate what redacted material was reviewed. |
| C Stein | 12/09/22 | Attention to discovery responses and document production, including call with A. Einhorn re same. | 1.9 | 1.9 | Vague, excessive. | Fails to articulate what work was performed, excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. |
| A Einhorn | 12/12/22 | Revise amended responses and review document production including correspondence with REDACTED re the same. | 3.6 | 3.6 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Hardy | 12/12/22 | Serve amended discovery documents with Relator's counsel. | 0.1 | 0.1 | Excessive. | Administrative work. |
| A Hardy | 12/12/22 | Review and revise amended discovery documents. | 1.3 | 1.3 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 12/12/22 | Analyze and revise amended discovery responses, including call with A. Einhorn re same. | 1.8 | 1.8 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 12/13/22 | Work on strategy to REDACTED including discussions with A. Hardy re the same. | 1.3 | 1.3 | Vague. | Fails to articulate what redacted work was performed. |
| A Hardy | 12/13/22 | Draft documents and proposed order for sealing of motion to dismiss. | 2.4 | 2.4 | Excessive. | Excessive to bill to seal documents that Defendant publicly filed, and extreme amount of time for simple stipulation. |
| A Einhorn | 12/14/22 | REDACTED including revisions to draft proposed order and draft communications to deputy court clerks. | 2.9 | 2.9 | Vague. | Fails to articulate what redacted work was performed. |
| A Hardy | 12/14/22 | Draft stipulation to seal documents. | 0.9 | 0.9 | Excessive. | Excessive to bill to seal documents that Defendant publicly filed, and extreme amount of time for simple stipulation. |
| A Hardy | 12/14/22 | Coordinate REDACTED . | 0.4 | 0.4 | Vague. | Fails to articulate what redacted work was performed. |
| A Einhorn | 12/15/22 | Work on draft stipulation and proposed order including | 1.8 | 1.8 | Excessive. | Excessive to bill to seal documents that Defendant publicly filed, and extreme |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | discussion with opposing counsel. | | | | amount of time for simple stipulation. |
| A Hardy | 12/15/22 | Review and revise draft documents of stipulation to seal. | 0.1 | 0.1 | Excessive. | Excessive to bill to seal documents that Defendant publicly filed, and extreme amount of time for simple stipulation. |
| A Hardy | 12/15/22 | Edit and revise stipulated order to seal. | 0.9 | 0.9 | Excessive. | Excessive to bill to seal documents that Defendant publicly filed, and extreme amount of time for simple stipulation. |
| A Einhorn | 12/16/22 | Work on revisions to final stipulation and order to seal unredacted documents. | 1.1 | 1.1 | Excessive. | Excessive to bill to seal documents that Defendant publicly filed, and extreme amount of time for simple stipulation. |
| A Einhorn | 12/19/22 | Work on filing of joint stipulation to seal unredacted documents. | 0.3 | 0.3 | Excessive. | Excessive to bill to seal documents that Defendant publicly filed, and extreme amount of time for simple stipulation. Appears to be administrative. |
| A Einhorn | 12/20/22 | Analyze court orders including calculation of key dates and discuss REDACTED . | 0.8 | 0.8 | Vague. | Fails to articulate what redacted material was discussed. |
| A Einhorn | 12/20/22 | Work on and analyze filing of joint stipulation to seal redacted documents. | 0.4 | 0.4 | Excessive. | Excessive to bill to seal documents that Defendant publicly filed, and extreme amount of time for simple stipulation. |
| A Einhorn | 12/29/22 | Analyze motion to compel and local rules re discovery motion. | 2.4 | 2.4 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 12/29/22 | Work on draft REDACTED including discussion with C. Stein. | 1.4 | 1.4 | Vague. | Fails to articulate what redacted document was drafted. |
| A Einhorn | 12/30/22 | Strategize contents of draft joint stipulation for motion to compel and next steps including correspondence with opposing counsel re response date | 0.7 | 0.7 | Vague. | Vague as to strategize. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| C Stein | 12/30/22 | Analyze schedule from Court and REDACTED, drafting recommendations re same. | 1.1 | 1.1 | Vague. | Fails to articulate what redacted material was analyzed. |
| C Stein | 12/30/22 | Attention to Relators' Motion to Compel discovery. | 1.0 | 1.0 | Vague, excessive. | Fails to articulate what work was done. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 01/02/23 | Draft joint stipulation in opposition to motion to compel. | 6.4 | 6.4 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| K Crisp | 01/03/23 | Strategy and analysis re discovery defenses and procedure | 1.3 | 1.3 | Vague, excessive. | Vague as to strategy and analysis. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 01/03/23 | Draft joint stipulation in opposition to motion to compel. | 5.2 | 5.2 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| M Lowe | 01/03/23 | Draft email to REDACTED. | 0.1 | 0.1 | Vague. | Fails to articulate who was emailed or for what purpose. |
| A Einhorn | 01/04/23 | Continue to work on draft joint stipulation in opposition to motion to compel including correspondence REDACTED. | 7.8 | 7.8 | Vague. | Fails to articulate subject or recipient of correspondence. Excessive amount of time to draft. |
| M Lowe | 01/04/23 | Call to REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate who was called or for what purpose. |
| C Stein | 01/04/23 | Attention to joint stipulation. | 0.8 | 0.8 | Vague. | Fails to articulate what work was performed. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 01/05/23 | Work on revisions to draft joint stipulation in opposition of motion to compel. | 5.8 | 5.8 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| A Einhorn | 01/05/23 | Draft declaration in opposition of motion to compel. | 0.7 | 0.7 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | responses and led the Court to compel further responses. |
| C Stein | 01/05/23 | Draft and revise joint stipulation, and call with A. Einhorn re same. | 3.5 | 3.5 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| C Stein | 01/05/23 | Call with REDACTED re REDACTED . | 0.6 | 0.6 | Vague. | Fails to articulate who was called or for what purpose. |
| K Crisp | 01/06/23 | Strategy and analysis re motion to compel defenses and procedures | 1.5 | 1.5 | Vague, excessive. | Vague as to strategy and analysis. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 01/06/23 | Incorporate revisions and finalize documents for joint stipulation including discussion with C. Stein and opposing counsel re the same. | 2.9 | 2.9 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| M Lowe | 01/06/23 | Emails to and review emails from REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate who was emailed or for what purpose. |
| A Einhorn | 01/09/23 | Analyze final version of joint stipulation including correspondence with opposing counsel. | 0.9 | 0.9 | Vague, excessive. | Vague as to analyze. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | to compel further responses. |
| Z Epstein | 01/09/23 | Analyze pleadings to REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate which pleadings were analyzed or for what purpose. |
| K Crisp | 01/10/23 | Revise and edit joint stipulation re discovery issues | 1.3 | 1.3 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| A Einhorn | 01/10/23 | Analyze filed stipulation and draft supplemental memo of law including correspondence with REDACTED and discussion with Z. Epstein re case background and next steps. | 1.6 | 1.6 | Vague. | Fails to articulate subject or recipient of correspondence. |
| A Einhorn | 01/10/23 | Draft supplemental memo of law in opposition to motion to compel. | 3.7 | 3.7 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| Z Epstein | 01/10/23 | Analyze joint stipulation pursuant to Relators' motion to compel discovery | 0.3 | 0.3 | Vague, excessive. | Vague as to analyze. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive for new attorney to work on motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 01/10/23 | Strategize potential arguments for REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate work performed. |
| A Einhorn | 01/11/23 | Research various issues for supplemental memo of law in opposition to motion to compel discovery. | 3.5 | 3.5 | Vague, excessive. | Fails to articulate what research was conducted. Excessive to research after substantial drafting was done. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 01/11/23 | Discuss strategy for REDACTED with M. Lowe and C. Stein including follow up with Z. Epstein. | 1.2 | 1.2 | Vague. | Fails to articulate work performed. |
| A Einhorn | 01/11/23 | Strategize and work on next steps including discovery hearing, settlement conference and PHV motions. | 1.2 | 1.2 | Vague, excessive. | Fails to articulate purpose of strategy. Billing for administrative work re: PHV motions. |
| Z Epstein | 01/11/23 | Strategize factual and legal arguments for REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate purpose of strategy. |
| M Lowe | 01/11/23 | Teams meeting with C. Stein, A. Einhorn, Z. to discuss case status and REDACTED | 0.7 | 0.7 | Vague. | Fails to articulate work performed. |
| M Lowe | 01/11/23 | Review notes and filings to prep for Teams call re REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 01/11/23 | Call with team re REDACTED . | 0.5 | 0.5 | Vague. | Fails to articulate work performed. |
| A Einhorn | 01/12/23 | Strategize REDACTED for REDACTED including discussion with Z. Epstein. | 0.8 | 0.8 | Vague. | Fails to articulate work performed. |
| Z Epstein | 01/12/23 | Strategize and draft arguments for REDACTED | 3.2 | 3.2 | Vague. | Fails to articulate work performed. |
| A Einhorn | 01/13/23 | Work on draft supplemental memo of law in opposition to motion to compel including correspondence with C. Stein re the same. | 1.8 | 1.8 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| Z Epstein | 01/13/23 | Strategize and draft REDACTED | 3.6 | 3.6 | Vague. | Fails to articulate work performed. |
| M Lowe | 01/13/23 | Emails to REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate subject or recipient of emails. |
| M Lowe | 01/14/23 | Email to A. Einhorn and Z. Epstein re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate subject of email. |
| Z Epstein | 01/15/23 | Strategize and draft REDACTED | 4.0 | 4.0 | Vague. | Fails to articulate what redacted document was drafted. |
| A Einhorn | 01/16/23 | Work on draft REDACTED. | 3.7 | 3.7 | Vague. | Fails to articulate what redacted document was drafted. |
| Z Epstein | 01/16/23 | Strategize and draft REDACTED | 1.8 | 1.8 | Vague. | Fails to articulate what redacted document was drafted. |
| A Einhorn | 01/17/23 | Work on REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate what redacted document was drafted. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 01/17/23 | Work on draft supplemental brief in opposition to Motion to Compel. | 0.6 | 0.6 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| Z Epstein | 01/17/23 | Strategize and draft REDACTED | 5.2 | 5.2 | Vague. | Fails to articulate what redacted document was drafted. |
| K Crisp | 01/18/23 | Revise and edit supplemental brief re motion to compel | 1.4 | 1.4 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| A Einhorn | 01/18/23 | Work on finalizing supplemental brief in opposition to motion to compel. | 1.1 | 1.1 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. Potentially administrative work. |
| A Einhorn | 01/18/23 | Discuss changes to draft REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what redacted document was drafted. |
| Z Epstein | 01/18/23 | Revise brief in opposition to Realtors' motion to compel discovery | 0.3 | 0.3 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Excessive amount of time to draft. |
| M Lowe | 01/18/23 | Edit REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what redacted document was edited. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 01/19/23 | Work on revisions to REDACTED. | 2.1 | 2.1 | Vague. | Fails to articulate what redacted document was revised. |
| A Einhorn | 01/19/23 | Analyze Amended Complaint. | 0.4 | 0.2 | Vague. | Vague as to analyze. |
| Z Epstein | 01/19/23 | Strategize and draft REDACTED | 3.7 | 3.7 | Vague. | Fails to articulate what redacted document was drafted. |
| A Einhorn | 01/20/23 | Work on draft REDACTED including discussion with team re REDACTED. | 2.8 | 2.8 | Vague. | Fails to articulate what redacted document was drafted and discussed. |
| Z Epstein | 01/20/23 | Strategize and draft REDACTED | 3.3 | 3.3 | Vague. | Fails to articulate what redacted document was drafted. |
| M Lowe | 01/20/23 | Review/Revise REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate what redacted document was revised. |
| M Lowe | 01/20/23 | Detailed email to A. Einhorn and Z. Epstein with directions for edits/additions to REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed. |
| M Lowe | 01/20/23 | Analyze proposed amended complaint to assess impact on REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate redacted purpose of analysis. |
| M Lowe | 01/20/23 | Teams meeting with A. Einhorn and Z. Epstein re REDACTED | 0.9 | 0.9 | Vague. | Fails to articulate redacted purpose of meeting. |
| C Stein | 01/20/23 | Analyze draft amended complaint, REDACTED re same. | 1.0 | 1.0 | Vague. | Fails to articulate what redacted document was analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 01/21/23 | Edit/finalize REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what redacted document was edited. |
| K Crisp | 01/23/23 | Analysis of REDACTED | 1.6 | 1.6 | Vague. | Fails to articulate what redacted document was analyzed. |
| A Einhorn | 01/23/23 | Work on revisions to REDACTED from C. Stein REDACTED and discussion with Z. Epstein re the same. | 5.6 | 5.6 | Vague. | Fails to articulate what redacted document was revised and discussed. |
| A Einhorn | 01/23/23 | Work on research re proposed motion for leave to file amended complaint. | 0.9 | 0.9 | Vague, excessive. | Fails to articulate what research was performed. Court found Defendant had no basis to oppose Motion for Leave. |
| Z Epstein | 01/23/23 | Analyze requirements for REDACTED | 4.1 | 4.1 | Vague. | Fails to articulate what redacted requirements were anlyzed. |
| Z Epstein | 01/23/23 | Strategize and draft REDACTED | 3.4 | 3.4 | Vague. | Fails to articulate what redacted document was drafted. |
| M Lowe | 01/23/23 | Read and respond to emails from team re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate redacted subject of emails. |
| M Lowe | 01/23/23 | Analyze and edit REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what redacted document was analyzed and edited. |
| M Lowe | 01/23/23 | Call with C. Stein re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what redacted material was discussed. |
| C Stein | 01/23/23 | Attention to and revise REDACTED | 4.0 | 4.0 | Vague. | Fails to articulate what redacted document was revised. |
| A Einhorn | 01/24/23 | Prepare for and attend meet and confer with opposing counsel re proposed amendment | 2.7 | 2.7 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | including follow up with C. Stein re strategy and further correspondence with opposing counsel re the same | | | | |
| A Einhorn | 01/24/23 | Phone call with clerk re settlement conference including follow up with team. | 0.4 | | | |
| Z Epstein | 01/24/23 | Strategize and draft REDACTED | 4.3 | 4.3 | Vague. | Fails to articulate what redacted document was drafted. |
| M Lowe | 01/24/23 | Analyze latest draft of REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what redacted document was analyzed. |
| M Lowe | 01/24/23 | Analyze emails re edits to REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate redacted subject of emails. |
| M Lowe | 01/24/23 | Review case materials to REDACTED | 1.2 | 1.2 | Vague. | Fails to articulate what redacted material was analyzed. |
| C Stein | 01/24/23 | Call with A. Einhorn re REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate what redacted material was discussed. |
| C Stein | 01/24/23 | Attention to REDACTED . | 0.5 | 0.5 | Vague. | Fails to articulate what redacted work was performed. |
| C Stein | 01/24/23 | Call with opposing counsel re request to amend complaint. | 0.8 | 0.8 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. |
| A Einhorn | 01/25/23 | Work on revisions to REDACTED | 2.8 | 2.8 | Vague. | Fails to articulate what redacted document was revised. |
| A Einhorn | 01/25/23 | Discussion with opposing counsel re proposed amended complaint | 2.3 | 2.3 | Vague. | Fails to articulate what redacted material was analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | including analysis of REDACTED | | | | |
| Z Epstein | 01/25/23 | Strategize and draft REDACTED | 3.1 | 3.1 | Vague. | Fails to articulate what redacted document was drafted. |
| M Lowe | 01/25/23 | Prep for REDACTED by reviewing and analyzing discovery motion and opposition and briefs in support thereof, motion to dismiss and response thereto, and order denying motion to dismiss. | 2.0 | 2.0 | Vague, excessive. | Fails to articulate redacted purpose of work. Excessive for Lowe to once again view motion to dismiss papers. Excessive for Lowe to review discovery papers, especially for unknown purpose. |
| M Lowe | 01/25/23 | Meet with C. Stein to discuss strategy for REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate redacted purpose of meeting. |
| M Lowe | 01/25/23 | Prep for REDACTED by reviewing and analyzing REDACTED and arguments REDACTED | 2.2 | 2.2 | Vague. | Fails to articulate redacted purpose of work or what redacted material was analyzed. |
| C Stein | 01/25/23 | Meet with M. Lowe to prepare for REDACTED . | 1.0 | 1.0 | Vague. | Fails to articulate redacted purpose of meeting. |
| C Stein | 01/25/23 | Attention to Realtors' request for assent to amend complaint, including emails with Realtors' counsel re same. | 0.6 | 0.6 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. |
| C Stein | 01/25/23 | Finalize REDACTED and prepare for | 3.5 | 3.5 | Vague. | Fails to articulate what redacted material was finalized. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | REDACTED . | | | | |
| K Crisp | 01/26/23 | Strategy and analysis re REDACTED | 1.5 | 1.5 | Vague. | Fails to articulate redacted purpose of work. |
| A Einhorn | 01/26/23 | Strategize and discuss research of REDACTED . | 3.3 | 3.3 | Vague. | Fails to articulate redacted purpose of strategy and research. |
| A Einhorn | 01/26/23 | Correspondence with opposing counsel re settlement conference. | 0.4 | | | |
| A Einhorn | 01/26/23 | Draft outline for REDACTED . | 1.9 | 1.9 | Vague. | Fails to articulate what redacted document was drafted. |
| Z Epstein | 01/26/23 | Analyze REDACTED | 3.3 | 3.3 | Vague. | Fails to articulate what redacted material was analyzed. |
| M Lowe | 01/26/23 | Attend meeting with REDACTED | 3.0 | 3.0 | Vague. | Fails to articulate who was met with or for what purpose. |
| M Lowe | 01/26/23 | Discuss with C. Stein arguments to be made to REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what redacted arguments were discussed. |
| M Lowe | 01/26/23 | Prep for REDACTED by reviewing REDACTED, case law, relevant statutes, attorney notes, complaint, motion to dismiss, opposition to motion to dismiss, court order denying dismissal, and REDACTED | 4.7 | 4.7 | Vague, excessive. | Fails to articulate what redacted work was performed. Excessive for Lowe to once again review motion to dismiss papers, which were filed half a year earlier. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 01/26/23 | Discuss next steps REDACTED with C. Stein | 0.2 | 0.2 | Vague. | Fails to articulate redacted purpose of discussion. |
| C Stein | 01/26/23 | Prepare for REDACTED. | 2.5 | 2.5 | Vague. | Fails to articulate redacted purpose of work. |
| C Stein | 01/26/23 | Attend REDACTED. | 2.5 | 2.5 | Vague. | Fails to articulate what was attended. |
| A Einhorn | 01/27/23 | Work on brief in opposition to motion for leave to amend including analysis of research. | 1.4 | 1.4 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| Z Epstein | 01/27/23 | Analyze REDACTED | 2.4 | 2.4 | Vague. | Fails to articulate what redacted material was analyzed. |
| K Crisp | 01/30/23 | Analysis of motion to compel order | 1.2 | 1.2 | Vague, excessive. | Vague as to analysis. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 01/30/23 | Analyze order on motion to compel and motion for leave to amend including REDACTED. | 2.8 | 2.8 | Vague, excessive. | Fails to articulate what redacted material was analyzed. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| Z Epstein | 01/30/23 | Analyze REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what redacted material was analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 01/31/23 | Work on draft opposition brief to motion for leave to amend including research on related issues. | 5.8 | 5.8 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| A Einhorn | 01/31/23 | Work on strategy and next steps for REDACTED and various discussions with C. Stein and Z. Epstein re the same. | 3.8 | 3.8 | Vague. | Fails to articulate redacted purpose of work. |
| Z Epstein | 01/31/23 | Strategize response to Realtors' motion to compel further discovery | 0.8 | 0.8 | Vague, excessive. | Vague as to strategize. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| Z Epstein | 01/31/23 | Analyze arguments opposing Realtors' motion for leave to amend | 1.5 | 1.5 | Vague, excessive. | Vague as to analyze. Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| Z Epstein | 01/31/23 | Draft analysis of responses required re order compelling further discovery | 2.5 | 2.5 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| C Stein | 01/31/23 | Call with A. Einhorn re strategy for REDACTED, and draft emails re same. | 1.0 | 1.0 | Vague. | Fails to articulate redacted purpose of call. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K Crisp | 02/01/23 | Strategy and analysis re discovery and settlement conference issues | 0.7 | 0.7 | Vague. | Fails to articulate which issues were addressed. |
| A Einhorn | 02/01/23 | Correspondence with relators' counsel re settlement conference. | 0.4 | | | |
| A Einhorn | 02/01/23 | Work on supplemental discovery. | 2.2 | 2.2 | Excessive. | Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 02/01/23 | Work on brief in opposition to motion for leave to amend. | 6.8 | 6.8 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| M Lowe | 02/01/23 | Emails to/from C. Stein following upon REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate redacted purpose of emails. |
| C Stein | 02/01/23 | Call with REDACTED re REDACTED, and follow up analysis re same. | 1.8 | 1.8 | Vague. | Fails to articulate who was called or for what purpose. |
| A Einhorn | 02/02/23 | Work on draft brief in opposition to motion for leave to amend. | 5.2 | 5.2 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| Z Epstein | 02/02/23 | Strategize responses to supplemental discovery order | 0.7 | 0.7 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| Z Epstein | 02/02/23 | Analyze REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what redacted material was analyzed. |
| M Lowe | 02/02/23 | Call with Z. Epstein & A. Einhorn re REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate redacted purpose of call. |
| A Einhorn | 02/03/23 | Work on draft declaration and accompanying exhibits for opposition to leave to amend. | 2.2 | 2.2 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| Z Epstein | 02/03/23 | Analyze and revise motion for leave to amend | 0.2 | 0.2 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| Z Epstein | 02/04/23 | Revise memorandum in opposition to relators' motion for leave to amend | 1.1 | 1.1 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| K Crisp | 02/06/23 | Revise, edit and finalize opposition to motion to amend | 1.6 | 1.6 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. Appears to be administrative work. Too many attorneys working on opposition. |
| A Einhorn | 02/06/23 | Finalize brief in opposition to motion for leave to amend. | 1.4 | 1.4 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. Appears to be administrative work. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 02/06/23 | Correspondence with opposing counsel re draft joint stipulation for extension of time for ADR. | 0.2 | | | |
| Z Epstein | 02/06/23 | Strategize and revise memorandum opposing relators' motion for leave to amend | 1.6 | 1.6 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| A Einhorn | 02/07/23 | Discussions and REDACTED re REDACTED including correspondence with C. Stein re the same | 1.8 | 1.8 | Vague. | Fails to articulate what redacted work was done or what redacted material was discussed. |
| A Einhorn | 02/07/23 | Work on revisions to draft joint stipulation re extension of time for ADR. | 1.4 | 1.4 | Excessive. | Excessive amount of time to revise simple stipulation. |
| A Einhorn | 02/10/23 | Analyze court order and correspondence with opposing counsel re settlement conference. | 0.2 | 0.2 | Vague. | Vague as to which court order was analyzed. |
| A Einhorn | 02/13/23 | Work on revisions to REDACTED . | 0.6 | 0.6 | Vague. | Fails to articulate what redacted document was revised. |
| A Einhorn | 02/13/23 | Correspondence REDACTED and Z. Epstein re discovery. | 0.6 | 0.6 | Vague. | Fails to articulate what redacted work was done. |
| A Einhorn | 02/13/23 | Analyze reply brief in support of motion for leave to amend. | 0.5 | 0.5 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 02/13/23 | Correspondence with opposing counsel re settlement conference. | 0.2 | | | |
| A Einhorn | 02/13/23 | Work on motion for leave to appeal. | 1.6 | 1.6 | Vague, excessive. | It is unclear what this entry refers to. |
| Z Epstein | 02/13/23 | Strategize and draft REDACTED | 2.0 | 2.0 | Vague. | Fails to articulate what redacted document was drafted. |
| M Lowe | 02/13/23 | Analyze draft REDACTED re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what redacted document was analyzed. |
| M Lowe | 02/13/23 | Call with Z. Epstein re revisions to REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate what redacted document was discussed. |
| K Crisp | 02/14/23 | Strategy and analysis re amendment, discovery and settlement conference issues | 1.2 | 1.2 | Vague, excessive. | Vague as to strategy and analysis. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 02/14/23 | Work on REDACTED including discussion with Z. Epstein and M. Lowe. | 0.6 | 0.6 | Vague. | Fails to articulate what redacted material was worked on and discussed. |
| A Einhorn | 02/14/23 | Prepare for and REDACTED re discovery including further discussion with Z. Epstein re the same. | 2.6 | 2.6 | Vague. | Fails to articulate what redacted work was performed. |
| Z Epstein | 02/14/23 | Analyze relators' reply to ManPow's motion opposing leave to amend | 0.2 | 0.2 | Vague, excessive. | Vague as to analyze. Court found Defendant had no basis to oppose Motion for Leave. Excessive amount |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | of time spent opposing motion. |
| Z Epstein | 02/14/23 | Strategize and prepare supplemental responses to relators' interrogatories and requests for production | 1.4 | 1.4 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| M Lowe | 02/14/23 | Analyze revised version of REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate what redacted material was analyzed. |
| A Einhorn | 02/15/23 | Work on discovery responses and strategize REDACTED . | 3.1 | 3.1 | Vague, excessive. | Fails to articulate what redacted work was performed, excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| Z Epstein | 02/15/23 | Strategize and prepare supplemental responses to relators' interrogatories and requests for production | 7.1 | 7.1 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | to compel further responses. |
| A Einhorn | 02/16/23 | Work on draft supplemental responses and document production including discussions with REDACTED . | 3.1 | 3.1 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| Z Epstein | 02/16/23 | Strategize and prepare supplemental responses to relators' interrogatories and requests for production | 8.3 | 8.3 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| C Stein | 02/16/23 | Analyze supplemental discovery responses. | 1.2 | 1.2 | Vague, excessive. | Vague to analyze own discovery responses. Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 02/16/23 | Review and revise REDACTED. | 0.5 | 0.5 | Vague. | Fails to articulate what redacted material was revised. |
| A Einhorn | 02/17/23 | Incorporate revisions to discovery responses and analyze supplemental document production including discussion with Z. Epstein re finalizing and service. | 2.4 | 2.4 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| A Einhorn | 02/17/23 | Discuss revisions to REDACTED. | 0.2 | 0.2 | Vague. | Fails to articulate what redacted material was discussed. |
| Z Epstein | 02/17/23 | Strategize and prepare supplemental responses to relators' interrogatories and requests for production | 5.1 | 5.1 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. Excessive to bill for Defendant's own discovery deficiencies, which led Defendant to amend responses and led the Court to compel further responses. |
| M Lowe | 02/17/23 | Communicate with team members re modifications to REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate what redacted material was discussed. |
| M Lowe | 02/17/23 | Analyze draft REDACTED and proposed modifications to same | 0.5 | 0.5 | Vague. | Fails to articulate what redacted draft was analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K Crisp | 02/20/23 | Strategy and analysis re discovery and settlement conference issues | 0.8 | 0.8 | Vague. | Fails to articulate actual work performed. |
| Z Epstein | 02/21/23 | Strategize interrogatory to relators re use of expert witnesses | 0.1 | 0.1 | Excessive. | Court denied Defendant’s premature discovery regarding expert witnesses. |
| Z Epstein | 02/21/23 | Draft privilege log for supplemental document production | 0.7 | 0.4 | Excessive. | With entries below, excessive amount of time on one-page privilege log. |
| A Einhorn | 02/22/23 | Analyze local rules and judge's procedures re settlement conferences including discussion with internal team and opposing counsel re settlement conference. | 1.2 | | | |
| Z Epstein | 02/22/23 | Analyze REDACTED | 1.4 | 1.4 | Vague. | Fails to articulate what redacted material was analyzed. |
| Z Epstein | 02/22/23 | Draft analysis of REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what redacted material was analyzed. |
| M Lowe | 02/22/23 | Analyze and finalize REDACTED and email to team re same. | 0.1 | 0.1 | Vague. | Fails to articulate what redacted material was analyzed and finalized. |
| M Lowe | 02/22/23 | Draft email to REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate subject or recipient of email. |
| C Stein | 02/22/23 | Further analysis of REDACTED . | 0.4 | 0.4 | Vague. | Fails to articulate what redacted material was analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 02/23/23 | Correspondence with court and opposing counsel re scheduling of settlement conference. | 0.8 | 0.8 | Excessive. | Excessive amount of time spent scheduling settlement conference. |
| A Einhorn | 02/24/23 | Work on draft privilege log for supplemental production including discussion with Z. Epstein re same. | 1.4 | 1.0 | Excessive. | Excessive amount of time on one-page privilege log. |
| A Einhorn | 02/24/23 | Correspondence with court re settlement conference. | 0.3 | | | |
| A Einhorn | 02/27/23 | Analyze court order re settlement conference process and set dates for compliance. | 0.6 | 0.4 | Excessive. | Excessive amount of time on task. |
| Z Epstein | 02/27/23 | Analyze REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what redacted material was analyzed. |
| Z Epstein | 02/27/23 | Draft privilege log for supplemental document production | 1.2 | 1.0 | Excessive. | Excessive amount of time on one-page privilege log. |
| Z Epstein | 02/27/23 | Strategize issues re pretrial settlement conference | 0.5 | 0.5 | Excessive. | Excessive amount of time preparing for settlement conference. |
| C Stein | 02/27/23 | Call with A. Einhorn re REDACTED strategy, follow up analysis re same. | 0.9 | 0.9 | Vague. | Fails to articulate what redacted material was discussed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K Crisp | 02/28/23 | Analysis of order on amended complaint | 0.8 | 0.8 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Multiple attorneys analyzed order. |
| A Einhorn | 02/28/23 | Work on revisions to privilege log. | 0.6 | 0.6 | Excessive. | Excessive amount of time on one-page privilege log. |
| A Einhorn | 02/28/23 | Analyze order on motion to amend and correspondence with REDACTED re call including draft agenda for call. | 1.5 | 1.5 | Vague, excessive. | Fails to articulate recipient or purpose of correspondence. Court found Defendant had no basis to oppose Motion for Leave. Multiple attorneys analyzed order. |
| Z Epstein | 02/28/23 | Analyze order granting relators' motion for leave to amend | 0.2 | 0.2 | Vague, excessive. | Vague as to analyze. Court found Defendant had no basis to oppose Motion for Leave. Multiple attorneys analyzed order. |
| Z Epstein | 02/28/23 | Draft privilege log for supplemental document production | 0.2 | 0.2 | Excessive. | Excessive amount of time spent on one-page privilege log. |
| M Lowe | 02/28/23 | Analyze order granting leave to amend and emails to and from team re same | 0.2 | 0.2 | Vague, excessive. | Vague as to analyze. Court found Defendant had no basis to oppose Motion for Leave. Multiple attorneys analyzed order. |
| M Lowe | 02/28/23 | Draft email to REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate recipient or purpose of email. |
| M Lowe | 02/28/23 | Strategy email communications with team re order permitting plaintiff to file amended complaint | 0.1 | 0.1 | Vague, excessive. | Vague as to strategy. Court found Defendant had no basis to oppose Motion for Leave. |
| C Stein | 02/28/23 | Analyze Court Order on Motion to Amend. | 0.6 | 0.6 | Vague, excessive. | Vague as to analyze. Court found Defendant had no basis to oppose Motion for |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | Leave. Multiple attorneys analyzed order. |
| K Crisp | 03/01/23 | Strategy and analysis re REDACTED | 2.3 | 2.3 | Vague. | Fails to articulate what redacted material was analyzed. |
| A Einhorn | 03/01/23 | Draft second set of interrogatories. | 1.9 | 1.5 | Excessive. | Excessive amount of time to draft 4 interrogatories, with more entries below. |
| A Einhorn | 03/01/23 | Prepare for and attend REDACTED including follow up with K. Crisp and Z. Epstein. | 2.2 | 2.2 | Vague. | Fails to articulate what was attended. |
| A Einhorn | 03/01/23 | Analyze research re REDACTED including discussion with Z. Epstein. | 1.4 | 1.4 | Vague. | Fails to articulate redacted purpose of research. |
| Z Epstein | 03/01/23 | Strategize issues re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate redacted purpose of strategy. |
| C Stein | 03/01/23 | Analysis of discovery issues. | 1.5 | 1.5 | Vague. | Fails to articulate which issues were addressed. |
| A Einhorn | 03/02/23 | Strategize and draft email to REDACTED regarding REDACTED. | 0.7 | 0.7 | Vague. | Fails to articulate recipient or subject of email. |
| A Einhorn | 03/02/23 | Work on draft answer to first amended complaint | 2.1 | 1.7 | Excessive. | Excessive in light of limited changes to earlier Complaint, and substantially more time spent than time to draft earlier Answer. |
| A Einhorn | 03/02/23 | Work on revisions to second set of interrogatories and draft privilege log. | 0.9 | 0.9 | Excessive. | Excessive amount of time to draft 4 interrogatories. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 03/02/23 | Prepare privilege log for supplemental document production | 0.4 | 0.4 | Excessive. | Excessive amount of time spent on one-page privilege log. |
| Z Epstein | 03/02/23 | Strategize REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate redacted purpose of strategy. |
| Z Epstein | 03/02/23 | Strategize issues re REDACTED | 0.9 | 0.9 | Vague. | Fails to articulate redacted purpose of strategy. |
| C Stein | 03/02/23 | Analysis of REDACTED and emails re same. | 0.5 | 0.5 | Vague. | Fails to articulate redacted purpose of analysis and emails. |
| C Stein | 03/02/23 | Attention to Relators second set of interrogatories. | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |
| A Einhorn | 03/03/23 | Correspondence with counsel re settlement conference. | 0.5 | | | |
| Z Epstein | 03/03/23 | Analyze REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate redacted purpose of analysis. |
| A Einhorn | 03/06/23 | Work on draft answer to first amended complaint including correspondence with C. Stein. | 0.8 | 0.8 | Excessive. | Excessive in light of limited changes to earlier Complaint, and substantially more time spent than time to draft earlier Answer. |
| A Einhorn | 03/06/23 | Work on next steps to REDACTED. | 0.7 | 0.7 | Vague. | Fails to articulate what redacted work was performed. |
| Z Epstein | 03/06/23 | Analyze REDACTED | 2.2 | 2.2 | Vague. | Fails to articulate what redacted material was analyzed. |
| Z Epstein | 03/06/23 | Strategize and draft REDACTED | 1.9 | 1.9 | Vague. | Fails to articulate what redacted material was drafted. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K Crisp | 03/07/23 | Prepare for and attend pre-settlement conference call | 0.8 | 0.8 | Excessive. | Excessive number of attorneys attending call. |
| A Einhorn | 03/07/23 | Analyze notes from pre-settlement conference telephone call with court. | 0.6 | 0.6 | Excessive. | Excessive for even more attorneys to analyze notes from settlement conference. |
| Z Epstein | 03/07/23 | Strategize and conduct pre-settlement conference call | 2.3 | 2.3 | Excessive. | Excessive number of attorneys attending call. |
| Z Epstein | 03/07/23 | Strategize and draft REDACTED | 2.6 | 2.6 | Vague. | Fails to articulate what redacted material was drafted. |
| C Stein | 03/07/23 | Attention to pre-settlement conference call with Judge Spaeth. | 0.5 | 0.5 | Vague. | Vague as to attention. |
| C Stein | 03/07/23 | Calls re settlement conference with K. Crisp and A. Einhorn. | 0.8 | 0.8 | Excessive. | Excessive amount of attorneys working on settlement call. |
| C Stein | 03/07/23 | Pre-settlement conference with Judge Spaeth. | 0.8 | 0.8 | Excessive. | Excessive amount of attorneys working on settlement call. |
| A Einhorn | 03/08/23 | Strategize next steps including discussion with team re REDACTED. | 1.5 | 1.5 | Vague. | Fails to articulate redacted purpose of strategy and discussion. |
| A Einhorn | 03/08/23 | Work on follow up re amended allegations including affiliates and pre-settlement conference preparation | 1.7 | 1.7 | Vague, excessive, | Entry references pre-settlement conference preparation when call happened the prior day. Excessive work to answer First Amended Complaint. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | including correspondence with opposing counsel. | | | | |
| A Einhorn | 03/08/23 | Work on research of REDACTED . | 0.3 | 0.3 | Vague. | Fails to articulate what redacted material was researched. |
| Z Epstein | 03/08/23 | Strategize and draft REDACTED | 2.5 | 2.5 | Vague. | Fails to articulate what redacted material was drafted. |
| Z Epstein | 03/08/23 | Analyze REDACTED | 1.5 | 1.5 | Vague. | Fails to articulate what redacted material was analyzed. |
| C Stein | 03/08/23 | Call re REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate what redacted material was discussed. |
| C Stein | 03/08/23 | Attention to settlement conference and next steps re same. | 0.6 | 0.6 | Vague, excessive. | Fails to articulate what work was performed. Excessive number of entries on settlement call. |
| C Stein | 03/08/23 | Attention to Answer to Amended Complaint. | 0.5 | 0.5 | Vague, excessive. | Fails to articulate what work was performed. Excessive amount of work on Answer. |
| A Einhorn | 03/09/23 | Research and analyze REDACTED including discussion with C. Stein and Z. Epstein. | 1.6 | 1.6 | Vague. | Fails to articulate what redacted material was researched. |
| A Einhorn | 03/09/23 | Analyze REDACTED | 0.4 | 0.4 | Vague. | Fails to articulate what redacted material was researched. |
| Z Epstein | 03/09/23 | Strategize and draft REDACTED | 0.7 | 0.7 | Vague. | Fails to articulate what redacted material was drafted. |
| Z Epstein | 03/09/23 | Strategize issues re REDACTED | 0.9 | 0.9 | Vague. | Fails to articulate what redacted issues were addressed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| J Stahl | 03/09/23 | Investigate REDACTED for Zachary Epstein | 2.0 | 2.0 | Vague. | Fails to articulate what redacted research was performed. |
| J Stahl | 03/09/23 | Investigate REDACTED for Zachary Epstein | 2.6 | 2.6 | Vague. | Fails to articulate what redacted research was performed. |
| C Stein | 03/09/23 | Conference with A. Einhorn and attention to REDACTED . | 1.1 | 1.1 | Vague. | Fails to articulate what work was performed or for what redacted material. |
| A Einhorn | 03/10/23 | Analyze deficiency letter from opposing counsel including draft analysis and recommendations . | 3.2 | 3.2 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 03/10/23 | Correspondence REDACTED re outstanding issues including answer to complaint and deficiency letter. | 0.8 | 0.8 | Vague. | Fails to articulate recipient or purpose of correspondence. |
| Z Epstein | 03/10/23 | Analyze relators' second set of interrogatories and requests for production | 0.3 | 0.3 | Vague. | Vague as to analyze. |
| Z Epstein | 03/10/23 | Strategize and draft REDACTED | 1.9 | | Vague. | Fails to articulate what redacted material was drafted. |
| Z Epstein | 03/10/23 | Analyze relators' meet and confer letter re discovery responses | 0.5 | 0.5 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 03/13/23 | Analyze supplemental discovery requests. | 2.7 | 2.7 | Vague, excessive. | Vague as to supplemental discovery requests, which were never served. If this refers to a meet and confer letter, then |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 03/13/23 | Call REDACTED re settlement conference and draft answer to complaint including follow up. | 2.0 | 2.0 | Vague. | Fails to articulate who was called or for what purpose. |
| A Einhorn | 03/13/23 | Correspondence with opposing counsel re settlement demand including follow up with team re REDACTED | 0.4 | 0.4 | Vague. | Fails to articulate what redacted material was discussed in follow up. |
| A Einhorn | 03/13/23 | Research and analyze REDACTED . | 0.6 | 0.6 | Vague. | Fails to articulate what redacted material was researched. |
| Z Epstein | 03/13/23 | Draft analysis of REDACTED | 2.2 | 2.2 | Vague. | Fails to articulate what redacted work was drafted. |
| Z Epstein | 03/13/23 | Strategize and draft REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate what redacted work was drafted. |
| C Stein | 03/13/23 | Call with REDACTED re strategy and discovery issues. | 1.0 | 1.0 | Vague. | Fails to articulate who was called or for what purpose. |
| C Stein | 03/13/23 | Analyze REDACTED, including emails re same. | 0.5 | 0.5 | Vague. | Fails to articulate what redacted material was analyzed. |
| C Stein | 03/13/23 | Attention to REDACTED . | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 03/14/23 | Research and analyze REDACTED | 2.1 | 2.1 | Vague. | Fails to articulate what redacted research was performed. |
| A Einhorn | 03/14/23 | Work on REDACTED . | 3.8 | 3.8 | Vague. | Fails to articulate what work was performed. |
| A Einhorn | 03/14/23 | Work on finalizing answer. | 0.4 | 0.4 | Vague. | Fails to articulate what was finalized. |
| A Einhorn | 03/14/23 | Strategize response to discovery deficiency letter and settlement discussion including REDACTED . | 2.1 | 2.1 | Vague. | Fails to articulate what redacted material was discussed. |
| A Einhorn | 03/14/23 | Work on draft response to deficiency letter. | 1.8 | 1.8 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 03/14/23 | Strategize responses to relators' further discovery requests | 1.5 | 1.2 | Excessive. | Excessive when considering Defendant spent more than 63 total hours on its Discovery Responses and had at least 5 attorneys work on it. |
| Z Epstein | 03/14/23 | Strategize potential requests for production to relators | 0.5 | 0.5 | Vague. | Vague as to strategize and whether the requests were even served. |
| Z Epstein | 03/14/23 | Analyze REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate what redacted material was analyzed. |
| C MacGregor | 03/14/23 | Develop strategy for REDACTED with A. Einhorn | 0.5 | 0.5 | Vague. | Fails to articulate redacted purpose of strategy. |
| C Mac | 03/14/23 | Analyze recent Ninth Circuit decisions and | 4.0 | 4.0 | Vague. | Fails to articulate redacted purpose of analysis. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Gregor | | Department of Justice settlements REDACTED | | | | |
| C MacGregor | 03/14/23 | Draft email summarizing findings of research to REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate who was emailed or for what purpose. |
| J Stahl | 03/14/23 | Investigate REDACTED. | 1.3 | 1.3 | Vague. | Fails to articulate what redacted material was investigated. |
| C Stein | 03/14/23 | Analysis of REDACTED. | 3.5 | 3.5 | Vague. | Fails to articulate what redacted material was analyzed. |
| C Stein | 03/14/23 | Conference with A. Einhorn and Z. Epstein re meet and confer and settlement conference, analyze documents re same. | 2.0 | 2.0 | Vague, excessive. | Block billing. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| K Crisp | 03/15/23 | Prepare for and attend pre-settlement conference call | 1.2 | 0.9 | Excessive. | Excessive number of attorneys attending settlement call. |
| A Einhorn | 03/15/23 | Work on draft REDACTED | 4.2 | 4.2 | Vague. | Fails to articulate what redacted material was drafted. |
| A Einhorn | 03/15/23 | Attend settlement discussion with opposing counsel including follow up. | 1.2 | 0.9 | Excessive. | Excessive number of attorneys attending settlement call. |
| A Einhorn | 03/15/23 | Work on draft deficiency letter including correspondence with REDACTED and opposing counsel. | 3.2 | 3.2 | Vague, excessive.. | Fails to articulate recipient or purpose of correspondence. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 03/15/23 | Call REDACTED re discovery including follow up | 1.6 | 1.6 | Vague. | Fails to articulate who was called or for what purpose. |
| C Stein | 03/15/23 | Attention to settlement conference. | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |
| C Stein | 03/15/23 | Attention to discovery dispute responses and calls with A. Einhorn and REDACTED re same. | 2.5 | 2.5 | Vague. | Fails to articulate what work was performed, fails to articulate who was called or for what purpose. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C Stein | 03/15/23 | Conference re settlement conference and follow up with K. Crisp and A. Einhorn. | 1.0 | 0.8 | Excessive. | Excessive number of attorneys on settlement call. |
| C Stein | 03/15/23 | Revise meet and confer letter to Relators re discovery disputes. | 0.6 | 0.6 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 03/16/23 | Strategize discovery and next steps with Z. Epstein. | 1.0 | 1.0 | Vague. | Vague as to work performed. |
| A Einhorn | 03/16/23 | Work on draft REDACTED | 4.4 | 4.4 | Vague. | Fails to articulate what redacted material was drafted. |
| A Einhorn | 03/16/23 | Analyze and discuss REDACTED . | 0.6 | 0.6 | Vague. | Fails to articulate what redacted material was analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 03/16/23 | Analyze REDACTED | 0.4 | 0.4 | Vague. | Fails to articulate what redacted material was analyzed. |
| Z Epstein | 03/16/23 | Analyze settlement conference with opposing counsel | 0.3 | 0.3 | Vague, excessive. | Vague as to analyze and excessive number of attorneys involved in settlement call. |
| Z Epstein | 03/16/23 | Strategize REDACTED | 2.2 | 2.2 | Vague. | Fails to articulate redacted purpose of strategy. |
| Z Epstein | 03/16/23 | Strategize and draft amended supplemental responses to relators' discovery requests | 0.4 | 0.4 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 03/16/23 | Draft REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate what redacted material was drafted. |
| C Stein | 03/16/23 | Attention to REDACTED | 1.5 | 1.5 | Vague. | Fails to articulate what work was done. |
| A Einhorn | 03/17/23 | Prepare for and attend meet and confer with opposing counsel re discovery issues including follow up with Z Epstein and C. Stein. | 3.2 | 3.2 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 03/17/23 | Strategize next steps re REDACTED . | 2.1 | 2.1 | Vague. | Fails to articulate redacted purpose of strategy. |
| A Einhorn | 03/17/23 | Work on REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what redacted material was worked on. |
| A Einhorn | 03/17/23 | Strategize supplemental document request. | 1.2 | 1.2 | Vague. | Vague as to what this even refers to. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 03/17/23 | Draft REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what redacted material was drafted. |
| Z Epstein | 03/17/23 | Conduct conference with opposing counsel re discovery and analyze related issues | 3.0 | 3.0 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| C MacGregor | 03/17/23 | Develop REDACTED strategy | 0.7 | 0.7 | Vague. | Fails to articulate redacted purpose of strategy. |
| A Einhorn | 03/20/23 | Prepare for settlement conference including work on revisions to REDACTED . | 3.4 | 3.4 | Vague. | Fails to articulate what redacted material was revised. |
| A Einhorn | 03/20/23 | Work on discovery issues including REDACTED and discussions with C. Stein and Z. Epstein and further correspondence with opposing counsel re meet and confer. | 5.5 | 5.5 | Vague. | Fails to articulate which redacted issues were addressed. |
| A Einhorn | 03/20/23 | Draft update REDACTED including follow up discussion re REDACTED | 1.8 | 1.8 | Vague. | Fails to articulate what redacted material was drafted and discussed. |
| Z Epstein | 03/20/23 | Strategize responses to relators' second | 0.6 | 0.6 | Vague. | Vague as to strategize. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | requests for production and interrogatories | | | | |
| Z Epstein | 03/20/23 | Analyze REDACTED | 3.1 | 3.1 | Vague. | Fails to articulate what redacted material was analyzed. |
| M Lowe | 03/20/23 | Email to REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate who was emailed or for what purpose. |
| C Stein | 03/20/23 | Call with REDACTED re REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate who was called or for what purpose. |
| C Stein | 03/20/23 | Call with REDACTED re REDACTED. | 0.5 | 0.5 | Vague. | Fails to articulate who was called or for what purpose. |
| C Stein | 03/20/23 | Analyze and revise REDACTED. | 2.6 | 2.6 | Vague. | Fails to articulate what redacted material was analyzed. |
| C Stein | 03/20/23 | Analyze Relators' second set of discovery requests, and conference with A. Einhorn re same. | 1.5 | 1.5 | Vague. | Vague as to what work was actually performed. |
| A Einhorn | 03/21/23 | Draft discovery requests to Relators. | 4.1 | 3.0 | Excessive. | Excessive amount of time to draft 18 document requests. |
| A Einhorn | 03/21/23 | Draft ex parte application for remote appearance at settlement conference including declaration and proposed order and correspondence with C. Stein and client re same. | 4.3 | 4.3 | Excessive. | Excessive to bill for ex parte application for non-local counsel to attend hearing virtually. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 03/21/23 | Correspondence and discussions REDACTED re REDACTED including follow up. | 1.3 | 1.3 | Vague. | Fails to articulate what was discussed or with whom. |
| A Einhorn | 03/21/23 | Correspondence with opposing counsel re discovery issues including discussion of next steps with C. Stein. | 0.8 | 0.8 | Vague, excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| Z Epstein | 03/21/23 | Evaluate REDACTED | 3.4 | 3.4 | Vague. | Fails to articulate what redacted material was evaluated. |
| C Stein | 03/21/23 | Call with A. Einhorn re discovery. | 0.5 | 0.5 | Vague. | Fails to articulate what was discussed. |
| A Einhorn | 03/22/23 | Correspondence REDACTED re REDACTED including follow up research. | 0.6 | 0.6 | Vague. | Fails to articulate subject or recipients of correspondence. |
| A Einhorn | 03/22/23 | Draft responses to second set of discovery requests. | 1.1 | 0.6 | Excessive. | With other entries, excessive amount of time to respond to 6 interrogatories and 11 document requests. |
| A Einhorn | 03/22/23 | Work on further discovery including draft amended responses and correspondence with opposing counsel re deposition of L. Lai including follow up analysis REDACTED | 2.8 | 2.5 | Vague, excessive | Vague due to redaction, and excessive to bill to amend discovery responses for which Defendant was sanctioned. Defendant may have already excluded this amount. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 03/22/23 | Draft amended supplemental responses to relators' first discovery requests | 2.0 | 1.5 | Excessive | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 03/22/23 | Analyze relevant third party subpoena service requirements | 2.9 | 2.4 | Excessive. | Excessive amount of time to analyze third-party subpoena requirements. |
| C Stein | 03/22/23 | Attention to subpoena to bank including calls with Bank and internal team. | 0.5 | 0.5 | Vague. | Fails to articulate what work was done. |
| A Einhorn | 03/23/23 | Work on draft responses to second set of discovery requests (interrogatories and document requests). | 4.1 | 3.1 | Excessive. | With other entries, excessive amount of time to respond to 6 interrogatories and 11 document requests. |
| A Einhorn | 03/23/23 | Correspondence and phone calls REDACTED and opposing counsel re application for leave to appear remotely including follow up discussion with C. Stein. | 2.3 | 2.3 | Vague, excessive. | Fails to articulate who was called or for what purpose. Excessive to bill for ex parte application for non-local counsel to attend hearing virtually. |
| A Einhorn | 03/23/23 | Strategize next steps for REDACTED . | 0.9 | 0.9 | Vague. | Fails to articulate redacted purpose of strategy. |
| Z Epstein | 03/23/23 | Strategize responses to relators' discovery requests | 0.3 | 0.2 | Excessive. | With other entries, excessive amount of time to respond to 6 interrogatories and 11 document requests. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 03/24/23 | Strategy and re remote depositions including discussion with REDACTED and opposing counsel re same. | 1.6 | 1.6 | Vague. | Fails to articulate what was discussed or with whom. |
| A Einhorn | 03/24/23 | Work on finalizing various documents including confidential settlement statement, supplemental discovery responses and application to appear remotely. | 3.3 | 2.9 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Excessive to bill for ex parte application for non-local counsel to attend hearing virtually. |
| A Einhorn | 03/24/23 | Work on further discovery including strategy to REDACTED and deposition of L. Lai and draft document requests to Relators. | 1.4 | 1.4 | Vague. | Fails to articulate redacted purpose of strategy. Vague as to what discovery was worked on. |
| Z Epstein | 03/24/23 | Draft requests for production to relator S. Kahn | 0.4 | 0.3 | Excessive. | With earlier entry, excessive amount of time to draft 18 document requests. |
| Z Epstein | 03/24/23 | Draft ManPow's amended supplemental discovery responses | 0.7 | 0.7 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C Stein | 03/24/23 | Call with REDACTED re depositions and settlement conference. | 0.4 | 0.4 | Vague. | Fails to articulate who was called or for what purpose. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 03/24/23 | Review and revise settlement conference statement. | 1.5 | 1.0 | Excessive. | Excessive amount of time to spend on settlement conference statement. |
| C Stein | 03/24/23 | Review and revise discovery responses and new discovery requests. | 1.0 | 1.0 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Excessive amount of time and attorneys spent drafting 18 document requests. |
| C Stein | 03/24/23 | Call with counsel for Dallas Capital bank re subpoena. | 0.4 | 0.4 | Vague. | Vague as to what was discussed. |
| C Stein | 03/24/23 | Finalize settlement conference brief. | 0.6 | 0.4 | Excessive. | Excessive amount of time to spend on settlement conference brief. |
| A Einhorn | 03/27/23 | Work on deposition and settlement conference prep including next steps and correspondence and phone calls with C. Stein and client re L. Lai deposition. | 2.3 | 2.3 | Vague. | Vague as to what work was actually performed. |
| M Lowe | 03/27/23 | Call with C. Stein re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate redacted purpose of call. |
| C Stein | 03/27/23 | Call with REDACTED . | 0.5 | 0.5 | Vague. | Fails to articulate who was called or for what purpose. |
| C Stein | 03/27/23 | Attention to L. Lai deposition prep, and emails with REDACTED re same. | 0.7 | 0.7 | Vague. | Faisl to articulate who was emailed or for what purpose. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 03/28/23 | Finalize document requests and discussion with REDACTED and internal team re preparation and attendance for settlement conference and REDACTED . | 1.2 | 1.2 | Vague, excessive. | Fails to articulate what was discussed or with whom. Excessive amount of time spent drafting 18 document requests. |
| Z Epstein | 03/28/23 | Analyze Dallas Capital Bank's objections to relators' subpoena | 0.1 | | | |
| C Stein | 03/28/23 | Attention to bank subpoena and response, including emails with bank re same. | 0.5 | | | |
| C Stein | 03/28/23 | General deposition preparation. | 1.0 | 1.0 | Vague. | Vague as to work performed. |
| A Einhorn | 03/29/23 | Work on discovery responses. | 1.8 | 1.3 | Vague, excessive. | Vague as to which responses this entry encompasses. |
| A Einhorn | 03/29/23 | Correspondence with opposing counsel re deposition of P. Hess. | 0.1 | | | |
| A Einhorn | 03/29/23 | Analyze joint stipulation, Realtors' motion to compel and strategize REDACTED . | 3.2 | 3.2 | Vague, excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 03/29/23 | Discussion with L. Lai re REDACTED | 0.7 | 0.7 | Vague. | Fails to articulate redacted purpose of discussion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | including follow up. | | | | |
| A Einhorn | 03/29/23 | Work on supplemental document production including correspondence REDACTED re same. | 0.7 | 0.7 | Vague. | Fails to articulate purpose or subject of correspondence. |
| Z Epstein | 03/29/23 | Strategize and draft joint stipulation re realtors' motion to compel | 2.6 | 2.6 | Vague, excessive. | Vague as to strategize. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C Stein | 03/29/23 | Call with L. Lai re REDACTED. | 0.5 | 0.5 | Vague. | Fails to articulate redacted purpose of call. |
| C Stein | 03/29/23 | Attention to discovery motion response. | 0.5 | 0.5 | Vague, excessive. | Fails to articulate what work was performed. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 03/30/23 | Strategize REDACTED including discussion with C. Stein and Z. Epstein re same. | 1.7 | 1.7 | Vague. | Fails to articulate redacted purpose of strategy. |
| Z Epstein | 03/30/23 | Analyze Relators' second set of discovery requests | 0.2 | 0.2 | Vague. | Vague as to analyze. |
| Z Epstein | 03/30/23 | Strategize and draft joint stipulation re realtors' motion to compel | 5.6 | 5.6 | Vague, excessive. | Vague as to strategize. Defendant was sanctioned for this discovery dispute. This amount may have |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | already been excluded by Defendant. |
| C MacGregor | 03/30/23 | Draft email summarizing findings of research into REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate redacted topic of research. |
| C MacGregor | 03/30/23 | Research REDACTED. | 1.6 | 1.6 | Vague. | Fails to articulate redacted topic of research. |
| C Stein | 03/30/23 | Attention to REDACTED, call REDACTED re same. | 1.1 | 1.1 | Vague. | Fails to articulate what work was performed. |
| K Crisp | 03/31/23 | Prepare for and attend settlement conference | 4.2 | | | |
| A Einhorn | 03/31/23 | Strategize response to request for extension including discussion with REDACTED and correspondence with opposing re same. | 2.6 | 2.6 | Vague, excessive. | Vague due to redaction. Extreme amount of time spent to address request for extension. |
| A Einhorn | 03/31/23 | Work on next steps for REDACTED including discussion with C. MacGregor re same. | 1.1 | 1.1 | Vague. | Fails to articulate what redacted material was worked on. |
| A Einhorn | 03/31/23 | Work on draft portion of joint stipulation re motion to compel. | 3.7 | 3.7 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 03/31/23 | Assist with preparation for settlement conference including follow up. | 0.7 | 0.7 | Vague. | Vague as to actual work performed. |
| Z Epstein | 03/31/23 | Strategize and draft declaration re relators' motion to compel | 0.8 | 0.8 | Vague, excessive. | Vague as to strategize. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C MacGregor | 03/31/23 | Draft REDACTED | 0.9 | 0.9 | Vague. | Fails to articulate what redacted material was drafted. |
| C MacGregor | 03/31/23 | Research REDACTED | 2.1 | 2.1 | Vague. | Fails to articulate what redacted research was performed. |
| C MacGregor | 03/31/23 | Develop REDACTED strategy regarding REDACTED with A. Einhorn | 0.3 | 0.3 | Vague. | Fails to articulate redacted purpose of strategy. |
| C Stein | 03/31/23 | Attention to Relators' extension request and settlement conference, including calls with A. Einhorn and K. Crisp re same. | 1.5 | 1.5 | Vague, excessive. | Fails to articulate what work was performed. Excessive amount of time spent addressing extension request. |
| C Stein | 03/31/23 | Call with REDACTED re extension of discovery request. | 0.9 | 0.9 | Vague, excessive. | Fails to articulate who was called. Excessive amount of time spent discussing extension of discovery request. |
| A Einhorn | 04/02/23 | Work on revisions to draft joint stipulation. | 4.2 | 4.2 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | already been excluded by Defendant. |
| A Einhorn | 04/02/23 | Draft outline for REDACTED . | 2.1 | 2.1 | Vague. | Fails to articulate what redacted material was drafted. |
| Z Epstein | 04/02/23 | Draft declaration re relators' motion to compel | 0.4 | 0.4 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| T Diamond | 04/03/23 | Meeting with C. Stein re: REDACTED . | 0.6 | 0.6 | Vague. | Fails to articulate redacted purpose of meeting. |
| A Einhorn | 04/03/23 | REDACTED including follow up with C. Stein and client. | 2.8 | 2.8 | Vague. | Fails to articulate what work was performed. |
| A Einhorn | 04/03/23 | Work on REDACTED including discussion with T. Diamond. | 1.2 | 1.2 | Vague. | Fails to articulate what redacted material was worked on. |
| A Einhorn | 04/03/23 | Strategize REDACTED including further discussion with C. Gray. | 0.9 | 0.9 | Vague. | Fails to articulate redacted purpose of strategy. |
| A Einhorn | 04/03/23 | Work on further production and discovery. | 0.9 | 0.9 | Vague. | Vague as to what discovery this refers to. |
| Z Epstein | 04/03/23 | Draft joint stipulation re relators' motion to compel | 0.9 | 0.9 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/03/23 | Strategize and prepare document production re amended | 1.1 | 1.1 | Vague, excessive. | Excessive amount of time spent on document production. Sounds administrative. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | supplemental responses | | | | |
| C MacGregor | 04/03/23 | Discuss strategy for REDACTED with C. Stein and A. Einhorn | 0.7 | 0.7 | Vague. | Fails to articulate redacted purpose of strategy. |
| C MacGregor | 04/03/23 | Prepare topic outline for REDACTED | 4.5 | 4.5 | Vague. | Fails to articulate redacted purpose of outline. |
| C MacGregor | 04/03/23 | Finalize REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what work was performed. |
| C Stein | 04/03/23 | Attention to REDACTED and outline of REDACTED. | 1.5 | 1.5 | Vague. | Fails to articulate what work was performed. |
| C Stein | 04/03/23 | Attention to REDACTED, including conversation with T. Diamond re same. | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |
| C Stein | 04/03/23 | Prepare for REDACTED, including call with REDACTED re same. | 3.5 | 3.5 | Vague. | Fails to articulate what work was performed. |
| C Stein | 04/03/23 | Review stipulation response re discovery motion brought by relators. | 0.7 | 0.7 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| K Crisp | 04/04/23 | Strategy and analysis re opposition to motion to compel | 1.2 | 1.2 | Vague, excessive. | Fails to discuss what work was performed. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 04/04/23 | Work on supplemental document production including discussion with Z. Epstein. | 1.2 | 1.2 | Vague. | Fails to articulate purpose of discussion and what "work on" means. |
| A Einhorn | 04/04/23 | Work on revisions to draft joint stipulation including finalizing and correspondence with opposing counsel. | 2.6 | 2.6 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in amount of time and number of attorneys working on this motion. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/04/23 | Prepare for and attend call with REDACTED including follow up re REDACTED. | 1.7 | 1.7 | Vague. | Fails to identify what the purpose of the redacted call. |
| Z Epstein | 04/04/23 | Strategize and prepare document production re amended supplemental responses | 3.8 | 3.8 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in amount of time and number of attorneys working on this motion. Appears to be administrative work. |
| Z Epstein | 04/04/23 | Draft joint stipulation re relators' motion to compel | 0.7 | 0.7 | Excessive. | Excessive given the amount of time already spent drafting and as the motions were caused by Defendant's obstructionist conduct or demands for more information than it was entitled to. Defendant was sanctioned for this discovery dispute. This amount may have |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | already been excluded by Defendant. |
| C Mac Gregor | 04/04/23 | Research case law regarding REDACTED to REDACTED | 2.1 | 2.1 | Vague. | Fails to identify the purpose of the redacted research. |
| C Stein | 04/04/23 | Revise stipulation re discovery motion by Relators. | 0.7 | 0.7 | Excessive. | Excessive in amount of time revising already drafted motion. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C Stein | 04/04/23 | Preparation for and call with REDACTED. | 2.8 | 2.8 | Vague. | Fails to identify the purpose of the call. |
| A Einhorn | 04/05/23 | Discussion with counsel for bank re document production. | 0.3 | 0.3 | Vague | Fails to identify the party associated with the call. |
| A Einhorn | 04/05/23 | Strategize next steps re upcoming deadlines including analysis of local rules re filing under seal. | 0.8 | 0.8 | Vague, | Fails to articulate work performed and strategized, and the purpose. |
| A Einhorn | 04/05/23 | Correspondence REDACTED and opposing counsel re deposition dates. | 0.3 | 0.3 | Vague. | Fails to articulate the work performed and the purpose. |
| Z Epstein | 04/05/23 | Strategize responses to Relators' second set of discovery requests | 0.8 | 0.8 | Vague. | Fails to articulate work performed and strategized. |
| Z Epstein | 04/05/23 | Analyze REDACTED re exhibits to relators' motion to compel | 0.9 | 0.9 | Vague. | Fails to articulate work performed and analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 04/05/23 | Research case law regarding REDACTED | 2.2 | 2.2 | Vague. | Fails to identify the purpose. |
| C MacGregor | 04/05/23 | Strategize with A. Einhorn and Z. Epstein regarding discovery process | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed and strategized, and excessive to have three attorneys strategizing discovery. |
| C Stein | 04/05/23 | Attention to subpoena and call with Dallas Capital Bank attorney re subpoena. | 0.6 | 0.6 | Vague, excessive. | Counsel conceded that would not bill for time on bank subpoena. Fails to articulate what "attention to" means. |
| C Stein | 04/05/23 | Call with REDACTED re extensions and discovery issues. | 0.4 | 0.4 | Vague. | Fails to articulate what was discussed. |
| Z Epstein | 04/06/23 | Analyze REDACTED | 0.5 | 0.5 | Vague. | Entirely unclear what work is being performed and its purpose. |
| Z Epstein | 04/06/23 | Strategize filing of joint stipulation exhibits under seal | 2.6 | 2.6 | Excessive, vague. | Excessive to "strategize" for 2.6 hours. Vague as to what work was actually performed. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Excessive and outright nonsensical to bill to fight Relators seeking to seal documents that Defendant designated as confidential. |
| C MacGregor | 04/06/23 | Review draft email response to Relators' counsel regarding joint stipulation and filing documents under seal | 0.2 | 0.2 | Excessive | Excessive to review written correspondence. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Excessive and |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | outright nonsensical to bill to fight Relators seeking to seal documents that Defendant designated as confidential. |
| C MacGregor | 04/06/23 | Draft email regarding REDACTED to inform response to opposing counsel | 0.3 | 0.3 | Vague. | Fails to articulate what the true purpose of the email was and what "inform response" means. |
| Z Epstein | 04/07/23 | Draft joint settlement conference report | 0.9 | 0.6 | Excessive. | Excessive amount of time to draft joint settlement conference report. |
| Z Epstein | 04/07/23 | Strategize topics for REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed and the purpose. |
| Z Epstein | 04/07/23 | Draft responses to Relators' second set of interrogatories and requests for production | 0.5 | | | |
| Z Epstein | 04/07/23 | Strategize filing of joint stipulation exhibits under seal | 0.5 | 0.5 | Vague, excessive. | Fails to articulate what work was performed. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Excessive and outright nonsensical to bill to fight Relators seeking to seal documents that Defendant designated as confidential. |
| C MacGregor | 04/07/23 | Prepare materials for REDACTED call | 0.2 | 0.2 | Vague. | Fails to articulate what work was performed and what the purpose of the call was. |
| C Stein | 04/07/23 | Attention to relators' discovery motion. | 0.4 | 0.4 | Vague, excessive | Fails to articulate what work was performed and what "attention to" means. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/08/23 | Review correspondence with opposing counsel re joint stipulation and application to seal. | 0.4 | 0.4 | Excessive, vague. | Excessive to spend nearly half an hour "reviewing" a correspondence. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Excessive and outright nonsensical to bill to fight Relators seeking to seal documents that Defendant designated as confidential. |
| A Einhorn | 04/08/23 | Analyze internal communications re REDACTED . | 0.6 | 0.6 | Vague. | Fails to articulate what work was performed and what "analyze" means and the purpose of this communication. |
| A Einhorn | 04/08/23 | Analyze application to seal file by Relators and related correspondence. | 0.7 | 0.7 | Vague. | Fails to articulate what work was performed and what "analyze" means or what the correspondences were. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Excessive and outright nonsensical to bill to fight Relators seeking to seal documents that Defendant designated as confidential. |
| A Einhorn | 04/10/23 | Discussion with Z. Epstein and C. Stein re strategy for REDACTED including | 1.2 | 1.2 | Vague, excessive. | Fails to articulate the purpose of the work and what "same" means. Excessive number of attorneys. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | correspondence with opposing counsel re same. | | | | |
| A Einhorn | 04/10/23 | Review correspondence REDACTED re response to second set of discovery requests and basis for application to seal. | 0.6 | 0.6 | Excessive. | Excessive to spend that amount of time "reviewing" a correspondence. Excessive and outright nonsensical to bill to fight Relators seeking to seal documents that Defendant designated as confidential. |
| Z Epstein | 04/10/23 | Strategize and draft responses to Relators' second set of interrogatories and requests for production | 3.2 | 3.2 | Excessive, vague. | Excessive as to the amount of time already spent on drafting responses. Vague as to what "strategize" means. |
| Z Epstein | 04/10/23 | Analyze Relators' joint stipulation exhibits | 1.2 | 1.2 | Vague. | Fails to articulate what work was performed and what "analyze" means. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/10/23 | Strategize and draft declaration in support of application to file joint stipulation exhibits under seal | 6.4 | 6.4 | Vague, excessive | Fails to articulate what "strategize" means and excessive as to time already spent on joint stipulation. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C MacGregor | 04/10/23 | Attend deposition prep session with L. Lai and C. Stein | 1.9 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Mac Gregor | 04/10/23 | Research case law on REDACTED | 3.1 | 3.1 | Vague | Fails to articulate the purpose of the work. |
| C Stein | 04/10/23 | Attention to stipulation re discovery issues and motion to seal documents re same. | 1.7 | 1.7 | Vague, excessive | Excessive as to work already performed on the motion to seal. Vague as to what "attention" means. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C Stein | 04/10/23 | Attention to discovery request responses. | 0.8 | 0.8 | Vague, excessive | Excessive as to work already performed on the discovery responses. Vague as to which responses this refers to. Vague as to what "attention" means. |
| C Stein | 04/10/23 | Preparation for L. Lai deposition. | 1.7 | | | |
| C Stein | 04/10/23 | Attention to declaration for motion to compel. | 0.7 | 0.7 | Vague, excessive | Fails to articulate what "attention" means. Work was excessive. Defendant lost every motion to compel it filed, as the motions were caused by Defendant's obstructionist conduct or demands for more information than it was entitled to. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| K Crisp | 04/11/23 | Strategy and analysis of declaration in support of sealing | 1.8 | 1.8 | Vague, excessive | Fails to articulate what work was performed and excessive as to time already spent on the motion to seal. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/11/23 | Review correspondence REDACTED re application to seal including analysis of declaration in support of filing under seal. | 0.8 | 0.8 | Vague, excessive | Fails to articulate what work was performed and excessive as to time already spent on the motion to seal. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/11/23 | Strategize and draft declaration in support of application to file joint stipulation exhibits under seal | 7.1 | 7.1 | Vague, excessive | Fails to articulate what "strategize" means and excessive as to time already spent on the motion to seal. |
| C MacGregor | 04/11/23 | Revise Affidavit to accompany Declaration | 0.5 | 0.5 | Excessive | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C MacGregor | 04/11/23 | Draft Proposed Order to Accompany Declaration in Support of Relators' Application to File Documents Under Seal | 0.4 | 0.4 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C MacGregor | 04/11/23 | Finalize Declaration and supporting documents for filing | 0.6 | 0.6 | Vague, excessive | Fails to articulate what work was performed and excessive as to time already spent on the motion to seal. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C Stein | 04/11/23 | Attention to declaration for "good cause" to seal documents, including Hess affidavit. | 1.9 | 1.9 | Vague, excessive | Fails to articulate what "attention" means and excessive as to time already spent on the motion to seal. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/12/23 | Strategize and draft joint stipulation re Relators' motion for sanctions | 1.2 | 1.2 | Vague | Fails to articulate what "strategize" means. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/12/23 | Analyze Dallas Capital Bank documents re third-party subpoena | 0.6 | 0.3 | Excessive | Duplicative amount of time to review short document production. |
| C MacGregor | 04/12/23 | Review and analyze Dallas Citizens Bank's proposed production | 0.6 | 0.3 | Excessive | Duplicative amount of time to review short document production. |
| A Einhorn | 04/13/23 | Analyze revised joint stipulation and document production from Dallas Capital Bank. | 2.7 | 2.7 | Excessive | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Duplicative amount of time to review short document production. Block billing. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 04/13/23 | Strategize and draft joint stipulation re Relators' motion for sanctions | 0.7 | 0.7 | Vague | Fails to articulate what "strategize" means. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/13/23 | Analyze Dallas Capital Bank documents re third-party subpoena | 2.0 | 1.6 | Excessive | Duplicative amount of time to review short document production. |
| C MacGregor | 04/13/23 | Review and summarize findings from REDACTED | 4.5 | 4.5 | Vague | Fails to state the purpose of the review. |
| C MacGregor | 04/13/23 | Draft additions to Joint Stipulation in response to Relators' edits | 0.9 | 0.9 | Excessive | Excessive given the time already spent on the stipulation. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/14/23 | Work on revisions to declaration of Kevin Crisp re joint stipulation and finalize joint stipulation including draft correspondence with opposing counsel re same. | 0.8 | 0.8 | Excessive, vague | Excessive given the time already spent on the stipulation. Vague as to what "work on" means. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/14/23 | Analyze REDACTED law in preparation REDACTED . | 0.6 | 0.6 | Vague | Fails to articulate the work performed and its purpose in this case. |
| A Einhorn | 04/14/23 | Discuss strategy REDACTED | 1.7 | 1.7 | Vague | Fails to articulate the purpose of the conversation. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | with internal team. | | | | |
| A Einhorn | 04/14/23 | Work on draft portion of stipulation including discussion with C. Stein REDACTED re strategy for REDACTED . | 3.4 | 3.4 | Vague, excessive | Fails to state what work was performed and the purpose of the conversations with counsel. Excessive as to the amount of work already performed on the stipulation. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/14/23 | Strategize topics for REDACTED | 1.1 | 1.1 | Vague | Fails to articulate the purpose and what “strategize” means. |
| Z Epstein | 04/14/23 | Strategize and draft joint stipulation re Relators' motion for sanctions | 1.8 | 1.8 | Vague | Fails to articulate what “strategize” means Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/14/23 | Analyze meet and confer letter from Relators' counsel | 0.1 | 0.1 | Vague | Fails to articulate what “analyze” means. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| Z Epstein | 04/14/23 | Analyze Dallas Capital Bank documents re third-party subpoena | 0.4 | 0.3 | Excessive | Duplicative amount of time to review short document production. |
| C MacGregor | 04/14/23 | Research and draft findings regarding REDACTED to REDACTED | 2.8 | 2.8 | Vague | Fails to articulate what the purpose of the work was with regard to this case. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 04/14/23 | Strategize regarding discovery responses and edits to the Joint Stipulation | 1.5 | 1.5 | Vague, excessive | Fails to state what work was performed and what "strategize" means. Excessive as to the amount of work already performed on the stipulation. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C MacGregor | 04/14/23 | Draft email to Dallas Citizens Bank regarding their proposed production | 0.1 | 0.1 | Vague. | Vague as to purpose of email. |
| C Stein | 04/14/23 | Attention to documents from and communications with Dallas Capital Bank. | 1.4 | 1.4 | Vague, excessive | Vague as to work performed and duplicative amount of time to review short document production. |
| C Stein | 04/14/23 | Attention to stipulation revisions. | 0.5 | 0.5 | Vague, excessive | Fails to state what "attention" means. Excessive as to the amount of work already performed on the stipulation. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/15/23 | Draft response to meet and confer letter re second set of discovery requests. | 3.2 | 3.2 | Excessive. | Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 04/17/23 | Prepare for L. Lai deposition including prep and follow up analysis re | 4.4 | 2.2 | Vague | Vague as to what "follow up analysis means." |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | REDACTED . | | | | |
| A Einhorn | 04/17/23 | Work on draft response letter to R. Davis. | 1.1 | 1.1 | Vague | Fails to articulate the purpose of the letter. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| Z Epstein | 04/17/23 | Strategize and draft REDACTED | 2.7 | 2.7 | Vague | Entirely unclear what the purpose of this work is and how it relates to this case. |
| Z Epstein | 04/17/23 | Conduct deposition prep interview with L. Lai | 2.1 | 2.1 | Excessive. | Excessive number of attorneys preparing witness. |
| Z Epstein | 04/17/23 | Strategize response to final joint stipulation | 0.2 | 0.2 | Vague | Fails to articulate what "strategize" means. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/17/23 | Analyze REDACTED | 0.8 | 0.8 | Vague | Entirely unclear what the purpose of this work is and how it relates to this case. |
| C MacGregor | 04/17/23 | Strategize regarding REDACTED | 1.3 | 1.3 | Vague | Entirely unclear what the purpose of this work is and how it relates to this case. |
| C Stein | 04/17/23 | Attention to preparation topics for REDACTED . | 0.5 | 0.5 | Vague | Entirely unclear what the purpose of this work is and how it relates to this case. |
| C Stein | 04/17/23 | Attention to and revise discovery letter to relators. | 1.0 | 1.0 | Vague | Fails to articulate what "attention to" means. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 04/18/23 | Analyze joint stipulation including correspondence with opposing counsel re same and meet and confer. | 0.4 | 0.4 | Vague | Fails to articulate what work was performed and what "analyze" means. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/18/23 | Strategize REDACTED including discussion with REDACTED . | 2.3 | 2.3 | Vague. | Entirely unclear what the purpose of this work is and how it relates to this case. |
| Z Epstein | 04/18/23 | Conference with REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Entirely unclear what the purpose of this work is and how it relates to this case. |
| Z Epstein | 04/18/23 | Analyze REDACTED | 1.0 | 1.0 | Vague. | Entirely unclear what the purpose of this work is and how it relates to this case and what "analyze" means here. |
| Z Epstein | 04/18/23 | Draft memorandum re REDACTED | 0.4 | 0.4 | Vague. | Entirely unclear what the purpose of this work is and how it relates to this case. |
| Z Epstein | 04/18/23 | Analyze correspondence re production of documents by Dallas Capital Bank in response to third party subpoena | 0.1 | 0.1 | Vague. | Vague as to work performed. |
| Z Epstein | 04/18/23 | Strategize response to final joint stipulation | 0.2 | 0.2 | Excessive, vague | Excessive as to work already performed on the stipulation, and vague as to what "strategize" means. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 04/18/23 | Attention to REDACTED questions arising REDACTED. | 0.5 | 0.5 | Vague. | Entirely unclear what the purpose of this work is and how it relates to this case. |
| A Einhorn | 04/19/23 | Attend L. Lai deposition including preparation and follow up. | 6.3 | 6.3 | Excessive, vague | Excessive as to preparation already put into deposition and fails to articulate what work went into preparation. |
| A Einhorn | 04/19/23 | Analyze and discuss subpoena to UI Holdings including correspondence REDACTED. | 0.5 | 0.3 | Vague. | Fails to articulate what "analyze" means here. |
| Z Epstein | 04/19/23 | Analyze REDACTED | 0.6 | 0.6 | Vague | Entirely unclear what the purpose of this work is and how it relates to this case. |
| C Stein | 04/19/23 | Preparation for and attendance at L. Lai deposition. | 5.0 | | | |
| A Einhorn | 04/20/23 | Strategize supplemental brief in opposition to motion to compel. | 0.8 | 0.8 | Vague, excessive. | Fails to articulate what "strategize" means and what work was done. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/20/23 | Correspondence REDACTED re REDACTED and discussion with Z. Epstein re same. | 1.8 | 1.8 | Vague | Entirely unclear what the purpose of this work is and how it relates to this case. |
| Z Epstein | 04/20/23 | Strategize arguments re REDACTED | 0.4 | 0.4 | Vague | Entirely unclear what the purpose of this work is and how it relates to this case. |
| Z Epstein | 04/20/23 | Analyze REDACTED | 1.1 | 1.1 | Vague | Entirely unclear what the purpose of this work is, how it relates to this case, and what "analyze" means. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
| --- | --- | --- | --- | --- | --- | --- |
| Z Epstein | 04/20/23 | Analyze and prepare documents for production | 0.5 | 0.5 | Vague | Vague as to what "analyze" means in this context. |
| C MacGregor | 04/20/23 | Review Dallas Citizens Bank's proposed production for redactions | 0.6 | 0.4 | Vague. | Excessive amount of time to review and edit third party's production ahead of time. |
| C Stein | 04/20/23 | Attention to Dallas Capital Bank subpoena and UI Holdings subpoena. | 0.5 | 0.3 | Excessive | Duplicative amount of time to review short document production. |
| A Einhorn | 04/21/23 | Strategize response to UI Holdings subpoena including analysis of REDACTED and discussion with C. Stein. | 1.8 | 1.8 | Vague. | Fails to articulate what "strategize" means and what work was performed. |
| A Einhorn | 04/21/23 | Strategize response to meet and confer letter re past discovery issues. | 0.4 | 0.4 | Vague, excessive. | Fails to articulate what "strategize" means and what work was performed. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| Z Epstein | 04/21/23 | Strategize and draft brief in opposition to relators' motion to compel discovery | 0.6 | 0.6 | Vague, excessive. | Fails to articulate what "strategize" means and what work was performed. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 04/21/23 | Analyze REDACTED | 2.6 | 2.6 | Vague | Entirely unclear what the purpose of this work is, how it relates to this case, and what "analyze" means. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 04/23/23 | Strategize and draft brief in opposition to relators' motion to compel discovery | 2.3 | 2.3 | Vague, excessive. | Fails to articulate what "strategize" means and what work was performed. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/24/23 | Work on draft REDACTED including correspondence with C. Stein and J. Theriot re same. | 4.6 | 4.6 | Vague | Entirely unclear what the purpose of this work is, and how it relates to this case. |
| A Einhorn | 04/24/23 | Analyze research re REDACTED . | 0.7 | 0.7 | Vague | Entirely unclear what the purpose of this work is, how it relates to this case, and what "analyze" means. |
| Z Epstein | 04/24/23 | Analyze REDACTED | 1.6 | 1.6 | Vague | Entirely unclear what the purpose of this work is, how it relates to this case, and what "analyze" means. |
| Z Epstein | 04/24/23 | Strategize and draft brief in opposition to relators' motion to compel discovery | 0.9 | 0.9 | Vague, excessive. | Fails to articulate what "strategize" means here. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/25/23 | Work on revisions to supplemental brief in opposition to motion to compel. | 1.8 | 1.8 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/25/23 | Analyze REDACTED and strategize REDACTED . | 1.2 | 1.2 | Vague | Entirely unclear what the purpose of this work is, how it relates to this case, and what "analyze" means. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 04/25/23 | Correspondence with opposing counsel re meet and confer including analysis of local rules re same. | 0.4 | 0.4 | Vague, excessive. | Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| Z Epstein | 04/25/23 | Strategize and draft brief in opposition to relators' motion to compel discovery | 0.4 | 0.4 | Vague, excessive. | Fails to state what "strategize" means in this context. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| M Lowe | 04/25/23 | Email from REDACTED re REDACTED | 0.1 | 0.1 | Vague | Entirely unclear what the purpose of this work is, and how it relates to this case. |
| M Lowe | 04/25/23 | Email from C. Stein re strategy REDACTED | 0.1 | 0.1 | Vague | Entirely unclear what the purpose of this work is, and how it relates to this case. |
| M Lowe | 04/25/23 | Respond to REDACTED | 0.1 | 0.1 | Vague | Entirely unclear what the purpose of this work is, and how it relates to this case. |
| C Stein | 04/25/23 | Review memo in advance of motion to compel. | 0.7 | 0.7 | Excessive | Work was excessive. Defendant lost every motion to compel it filed, as the motions were caused by Defendant's obstructionist conduct or demands for more information than it was entitled to. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 04/26/23 | Analyze research re REDACTED including discussion re REDACTED | 0.6 | 0.6 | Vague | Entirely unclear what the purpose of this work is, how it relates to this case, and what "analyze" means. |
| A Einhorn | 04/26/23 | Proofread and finalize brief in opposition to motion to compel. | 0.8 | 0.8 | Excessive | Excessive to have attorney labor, rather than staff, to proofread. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 04/26/23 | Analyze documents for supplemental production. | 1.2 | 1.2 | Vague | Fails to articulate what "analyze" means in this context. |
| Z Epstein | 04/26/23 | Analyze client documents re Relators' second requests for production | 0.6 | 0.6 | Vague | Fails to articulate what "analyze" means in this context. |
| Z Epstein | 04/26/23 | Draft memorandum regarding REDACTED | 0.7 | 0.7 | Vague | Entirely unclear what the purpose of this work is, and how it relates to this case. |
| A Einhorn | 04/27/23 | Prepare for and attend meet and confer call with opposing counsel re discovery. | 1.6 | 1.6 | Vague, excessive. | Fails to articulate what work was actually done in preparation. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 04/27/23 | Strategize next steps and upcoming tasks. | 0.9 | 0.9 | Vague | Fails to articulate what "strategize" means in this context. |
| Z Epstein | 04/27/23 | Strategize REDACTED and REDACTED | 1.0 | 1.0 | Vague | Entirely unclear what the purpose of this work is, and how it relates to this case. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 04/27/23 | Strategize REDACTED re REDACTED document production | 0.3 | 0.3 | Vague | Entirely unclear what the purpose of this work is, and how it relates to this case. |
| C MacGregor | 04/27/23 | Strategize regarding REDACTED and REDACTED | 0.9 | 0.9 | Vague | Entirely unclear what the purpose of this work is, and how it relates to this case. |
| C MacGregor | 04/27/23 | Meet and confer with Relators' counsel regarding discovery responses | 0.7 | 0.7 | Excessive. | Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 04/28/23 | Draft deficiency letter re discovery responses including service to Relators' counsel. | 2.8 | 2.8 | Excessive. | Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. Billing for administrative work. |
| A Einhorn | 04/28/23 | Analyze responses to document requests and strategize REDACTED including discussions with C. Stein and K. Crisp re same. | 1.9 | 1.9 | Vague | Fails to articulate what "analyze" means, what the purpose was, and what "same" means. |
| A Einhorn | 04/28/23 | Correspondence with opposing counsel re outstanding discovery issues. | 0.2 | 0.2 | Vague, excessive. | Vague as to what work was done. Simply states a noun. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| C MacGregor | 04/28/23 | Draft materials for REDACTED meeting | 1.6 | 1.6 | Vague | Entirely unclear what the purpose of this work is, and how it relates to this case. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 04/28/23 | Attention to relators' discovery responses and outline deficiency letter re same. | 1.5 | 1.5 | Vague, excessive. | Vague as to what “attention” means. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 05/01/23 | Draft third set of interrogatories. | 1.7 | 1.4 | Excessive. | Excessive to spend this time drafting 10 interrogatories, especially with further entries below. |
| A Einhorn | 05/01/23 | Analyze production of DCB including follow up discussion re redactions. | 0.9 | 0.6 | Excessive. | Excessive for 6 different attorneys to bill over 75 hours for standard discovery matters. |
| A Einhorn | 05/01/23 | Meet and confer with opposing counsel re discovery including follow up. | 1.1 | 1.1 | Excessive. | Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 05/01/23 | Analyze research re REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate what was researched, who did the research, and what was analyzed. |
| Z Epstein | 05/01/23 | Strategize and prepare REDACTED re REDACTED documents | 1.8 | 1.8 | Vague. | Fails to articulate what was strategized and prepared, unclear what the redacted work consisted of. |
| Z Epstein | 05/01/23 | Analyze REDACTED re REDACTED | 1.4 | 1.4 | Vague. | Fails to articulate what was analyzed, unclear what the redacted work consisted of. |
| C MacGregor | 05/01/23 | Meet and confer with Relators' counsel regarding discovery disputes | 0.4 | 0.4 | Excessive. | Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 05/02/23 | Work on draft REDACTED including | 1.1 | 1.1 | Vague. | Fails to articulate what was drafted and what was discussed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | discussion with C. MacGregor. | | | | |
| A Einhorn | 05/02/23 | Discussion REDACTED re outstanding tasks including additional thought re strategy for REDACTED and follow up with C. Stein. | 1.6 | 1.6 | Vague. | Fails to articulate what was discussed and what was strategized. |
| A Einhorn | 05/02/23 | Work on draft third set of interrogatories. | 0.8 | 0.6 | Excessive. | Excessive to spend this time drafting 10 interrogatories, especially with further entries below. |
| C MacGregor | 05/02/23 | Draft materials for REDACTED | 3.1 | 3.1 | Vague. | Fails to articulate what was drafted and for what purpose, unclear what the redacted work consisted of. |
| C Stein | 05/02/23 | Outline REDACTED . | 1.1 | 1.1 | Vague. | Fails to articulate what was outlined and for what purpose, unclear what the redacted work consisted of. |
| C Stein | 05/02/23 | Call with REDACTED re REDACTED, email with P. Elkins re same. | 1.2 | 1.2 | Vague. | Fails to articulate who was involved and what was discussed. |
| A Einhorn | 05/03/23 | Draft REDACTED to prep for REDACTED | 2.9 | 2.9 | Vague. | Fails to articulate what was drafted and for what purpose, unclear what the redacted work consisted of. |
| A Einhorn | 05/03/23 | Analyze research on REDACTED including discussion with C. MacGregor. | 0.7 | 0.7 | Vague. | Fails to articulate what was analyzed and what was researched. |
| A Einhorn | 05/03/23 | Work on supplemental discovery responses and document production. | 1.7 | 1.7 | Excessive. | Excessive to bill to supplement discovery that was wrongfully withheld and compelled by court. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 05/03/23 | Correspondence REDACTED re upcoming deadlines and discussions with opposing counsel re extension of summary judgment dates. | 1.4 | 1.4 | Vague, excessive. | Fails to articulate who was involved and what was discussed. Excessive to bill over 8 hours for a standard joint stipulation, especially to correct Defendant's oversight in failing to earlier include MSJ date in continuance of trial. |
| C MacGregor | 05/03/23 | Strategize and prepare materials for REDACTED | 1.8 | 1.8 | Vague. | Fails to articulate what was strategized and prepared and for what purpose. |
| C Stein | 05/03/23 | Attention to UI Holdings subpoena and call with P. Elkins re same. | 0.5 | 0.5 | Excessive. | Excessive amount of time on subpoena with earlier entries. |
| C Stein | 05/03/23 | REDACTED deposition prep. | 2.0 | 2.0 | Vague, excessive. | Fails to articulate what was prepared and for which deposition, unclear what the redacted work consisted of. Excessive for 6 different attorneys to bill over 75 hours for standard discovery matters. |
| C Stein | 05/03/23 | Revise newest set of discovery requests. | 0.6 | 0.6 | Excessive. | Excessive to spend this time drafting 10 interrogatories, especially with further entries below. |
| K Crisp | 05/04/23 | Strategy and analysis re third party discovery issues | 0.8 | 0.8 | Vague, excessive. | Vague as to strategy and analysis, and excessive work if related to UI Holdings or Dallas Capital Bank. |
| A Einhorn | 05/04/23 | Discussions re REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate what was discussed and who was involved, unclear what the redacted work consisted of. |
| A Einhorn | 05/04/23 | Analyze supplemental document production by Dallas Capital | 1.1 | 0.8 | Excessive. | Excessive amount of time to review small production that was shared with Defendant ahead of time and already reviewed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | Bank including designations of confidentiality and service of same. | | | | |
| A Einhorn | 05/04/23 | Discussion with opposing counsel re extension of summary judgment deadline including analysis of joint stipulation and further strategy re REDACTED. | 1.7 | 1.7 | Vague, excessive. | Excessive to bill over 8 hours for a standard joint stipulation, especially to correct Defendant's oversight in failing to earlier include MSJ date in continuance of trial. |
| A Einhorn | 05/05/23 | Analyze additional document requests including research of REDACTED and analysis of the same with C. Stein. | 4.4 | 4.4 | Vague, excessive. | Fails to articulate what was researched and analyzed. Excessive for 6 different attorneys to bill over 75 hours for standard discovery matters. |
| A Einhorn | 05/05/23 | Gather REDACTED for supplemental document production including correspondence with REDACTED. | 1.4 | 1.4 | Vague, excessive. | Fails to articulate what was gathered and who was involved. Excessive for 6 different attorneys to bill over 75 hours for standard discovery matters. |
| C Stein | 05/07/23 | Outline arguments for REDACTED | 1.5 | 1.5 | Vague. | Fails to articulate what was outlined and for what purpose, unclear what the redacted work consisted of. |
| K Crisp | 05/08/23 | Strategy and analysis re REDACTED | 1.6 | 1.6 | Vague. | Fails to articulate what was strategized and analyzed and for what purpose. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 05/08/23 | Work on REDACTED | 3.7 | 3.7 | Vague. | Fails to articulate what was worked on and for what purpose, unclear what the redacted work consisted of. |
| A Einhorn | 05/09/23 | Draft REDACTED in preparation of MTC hearing including discussion with C. Stein and K. Crisp. | 4.2 | 4.2 | Vague, excessive. | Fails to articulate what was drafted and what was discussed. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 05/09/23 | Analyze Relators response to objections to UI Holdings subpoena. | 0.2 | 0.2 | Vague, excessive. | Vague as to analyze. Excessive amount of time spent on UI Holdings subpoena. |
| A Einhorn | 05/09/23 | Analyze meet and confer letter including follow up discussion with opposing counsel re the same and extension of deadline for SJ. | 1.6 | 1.6 | Excessive. | Excessive to bill over 8 hours for a standard joint stipulation, especially to correct Defendant's oversight in failing to earlier include MSJ date in continuance of trial. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 05/09/23 | Work on REDACTED outline for REDACTED | 2.5 | 2.5 | Vague. | Fails to articulate what was outlined and for what purpose, unclear what the redacted work consisted of. |
| C Stein | 05/09/23 | Attention to discovery responses, call with A. Einhorn re same. | 1.5 | 1.5 | Vague, excessive. | Vague as to "attention to" and the responses referred to. |
| K Crisp | 05/10/23 | Prepare for and attend hearing on motion to compel | 3.7 | 3.7 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | |
| A Einhorn | 05/10/23 | Strategize REDACTED plan and draft positions on REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate what was strategized, what was drafted, and for what purpose. |
| A Einhorn | 05/10/23 | Analyze proposed amended complaint including discussion with C. Stein re same. | 0.7 | 0.7 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| A Einhorn | 05/10/23 | Prepare for hearing on motion to compel including follow up with K. Crisp re results of hearing. | 2.3 | 2.3 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 05/10/23 | Correspondence with court re proposed order on motion to seal including analysis of revised order. | 0.7 | 0.5 | Excessive. | Excessive amount of time to review proposed order. |
| C Stein | 05/10/23 | Prep for hearing and call with K. Crisp and A. Einhorn re same. | 0.7 | 0.7 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 05/11/23 | Strategy and analysis re request for leave to amend complaint and proposed response. | 1.3 | 1.3 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| A Einhorn | 05/11/23 | Meet and confer with opposing counsel re discovery responses including follow up with C. | 2.1 | 2.1 | Excessive. | Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | MacGregor and C. Stein re various positions and next steps. | | | | |
| A Einhorn | 05/11/23 | Analyze issues re REDACTED including discussion with C. Stein. | 0.6 | 0.6 | Vague. | Fails to articulate what was analyzed and what was discussed. |
| A Einhorn | 05/11/23 | Work on revisions to IDC form including correspondence with opposing counsel. | 1.6 | 1.6 | Excessive. | Defendant lost on this IDC, being required to produce nearly all documents requested. |
| A Einhorn | 05/11/23 | Work on outline for REDACTED in preparation of REDACTED | 3.2 | 3.2 | Vague. | Fails to articulate what was outlined and for what purpose. |
| Z Epstein | 05/11/23 | Strategize proposed amended scheduling order | 0.3 | 0.3 | Vague. | Fails to articulate what work was performed. |
| C MacGregor | 05/11/23 | Meet and confer with Relator's counsel regarding discovery responses | 0.6 | 0.6 | Excessive. | Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| C Stein | 05/11/23 | Attention to discovery disputes and call with A. Einhorn re same. | 1.1 | 1.1 | Vague, excessive. | Vague as to "attention to," and Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| C Stein | 05/11/23 | Attention to Relators' Proposed Second Amended Complaint, emails re same. | 1.0 | 1.0 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| A Einhorn | 05/12/23 | Work on finalizing IDC form including | 0.5 | 0.5 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | correspondence with opposing counsel re discovery conference and motion for leave to amend complaint and upcoming deposition. | | | | amount of time (more than 32 hours) spent opposing motion.<br><br>Defendant lost on this IDC, being required to produce nearly all documents requested. |
| A Einhorn | 05/12/23 | Meet with team re strategy on next steps and outstanding tasks. | 1.1 | 1.1 | Vague. | Fails to articulate what work was performed. |
| A Einhorn | 05/12/23 | Prepare for and conduct REDACTED including follow up REDACTED re REDACTED and discovery conference. | 3.4 | 3.4 | Vague, excessive. | Fails to articulate what was prepared for and conducted, as well as what was followed up on, unclear what the redacted work consisted of. |
| Z Epstein | 05/12/23 | Strategize discovery responses and REDACTED | 1.2 | 1.2 | Vague, excessive. | Fails to articulate what was strategized and which responses were worked on. |
| Z Epstein | 05/12/23 | Analyze REDACTED for production to Relators | 0.6 | 0.6 | Vague, excessive. | Fails to articulate what was analyzed. |
| C MacGregor | 05/12/23 | Strategize regarding discovery responses | 1.2 | 1.2 | Vague, excessive. | Fails to articulate what was strategized. |
| C Stein | 05/12/23 | Prepare for REDACTED and call with A. Einhorn re discovery issues. | 2.0 | 2.0 | Vague, excessive. | Fails to articulate what was prepared for. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| C Stein | 05/12/23 | Meeting with REDACTED re REDACTED | 3.0 | 3.0 | Vague. | Fails to articulate who was involved and what was |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | discussed, unclear what the redacted work consisted of. |
| A Einhorn | 05/15/23 | Draft joint stipulation re MSJ date and proposed order. | 1.8 | 1.3 | Excessive. | Excessive to bill over 8 hours for a standard joint stipulation, especially to correct Defendant's oversight in failing to earlier include MSJ date in continuance of trial. |
| A Einhorn | 05/15/23 | Work on supplemental document production including draft transmittal letter to opposing counsel. | 1.4 | 1.4 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 05/15/23 | Analyze REDACTED and draft chart of REDACTED | 1.5 | 1.5 | Vague. | Fails to articulate what was analyzed and what was drafted. |
| A Einhorn | 05/16/23 | Prepare for and conduct REDACTED | 3.8 | 3.8 | Vague. | Fails to articulate what was prepared for and conducted, unclear what the redacted work consisted of. |
| A Einhorn | 05/16/23 | Work on draft stipulation including phone calls and correspondence with opposing counsel and filing of the same. | 1.6 | 1.6 | Excessive. | Excessive to bill over 8 hours for a standard joint stipulation, especially to correct Defendant's oversight in failing to earlier include MSJ date in continuance of trial. |
| A Einhorn | 05/16/23 | Correspondence with opposing counsel confidentiality designation of bank statements REDACTED . | 0.6 | 0.6 | Vague. | Unclear what the redacted work consisted of. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 05/16/23 | Deposition preparation. | 2.5 | 2.5 | Vague. | Vague as to whose deposition was prepared for. |
| C Stein | 05/16/23 | Attention to discovery disputes. | 0.9 | 0.9 | Vague. | Vague as to "attention to." |
| K Crisp | 05/17/23 | Strategy and analysis re various discovery issues | 0.8 | 0.8 | Vague, excessive. | Vague, and excessive number of attorneys handling discovery disputes. |
| A Einhorn | 05/17/23 | Analyze discovery order and local rules including internal discussion re strategy and follow up discussion with client re same. | 3.6 | 3.6 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 05/17/23 | Discuss various next steps in response to discovery order and leave to amend the complaint. | 1.6 | 1.6 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. Also appears duplicative to prior entry. Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| Z Epstein | 05/17/23 | Strategize discovery responses re May 26, 2023 court order | 0.5 | 0.5 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 05/17/23 | Strategize arguments REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate what was strategized and for what purpose, unclear what the redacted work consisted of. |
| Z Epstein | 05/17/23 | Analyze May 26, 2023 court order | 0.9 | 0.9 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | re Relators' motion to compel | | | | already been excluded by Defendant. |
| C MacGregor | 05/17/23 | Strategize regarding approach to REDACTED and REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate what was strategized and for what purpose. |
| C MacGregor | 05/17/23 | Research REDACTED | 1.5 | 1.5 | Vague. | Fails to articulate what was researched and for what purpose, unclear what the redacted work consisted of. |
| C Stein | 05/17/23 | Attention to REDACTED strategy. | 0.5 | 0.5 | Vague. | Fails to articulate what was strategized and for what purpose. |
| C Stein | 05/17/23 | Call with A. Einhorn and K. Crisp re discovery issues. | 0.5 | 0.5 | Vague. | Vague as to discovery issues. |
| C Stein | 05/17/23 | Call with REDACTED re discovery issues. | 0.5 | 0.5 | Vague, excessive. | Fails to articulate who was involved and what was discussed. |
| A Einhorn | 05/18/23 | Strategize response to amended complaint. | 1.3 | 1.3 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| A Einhorn | 05/18/23 | Work on discovery disputes including discussion with opposing counsel including follow up re same. | 0.8 | 0.8 | Vague, excessive | Vague as to which discovery disputes. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| A Einhorn | 05/18/23 | REDACTED and defend deposition of P. Hess including follow up with REDACTED and legal team re next steps. | 6.1 | 3.0 | Vague, excessive. | Fails to articulate what was done and who was involved, unclear what the redacted work consisted of. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 05/18/23 | Strategize and draft opposition to motion for leave to amend | 4.1 | 4.1 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| Z Epstein | 05/18/23 | Analyze topics addressed at REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate what was analyzed and for what purpose, unclear what the redacted work consisted of. |
| C MacGregor | 05/18/23 | Analyze and draft outline for opposition to Relator's Motion to Amend Scheduling Order to File Second Amended Complaint | 0.8 | 0.8 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| C Stein | 05/18/23 | Paul Hess deposition. | 6.0 | | | |
| K Crisp | 05/19/23 | Strategy and analysis re various discovery matters | 1.3 | 1.3 | Vague, excessive. | Vague as to what work was actually done. |
| A Einhorn | 05/19/23 | Strategize response to opposing counsel re deadline for motion for leave to amend. | 1.1 | 1.1 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| A Einhorn | 05/19/23 | Strategize additional discovery issues with C. Stein. | 0.9 | 0.9 | Vague, excessive. | Vague as to what work was actually done. |
| A Einhorn | 05/19/23 | Strategize additional discovery requests. | 2.1 | 2.1 | Vague, excessive. | Vague as to what work was actually done. |
| Z Epstein | 05/19/23 | Strategize and draft opposition to motion for leave to amend | 2.1 | 2.1 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | 32 hours) spent opposing motion. |
| Z Epstein | 05/19/23 | Analyze scheduling order and draft REDACTED | 0.4 | 0.4 | Vague, excessive. | Fails to articulate what was drafted and for what purpose. |
| C MacGregor | 05/19/23 | Summarize REDACTED to REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate what was summarized and for what purpose, unclear what the redacted work consisted of. |
| A Einhorn | 05/21/23 | Strategize and draft additional discovery requests. | 4.4 | 3.3 | Excessive. | Excessive amount of time, with earlier and later entries, to prepare 35 requests for admission and 9 document requests. |
| A Einhorn | 05/21/23 | Strategize various research issues. | 0.4 | 0.4 | Vague. | Fails to articulate what was strategized, what was researched, and for what purpose. |
| A Einhorn | 05/22/23 | Work on protective order including draft correspondence with opposing counsel. | 2.4 | 2.4 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| A Einhorn | 05/22/23 | Prepare for and attend IDC including follow up with REDACTED | 2.8 | 2.8 | Vague, excessive. | Fails to articulate who was involved and what was discussed. Defendant lost on this IDC, being required to produce nearly all documents requested. |
| A Einhorn | 05/22/23 | Correspondence with opposing counsel re discovery issues. | 0.8 | 0.8 | Vague. | Vague as to the discovery issues discussed. |
| A Einhorn | 05/22/23 | Work on additional discovery requests and response to | 1.5 | 1.5 | Vague, excessive. | Vague as to which discovery was drafted and responded to. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | outstanding discovery. | | | | |
| C Stein | 05/22/23 | Analyze REDACTED re REDACTED and REDACTED. | 1.1 | 1.1 | Vague | Fails to articulate what was analyzed and for what purpose, unclear what the redacted work consisted of. |
| A Einhorn | 05/23/23 | Correspondence with opposing counsel re revised protective order. | 0.8 | 0.8 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| A Einhorn | 05/23/23 | Work on strategy for REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate what was strategized and for what purpose. |
| A Einhorn | 05/23/23 | Strategize outstanding discovery matters including phone call with C. Stein re interpretation of order REDACTED re tasks and Z. Epstein re supplemental production. | 3.6 | 3.6 | Vague, excessive. | Fails to articulate what was discussed. |
| Z Epstein | 05/23/23 | Analyze REDACTED and strategize REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what was analyzed, what was strategized, and for what purpose, unclear what the redacted work consisted of. |
| Z Epstein | 05/23/23 | Strategize responses to court order and Relators' third set of discovery | 2.1 | 2.1 | Excessive. | Block billing. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 05/23/23 | Analyze document production to identify REDACTED re REDACTED | 1.9 | 1.9 | Vague, excessive. | Fails to articulate what was identified and for what purpose. Excessive for 6 different attorneys to bill over 75 hours for standard discovery matters. |
| Z Epstein | 05/23/23 | Evaluate REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what was evaluated and for what purpose. |
| C Stein | 05/23/23 | Call with A. Einhorn re discovery issues. | 0.5 | 0.5 | Vague. | Vague as to discovery issues. |
| A Einhorn | 05/24/23 | Work on draft response to opposing counsel re protective order including correspondence and discussion re same. | 1.8 | 1.8 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| A Einhorn | 05/24/23 | Work on research of REDACTED | 1.2 | 1.2 | Vague. | Fails to articulate what was researched and for what purpose. |
| A Einhorn | 05/24/23 | Work on further production of documents. | 0.6 | 0.6 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 05/24/23 | Analyze document production from opposing counsel. | 0.6 | 0.3 | Excessive. | Excessive amount of time reviewing a 47-page production. |
| Z Epstein | 05/24/23 | Evaluate arguments re REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate what was evaluated and for what purpose. |
| Z Epstein | 05/24/23 | Analyze email document productions to determine redaction removal | 1.7 | 1.7 | Vague, excessive. | This entry is incomprehensible. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 05/24/23 | Analyze document production to identify REDACTED re REDACTED | 0.7 | 0.7 | Vague, excessive. | Fails to articulate what was identified and for what purpose. Excessive amount of time to review a 47-page production. |
| C MacGregor | 05/24/23 | Research case law to REDACTED | 1.2 | 1.2 | Vague. | Fails to articulate what was researched and for what purpose. |
| C Stein | 05/24/23 | Analyze REDACTED re REDACTED and REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate what was analyzed and for what purpose, unclear what the redacted work consisted of. |
| K Crisp | 05/25/23 | Strategy and analysis re protective order issues | 0.8 | 0.8 | Vague, excessive. | Vague as to what work was performed. Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| A Einhorn | 05/25/23 | Strategize draft motion for a revised protective order. | 1.5 | 1.5 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| A Einhorn | 05/25/23 | Strategize response to revised protective order and further discovery including draft emails to opposing counsel. | 2.3 | 2.3 | Excessive. | Block billing. Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | AEO were found to be ordinary by the Court. |
| Z Epstein | 05/25/23 | Evaluate arguments re REDACTED and analyze relevant caselaw | 3.1 | 3.1 | Vague. | Fails to articulate what was evaluated and for what purpose. |
| C MacGregor | 05/25/23 | Draft ex parte application and memorandum in support of ex parte application for a revised protective order | 4.5 | 4.5 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| C MacGregor | 05/25/23 | Strategize regarding REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what was strategized and for what purpose. |
| C Stein | 05/25/23 | Analyze REDACTED re REDACTED and REDACTED. | 0.6 | 0.6 | Vague. | Fails to articulate what was analyzed and for what purpose, unclear what the redacted work consisted of. |
| K Crisp | 05/26/23 | Revise and edit ex parte papers re protective order | 2.3 | 2.3 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| Z Epstein | 05/26/23 | Strategize and draft ex parte application for amended protective order | 3.2 | 3.2 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | AEO were found to be ordinary by the Court. |
| M Lowe | 05/26/23 | Call with REDACTED re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate who was involved and what was discussed. |
| C MacGregor | 05/26/23 | Draft ex parte application for a revised protective order and accompanying documents | 4.6 | 4.6 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| C MacGregor | 05/26/23 | Prepare ex parte application and accompanying documents for filing | 0.0 | | | |
| C Stein | 05/26/23 | Attention to Motion to Amend Protective Order, revisions to brief re same. | 3.6 | 3.6 | Vague, excessive. | Vague as to “attention to.” Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| A Einhorn | 05/27/23 | Analyze motion for revised protective order. | 0.7 | 0.7 | Vague, excessive. | Vague as to analyze. Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 05/27/23 | Analyze REDACTED re REDACTED and REDACTED. | 1.0 | 1.0 | Vague. | Fails to articulate what was analyzed and for what purpose, unclear what the redacted work consisted of. |
| A Einhorn | 05/30/23 | Work on supplemental responses to discovery requests. | 1.9 | 1.9 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| A Einhorn | 05/30/23 | Analyze opposition to motion for a revised protective order. | 0.6 | 0.6 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| A Einhorn | 05/30/23 | Work on responses to third set of documents requests and requests for admissions. | 1.1 | 0.5 | Excessive. | Excessive amount of time spent drafting responses to 13 discovery requests (10 document requests and 3 RFAs). |
| A Einhorn | 05/30/23 | Discuss next steps and REDACTED with C. Stein including follow up REDACTED and Z. Epstein re same. | 3.4 | 3.4 | Vague. | Fails to articulate what was discussed and for what purpose. |
| Z Epstein | 05/30/23 | Draft opposition to Relators' motion to modify scheduling order and for leave to amend | 1.6 | 1.6 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| Z Epstein | 05/30/23 | Draft responses to Relators' third set of requests for production | 2.6 | 1.3 | Excessive. | Excessive amount of time spent drafting responses to 10 document requests. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 05/30/23 | Draft amended supplemental responses to Relators' first discovery requests | 1.3 | 1.3 | Excessive. | Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| C Stein | 05/30/23 | Attention to responses to Relators most recent discovery requests, and attention to REDACTED. | 1.5 | 1.5 | Vague, excessive. | Fails to articulate what attention was paid to. Excessive amount of time spent drafting responses to 13 discovery requests, if referring to third set of discovery. |
| C Stein | 05/30/23 | Call with A. Einhorn re REDACTED responses/requests. | 1.0 | 1.0 | Vague, excessive. | Fails to articulate what was discussed and for what purpose. |
| C Stein | 05/30/23 | Draft outline of REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate what was outlined and for what purpose. |
| C Stein | 05/30/23 | Attention to Opposition to Motion to Amend. | 0.5 | 0.5 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| A Einhorn | 05/31/23 | Analyze opposition to leave to amend including strategy for REDACTED. | 2.1 | 2.1 | Vague, excessive. | Fails to articulate what was strategized. Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| A Einhorn | 05/31/23 | Strategy and correspondence re documents for expert, deposition transcript and supplemental production including discussion with | 2.0 | 2.0 | Vague, excessive. | Fails to articulate who was involved and what was discussed, including which expert was involved. All time relating to excluded expert Gray should be denied. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | REDACTED and K. Crisp and C. Stein re same. | | | | |
| A Einhorn | 05/31/23 | Work on additional research assignments on various issues. | 0.8 | 0.8 | Vague. | Fails to articulate what was researched and for what purpose. |
| A Einhorn | 05/31/23 | Analyze order granting AEO designation including discussion with C. Stein re same. | 0.3 | 0.3 | Excessive. | Excessive amount of time spent seeking to amend protective order when Defendant could have earlier included AEO designation, and the documents Defendant later attempted to designated AEO were found to be ordinary by the Court. |
| Z Epstein | 05/31/23 | Analyze REDACTED documents for REDACTED | 1.4 | 1.4 | Vague. | Fails to articulate what was analyzed and for what purpose. |
| Z Epstein | 05/31/23 | Strategize and draft opposition to Relators' motion to modify scheduling order and for leave to amend | 3.8 | 3.8 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time spent opposing motion. |
| Z Epstein | 05/31/23 | Draft responses to Relators' third set of requests for production | 0.8 | 0.6 | Excessive. | Excessive amount of time spent drafting responses to 10 document requests. |
| C Stein | 05/31/23 | Draft outline of REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate what was outlined and for what purpose. |
| C Stein | 05/31/23 | Call with A. Einhorn and K. Crisp re discovery issues and potential motions to dismiss. | 0.9 | 0.9 | Vague, excessive. | Vague as to discovery issues and no further motion to dismiss was filed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 06/01/23 | Strategize motion to compel including draft email to opposing counsel. | 2.6 | 2.6 | Vague, excessive. | Fails to articulate what "strategize" means here. Excessive because this motion to compel was never filed. |
| A Einhorn | 06/01/23 | Work on research of REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate what was researched. |
| A Einhorn | 06/01/23 | Work on corrections to L. Lai deposition transcript. | 0.6 | | | |
| A Einhorn | 06/01/23 | Strategize and work on supplemental document production and responses including phone calls and discussion with REDACTED, analysis of documents, draft cover letter to opposing counsel, and finalization of responses. | 5.1 | 5.1 | Vague, excessive. | Fails to articulate who was on the calls and what was discussed. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| Z Epstein | 06/01/23 | Analyze relevant REDACTED | 0.4 | 0.4 | Vague | Fails to articulate what was analyzed. |
| Z Epstein | 06/01/23 | Analyze REDACTED | 1.0 | 1.0 | Vague | Fails to articulate what was analyzed. |
| Z Epstein | 06/01/23 | Analyze May 31 court order granting ex parte motion to modify protective order | 0.4 | 0.4 | Vague | Fails to articulate what "analyze" means in this context. |
| Z Epstein | 06/01/23 | Draft responses to Relators' third set of requests for production | 0.4 | 0.4 | Excessive. | Excessive amount of time spent drafting responses to 10 document requests. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 06/01/23 | Draft responses to Relators' first set of requests for admission | 0.3 | 0.3 | Excessive. | Excessive amount of time spent drafting responses to 3 RFAs. |
| Z Epstein | 06/01/23 | Strategize and prepare production of documents re May 16 court order | 7.3 | 7.3 | Vague | Vague as to what the "strategize" means and what work was actually performed. Defendant was sanctioned for this discovery dispute. This amount may have already been excluded by Defendant. |
| M Lowe | 06/01/23 | Analyze Supreme Court decision in REDACTED | 0.3 | 0.3 | Vague | Fails to articulate what "analyze" means in this context and what was actually "analyzed." |
| M Lowe | 06/01/23 | Draft and respond to emails to/from Cal Stein re impact of Supreme Court decision REDACTED | 0.3 | 0.3 | Vague | Entirely unclear as to how this relates to this case. |
| C MacGregor | 06/01/23 | Strategize regarding discovery responses | 0.6 | 0.6 | Vague | Vague as to what the "strategize" means and what work was actually performed. |
| C Stein | 06/01/23 | Draft outline for REDACTED . | 1.5 | 1.5 | Vague. | Entirely unclear as to how this relates to this case. |
| C Stein | 06/01/23 | Strategy and analysis re Relators' failure to produce documents and next steps re same. | 0.9 | 0.9 | Vague, excessive. | Fails to articulate what "strategy and analysis" means and what work was actually performed. Documents were produced. |
| C Stein | 06/01/23 | Revise Opposition to Motion to Amend. | 1.2 | 1.2 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | 32 hours) spent opposing motion. |
| C Stein | 06/01/23 | Attention to new REDACTED SCOTUS opinion re REDACTED. | 0.5 | 0.5 | Vague | Fails to articulate redacted SCOTUS opinion attended to and in relation to what redacted material. |
| A Einhorn | 06/02/23 | Work on draft responses to RFPs and RFAs. | 1.4 | 1.4 | Excessive. | Excessive amount of time spent drafting responses to 13 discovery requests. |
| A Einhorn | 06/02/23 | Analyze opposition to motion for leave to amend. | 1.2 | 1.2 | Vague, excessive. | Fails to articulate what "analyze" means in this context and what work was actually performed analyzing own Opposition. Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| A Einhorn | 06/02/23 | Strategize and discuss impact of SCOTUS opinion REDACTED. | 3.7 | 3.7 | Vague. | Fails to articulate redacted SCOTUS opinion and articulate strategy and discussion performed. |
| A Einhorn | 06/02/23 | Draft joint stipulation. | 1.2 | 1.2 | Excessive | Excessive because motion was never filed. |
| A Einhorn | 06/02/23 | Work on research of REDACTED for discovery purposes. | 1.1 | 1.1 | Vague. | Fails to articulate how this relates to this case. |
| Z Epstein | 06/02/23 | Analyze relevant REDACTED decision in REDACTED for REDACTED | 1.7 | 1.7 | Vague | Fails to articulate what was analyzed, what analysis was performed, and unclear what the redacted work consisted of. |
| Z Epstein | 06/02/23 | Analyze L. Lai deposition transcript and draft errata sheet | 1.1 | 1.1 | Vague, excessive. | Vague as to what "analyze" means in this context and what work was actually done. Excessive with other entries. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 06/02/23 | Analyze REDACTED requirements | 0.6 | 0.6 | Vague | Entirely unclear as to how this relates to this case and what "analyze" means. |
| Z Epstein | 06/02/23 | Evaluate correspondence with Relators re responses to ManPow's discovery requests | 0.1 | 0.1 | Vague, excessive. | Vague as to what "evaluate" a correspondence means and what work was actually performed. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| Z Epstein | 06/02/23 | Revise opposition to motion to modify scheduling order and for leave to amend | 1.9 | 1.9 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| Z Epstein | 06/02/23 | Draft responses to Relators' first set of Requests for Admission | 1.0 | 1.0 | Excessive. | Excessive amount of time spent drafting responses to 3 RFAs. |
| M Lowe | 06/02/23 | Analyze and revise draft REDACTED outline in advance of team strategy meeting | 0.8 | 0.8 | Vague | Fails to articulate the purpose, how it relates to this case, and what "analyze" means. |
| M Lowe | 06/02/23 | Analyze amended complaint to prepare for team strategy meeting | 0.2 | 0.2 | Vague | Vague as to what "analyze" means in this context |
| M Lowe | 06/02/23 | Team strategy call with C. Stein, A. Einhorn and Z. Epstein re REDACTED | 1.0 | 1.0 | Vague | Fails to articulate redacted purpose of strategy. |
| C Stein | 06/02/23 | Further revisions to Opposition to Motion to Amend. | 1.3 | 1.3 | Excessive | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 06/02/23 | Attention to REDACTED SCOTUS decision re REDACTED. | 1.0 | 1.0 | Vague | Fails to articulate what "attention" means and what work was actually done. |
| C Stein | 06/02/23 | Call with REDACTED re REDACTED. | 1.0 | 1.0 | Vague | Fails to articulate who was on the call and what was discussed. |
| A Einhorn | 06/03/23 | Work on revisions to draft responses to 3d set of RFPs and RFAs. | 0.7 | 0.7 | Excessive. | Excessive amount of time spent drafting responses to 13 discovery requests. |
| C Stein | 06/03/23 | Review responses to discovery requests and comments re same. | 0.5 | 0.5 | Vague, excessive. | Vague as to what "review" responses means and what work was actually performed. Excessive amount of time spent drafting responses to 13 discovery requests. |
| A Einhorn | 06/04/23 | Strategize motion to compel including draft of the joint stipulation. | 2.9 | 2.9 | Vague, excessive | Excessive because motion to compel was never filed. Fails to articulate what work was actually performed and what "strategize" means. |
| A Einhorn | 06/05/23 | Analyze responses and work on draft joint stipulation re motion to compel. | 2.3 | 2.3 | Excessive | Excessive because motion to compel was never filed. |
| A Einhorn | 06/05/23 | Draft declarations in support of motion to compel. | 2.8 | 2.8 | Excessive | Excessive because motion to compel was never filed. |
| A Einhorn | 06/05/23 | Work on additional discovery tasks including draft email to REDACTED and phone call re same and incorporate | 3.1 | 3.1 | Vague. | Vague as to what work was actually performed and how much time was spent doing any given task. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | revisions to responses including final review. | | | | |
| Z Epstein | 06/05/23 | Draft opposition to motion to modify scheduling order and for leave to amend | 1.4 | 1.4 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| Z Epstein | 06/05/23 | Draft responses to Relators' first set of requests for admission | 0.7 | 0.7 | Excessive. | Excessive amount of time spent responding to 3 RFAs. |
| Z Epstein | 06/05/23 | Draft responses to Relators' third set of requests for production | 0.7 | 0.7 | Excessive. | Excessive amount of time responding to 10 document requests. |
| K Crisp | 06/06/23 | Revise and edit joint stipulation | 0.8 | 0.8 | Excessive. | Motion was never filed. |
| A Einhorn | 06/06/23 | Analyze supplemental responses and work on joint stipulation including compilation of exhibits and declarations and service to opposing counsel. | 3.4 | 3.4 | Vague, excessive. | Entirely vague as to what "analyze" means here. Motion was never filed. |
| A Einhorn | 06/06/23 | Work on compilation of documents for production including phone calls and correspondence with REDACTED re same. | 2.8 | 2.8 | Vague | Fails to articulate who was on the calls. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 06/06/23 | Strategize and draft amended responses to Relators' second sets of discovery | 1.5 | 1.5 | Vague, excessive. | Fails to articulate what "strategize" means in this context. Excessive to bill to comply with Court order to amend discovery responses. |
| C MacGregor | 06/06/23 | Draft supplemental discovery responses | 1.9 | 1.9 | Vague. | Excessive to bill to comply with Court order to amend discovery responses. |
| C Stein | 06/06/23 | Attention to revising stipulation re motion to compel. | 2.6 | 2.6 | Excessive | Excessive because motion to compel was never filed. |
| A Einhorn | 06/07/23 | Phone call and correspondence with REDACTED re supplemental initial disclosures and REDACTED including draft and research re same. | 2.6 | 2.6 | Vague | Fails to articulate how this is fully related to this case and what "same" means. |
| A Einhorn | 06/07/23 | Analyze memo re REDACTED including follow up re same. | 0.8 | 0.8 | Vague | Fails to articulate what was analyzed. |
| A Einhorn | 06/07/23 | Work on supplemental document production and revisions to supplemental discovery responses. | 1.7 | 1.7 | Excessive. | Excessive to bill to comply with Court order to amend discovery responses. |
| A Einhorn | 06/07/23 | Draft letter to Relators in response to meet and confer letter. | 2.9 | 2.9 | Excessive. | Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| Z Epstein | 06/07/23 | Strategize and draft amended responses to | 3.2 | 3.2 | Excessive, vague | Excessive as to the time already spent on discovery responses. Vague as to |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | Relators' second sets of discovery | | | | what "strategize" means and what labor was actually performed. Excessive to bill to comply with Court order to amend discovery responses. |
| C MacGregor | 06/07/23 | Research REDACTED to inform discovery responses | 1.2 | 1.2 | Vague. | Fails to articulate what was researched and how it is relevant to the case. |
| C MacGregor | 06/07/23 | Draft supplemental discovery requests | 0.2 | | | |
| C Stein | 06/07/23 | Call with REDACTED and attention to updated filings. | 0.6 | 0.6 | Vague | Fails to articulate how this is relevant and what "attention" means here. |
| C Stein | 06/07/23 | Emails re REDACTED and providing talking points to REDACTED re same. | 0.5 | 0.5 | Vague. | Fails to articulate what was discussed and who was involved and how this is related to the case. |
| A Einhorn | 06/08/23 | Research re REDACTED | 1.2 | 1.2 | Vague. | Fails to articulate how this is related to the case. |
| A Einhorn | 06/08/23 | Discuss subpoenas and additional discovery requests including analysis of the same. | 1.5 | 1.5 | Vague, excessive | Fails to identify who this conversation was with, what "analysis" means. Excessive as to the time spend "discussing" discovery. |
| A Einhorn | 06/08/23 | Work on supplemental document production and discovery responses. | 1.4 | 1.4 | Vague, excessive. | Vague as to what "work on" means in this context. Excessive to bill to comply with Court order to amend discovery responses. |
| Z Epstein | 06/08/23 | Draft cover letter re amended responses to | 0.4 | 0.4 | Excessive. | Excessive amount of time to draft 4-sentence cover letter. Excessive to bill to comply with Court order to |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | relators' second sets of discovery | | | | amend discovery responses. |
| Z Epstein | 06/08/23 | Analyze service of process requirements of subpoenas to nonparty witnesses | 0.7 | 0.7 | Vague, excessive. | Entirely unclear what "analyze" means here, given otherwise substantial usage of "research" in bills, and excessive amount of time spent. |
| Z Epstein | 06/08/23 | Strategize subpoena service to Relators' witnesses | 0.7 | 0.7 | Vague, excessive. | Entirely unclear what "strategize" service means here, and excessive. |
| Z Epstein | 06/08/23 | Analyze and prepare REDACTED for production | 1.4 | 1.4 | Vague | Fails to articulate what was analyzed and what redacted material was prepared. |
| Z Epstein | 06/08/23 | Draft correspondence to opposing counsel re amended discovery responses | 0.2 | 0.2 | Excessive. | Mr. Epstein only sent one correspondence to Relators' counsel on 6/8. He already billed 0.4 above for a 4-sentence cover letter. So this entry appears to be duplicative. |
| C Stein | 06/08/23 | Attention to new discovery requests. | 1.0 | 1.0 | Vague | Absolutely unclear what "attention" means in this context and what work was performed. |
| A Einhorn | 06/09/23 | Work on draft letter in response to meet and confer letter including further research re rules and correspondence with C. Stein re same. | 2.2 | 2.2 | Vague, excessive. | Vague as to what "work on" means, and what how much time was spent per strikingly different tasks. Defendant lost on every discovery dispute before the Court, either in whole, or on more issues than not within a given motion. |
| Z Epstein | 06/09/23 | Draft subpoenas directed to Relators' witnesses | 1.9 | | | |
| Z Epstein | 06/09/23 | Analyze documents and | 1.6 | 1.6 | Vague | Fails to articulate what was analyzed and what "analyze" even means. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | draft REDACTED | | | | |
| A Einhorn | 06/11/23 | Analyze draft subpoenas. | 0.8 | 0.8 | Vague | Vague as to what "analyze" even means. |
| A Einhorn | 06/11/23 | Draft notice of motion and proposed order for motion to compel and sanctions. | 0.5 | 0.5 | Excessive | Excessive because motion to compel was never filed. |
| A Einhorn | 06/12/23 | Work on draft subpoenas including discussion with Z. Epstein. | 0.8 | 0.8 | Vague | Vague was to what "work on" means and what was discussed with Epstein. |
| A Einhorn | 06/12/23 | Analyze and comment on REDACTED | 4.1 | 4.1 | Vague | Fails to articulate what redacted material was analyzed and commented on and what "analyze" means. |
| Z Epstein | 06/12/23 | Analyze Relators' document production re REDACTED | 0.1 | 0.1 | Vague | Fails to articulate what was analyzed and in relation to what redacted material and what "analyze" means. |
| Z Epstein | 06/12/23 | Analyze documents and draft REDACTED | 0.8 | 0.8 | Vague | Fails to articulate what was analyzed and what redacted material was drafted and what "analyze" means. |
| Z Epstein | 06/12/23 | Draft subpoenas directed to Relators' witnesses | 0.3 | 0.3 | Excessive | Excessive given the time already spent drafting subpoenas. |
| M Lowe | 06/12/23 | Analyze REDACTED | 0.4 | 0.4 | Vague | Fails to articulate what was analyzed. |
| A Einhorn | 06/13/23 | Review reply brief in support of motion to amend and work on notice of motion and supplemental brief. | 1.4 | 1.4 | Excessive. | Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 06/13/23 | Discuss research re REDACTED with M. Reed. | 0.5 | 0.5 | Vague. | Fails to articulate what was researched and how it is related to this case. |
| A Einhorn | 06/13/23 | Analyze joint stipulation and declaration from Relators and strategize response including draft of the same. | 1.2 | 1.2 | Vague, excessive. | Entirely unclear as to what "analyze" means here and what "strategize means. Unclear how much time was spent writing response versus "analyzing." Motion was never filed. |
| A Einhorn | 06/13/23 | Finalize response letter to opposing counsel re discovery deficiencies including discussion with C. Stein re same. | 0.8 | 0.8 | Vague, excessive. | Vague as to what work was actually done, and what time was allotted to what tasks. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| Z Epstein | 06/13/23 | Strategize subpoenas to Relators' witnesses | 0.6 | 0.6 | Vague | Entirely unclear what "strategize" means in this context. |
| Z Epstein | 06/13/23 | Analyze Relators' reply brief in support of motion to modify scheduling order | 0.3 | 0.3 | Vague | Entirely unclear what "analyze" a brief means and what work was actually performed. Court found Defendant had no basis to oppose Motion for Leave. Excessive amount of time (more than 32 hours) spent opposing motion. |
| C Stein | 06/13/23 | Attention to letter to opposing counsel re discovery. | 0.5 | 0.5 | Vague, excessive. | Vague as to what "attention to" means and what labor was actually performed. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| A Einhorn | 06/14/23 | Analyze and revise draft REDACTED including | 0.7 | 0.7 | Vague | Fails to articulate what was analyzed, what redacted material was revised, and what "analyzed" means. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | correspondence with C. Stein re same. | | | | |
| A Einhorn | 06/14/23 | Analyze REDACTED including correspondence with opposing counsel re submission deadline. | 2.1 | 2.1 | Vague | Fails to articulate what was analyzed and what "analyzed" means. |
| Z Epstein | 06/14/23 | Strategize and draft comments to REDACTED | 1.7 | 1.7 | Vague | Fails to articulate redacted material, what "strategized" means, and how this is related to the case. |
| Z Epstein | 06/14/23 | Analyze REDACTED | 1.7 | 1.7 | Vague | Fails to articulate what "strategized" means, and how this is related to the case. |
| Z Epstein | 06/14/23 | Strategize and draft subpoenas to Relator's witnesses | 0.9 | 0.9 | Vague, excessive. | Fails to articulate what "strategized" means. Excessive in light of above entries. |
| M Lowe | 06/14/23 | Review and analyze REDACTED | 0.4 | 0.4 | Vague | Fails to articulate what was reviewed analyzed. |
| C Stein | 06/14/23 | Attention to third party subpoenas. | 0.6 | 0.6 | Vague, excessive. | Entirely unclear what "attention to" means here. Excessive in light of above entries. |
| C Stein | 06/14/23 | Attention to REDACTED. | 3.8 | 3.8 | Vague | Fails to articulate how this is related to this case and what "attention to" even means. |
| A Einhorn | 06/15/23 | Meet with REDACTED re REDACTED including analysis and review of the same. | 3.6 | 3.6 | Vague | Entirely unclear how this relates to the case. |
| A Einhorn | 06/15/23 | Prepare for and attend meet and confer re | 3.4 | 3.4 | Vague, excessive. | Vague as to what work went to what tasks specifically. Bundling time |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | discovery issues including follow up correspondence with opposing counsel and C. Stein re response. | | | | makes it unclear if excessive time was spent on any one task. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| A Einhorn | 06/15/23 | Research re REDACTED . | 0.4 | 0.4 | Vague | Fails to articulate how this is at all related to this case. |
| Z Epstein | 06/15/23 | Conference with REDACTED to discuss REDACTED | 1.1 | 1.1 | Vague | Fails to articulate who was in the conference and what was discussed. |
| Z Epstein | 06/15/23 | Strategize and draft subpoenas to Relator's witnesses | 2.7 | 2.7 | Vague, excessive | Vague as to what "strategize" means in this context. Excessive to spend nearly 3 hours when it is unclear of what work was actually performed, especially in light of earlier entries on this same issue. |
| Z Epstein | 06/15/23 | Analyze Central District of California REDACTED standards | 0.8 | 0.8 | Vague | Fails to articulate what was analyzed and how this is related to the case. |
| Z Epstein | 06/15/23 | Analyze REDACTED in Central District of California | 1.0 | 1.0 | Vague | Fails to articulate what was analyzed and how this is related to the case. |
| Z Epstein | 06/15/23 | Analyze Relators' joint stipulation re motion to compel | 0.3 | 0.3 | Vague, excessive. | Vague as to what "analyze" means. Excessive because Defendant lost virtually across the board on this motion. |
| Z Epstein | 06/15/23 | Strategize and draft REDACTED to REDACTED | 2.6 | 2.6 | Vague | Fails to articulate what redacted material was drafted and to whom, and how this is related to the case. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 06/15/23 | Analyze revised draft REDACTED incorporating prior edits and responding to same with proposed additional edits | 0.4 | 0.4 | Vague | Fails to articulate what was analyzed and how this is related to the case. |
| C MacGregor | 06/15/23 | Attend Meet and Confer with R. Davis | 0.6 | 0.6 | Excessive. | Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| C MacGregor | 06/15/23 | Strategize regarding next steps in follow up to meet and confer | 0.3 | 0.3 | Vague, excessive. | Vague as to what strategize means. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| C Stein | 06/15/23 | Call with REDACTED re REDACTED . | 1.4 | 1.4 | Vague | Fails to articulate who was on the call and what was discussed or how this at all relates to the case. |
| A Einhorn | 06/16/23 | Work on strategy for discovery issues including follow up REDACTED and correspondence with opposing counsel. | 2.4 | 2.4 | Vague, excessive. | Fails to articulate what “work on strategy” means and what labor was actually performed. Defendant lost on all discovery issues occurring at this time. |
| A Einhorn | 06/16/23 | Work on revisions to REDACTED . | 0.8 | 0.8 | Vague | Entirely unclear how this is at all related to the case. |
| Z Epstein | 06/16/23 | Analyze Relators' portion of joint stipulation and strategize response | 0.7 | 0.7 | Vague, excessive. | Vague as to what “analyze” and “strategize” mean. Defendant lost virtually across the board on this motion. |
| Z Epstein | 06/16/23 | Strategize and draft proposed revisions to REDACTED | 1.3 | 1.3 | Vague | Entirely unclear as to what work was actually performed and how this at all relates to the case. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 06/16/23 | Analyze recent Supreme Court decision re REDACTED | 1.0 | 1.0 | Vague | Vague was to what "analyze" means here. |
| Z Epstein | 06/16/23 | Evaluate Ninth Circuit precedent re REDACTED | 0.1 | 0.1 | Vague | Unclear how "evaluate" precedent for 0.1 means and what labor was actually done. |
| M Lowe | 06/16/23 | Review emails re recent Supreme Court case on REDACTED | 0.1 | 0.1 | Vague | Vague as to how this relates to this case. |
| C Stein | 06/16/23 | Attention to outstanding discovery issues. | 0.5 | 0.5 | Vague, excessive. | Entirely unclear what "attention to" means and what labor was performed. Defendant lost on all discovery issues occurring at this time. |
| C Stein | 06/16/23 | Attention to SCOTUS decision re REDACTED . | 0.5 | 0.5 | Vague | Entirely unclear what "attention to" means and what labor was performed. |
| C Stein | 06/16/23 | Attention to REDACTED | 2.9 | 2.9 | Vague. | Fails to articulate what redacted work was performed. |
| Z Epstein | 06/17/23 | Analyze recent Supreme Court decision re REDACTED | 0.1 | 0.1 | Vague | Vague as to how this relates to this case. |
| Z Epstein | 06/17/23 | Strategize and revise draft REDACTED | 1.9 | 1.9 | Vague | Entirely unclear how this at all relates to the case. |
| M Lowe | 06/17/23 | Analyze Supreme Court decision in REDACTED | 1.2 | 1.2 | Vague | Vague as to how the purpose. |
| M Lowe | 06/17/23 | Analyze emails from Z. Epstein and C. Stein re applicability of REDACTED , and respond with email re same. | 0.2 | 0.2 | Vague | Vague as to what "analyzing" and email means. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 06/18/23 | Draft Joint Stipulation | 1.1 | 1.1 | Excessive. | Defendant lost virtually across the board on this motion. |
| A Einhorn | 06/19/23 | Work on revisions to introduction of joint stipulation in opposition to motion to compel. | 2.6 | 2.6 | Excessive. | Defendant lost virtually across the board on this motion. |
| A Einhorn | 06/19/23 | Work on finalizing REDACTED including correspondence with REDACTED and Z. Epstein. | 3.7 | 3.7 | Vague | Entirely unclear how this relates to the case and what the purpose was. |
| A Einhorn | 06/19/23 | Analyze expert report from Relators. | 0.8 | 0.8 | Vague | Fails to articulate what "analyze" means and what labor was performed. |
| Z Epstein | 06/19/23 | Revise and edit REDACTED | 5.1 | 5.1 | Vague | Entirely unclear what this is, what it's purpose was, and even if it relates to this case. |
| C MacGregor | 06/19/23 | Draft Joint Stipulation | 2.4 | 2.4 | Excessive. | Defendant lost virtually across the board on this motion. |
| C Stein | 06/19/23 | Finalize REDACTED | 2.0 | 2.0 | Vague | Entirely unclear what this is, what it's purpose was, and even if it relates to this case. |
| A Einhorn | 06/20/23 | Analyze research on REDACTED for REDACTED . | 1.2 | 1.2 | Vague | Entirely unclear what this is, what it's purpose was, and even if it relates to this case. |
| A Einhorn | 06/20/23 | Work on discovery issues including phone call with REDACTED and correspondence with opposing | 2.4 | 2.4 | Vague | Vague as to what "work on" means and how much time is allotted to each task. Unclear if any given task is excessive in time. Also vague as to "discovery issues." |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | counsel re the same and discussion with Z. Epstein re third party subpoenas. | | | | |
| A Einhorn | 06/20/23 | Meeting with team to discuss strategy and next steps in REDACTED | 1.7 | 1.7 | Vague | Vague as to whether what was discusses is at all related to this case. |
| Z Epstein | 06/20/23 | Evaluate Relator's expert report and strategize REDACTED | 2.8 | 2.8 | Vague | Fails to articulate what work was actually performed and what "strategize" and "evaluate" mean. |
| Z Epstein | 06/20/23 | Draft subpoenas to Relators' witnesses | 0.7 | 0.7 | Excessive | Excessive as to time already spent on the subpoena to witnesses. |
| M Lowe | 06/20/23 | Analyze memo re REDACTED in the 9th Circuit to prep for strategy call with C. Stein | 0.8 | 0.8 | Vague | Unclear how this is related to the case, what "analyze" means, and how much time was spent on any given task so as to make it impossible to evaluate if it was excessive. |
| M Lowe | 06/20/23 | Strategy call with C. Stein | 0.6 | 0.6 | Vague | Vague as to how this was related to this case. |
| M Lowe | 06/20/23 | Team meeting to discuss next steps and overall strategy | 1.0 | 1.0 | Vague | Vague as to how this is related to the case so as to make it difficult to evaluate whether it was excessive. |
| M Lowe | 06/20/23 | Review emails from C. Stein re REDACTED | 0.2 | 0.2 | Vague | Vague as to what labor was performed here and what "review" means. |
| C MacGregor | 06/20/23 | Strategize regarding discovery and REDACTED | 1.6 | 1.6 | Vague | Vague as to what "strategize" means so as to make it difficult to evaluate whether it was excessive. |
| C MacGregor | 06/20/23 | Analyze Relators' Expert Reports | 0.9 | 0.9 | Vague | Vague as to what "analyze" means so as to make it difficult to evaluate whether it was excessive. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Mac Greg or | 06/ 20/ 23 | Draft Joint Stipulation | 1.6 | 1.6 | Excessive | Defendant lost virtually across the board on this motion. |
| C Mac Greg or | 06/ 20/ 23 | Research REDACTED | 1.6 | 1.6 | Vague | Entirely unclear if and how this relates to the case so to make it impossible to evaluate if it was excessive. |
| C Stein | 06/ 20/ 23 | Call re outstanding discovery issues with team. | 1.0 | 1.0 | Vague | Vague as to what was discussed during the call so as to make it difficult to evaluate whether it was excessive. |
| C Stein | 06/ 20/ 23 | Attention to relators' expert reports, consider next steps in discovery and REDACTED . | 3.6 | 3.6 | Vague | Unclear what "attention to" and "consider" mean and what work was performed here. |
| A Einh orn | 06/ 21/ 23 | Work on various research issues, REDACTED . | 0.8 | 0.8 | Vague | Entirely unclear if and how this relates to the case so to make it impossible to evaluate if it was excessive. |
| A Einh orn | 06/ 21/ 23 | Work on third party subpoenas. | 0.6 | 0.6 | Excessive. | Excessive as to time already spent on the subpoena to witnesses. |
| A Einh orn | 06/ 21/ 23 | Work on draft joint stipulation and declaration in opposition to motion to compel. | 2.6 | 2.6 | Vague, excessive. | Vague as to what "work on" means in this context. Defendant lost virtually across the board on this motion. |
| A Einh orn | 06/ 21/ 23 | Work on discovery issues including correspondence with opposing counsel. | 1.6 | 1.6 | Vague, excessive. | Vague as to what "work on" means in this context, along with "discovery issues." Defendant lost on all discovery issues occurring at this time. |
| Z Epst ein | 06/ 21/ 23 | Strategize upcoming discovery and trial tasks | 0.5 | 0.5 | Vague | Fails to describe what work was performed and what "strategize" means here. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 06/21/23 | Analyze REDACTED re potential witness REDACTED | 0.5 | 0.5 | Vague | Entirely unclear if and how this relates to the case, what was analyzed and what analyzed means. |
| Z Epstein | 06/21/23 | Draft correspondence to SBA re document subpoenas | 1.4 | 1.4 | Excessive. | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 06/21/23 | Analyze REDACTED | 1.1 | 1.1 | Vague | Entirely unclear if and how this relates to the case, what was analyzed and what analyzed means. |
| Z Epstein | 06/21/23 | Draft subpoenas to Relators' witnesses | 1.2 | 1.2 | Excessive | Excessive given the time already spent drafting the subpoena. |
| M Lowe | 06/21/23 | Review and analyze emails re expert witnesses, and respond to same | 0.1 | 0.1 | Vague | Vague as to what "analyze" means and what work was actually performed here. |
| C MacGregor | 06/21/23 | Draft Joint Stipulation | 4.0 | 4.0 | Excessive. | Defendant lost virtually across the board on this motion. |
| C MacGregor | 06/21/23 | REDACTED reach out to REDACTED | 1.3 | 1.3 | Vague | Entirely unclear if and how this relates to the case and what this means. |
| C Stein | 06/21/23 | Attention to discovery stipulations and negotiations re same. | 0.5 | 0.5 | Vague | Fails to articulate what work was performed and what "attention to" means. |
| C Stein | 06/21/23 | Attention to REDACTED and call with C. Gray re same. | 0.7 | 0.7 | Vague | Fails to articulate what work was performed, what "attention to" means, and how this is related to the case. Also, all time relating to expert Gray should be removed because he was excluded. |
| A Einhorn | 06/22/23 | Work on revisions to draft joint stipulation | 3.4 | 3.4 | Vague, excessive | Vague as to what work was performed and what "work on" means. Unclear how |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | and declaration including final proofread and service to counsel for relators. | | | | much time was spent between tasks. |
| A Einhorn | 06/22/23 | Work on REDACTED including phone call with REDACTED re same | 2.4 | 2.4 | Vague | Entirely unclear what this is and how it is relevant to the case, if at all. |
| Z Epstein | 06/22/23 | Strategize and draft discovery to City National Bank | 2.8 | 2.8 | Excessive | Work was excessive. Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 06/22/23 | Strategize and draft subpoenas to Relators' witnesses | 5.4 | 5.4 | Excessive | Excessive as to time already spent on the subpoena to witnesses. |
| Z Epstein | 06/22/23 | Analyze REDACTED re potential witness REDACTED | 0.1 | 0.1 | Vague | Entirely unclear what this is and how it is relevant to the case. |
| Z Epstein | 06/22/23 | Strategize and draft discovery requests to SBA | 0.5 | 0.5 | Excessive | Defendant did not enforce its SBA subpoenas. |
| M Lowe | 06/22/23 | Email to C. Stein re analysis of W. Castro expert report | 0.1 | 0.1 | Vague | Vague as to what "analysis" means here. |
| M Lowe | 06/22/23 | Review expert report of Wilfred Castro | 1.0 | | | |
| M Lowe | 06/22/23 | Conf. call with REDACTED | 0.8 | 0.8 | Vague | Vague as to what the purpose of this call was and how it is related to the case. |
| M Lowe | 06/22/23 | Review expert report of Kenneth Hines in preparation for call with REDACTED | 0.4 | 0.4 | Vague | Fails to articulate how much time was spent per task so as to make it impossible to evaluate if any task was excessive. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 06/22/23 | Review emails from C. Stein, REDACTED, C. MacGregor, draft declaration of A. Einhorn in support of motion to compel discovery, draft joint stipulation pursuant to Local Rule 37-2, and updated task list | 0.5 | 0.5 | Vague | Fails to articulate how much time was spent per task so as to make it impossible to evaluate if any task was excessive. |
| C MacGregor | 06/22/23 | Communicate with REDACTED | 0.8 | 0.8 | Vague | Entirely unclear what the purpose of this was and how it relates to the case. |
| C MacGregor | 06/22/23 | Draft Joint Stipulation | 1.5 | 1.5 | Excessive | Defendant lost virtually across the board on this motion. |
| C MacGregor | 06/22/23 | Identify and conduct outreach to REDACTED | 1.3 | 1.3 | Vague | Absolutely unclear what this means and how it relates to this case. |
| C MacGregor | 06/22/23 | Prepare materials for rebuttal expert witness | 0.8 | 0.8 | Vague | Vague as to what "preparing material" means with regard to an expert report |
| C Stein | 06/22/23 | Finalize joint stipulation for discovery dispute. | 1.0 | 1.0 | Excessive | Defendant lost virtually across the board on this motion. |
| C Stein | 06/22/23 | Calls with rebuttal expert. | 0.5 | 0.5 | Vague | Vague as to what the call was about and how it related to the case. |
| A Einhorn | 06/23/23 | Work on research of REDACTED for REDACTED | 0.7 | 0.7 | Vague | Entirely unclear how it is relevant to the case, if at all. |
| A Einhorn | 06/23/23 | Strategize REDACTED including phone call with | 1.2 | 1.2 | Vague | Entirely unclear what this is and how it is relevant to the case, if at all. Vague as to what "strategize" means. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | REDACTED re same. | | | | |
| A Einhorn | 06/23/23 | Follow up re outstanding discovery including correspondence with REDACTED and opposing counsel. | 2.1 | 2.1 | Vague, excessive | Vague as to what specifically was discussed and excessive amount of time spent on "correspondence" |
| Z Epstein | 06/23/23 | Strategize and draft discovery requests to SBA | 4.4 | 4.4 | Excessive | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 06/23/23 | Strategize and draft discovery to City National Bank | 0.8 | 0.8 | Excessive | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 06/23/23 | Analyze materials reviewed by Relators' expert K. Hines | 0.3 | 0.3 | Vague | Vague as to what "analyze" means and what labor was actually performed. |
| Z Epstein | 06/23/23 | Strategize service of nonparty subpoenas on Relators' witnesses | 0.3 | 0.3 | Vague, excessive. | Vague what "strategize" service means. Excessive as to time already spent on the subpoena to witnesses. |
| Z Epstein | 06/23/23 | Strategize upcoming discovery and trial tasks | 0.5 | 0.5 | Vague | Fails to articulate what "strategize" means here and what labor was performed. |
| M Lowe | 06/23/23 | Review email from REDACTED re REDACTED and discuss same with C. Stein | 0.1 | 0.1 | Vague | Vague as to how this relates to the case and what was discussed. |
| M Lowe | 06/23/23 | Call with C. MacGregor re REDACTED | 0.1 | 0.1 | Vague | Vague as to how this relates to the case and what was discussed. |
| M Lowe | 06/23/23 | Call with C. MacGregor and REDACTED | 0.6 | 0.6 | Vague | Vague as to how this relates to the case and what was discussed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 06/23/23 | Prep for call with REDACTED | 0.2 | 0.2 | Vague | Fails to articulate how this is related to the case and what preparation means in this context. |
| C MacGregor | 06/23/23 | Strategize regarding response to Relators' expert reports | 1.4 | 1.4 | Vague, excessive | Vague as to what "strategize" means, what labor was actually performed here. Excessive amount of time for unspecified labor. |
| C MacGregor | 06/23/23 | Conduct research regarding REDACTED | 0.6 | 0.6 | Vague | Entirely unclear how this relates to the case, if at all. |
| C MacGregor | 06/23/23 | Communicate with REDACTED regarding engagement | 0.5 | 0.5 | Vague | Vague as to who was communicated with and how this was related to this matter. |
| C MacGregor | 06/23/23 | Prepare for C. Gray deposition | 1.7 | 1.7 | Vague, excessive. | Fails to articulate what preparation means in this context and what work was performed here. Also, all time relating to expert Gray should be removed because he was excluded. |
| C Stein | 06/23/23 | Attention to subpoena to relators' expert's bank. | 0.5 | 0.5 | Vague, excessive. | Entirely unclear what "attention to" means. Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 06/24/23 | Strategize and draft discovery to City National Bank | 0.1 | 0.1 | Excessive | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 06/24/23 | Strategize process for REDACTED | 0.1 | 0.1 | Vague | Entirely unclear how this relates to the case, if at all. |
| M Lowe | 06/24/23 | Review emails re discovery to be taken | 0.1 | 0.1 | Vague | Vague as to what "review" means here. |
| C Stein | 06/24/23 | Draft task list and email K. Crisp re same. | 1.0 | 1.0 | Vague, excessive | Vague as to what the substance of the communication was and |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | excessive time spent on a single email. |
| C Stein | 06/24/23 | Finalize revisions to City National Bank subpoena. | 0.5 | 0.5 | Excessive | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 06/25/23 | Strategize process for serving discovery on SBA | 0.3 | 0.3 | Excessive | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 06/25/23 | Strategize and draft discovery to City National Bank | 0.3 | 0.3 | Excessive | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 06/25/23 | Review case task list and email from Z. Epstein re same | 0.1 | 0.1 | Vague | Vague as to what “review” means here. |
| M Lowe | 06/25/23 | Review email from REDACTED re potential REDACTED, and respond to same | 0.1 | 0.1 | Vague | Entirely unclear how this relates to the case, if at all. |
| K Crisp | 06/26/23 | Strategy and analysis re third party discovery issues | 1.2 | 1.2 | Vague | Vague as to what “strategy” and “analysis” mean here and what labor was performed. Defendant agreed to remove all time relating to CNB subpoena and did not enforce SBA subpoena. |
| A Einhorn | 06/26/23 | Work on draft discovery to SBA. | 2.2 | 2.2 | Excessive | Defendant did not enforce its SBA subpoenas. |
| A Einhorn | 06/26/23 | Analyze order granting leave to amend including correspondence and phone call with REDACTED re same. | 1.0 | 1.0 | Vague, excessive. | Vague as to what “analyze” means here and what labor was performed, and how much time was allocated between the tasks. Excessive to spend so much time reviewing a simple order granting leave to amend. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
| --- | --- | --- | --- | --- | --- | --- |
| A Einhorn | 06/26/23 | Work on service of subpoenas to former employees. | 0.7 | 0.7 | Vague, excessive. | Vague as to what "work on" means specifically. Excessive as to time already spent on the subpoena to witnesses. |
| A Einhorn | 06/26/23 | Work on motion for judgment on the pleadings. | 0.4 | 0.4 | Vague, excessive. | Vague as to what "work on" means specifically. Motion was routinely denied. |
| A Einhorn | 06/26/23 | Strategize REDACTED and further analysis of expert report. | 2.1 | 2.1 | Vague | Vague as to what "strategize" means here. |
| Z Epstein | 06/26/23 | Strategize subpoena service on Relators' witnesses | 1.3 | 1.3 | Vague, excessive | Vague as to what "strategize" means here. Excessive as to time already spent on the subpoena to witnesses. |
| Z Epstein | 06/26/23 | Strategize and draft discovery to City National Bank | 0.5 | 0.5 | Excessive | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 06/26/23 | Draft discovery requests to SBA | 1.2 | 1.2 | Excessive | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 06/26/23 | Analyze REDACTED | 2.6 | 2.6 | Vague | Entirely unclear what this is and how it relates to this case if at all. |
| M Lowe | 06/26/23 | Review emails from Z. Epstein and C. Stein re Rule 30(b)(6) deposition of SBA | 0.1 | 0.1 | Vague | Defendant did not enforce its SBA subpoenas. |
| M Lowe | 06/26/23 | Review and analyze draft SBA document request and email to C. Stein, Z. Epstein, and A. Einhorn re same. | 0.4 | 0.4 | Excessive | Defendant did not enforce its SBA subpoenas. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 06/26/23 | Strategize regarding REDACTED | 1.5 | 1.5 | Vague | Entirely unclear what this is and how it relates to this case. |
| C MacGregor | 06/26/23 | Prepare materials for expert witness | 0.6 | 0.6 | Vague, excessive. | Vague as to what materials, what labor was actually performed, and what "prepare" means here. Also, all time relating to expert Gray should be removed because he was excluded. |
| C Stein | 06/26/23 | Attention to third party subpoenas. | 1.2 | 1.2 | Vague, excessive. | Fails to articulate what "attention to" means in this context. Defendant agreed to remove all time relating to CNB subpoena and did not enforce SBA subpoena. |
| C Stein | 06/26/23 | Attention to document requests to SBA. | 0.9 | 0.9 | Excessive | Defendant did not enforce its SBA subpoenas. |
| A Einhorn | 06/27/23 | Further analysis of expert report. | 1.8 | 1.8 | Vague, excessive | Vague as to what "analysis" means and excessive time spent on expert report. |
| A Einhorn | 06/27/23 | Work on motion for judgment on the pleadings including discussion with REDACTED. | 0.5 | 0.5 | Vague, excessive. | Vague as to what "work on" means and what labor was actually performed. Motion was routinely denied. |
| A Einhorn | 06/27/23 | Strategize and work on draft subpoenas to SBA and service to former employees. | 1.7 | 1.7 | Excessive | Defendant did not enforce its SBA subpoenas. Excessive as to time already spent on the subpoena to witnesses. |
| A Einhorn | 06/27/23 | Research various issues in further opposition to motion to compel discovery. | 3.1 | 3.1 | Vague | Fails to articulate what "issues" were researched. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 06/27/23 | Analyze REDACTED | 0.3 | 0.3 | Vague | Entirely unclear what this is and how it relates to this case. |
| Z Epstein | 06/27/23 | Strategize and draft discovery requests to SBA | 3.0 | 3.0 | Excessive | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 06/27/23 | Strategize and correspond with REDACTED re REDACTED | 0.7 | 0.7 | Vague | Entirely unclear what this is and how it relates to this case. |
| Z Epstein | 06/27/23 | Strategize subpoena service on Relators' witnesses | 0.5 | 0.5 | Vague, excessive. | Vague as to what "strategize" means and what labor was performed. Excessive as to time already spent on the subpoena to witnesses. |
| M Lowe | 06/27/23 | Review draft SBA document request. | 0.2 | 0.2 | Excessive | Defendant did not enforce its SBA subpoenas. |
| M Lowe | 06/27/23 | Review and assess email from A. Einhorn re REDACTED | 0.1 | 0.1 | Vague | Fails to articulate what "review" and "assess" mean here. |
| M Lowe | 06/27/23 | Revise document request to SBA | 0.1 | 0.1 | Excessive | Defendant did not enforce its SBA subpoenas. |
| M Lowe | 06/27/23 | Review and approve REDACTED | 0.1 | 0.1 | Vague | Entirely unclear what this is and how it is relevant to the case. |
| M Lowe | 06/27/23 | Strategy call with C. Stein, Z. Epstein, and A. Einhorn | 0.4 | 0.4 | Vague, excessive | Vague as to what was discussed on the call and how it was related to the case. |
| M Lowe | 06/27/23 | Analyze second amended complaint | 0.2 | 0.2 | Vague | Fails to articulate what "analyze" means here and what labor was performed. |
| M Lowe | 06/27/23 | Review and analyze court order granting motion to modify scheduling order and for leave to file second | 0.2 | 0.2 | Vague, excessive. | Fails to articulate what "review and analyze" means here and what work was performed. Excessive to have several attorneys review same Order. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | amended complaint | | | | |
| M Lowe | 06/27/23 | Review emails from Z. Epstein and C. Stein re REDACTED | 0.1 | 0.1 | Vague | Fails to articulate what "review" means here and what work was performed. |
| C MacGregor | 06/27/23 | Strategize regarding responses to Relators' discovery and REDACTED | 3.5 | 3.5 | Vague, excessive | Vague as to what "strategize" means and what work was performed. Excessive time spent "strategizing." |
| C Stein | 06/27/23 | Attention to document requests to SBA. | 0.8 | 0.8 | Excessive | Defendant did not enforce its SBA subpoenas. |
| C Stein | 06/27/23 | Outline REDACTED and email to REDACTED re same. | 0.7 | 0.7 | Vague | Vague as to what this is and how it relates to the case if at all. |
| C Stein | 06/27/23 | Prepare for call with C. Gray and call with C. Gray re REDACTED . | 0.7 | 0.7 | Vague, excessive. | Vague what "prepare" means and what work was actually done and how this is related to the case. Also, all time relating to expert Gray should be removed because he was excluded. |
| C Stein | 06/27/23 | Attention to communications with REDACTED | 0.5 | 0.5 | Vague | Vague as to what "attention to" means and what work was performed here, and whether this relates to the case. |
| A Einhorn | 06/28/23 | Draft brief in further opposition to motion to compel. | 5.2 | 5.2 | Excessive. | Defendant lost virtually across the board on this motion. |
| A Einhorn | 06/28/23 | Discuss rebuttal expert report including discussions with C. MacGregor and review draft | 3.1 | 3.1 | Vague, excessive | Vague as to how much time was allocated between tasks. Vague what "review" means. Excessive time to "discuss." |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | deposition notices. | | | | |
| Z Epstein | 06/28/23 | Strategize and correspond with REDACTED re REDACTED | 0.1 | 0.1 | Vague | Entirely unclear what this is and how it relates to the case. |
| Z Epstein | 06/28/23 | Strategize and draft discovery requests to SBA | 0.7 | 0.7 | Excessive | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 06/28/23 | Strategize subpoena service on Relators' witnesses | 0.9 | 0.9 | Vague | Excessive as to time already spent on the subpoena to witnesses. |
| M Lowe | 06/28/23 | Review emails from Z. Epstein, C. Stein, A. Einhorn, and C. MacGregor re outstanding discovery and motion practice | 0.2 | 0.2 | Vague | Vague as to what "review" means here. |
| C MacGregor | 06/28/23 | Communicate with E. Ringeon regarding status of expert report | 0.5 | 0.5 | Vague, excessive | Vague was to what was discussed and excessive as to the time spent discussing. |
| C MacGregor | 06/28/23 | Prepare materials for call with C. Gray | 1.3 | 1.3 | Vague, excessive. | Vague what "prepare" means here and what labor was performed. Also, all time relating to expert Gray should be removed because he was excluded. |
| C MacGregor | 06/28/23 | Prepare materials for E. Ringoen | 0.8 | 0.8 | Vague | Vague what "prepare" means here and what labor was performed. |
| C Stein | 06/28/23 | Call with C. Gray re expert report. | 0.5 | 0.5 | Vague, excessive | Vague was to what was discussed and excessive as to the time spent discussing. Also, all time relating to expert Gray should be removed because he was excluded. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 06/28/23 | Call with REDACTED re REDACTED, follow up with team re same. | 1.0 | 1.0 | Vague | Entirely unclear what this is and how it is related to this case. |
| C Stein | 06/28/23 | Call with rebuttal expert. | 0.5 | 0.5 | Vague | Fails to articulate what was discussed and with whom (multiple experts). |
| C Stein | 06/28/23 | Attention to subpoena to SBA. | 0.8 | 0.8 | Excessive | Defendant did not enforce its SBA subpoenas. |
| C Stein | 06/28/23 | Attention to REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what redacted work was performed. |
| A Einhorn | 06/29/23 | Analyze document production and responses to discovery requests. | 2.2 | 2.2 | Vague, excessive | Vague as to what work was performed and what “analyze” means. Excessive time spent on unspecified labor. |
| A Einhorn | 06/29/23 | Analyze discovery order including correspondence with team and opposing counsel re same. | 0.3 | 0.3 | Vague, excessive. | Vague as to what work was performed and what “analyze” means. Excessive to spend time fighting on discovery, then bill more time when losing on discovery fight. |
| A Einhorn | 06/29/23 | Work on subpoenas including phone call with REDACTED | 0.9 | 0.9 | Vague, excessive. | Fails to specify what work was performed and what subpoenas these were. Excessive as to time already spent on the subpoena to witnesses. Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 06/29/23 | Strategize subpoena service on Relators' witnesses | 1.2 | 1.2 | Vague, excessive. | Vague as to what “strategize” means here. Excessive as to time already spent on the subpoena to witnesses. |
| Z Epstein | 06/29/23 | Strategize and draft discovery requests to SBA | 5.2 | 5.2 | Excessive | Defendant did not enforce its SBA subpoenas. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 06/29/23 | Review and analyze emails from Z. Epstein, A. Einhorn, and C. Stein re outstanding discovery and next steps | 0.1 | 0.1 | Vague | Vague what "review" means here. |
| M Lowe | 06/29/23 | Analyze REDACTED | 0.2 | 0.2 | Vague | Entirely unclear what this is and how it is relevant to the case. |
| M Lowe | 06/29/23 | Review and Analyze SBA discovery request | 0.3 | 0.3 | Excessive | Defendant did not enforce its SBA subpoenas. |
| C MacGregor | 06/29/23 | Attend call with C. Gray and C. Stein regarding REDACTED | 1.8 | 1.8 | Vague, excessive | Fails to specify how this is related to the case and what was discussed during the call. Excessive to merely "attend" a 1.8 hour call. Also, all time relating to expert Gray should be removed because he was excluded. |
| C MacGregor | 06/29/23 | Strategize regarding deposition prep for C. Gray | 0.5 | 0.5 | Vague, excessive. | Vague as to what work was performed and what "strategize" means. Also, all time relating to expert Gray should be removed because he was excluded. |
| C Stein | 06/29/23 | Depo prep for C. Gray. | 2.4 | 2.4 | Vague, excessive | Vague as to what labor was performed and what "prep" means here. Excessive as to time spent on ambiguous "prep." Also, all time relating to expert Gray should be removed because he was excluded. |
| A Einhorn | 06/30/23 | Draft meet and confer letter including discussion with C. Stein re same. | 3.8 | 3.8 | Excessive | Excessive time spent drafting a letter. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 06/30/23 | Discuss strategy for REDACTED with M. Lowe | 1.3 | 1.3 | Vague, excessive | Unclear how this relates to the case. Excessive time for ambiguous discussion. |
| A Einhorn | 06/30/23 | Analyze REDACTED including discussion re same. | 0.7 | 0.7 | Vague, excessive | Unclear how this relates to the case. Excessive time for ambiguous discussion. |
| A Einhorn | 06/30/23 | Discuss subpoenas including follow up correspondence with opposing counsel and debrief from discussion with T. Campbell. | 0.8 | 0.8 | Vague | Vague how time is allocated between tasks. Unclear who T. Campbell is. Excessive amount of time spent on subpoenas. |
| Z Epstein | 06/30/23 | Conduct and analyze REDACTED potential witness REDACTED | 1.2 | 1.2 | Vague | Entirely unclear what this is and how it is related to this case. |
| Z Epstein | 06/30/23 | Analyze REDACTED whitepaper | 0.4 | 0.4 | Vague | Entirely unclear what this is and how it is related to this case. |
| Z Epstein | 06/30/23 | Strategize and draft discovery requests to SBA | 1.9 | 1.9 | Excessive | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 06/30/23 | Analyze Relators' document production | 0.3 | 0.3 | Vague | Vague as to what "analyze" means. |
| Z Epstein | 06/30/23 | Strategize subpoena service on Relators' witnesses | 0.6 | 0.6 | Vague, excessive | Vague what "strategize" means here and what excessive time spent on service. |
| Z Epstein | 06/30/23 | Strategize and draft correspondence to Relators re SBA discovery | 1.0 | 1.0 | Excessive | Defendant did not enforce its SBA subpoenas. |
| M Kersey | 06/30/23 | Draft memo regarding | 4.7 | 4.7 | Vague, excessive | Entirely unclear what this is and how it relates to this |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | REDACTED in the Ninth Circuit | | | | case. Excessive time spent on ambiguous research. |
| M Lowe | 06/30/23 | Review and analyze new discovery produced by relators and send email to team re same | 0.7 | 0.7 | Vague | Vague how time is allotted between tasks, and what "review and analyze" mean here. |
| M Lowe | 06/30/23 | Review emails from C. Stein, A. Einhorn, and Z. Epstein and respond to same re SBA discovery | 0.2 | 0.2 | Excessive | Excessive because defendants never served discovery on the SBA. |
| M Lowe | 06/30/23 | Review emails from C. Stein and A. Einhorn re analysis of key documents. | 0.1 | 0.1 | Vague | Vague as to what "review" means here |
| M Lowe | 06/30/23 | Emails to and from A. Einhorn re REDACTED | 0.2 | 0.2 | Vague | Fails to articulate what redacted work was performed. |
| M Lowe | 06/30/23 | Review REDACTED | 0.1 | 0.1 | Vague | Fails to articulate what redacted work was performed. |
| C MacGregor | 06/30/23 | Prepare comments on draft REDACTED | 1.6 | 1.6 | Vague. | Fails to articulate what redacted material was commented on. |
| C Stein | 06/30/23 | Attention to REDACTED | 2.6 | 2.6 | Vague. | Fails to articulate what redacted work was performed. |
| C Stein | 06/30/23 | Call with REDACTED and prep re same. | 1.0 | 1.0 | Vague. | Fails to articulate who was on the call. |
| C Stein | 06/30/23 | Finalize all SBA discovery. | 0.9 | 0.9 | Excessive | Defendant did not enforce its SBA subpoenas. |
| C Stein | 07/02/23 | Attention to expert disclosure of Erik Ringoen. | 1.4 | 1.4 | Vague, excessive. | Fails to articulate what was done and excessive when considering Defendant spent more than 5 total |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | hours on it and had at least 3 attorneys work on it. |
| A Einhorn | 07/03/23 | Work on revisions to rebuttal expert report including further discussion re strategy and finalizing exhibits. | 3.2 | 3.2 | Vague, excessive. | Fails to articulate what was done and excessive when considering Defendant spent more than 5 total hours on it and had at least 3 attorneys work on it. |
| A Einhorn | 07/03/23 | Discussion and strategy for response to opposing counsel re deposition notices including follow up re service. | 0.8 | 0.8 | Vague. | Fails to articulate what was discussed and strategized. |
| A Einhorn | 07/03/23 | Work on revisions to draft brief in support of judgment on the pleadings. | 4.8 | 4.3 | Vague, excessive. | Fails to articulate what was "worked on" and excessive in the amount of hours spent preparing to draft a brief, especially when dispositive Ninth Circuit authority existed that led to the motion being denied. |
| C MacGregor | 07/03/23 | Communicate with E. Ringoen regarding rebuttal expert report | 0.3 | 0.3 | Vague. | Fails to articulate what was communicated. |
| C MacGregor | 07/03/23 | Draft and compile comments on E. Ringoen's rebuttal expert report | 3.2 | 2.2 | Excessive. | Excessive when considering Defendant spent more than 5 hours on a simple rebuttal. |
| C MacGregor | 07/03/23 | Finalize E. Ringoen's rebuttal expert report for filing | 0.9 | 0.9 | Excessive. | Excessive when considering Defendant spent more than 5 hours on a simple rebuttal. |
| C MacGregor | 07/03/23 | Strategize regarding expert deposition preparation | 0.3 | 0.3 | Vague, excessive. | Fails to articulate what was strategized and excessive in the amount of hours spent with multiple attorneys. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 07/03/23 | Call with C. MacGregor re Chris Gray deposition prep. | 0.3 | 0.3 | Vague, excessive. | Fails to articulate what was discussed and excessive in the amount of hours spent with multiple attorneys. Also, Gray was excluded as an expert, making the work unnecessary. |
| C Stein | 07/03/23 | Attention to expert disclosure of Erik Ringoen, calls re same. | 2.5 | 2.5 | Vague, excessive. | Fails to articulate what work was performed and fails to articulate with whom the calls were made and what they were about. |
| C MacGregor | 07/04/23 | Prepare materials for deposition prep call with C. Gray | 1.8 | 1.8 | Vague, excessive. | Fails to articulate what work was performed or prepared and fails to articulate the subject of the call; excessive in the amount of time spent. Also, Gray was excluded as an expert, making the work unnecessary. |
| A Einhorn | 07/05/23 | Draft answer to second amended complaint. | 1.0 | | | |
| A Einhorn | 07/05/23 | Work on revisions to supplemental brief in opposition to motion to compel including filing. | 2.1 | 2.1 | Vague, excessive. | Fails to articulate what work was performed and excessive in the amount of time spent on “revisions.” Also, Relators’ motion was almost entirely granted and should not have been necessary. |
| A Einhorn | 07/05/23 | Strategize scheduling of depositions and next steps for subpoenas. | 1.2 | 1.0 | Vague, excessive. | Fails to articulate what was strategized and excessive in the amount of time spent looking at a calendar to schedule depositions. |
| A Einhorn | 07/05/23 | Analyze expert reports. | 0.5 | 0.5 | Vague. | Fails to articulate what was analyzed and what work was done |
| A Einhorn | 07/05/23 | Work on research for motion for judgment on the pleadings. | 2.7 | 2.7 | Vague, excessive. | Fails to articulate what was researched and work was unnecessary in light of dispositive Ninth Circuit |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | authority that caused motion to be denied. |
| Z Epstein | 07/05/23 | Strategize service of process on Relators' witnesses | 1.5 | 1.5 | Vague, excessive | Fails to articulate what work was done or strategized and excessive in the amount of time on service of process. |
| Z Epstein | 07/05/23 | Strategize and draft deposition notices for Relators' experts | 1.8 | 1.3 | Vague, excessive | Fails to articulate what work was strategized and excessive in the amount of time on drafting notices of deposition. |
| Z Epstein | 07/05/23 | Analyze REDACTED from Dallas Capital Bank production | 1.4 | 1.4 | Vague. | Fails to articulate what analysis was performed, unclear what the redacted work consisted of. |
| Z Epstein | 07/05/23 | Analyze Relators' rebuttal expert report by W. Castro | 0.2 | | | |
| Z Epstein | 07/05/23 | Analyze E. Ringoen rebuttal expert report | 0.2 | 0.2 | Vague. | Vague as to why attorney was analyzing his own office's rebuttal expert report. |
| M Lowe | 07/05/23 | Review and analyze draft motion for judgment on the pleadings | 1.0 | 1.0 | Vague, excessive. | Fails to articulate what was analyzed and why it was necessary. Also, work was unnecessary in light of dispositive Ninth Circuit authority that caused motion to be denied. |
| M Lowe | 07/05/23 | Draft and send email to REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate what was drafted and sent, unclear what the redacted email consisted of or to whom it was sent. |
| M Lowe | 07/05/23 | Call with C. Stein re scheduling depositions | 0.1 | | | |
| C MacGregor | 07/05/23 | Strategize regarding and prepare for expert depositions | 2.2 | 1.5 | Vague, Excessive. | Fails to articulate what work was done to strategize and prepare and excessive in the amount of |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | time to prepare for expert depositions. Also, to the extent work on attempted expert Gray was included here, the work was unnecessary because Gray was excluded. |
| C MacGregor | 07/05/23 | Call with C. Gray to discuss REDACTED | 2.2 | 2.2 | Vague, excessive. | Fails to articulate what discussed and why and excessive in the amount of time spent on a phone call without knowing what was discussed. Work was also unnecessary because Gray was excluded as an expert. |
| C Stein | 07/05/23 | Call with A. Einhorn and Z. Epstein re scheduling depositions, call with M. Lowe re same, call with K. Crisp re same. | 1.0 | 0.7 | Excessive. | Excessive in the amount of time spent scheduling depositions and having multiple attorneys involved in scheduled depositions. |
| C Stein | 07/05/23 | Attention to supplemental brief re motion to compel. | 1.0 | 1.0 | Vague. | Fails to articulate what was analyzed. |
| C Stein | 07/05/23 | Attention to REDACTED with C. MacGregor re same. | 1.1 | 1.1 | Vague. | Fails to articulate what work was performed, unclear what the redacted portion consisted of. |
| C Stein | 07/05/23 | Prepare REDACTED for REDACTED | 1.5 | 1.5 | Vague. | Fails to articulate what work was prepared, unclear what the redacted portion consisted of. |
| A Einhorn | 07/06/23 | Strategize service of third party subpoenas including REDACTED . | 1.5 | 1.5 | Vague. | Fails to articulate what work was strategized, unclear what the redacted portion consisted of. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 07/06/23 | Work on draft joint stipulation in support of motion to compel. | 1.6 | 1.6 | Vague, excessive. | Unclear what "work on" means. Also, Defendant lost every motion to compel that was filed, because the work was unnecessary and caused by Defendant's obstructionist conduct. |
| A Einhorn | 07/06/23 | Analyze supplemental expert report. | 0.9 | 0.7 | Vague, excessive. | Vague as to what was done and excessive when considered numerous attorneys performed the same task. |
| Z Epstein | 07/06/23 | Analyze briefing re Relators' motion to compel | 0.2 | 0.2 | Vague, excessive. | Vague as to what was done and excessive when considered numerous attorneys performed the same task. |
| Z Epstein | 07/06/23 | Strategize effecting service of process on SBA | 0.5 | 0.5 | Excessive. | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 07/06/23 | Analyze rebuttal expert reports | 0.6 | 0.4 | Vague, excessive. | Vague as to what was done and excessive when considered numerous attorneys performed the same task. |
| Z Epstein | 07/06/23 | Strategize depositions of Relators' experts | 0.5 | 0.5 | Vague, excessive. | Vague as to what was done and excessive when considered numerous attorneys performed the same task. |
| Z Epstein | 07/06/23 | Strategize service of process on Relators' witnesses | 1.0 | 1.0 | Excessive. | Excessive in time spent "strategizing" effecting service of process on Realtors' witnesses (on multiple days) |
| M Lowe | 07/06/23 | Draft response to email from REDACTED re REDACTED and send draft email to C. Stein for review. | 1.0 | 1.0 | Vague. | Fails to articulate what work was performed, unclear what the redacted portion consisted of. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Mac Greg or | 07/ 06/ 23 | Analyze materials to prepare for expert depositions | 0.4 | 0.4 | Vague, excessive. | Fails to articulate what was analyzed and excessive in the time and multiple attorneys spent preparing for expert depositions. |
| C Stein | 07/ 06/ 23 | Attention to Relators' expert disclosures. | 0.6 | 0.6 | Vague. | Fails to articulate what work was performed. |
| C Stein | 07/ 06/ 23 | Revise email to REDACTED re REDACTED | 0.4 | 0.4 | Vague. | Fails to articulate what work was performed, unclear to whom the email was sent and what was redacted. |
| C Stein | 07/ 06/ 23 | Attention to expert depositions. | 0.4 | 0.4 | Vague, excessive. | Fails to articulate what work was performed and excessive in the time and multiple attorneys spent preparing for expert depositions. |
| K Crisp | 07/ 07/ 23 | Strategy and analysis re third party subpoenas | 0.3 | 0.3 | Vague. | Fails to articulate what was strategized and analyzed. |
| A Einh orn | 07/ 07/ 23 | Discuss service of subpoenas on third parties and REDACTED including preparation and follow up. | 2.4 | 2.4 | Vague. | Fails to articulate what work was performed, unclear who it was discussed with and why, unclear what was redacted. |
| A Einh orn | 07/ 07/ 23 | Correspondence with opposing counsel re REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate what was discussed with opposing counsel. |
| A Einh orn | 07/ 07/ 23 | Review research memo re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what was reviewed or researched. |
| Z Epst ein | 07/ 07/ 23 | Strategize effecting service of process on SBA | 1.2 | 1.2 | Excessive. | Excessive in time spent "strategizing" effecting service of process on SBA (on multiple days) |
| Z Epst ein | 07/ 07/ 23 | Strategize service of process on Relators' witnesses | 1.4 | 1.4 | Excessive. | Excessive in time spent "strategizing" effecting service of process on |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | Realtors' witnesses (on multiple days) |
| M Lowe | 07/07/23 | Revise draft email to REDACTED re REDACTED | 0.9 | 0.9 | Vague, excessive. | Fails to articulate what the email was about and who it was to, excessive in that it took that much time to revise a draft email. |
| M Lowe | 07/07/23 | Finalize and send email to REDACTED re REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate what the email was about and who it was to. |
| C MacGregor | 07/07/23 | Strategize regarding response to Relators' expert report | 0.5 | 0.4 | Vague, excessive. | Vague as to what was done and excessive when considered numerous attorneys performed the same task. |
| C Stein | 07/07/23 | Attention to communication with REDACTED re REDACTED . | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed and unclear to whom attorney communicated with and why |
| C Stein | 07/07/23 | Attention to third party subpoenas. | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |
| C Stein | 07/07/23 | Prepare for and conduct call with REDACTED, and follow up with A. Einhorn re same. | 1.6 | 1.6 | Vague. | Fails to articulate what work was done, unclear with whom the call was made and why. |
| A Einhorn | 07/08/23 | Work on draft joint stipulation in support of motion to compel. | 1.4 | 1.4 | Vague, excessive. | Unclear what "work on" means. Also, Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| A Einhorn | 07/09/23 | Work on draft joint stipulation in support of motion to compel. | 4.6 | 4.6 | Vague, excessive. | Unclear what "work on" means. Also, Defendant lost on this discovery dispute, demanding blatantly-privileged information. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K Crisp | 07/10/23 | Strategy and analysis re expert witness issues | 0.3 | 0.3 | Vague. | Fails to articulate what was strategized and analyzed. |
| A Einhorn | 07/10/23 | Strategize service of subpoena upon SBA. | 0.4 | 0.4 | Excessive. | Excessive in time spent "strategizing" effecting service of subpoena on SBA (on multiple days) |
| A Einhorn | 07/10/23 | Work on draft joint stipulation and declaration in support including service of same. | 4.4 | 4.4 | Vague, excessive. | Unclear what "work on" means. Also, Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| A Einhorn | 07/10/23 | Meet and confer with counsel for Relators re discovery deficiencies including follow up correspondence and next steps. | 2.1 | 2.1 | Vague, excessive. | Vague as to deficiencies. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| Z Epstein | 07/10/23 | Strategize effecting service of process on SBA | 2.7 | 2.7 | Excessive. | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 07/10/23 | Strategize and participate in meet and confer with Relators' counsel | 1.7 | 1.7 | Excessive | Excessive in having multiple attorneys meet and confer on same issue. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| C MacGregor | 07/10/23 | Analyze cited sources in Relators' expert reports to prepare for depositions | 1.6 | | | |
| C MacGregor | 07/10/23 | Discuss Relators' amended expert report with E. Ringoen | 0.4 | 0.4 | Vague. | Fails to articulate what work was performed, unclear who it was discussed with and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 07/10/23 | Attention to joint stipulation to compel discovery and privileged documents. | 0.5 | 0.5 | Vague, excessive. | Fails to articulate what work was done. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| A Einhorn | 07/11/23 | Strategize deposition dates including correspondence with opposing counsel and experts. | 1.3 | 1.3 | Excessive. | Excessive in the amount of time spent scheduling depositions. |
| A Einhorn | 07/11/23 | Correspondence with REDACTED re REDACTED . | 0.3 | 0.3 | Vague. | Fails to articulate what work was performed, unclear who attorney corresponded with and why. |
| A Einhorn | 07/11/23 | Discussion with counsel REDACTED re REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate what work was performed, unclear what was discussed and why. |
| Z Epstein | 07/11/23 | Analyze joint stipulation re motion to compel | 0.2 | 0.2 | Vague, excessive. | Fails to articulate what work was actually performed, and excessive in the number of attorneys working on the joint stipulation. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| M Lowe | 07/11/23 | Research re REDACTED, and email to C. Stein re same | 0.3 | 0.3 | Vague. | Fails to articulate what work was researched, unclear what was researched and why. |
| C MacGregor | 07/11/23 | Strategize regarding motion for summary judgment | 0.7 | 0.7 | Vague. | Fails to articulate what work was performed or strategized. |
| C MacGregor | 07/11/23 | Review E. Ringoen's draft rebuttal expert report | 1.3 | 1.0 | Vague, excessive. | Fails to articulate what work was performed and excessive in amount of time to review own rebuttal report. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Mac Greg or | 07/ 11/ 23 | Analyze documents to prepare for expert depositions | 0.3 | 0.3 | Vague. | Vague as to what was analyzed. |
| C Stein | 07/ 11/ 23 | Attention to depositions and subpoenas re same. | 0.6 | 0.6 | Vague. | Fails to articulate what work was performed. |
| C Stein | 07/ 11/ 23 | Attention to Iroha subpoena and response to same. | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. Excessive in that attempt to enforce Iroha subpoena was denied. |
| A Einh orn | 07/ 12/ 23 | Analyze draft supplemental expert report including discussion re expert depositions dates and related strategy. | 1.6 | 1.6 | Vague. | Fails to articulate what work was performed or analyzed. |
| A Einh orn | 07/ 12/ 23 | Analyze objections to M. Iroha subpoena including analysis of REDACTED and draft meet and confer letter. | 2.8 | 2.5 | Vague. | Fails to articulate what work was performed or analyzed, unclear what was analyzed. Excessive in that attempt to enforce Iroha subpoena was denied. |
| A Einh orn | 07/ 12/ 23 | Discuss service of subpoenas including follow up with Carlos Garcia re extension. | 0.5 | 0.3 | Vague. | Fails to articulate who the discussions was with and why it was necessary. |
| Z Epst ein | 07/ 12/ 23 | Strategize effecting service of process on SBA | 0.1 | 0.1 | Excessive. | Defendant did not enforce its SBA subpoenas. |
| Z Epst ein | 07/ 12/ 23 | Strategize and draft meet and confer letter re M. Iroha subpoena | 3.0 | 3.0 | Vague, excessive. | Fails to articulate what work was performed or strategized, excessive in amount of time to draft a meet and confer letter. Excessive in that attempt to |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | enforce Iroha subpoena was denied. |
| Z Epstein | 07/12/23 | Strategize REDACTED | 0.7 | 0.7 | Vague. | Fails to articulate what work was performed or strategized. |
| M Lowe | 07/12/23 | Review emails to and from team members regarding deposition prep and scheduling | 0.1 | | | |
| C MacGregor | 07/12/23 | Prepare Supplemental Rebuttal Expert Report for filing | 0.8 | 0.8 | Excessive (admin). | Appears to be billing for administrative work. |
| C MacGregor | 07/12/23 | Strategize regarding preparation for expert depositions | 2.1 | 2.1 | Vague, excessive. | Fails to articulate what work was performed or strategized, excessive in amount of time to prepare for expert depositions when done by multiple attorneys over multiple days. Also, all time relating to expert Gray should be removed because he was excluded. |
| C Stein | 07/12/23 | Attention to motion to compel response to Iroha subpoena. | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. Excessive in that attempt to enforce Iroha subpoena was denied. |
| C Stein | 07/12/23 | Attention to depositions and schedule re same. | 0.6 | 0.6 | Vague, excessive. | Fails to articulate what work was performed, excessive in amount of time to schedule depositions. |
| C Stein | 07/12/23 | Attention to expert disclosure of Erik Ringoen. | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |
| C Stein | 07/12/23 | Attention to meet and confer letter re Iroha subpoena. | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. Excessive in that attempt to enforce Iroha subpoena was denied. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 07/13/23 | Work on service of subpoenas. | 0.8 | 0.8 | Vague. | Fails to articulate what work was performed. Excessive as to time already spent on the subpoena to witnesses. |
| A Einhorn | 07/13/23 | Strategize expert depositions including correspondence with opposing counsel and proposed responses. | 1.2 | 1.2 | Vague, excessive. | Fails to articulate what work was performed or strategized. Also, all time relating to expert Gray should be removed because he was excluded. |
| Z Epstein | 07/13/23 | Analyze REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what work was performed. |
| Z Epstein | 07/13/23 | Strategize and draft ex parte application re enforcement of subpoena to M. Iroha | 1.7 | 1.7 | Excessive. | *Ex Parte* Application was denied due to Defendant's unreasonable delay in conducting discovery. |
| Z Epstein | 07/13/23 | Strategize REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |
| C MacGregor | 07/13/23 | Draft outlines and supporting materials for expert depositions | 5.1 | 4.1 | Vague, excessive. | Excessive in amount of time spent prepare for depositions when multiple attorneys were involved. Also, all time relating to expert Gray should be removed because he was excluded. |
| C Stein | 07/13/23 | Deposition preparation for Chris Gray. | 1.1 | 1.1 | Excessive. | Gray was excluded as an expert, making the work unnecessary. |
| C Stein | 07/13/23 | Analyze REDACTED research for summary judgment motion. | 1.2 | 1.2 | Vague. | Fails to articulate what work was performed or analyzed. |
| C Stein | 07/13/23 | Further attention to deposition | 0.4 | 0.4 | Vague, excessive. | Fails to articulate what work was performed, excessive in amount of |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | scheduling and strategy. | | | | time to schedule depositions. |
| A Einhorn | 07/14/23 | Discuss proposed deposition dates including correspondence with opposing counsel and REDACTED re schedule. | 1.1 | 1.1 | Vague, excessive. | Fails to articulate what work was performed, unclear with whom correspondence was sent, excessive in amount of time to schedule depositions. |
| A Einhorn | 07/14/23 | Strategize motion for summary judgment. | 1.4 | 1.4 | Vague. | Fails to articulate what work was performed or analyzed. |
| Z Epstein | 07/14/23 | Analyze requirements for remote depositions | 0.6 | 0.6 | Vague. | Fails to articulate why this work was necessary and why an attorney needed to perform it. |
| Z Epstein | 07/14/23 | Analyze REDACTED for W. Castro deposition prep | 0.3 | 0.3 | Vague. | Fails to articulate what work was performed or analyzed. Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| Z Epstein | 07/14/23 | Strategize structure and content of motion for summary judgment | 1.0 | 1.0 | Vague. | Fails to articulate what work was actually performed. |
| Z Epstein | 07/14/23 | Analyze Central District of California precedent re REDACTED | 1.7 | 1.7 | Vague. | Fails to articulate what work was performed or analyzed. |
| Z Epstein | 07/14/23 | Strategize REDACTED | 1.2 | 1.2 | Vague. | Fails to articulate what work was performed or analyzed. |
| Z Epstein | 07/14/23 | Strategize and draft ex parte application to enforce M. Iroha subpoena | 1.2 | 1.2 | Excessive. | Ex Parte Application was denied due to Defendant's unreasonable delay in conducting discovery. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 07/14/23 | Review email correspondence re depositions of expert witnesses | 0.1 | | | |
| M Lowe | 07/14/23 | Strategy call with C. Stein re REDACTED, and upcoming depositions | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |
| M Lowe | 07/14/23 | Draft email to REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what work was performed or why, unclear to whom the email was drafted and why. |
| C MacGregor | 07/14/23 | Draft materials for call with E. Ringoen REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate what work was performed or drafted. |
| C MacGregor | 07/14/23 | Strategize regarding motion for summary judgment | 1.0 | 1.0 | Vague. | Fails to articulate what work was performed or strategized. |
| C MacGregor | 07/14/23 | Draft outlines and supporting materials for expert depositions | 3.8 | 3.0 | Excessive. | Excessive in amount of time to prepare for depositions. |
| C Stein | 07/14/23 | Attention to deposition strategy and emails re same. | 0.7 | 0.7 | Vague. | Fails to articulate what work was performed or strategized, unclear to whom the emails were sent/received. |
| C Stein | 07/14/23 | Attention to REDACTED. | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |
| A Einhorn | 07/15/23 | Work on prep to defend E. Ringoen deposition. | 2.2 | 1.2 | Excessive. | Excessive in amount of time to prepare for depositions. |
| A Einhorn | 07/16/23 | Work on outline of summary judgment brief. | 2.3 | 1.5 | Excessive. | Excessive in amount of time to draft an outline. |
| A Einhorn | 07/17/23 | Prepare outline for motion to compel hearing. | 3.4 | 3.4 | Excessive. | Excessive in amount of time to prepare an outline for a hearing, and Defendant lost every |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | motion to compel that was filed, because the work was unnecessary and caused by Defendant's obstructionist conduct. |
| A Einhorn | 07/17/23 | Analyze deposition notices. | 0.5 | 0.5 | Vague. | Fails to articulate what work was actually performed. |
| A Einhorn | 07/17/23 | Prepare to defend deposition of E. Ringoen REDACTED . | 3.9 | 3.4 | Excessive. | Excessive in amount of time to prepare to defend a deposition. |
| A Einhorn | 07/17/23 | Draft notice of motion and analyze joint stipulation for motion to compel and amended response to document request no. 19 including correspondence with opposing counsel re same. | 1.8 | 1.3 | Excessive. | Unclear what was analyzed and why it took so long. Also, Defendant lost every motion to compel that was filed, because the work was unnecessary and caused by Defendant's obstructionist conduct |
| Z Epstein | 07/17/23 | Draft expert witness deposition notices | 0.5 | | | |
| Z Epstein | 07/17/23 | Draft ex parte application to enforce M. Iroha subpoena | 3.3 | 3.3 | Excessive. | Excessive in amount of time to draft an ex parte application to enforce a subpoena. Ex Parte Application was denied due to Defendant's unreasonable delay in conducting discovery |
| Z Epstein | 07/17/23 | Analyze requirements for remote depositions | 0.7 | 0.7 | Excessive. | Excessive in amount of time to review requirements for remote depositions, especially when Epstein already billed for this above. Also, not clear why an attorney was needed for this. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 07/17/23 | Review email from Z. Epstein re deposition schedule and logistics and respond to same | 0.1 | | | |
| M Lowe | 07/17/23 | Review email from A. Einhorn re missing attachments to Castro expert report, and respond to same | 0.1 | | | |
| C MacGregor | 07/17/23 | Communicate with E. Ringoen regarding REDACTED | 1.5 | 1.5 | Vague. | Fails to articulate work performed and why. |
| C MacGregor | 07/17/23 | Communicate with C. Gray regarding REDACTED | 1.8 | 1.8 | Vague. | Fails to articulate work performed and why. Also, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 07/17/23 | Analyze documents relied upon by Relators' experts to prepare deposition outlines | 1.5 | 1.0 | Excessive. | Excessive in amount of time to prepare deposition outlines and analyze documents. |
| C MacGregor | 07/17/23 | Prepare outlines and supporting materials for expert depositions | 2.2 | 1.6 | Excessive. | Excessive in amount of time to prepare outlines and materials for depositions. |
| C Stein | 07/17/23 | REDACTED with Chris Gray. | 1.9 | 1.9 | Vague, excessive. | Fails to articulate work performed and why. Also, Gray was excluded as an expert, making the work unnecessary. |
| K Crisp | 07/18/23 | Analysis of key pleadings and exhibits re motion to compel | 2.3 | 2.3 | Excessive. | Excessive in time spent reviewing pleadings. Also, Defendant lost every motion to compel that was filed, because the work was unnecessary and caused by |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | Defendant's obstructionist conduct. |
| A Einhorn | 07/18/23 | Internal strategy discussion re motion to compel. | 0.7 | 0.7 | Vague. | Fails to articulate work performed and why. |
| A Einhorn | 07/18/23 | Correspondence with counsel for relators re depositions and subpoenas. | 0.7 | 0.7 | Excessive. | Excessive the amount of time to schedule depositions and subpoenas. |
| A Einhorn | 07/18/23 | Work on outline for motion to compel. | 1.7 | 1.7 | Excessive. | Excessive the amount of time to draft an outline for a motion to compel. Also, Defendant lost every motion to compel that was filed, because the work was unnecessary and caused by Defendant's obstructionist conduct. |
| A Einhorn | 07/18/23 | Strategize scheduling of depositions and next steps re motion for judgment on the pleadings. | 0.9 | 0.7 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in amount of time spent scheduling depositions. Also, work on motion for judgment was unnecessary due to dispositive Ninth Circuit authority. |
| Z Epstein | 07/18/23 | Analyze Relators' amended responses to ManPow's discovery requests | 0.4 | 0.2 | Vague. | Fails to articulate what work was actually performed. |
| Z Epstein | 07/18/23 | Analyze document production by City National Bank | 0.3 | 0.2 | Vague. | Fails to articulate what work was actually performed |
| Z Epstein | 07/18/23 | Evaluate structure of brief in support of motion for summary judgment | 0.2 | 0.2 | Vague. | Fails to articulate what work was actually performed |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 07/18/23 | Strategize key issues to address during depositions of Relators' experts | 0.5 | | | |
| Z Epstein | 07/18/23 | Strategize and draft deposition notices for Relators' experts | 0.9 | 0.9 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in amount of time spent drafting deposition notices. |
| M Lowe | 07/18/23 | Review and analyze joint stipulation re motion to compel and REDACTED, and email team re same | 0.9 | 0.9 | Vague. | Fails to articulate work performed, reviewed and strategized, unclear what is redacted and why. |
| M Lowe | 07/18/23 | Review emails re scheduling and respond to same | 0.1 | 0.1 | Vague. | Vague as to what scheduling was discussed. |
| M Lowe | 07/18/23 | Review emails from A. Einhorn re motion to dismiss, and respond to same | 0.1 | 0.1 | Vague. | Vague given motion to dismiss was filed nearly a year earlier. |
| C MacGregor | 07/18/23 | Draft deposition outline for W. Castro | 3.2 | 3.0 | Excessive. | Excessive in the amount of time to draft an outline for a deposition. |
| C Stein | 07/18/23 | Attention to motion to compel arguments re privilege log. | 0.6 | 0.6 | Vague. | Fails to articulate what work was performed. Also, Defendant lost every motion to compel that was filed, because the work was unnecessary and caused by Defendant's obstructionist conduct. |
| A Einhorn | 07/19/23 | Strategize position re service of Mark Iroha subpoena. | 0.3 | 0.3 | Vague. | Fails to articulate what work was performed or strategized. Also, *Ex Parte* Application on this issue was denied due to Defendant's unreasonable |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | delay in conducting discovery. |
| A Einhorn | 07/19/23 | Prepare for hearing on motion to compel including follow up correspondence with REDACTED re production. | 2.8 | 2.8 | Vague, excessive. | Unclear with whom attorney corresponded, excessive in the amount of time spent preparing for a hearing on a motion to compel. Also, Defendant lost every motion to compel that was filed, because the work was unnecessary and caused by Defendant's obstructionist conduct. |
| A Einhorn | 07/19/23 | Analyze documents produced by CNB including follow up REDACTED and opposing counsel. | 0.4 | 0.4 | Vague. | Fails to articulate work performed and analyzed, unclear what the follow up was and why. |
| Z Epstein | 07/19/23 | Analyze notice of subpoena requirements under Federal Rules of Civil Procedure | 2.9 | 2.9 | Excessive. | Excessive in the amount of time analyzing a notice of subpoena pursuant to the Federal Rules of Civil Procedure. |
| Z Epstein | 07/19/23 | Draft correspondence to SBA re nonparty subpoena | 0.3 | 0.3 | Excessive. | Defendant did not enforce its SBA subpoenas. |
| Z Epstein | 07/19/23 | Draft ex parte application to enforce M. Iroha subpoena | 3.4 | 3.4 | Excessive. | Excessive in amount of time to draft an ex parte application to enforce a subpoena which was already done on 07/14/23. |
| Z Epstein | 07/19/23 | Strategize and draft deposition notices for Relators' experts | 2.3 | 2.0 | Excessive. | Excessive in amount of time to draft notices of deposition. |
| M Lowe | 07/19/23 | Emails with C. MacGregor re Castro depo prep | 0.1 | 0.1 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | 35 hours drafting questions. |
| M Lowe | 07/19/23 | Review Castro expert report | 1.0 | 0.8 | Excessive. | Excessive to have multiple attorneys review same report. |
| M Lowe | 07/19/23 | Review and analyze email from C. McGregor re REDACTED, and emails to and from C. Stein re same | 0.2 | 0.2 | Vague. | Fails to articulate work performed, reviewed, and analyzed. |
| C MacGregor | 07/19/23 | Analyze documents and summarize findings to prepare for expert depositions | 3.9 | 3.0 | Excessive. | Excessive in the amount of time spent analyzing documents and preparing for expert depositions. |
| C Stein | 07/19/23 | Call re Relators' motion to compel. | 0.6 | 0.4 | Vague, excessive. | Fails to articulate the reason for the call and what work was performed, excessive in the amount of time spent on this phone call. |
| A Einhorn | 07/20/23 | Work on compilation of document production and amended discovery responses. | 2.4 | 2.0 | Excessive. | Excessive in the amount of time spent compiling documents. |
| A Einhorn | 07/20/23 | Discussion with REDACTED including follow up with team re next steps. | 1.7 | 1.7 | Vague. | Fails to articulate work performed, unclear what was discussed and why. |
| A Einhorn | 07/20/23 | Strategize for motion to compel. | 0.8 | 0.8 | Vague. | Fails to articulate work performed or strategized for the motion to compel. |
| A Einhorn | 07/20/23 | Work on depo prep for E. Ringoen. | 0.4 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 07/20/23 | Research and summarize findings regarding REDACTED | 6.0 | 6.0 | Vague. | Fails to articulate work performed, unclear what "findings" were researched and summarized, and why. |
| C MacGregor | 07/20/23 | Analyze REDACTED to prepare for expert depositions | 1.4 | 1.4 | Vague. | Fails to articulate work performed and analyzed, unclear what was analyzed. |
| C Stein | 07/20/23 | Attention to CNB objections to Castro depositions, REDACTED | 1.1 | 1.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C Stein | 07/20/23 | Attention to SBA discovery and emails with SBA. | 0.5 | | | Defendant did not enforce its SBA subpoenas. |
| A Einhorn | 07/21/23 | Correspondence with opposing counsel re motion for judgment on the pleadings. | 0.3 | 0.3 | Excessive. | Motion was routinely denied based on binding Ninth Circuit authority. |
| A Einhorn | 07/21/23 | Strategize response to CNB objections including follow up with team and revisions to draft correspondence to counsel for CNB. | 2.7 | 2.7 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 07/21/23 | REDACTED with E. Ringoen. | 1.6 | 1.6 | ague. | Fails to articulate work performed. |
| A Einhorn | 07/21/23 | Meet and confer with REDACTED including follow up re response and position. | 1.8 | 11.8 | Vague. | Fails to articulate work performed, unclear with whom attorney met and conferred and why. |
| A Einhorn | 07/21/23 | Meet and confer with Relators re M. Iroha subpoena | 1.3 | 1.3 | Excessive. | Excessive in that attempt to enforce Iroha subpoena was denied. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | including follow up. | | | | |
| M Lowe | 07/21/23 | Strategy call with team re CNB bank subpoena and REDACTED | 0.5 | 0.5 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 07/21/23 | Review email from David Bizar, counsel for City National Bank, explaining basis of objections to Castro testimony and documents requested by subpoena | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 07/21/23 | Meet and confer call with REDACTED re REDACTED | 0.9 | 10.9 | Vague. | Fails to articulate work performed, unclear with whom attorney met and conferred and why. |
| M Lowe | 07/21/23 | Strategy call with C. Stein REDACTED, to discuss next steps | 0.1 | 10.1 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/21/23 | Draft proposed revised subpoena language for documents to be requested from City National Bank, REDACTED | 1.2 | 1.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 07/21/23 | Email to team re proposed revised subpoena language for documents to be requested from City National Bank, REDACTED | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 07/21/23 | Prep for call with team re CNB bank subpoena by | 0.5 | 0.5 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | reviewing law regarding REDACTED | | | | |
| M Lowe | 07/21/23 | Call with REDACTED re REDACTED | 1.0 | 11.0 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/21/23 | Review and revise draft email to REDACTED re REDACTED | 0.2 | 10.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/21/23 | Review research re REDACTED, and email to team re same. | 0.2 | 10.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/21/23 | Draft and send email REDACTED | 0.2 | 10.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/21/23 | Draft and send email REDACTED | 0.1 | 10.1 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C MacGregor | 07/21/23 | Call with E. Ringoen to REDACTED | 1.4 | 11.4 | Vague, excessive. | Fails to articulate work performed, unclear what is redacted and why, excessive in amount of time on the phone when fails to articulate work performed and why. |
| C MacGregor | 07/21/23 | Strategize regarding CNB subpoena response | 0.5 | 0.5 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C MacGregor | 07/21/23 | Prepare materials for C. Gray deposition prep call | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed and why. Also, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 07/21/23 | Call with C. Gray to REDACTED | 2.1 | 22.1 | Vague, excessive. | Fails to articulate work performed, unclear what is redacted and why, excessive in amount of time on the phone when fails to articulate work performed and why. Also, Gray was excluded as an |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | expert, making the work unnecessary. |
| C MacGregor | 07/21/23 | Meet and confer with REDACTED | 1.4 | 11.4 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C MacGregor | 07/21/23 | Meet and confer with R. Davis | 1.0 | 11.0 | Vague. | Fails to articulate work performed and why. |
| C MacGregor | 07/21/23 | Communicate with R. Davis regarding follow up to meet and confer | 0.2 | 0.2 | Vague, excessive. | Vague as to which discovery issue was discussed, but Defendant lost on all discovery issues occurring at that time. |
| C Stein | 07/21/23 | Narrowing subpoena requests to CNB and emails with REDACTED re same. | 0.5 | 0.5 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C Stein | 07/21/23 | Call with REDACTED re REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C Stein | 07/21/23 | Chris Gray deposition prep. | 1.5 | 1.5 | Vague, excessive. | Fails to articulate work performed and prepared. Also, Gray was excluded as an expert, making the work unnecessary. |
| C Stein | 07/21/23 | Call with REDACTED re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C Stein | 07/21/23 | Attention to CNB dispute and call with team re same. | 1.0 | 1.0 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 07/22/23 | Draft SBA Declaration. | 1.8 | 0.9 | Excessive. | Excessive amount of time spent drafting SBA declarations. |
| A Einhorn | 07/22/23 | Correspondence with REDACTED re REDACTED | 0.4 | 10.4 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 07/22/23 | Review emails from CNB attorney D. Bizar, Plaintiff's attorney M. Dakak, and C. Stein re Castro deposition and respond to same | 0.3 | 0.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 07/22/23 | Review Castro expert report, spreadsheets created by Castro as attached at Exhibit C, and draft deposition outline re same in preparation for strategy call with C. Stein and C. McGregor re same | 1.3 | | | |
| M Lowe | 07/22/23 | Review emails from CNB attorney D. Bizar, Plaintiff's attorney M. Dakak, and C. Stein re Castro deposition and respond to same | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 07/23/23 | Continue to work on draft SBA declaration. | 2.2 | 1.1 | Excessive. | Excessive amount of time spent drafting SBA declarations. |
| A Einhorn | 07/23/23 | Analyze and revise ex parte motion to compel. | 2.3 | 2.3 | Vague, excessive. | Fails to articulate work performed, analyzed and revised, excessive in amount of time to revise an ex parte motion to compel. Excessive in that attempt to enforce Iroha subpoena was denied. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 07/24/23 | Prepare for E. Ringoen deposition. | 1.9 | 1.4 | Excessive. | Excessive amount of time preparing for a deposition. |
| A Einhorn | 07/24/23 | Meet and confer with opposing counsel re motion for judgment on the pleadings. | 0.4 | 0.4 | Vague, excessive. | Unclear with whom attorney met and conferred, and what was the substance, excessive in the amount of time spent on the motion for judgment on the pleadings. Motion was routinely denied based on binding Ninth Circuit authority. |
| A Einhorn | 07/24/23 | Status meeting with Z. Epstein and C. MacGregor re next steps and strategy. | 1.2 | 1.2 | Excessive. | Excessive amount of time having multiple meetings with multiple attorneys. |
| A Einhorn | 07/24/23 | Correspondence with counsel for CNB and SBA. | 2.7 | 2.7 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 07/24/23 | Prepare for Hines deposition. | 0.9 | | | |
| Z Epstein | 07/24/23 | Strategize joint stipulation re City National Bank subpoena | 0.5 | 0.5 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 07/24/23 | Draft ex parte application to enforce M. Iroha subpoena | 0.9 | 0.9 | Excessive. | Excessive in amount of time to draft an ex parte application to enforce a subpoena which was already done on 07/14/23 and 07/19/23. Excessive in that attempt to enforce Iroha subpoena was denied. |
| Z Epstein | 07/24/23 | Strategize topics to address at depositions of Relators' experts | 0.9 | 0.9 | Vague. | Vague as to strategize. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 07/24/23 | Strategize and draft notices of Relators' depositions | 2.1 | 2.1 | Excessive. | Excessive amount of time having multiple meetings with multiple attorneys. |
| Z Epstein | 07/24/23 | Analyze REDACTED re REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/24/23 | Review email chain re stipulation to extend limited discovery and respond to same | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. |
| M Lowe | 07/24/23 | Review email chain re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/24/23 | Review and analyze emails from REDACTED and respond via email to same | 0.9 | 0.9 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C MacGregor | 07/24/23 | Call with E. Ringoen regarding deposition preparation | 1.5 | 0.8 | Excessive. | Excessive in amount of time to discuss deposition prep. |
| C MacGregor | 07/24/23 | Call with REDACTED regarding expert deposition preparation | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C MacGregor | 07/24/23 | Strategize regarding expert deposition preparation and discovery responses | 1.0 | 1.0 | Excessive. | Excessive amount of time having multiple meetings with multiple attorneys. |
| C Stein | 07/24/23 | Attention to CNB subpoena and stipulation re Castro deposition. | 1.3 | 1.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 07/24/23 | Erik Ringoen deposition prep. | 0.4 | | | |
| A Einhorn | 07/25/23 | Work on draft motion to compel subpoena including strategy on timing. | 1.9 | 1.9 | Vague, excessive. | Fails to articulate what work was performed. Excessive in that attempt to enforce Iroha subpoena was denied. |
| A Einhorn | 07/25/23 | Strategize deposition scheduling including discussion with opposing counsel. | 1.3 | 1.0 | Excessive. | Excessive in the amount of time “strategizing” deposition schedule. |
| A Einhorn | 07/25/23 | Work on draft stipulation including correspondence with opposing counsel. | 0.6 | 0.6 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. |
| A Einhorn | 07/25/23 | Prepare for Hines deposition. | 0.8 | | | |
| A Einhorn | 07/25/23 | Phone call with REDACTED re status and motions. | 0.9 | 0.9 | Vague. | Fails to articulate work performed and why, unclear with whom the call was made. |
| A Einhorn | 07/25/23 | Strategize REDACTED and analyze REDACTED . | 3.1 | 3.1 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| Z Epstein | 07/25/23 | Strategize and draft ex parte application to enforce M. Iroha subpoena | 1.6 | 1.6 | Excessive. | Excessive in amount of time to draft an ex parte application to enforce a subpoena which was already done on 07/14/23, 07/19/23 and 07/24/23. Also, *Ex Parte* Application on this issue was denied due to Defendant’s unreasonable delay in conducting discovery. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 07/25/23 | Strategize REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| Z Epstein | 07/25/23 | Strategize and draft correspondence to opposing counsel re expert depositions | 0.1 | | | |
| Z Epstein | 07/25/23 | Analyze REDACTED | 1.9 | 1.9 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| Z Epstein | 07/25/23 | Strategize and draft correspondence to counsel re notice of ex parte application | 0.4 | 0.4 | Vague, excessive. | Fails to articulate what was strategized. Also, *Ex Parte* Application on this issue was denied due to Defendant's unreasonable delay in conducting discovery. |
| Z Epstein | 07/25/23 | Strategize production of documents re Ringoen deposition notice | 0.6 | 0.6 | Vague. | Vague as to "strategize." |
| Z Epstein | 07/25/23 | Draft entry of appearance for M. Lowe | 0.3 | 0.2 | Excessive. | Excessive in the amount of time for an attorney to enter an appearance, could have been done by a law clerk or paralegal. |
| Z Epstein | 07/25/23 | Evaluate REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/25/23 | Review proposed stipulation re discovery dispute and send email to team re same | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. |
| M Lowe | 07/25/23 | Draft and send email to team re SBA declaration | 0.1 | | | |
| M Lowe | 07/25/23 | Review and revise draft declaration for SBA employee | 1.3 | 0.7 | Excessive. | Excessive amount of time spent drafting SBA declarations. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 07/25/23 | Review and analyze email from REDACTED, and emails from team members re same, and respond to same | 0.1 | 0.1 | Vague. | Fails to articulate work performed, reviewed and analyzed, unclear what is redacted and why. |
| M Lowe | 07/25/23 | Review emails to/from CNB attorney D. Bizar and relator's counsel M. Dakak re stipulation and discovery dispute | 0.3 | 0.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 07/25/23 | Review and analyze email from C. Stein to REDACTED . | 0.1 | 0.1 | Vague. | Fails to articulate work performed, reviewed and analyzed, unclear what is redacted and why. |
| C MacGregor | 07/25/23 | Plan and prepare for expert depositions | 2.4 | 1.6 | Vague, excessive. | Vague as to which depositions. All time relating to expert Gray should be removed because he was excluded. |
| C MacGregor | 07/25/23 | Conduct research to support summary judgment brief | 1.9 | 1.9 | Vague, excessive. | Fails to articulate what was researched. Excessive in the time spent on the motion for summary judgment. |
| C Stein | 07/25/23 | Attention to depositions. | 0.4 | 0.4 | Vague. | Fails to articulate work performed. |
| C Stein | 07/25/23 | Attention to stipulation or discovery extension re CNB subpoena. | 0.6 | 0.6 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. |
| C Stein | 07/25/23 | Emails with REDACTED re REDACTED . | 0.9 | 0.9 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 07/26/23 | Discussion with REDACTED re REDACTED. | 0.3 | 0.3 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| A Einhorn | 07/26/23 | Work on document production in advance of Ringoen deposition. | 0.5 | | | |
| A Einhorn | 07/26/23 | Analyze and insert revisions to declaration and proposed order in support of motion to compel Irhoa's subpoena. | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed, analyzed or inserted. Also, Defendant lost every motion to compel that was filed, because the work was unnecessary and caused by Defendant's obstructionist conduct. |
| A Einhorn | 07/26/23 | Correspondence with REDACTED re REDACTED. | 0.5 | 0.5 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| A Einhorn | 07/26/23 | Work on Hines deposition outline. | 3.7 | 3.0 | Excessive. | Excessive in amount of time to prepare a deposition outline |
| A Einhorn | 07/26/23 | Analyze documents and prepare to defend E. Ringoen deposition. | 1.7 | 1.2 | Vague, excessive. | Fails to articulate work performed and documents analyzed, excessive in the amount of time to prepare to defend a deposition |
| Z Epstein | 07/26/23 | Strategize and draft ex parte application to enforce M. Iroha subpoena | 2.4 | 2.4 | Excessive. | Excessive in amount of time to draft an ex parte application to enforce a subpoena which was already done on 07/14/23, 07/19/23, 07/24/23 and 07/25/23. Also, *Ex Parte* Application on this issue was denied due to Defendant's unreasonable delay in conducting discovery. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 07/26/23 | Strategize and prepare documents for production re expert reports | 0.8 | 0.8 | Vague, excessive. | Vague as to strategize. Appears to be administrative. |
| Z Epstein | 07/26/23 | Evaluate topics to address at K. Hines deposition | 0.2 | | | |
| Z Epstein | 07/26/23 | Analyze Local Rules for filing Notice of Appearance in Central District of California | 0.5 | 0.5 | Excessive. | Excessive amount of time for an attorney to analyze Local Rules for filing a Notice of Appearance. |
| Z Epstein | 07/26/23 | Analyze documents relied upon in C. Gray expert report | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed and documents analyzed. Also, Gray was excluded as an expert, making the work unnecessary. |
| M Lowe | 07/26/23 | Strategy call with C. Stein after call with REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/26/23 | Call with REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/26/23 | Review and analyze emails from C. Stein, A. Einhorn, and C. MacGregor re proposed modification to stipulation re Castro depo and CNB discovery, and respond to same | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. |
| C MacGregor | 07/26/23 | Research and summarize findings to REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 07/26/23 | Prepare outline for in-person meeting with C. Gray to REDACTED | 1.9 | 1.9 | Vague, excessive. | Fails to articulate work performed and prepared, unclear what is redacted and why, excessive in the amount of time to prepare an outline for a meeting. Also, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 07/26/23 | Strategize regarding K. Hines deposition preparation | 1.5 | 0.5 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in the amount of time to preparing for a deposition. |
| C Stein | 07/26/23 | Attention to intervenor request. | 0.3 | 0.3 | Vague. | Fails to articulate work performed. |
| C Stein | 07/26/23 | Call with REDACTED and follow up with M. Lowe. | 0.6 | 0.6 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| A Einhorn | 07/27/23 | Work on draft outline for deposition of Kenneth Hines. | 5.7 | 3.7 | Excessive. | Excessive in the amount of time to preparing for a deposition. |
| A Einhorn | 07/27/23 | Strategize REDACTED including draft correspondence to counsel. | 2.4 | 2.4 | Vague. | Fails to articulate work performed and strategized, unclear what is redacted and why. |
| Z Epstein | 07/27/23 | Strategize and prepare for K. Hines remote deposition | 0.9 | | | |
| M Lowe | 07/27/23 | Review and analyze emails from I. Palmieri re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 07/27/23 | Review emails from C. Stein and A. Einhorn re REDACTED, and respond to same | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 07/27/23 | Prepare exhibits for K. Hines deposition | 1.3 | 0.3 | Excessive. | Excessive in the amount of time to preparing for a deposition already prepared for by another attorney. |
| C MacGregor | 07/27/23 | Communicate with E. Ringoen regarding deposition preparation | 0.8 | | | |
| C MacGregor | 07/27/23 | Research REDACTED to respond to REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed and researched, unclear what is redacted and why. |
| C Stein | 07/27/23 | Email to D. Bizar (counsel for CNB) re subpoena and Castro deposition. | 0.4 | 0.4 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C Stein | 07/27/23 | Attention to CNB subpoena and depositions. | 0.6 | 0.6 | Vague, excessive. | Vague as to “attention to.” Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 07/28/23 | Strategize position in response to supplemental report. | 0.3 | 0.3 | Vague. | Fails to articulate work performed and what was strategized and with whom |
| A Einhorn | 07/28/23 | Prepare with E. Ringoen for REDACTED | 3.4 | 3.4 | Vague. | Fails to articulate work performed and prepared, unclear what is redacted and why. |
| A Einhorn | 07/28/23 | Defend E. Ringoen deposition including follow up with REDACTED and C. MacGregor. | 7.4 | | | |
| Z Epstein | 07/28/23 | Draft motion for judgment on the pleadings | 1.4 | 1.4 | Excessive. | Motion was routinely denied based on binding Ninth Circuit authority. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 07/28/23 | Analyze REDACTED | 2.5 | 2.5 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| Z Epstein | 07/28/23 | Strategize joint stipulation to extend discovery cutoff re City National Bank subpoena | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. |
| Z Epstein | 07/28/23 | Analyze Relators' supplemental expert report | 0.3 | 0.3 | Vague. | Fails to articulate work performed and analyzed. |
| Z Epstein | 07/28/23 | Analyze REDACTED re REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed and analyzed, unclear what is redacted and why. |
| Z Epstein | 07/28/23 | Strategize and prepare for K. Hines deposition | 1.0 | 1.0 | Excessive. | Excessive in the amount of time to strategize and prepare for a deposition already prepared for by another attorney. |
| M Lowe | 07/28/23 | Begin drafting Castro deposition question direct | 1.9 | 1.6 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| M Lowe | 07/28/23 | Review and approve REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, reviewed, and approved, unclear what is redacted and why. |
| M Lowe | 07/28/23 | Review emails from REDACTED re REDACTED and respond to same | 0.1 | 0.1 | Vague. | Fails to articulate work performed and reviewed, unclear what is redacted and why. |
| M Lowe | 07/28/23 | Draft email to D. Bizar re REDACTED . | 0.1 | 0.1 | Vague, excessive. | Fails to articulate work performed, unclear what is redacted and why. Bizar is an opposing attorney and the subject cannot be privileged. Defendant agreed to remove all time relating to CNB subpoena, |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | which included request to extend discovery. |
| M Lowe | 07/28/23 | Analyze emails to/from REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed and analyzed, unclear what is redacted and why. |
| M Lowe | 07/28/23 | Analyze REDACTED and email to team REDACTED . | 0.2 | 0.2 | Vague. | Fails to articulate work performed and analyzed, unclear what is redacted and why. |
| M Lowe | 07/28/23 | Review emails from A. Einhorn and C. MacGregor re supplemental expert disclosure by relators and respond to same. | 0.1 | | | |
| M Lowe | 07/28/23 | Review email from C. Stein to REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed and reviewed, unclear what is redacted and why. |
| M Lowe | 07/28/23 | Review and analyze supplemental expert disclosure by relators | 0.3 | | | |
| C MacGregor | 07/28/23 | Attend E. Ringoen deposition | 7.0 | 3.5 | Excessive. | Excessive to have multiple attorneys attend deposition. |
| C MacGregor | 07/28/23 | Meet with E. Ringoen to REDACTED | 2.0 | 2.0 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C MacGregor | 07/28/23 | Strategize regarding preparation for K. Hines deposition | 0.5 | 0.5 | Excessive. | Excessive in the amount of time to strategize and prepare for a deposition already prepared for by another attorney. |
| C Stein | 07/28/23 | Attention to supplemental Castro disclosure, | 0.6 | 0.6 | Vague. | Fails to articulate work performed. Also, Gray was excluded as an expert, |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | prep for Chris Gray. | | | | making the work unnecessary. |
| C Stein | 07/28/23 | Attention to REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| A Einhorn | 07/29/23 | Analyze exhibits for Hines deposition. | 1.5 | 1.5 | Excessive. | Excessive in the amount of time to analyze exhibits for a deposition already prepared for by another attorney. |
| Z Epstein | 07/29/23 | Strategize REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed and strategized, unclear what is redacted and why. |
| M Lowe | 07/29/23 | Analyze REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed and analyzed, unclear what is redacted and why. |
| M Lowe | 07/29/23 | Draft and send email to team re analysis of REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed and analyzed, unclear what is redacted and why. |
| M Lowe | 07/29/23 | Continue drafting Castro deposition question direct | 1.0 | 0.8 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| C MacGregor | 07/29/23 | Prepare data for W. Castro deposition | 1.0 | 1.0 | Vague. | Vague as to "prepare data." |
| A Einhorn | 07/30/23 | Further review of exhibits for Hines deposition. | 2.3 | 2.3 | Excessive. | Excessive in the amount of time to review deposition exhibits already prepared for by another attorney and same attorney on different days. |
| A Einhorn | 07/30/23 | Draft supplemental brief in further support of motion to compel. | 3.7 | 3.7 | Excessive. | Defendant lost virtually across the board on this motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 07/30/23 | Draft motion for judgment on the pleadings | 0.6 | 0.6 | Excessive. | Motion was routinely denied based on binding Ninth Circuit authority. |
| Z Epstein | 07/30/23 | Strategize REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed and strategized, unclear what is redacted and why. |
| M Lowe | 07/30/23 | Continue drafting Castro deposition question direct | 1.7 | 1.3 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| C MacGregor | 07/30/23 | Prepare materials for meeting with C. Gray | 0.7 | 0.7 | Vague, excessive. | Fails to articulate work performed and what materials prepared. Also, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 07/30/23 | Prepare exhibits for K. Hines deposition | 0.3 | 0.3 | Excessive. | Excessive in the amount of time to prepare deposition exhibits already prepared for by another attorney and same attorney on different days. |
| A Einhorn | 07/31/23 | Prepare for deposition of K. Hines. | 3.1 | 3.1 | Excessive. | Excessive in the amount of time to prepare for a deposition already prepared for by another attorney and same attorney on different days. |
| A Einhorn | 07/31/23 | Analyze motion for judgment on the pleadings and ex parte applications for Iroha subpoena. | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed and analyzed, excessive in the amount of time because *Ex Parte* Application was denied due to Defendant's unreasonable delay in conducting discovery. Motion was routinely denied based on binding Ninth Circuit authority. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 07/31/23 | Discuss scheduling of deposition. | 0.6 | 0.6 | Vague. | Fails to articulate work performed and discussed with whom, excessive in the amount of time to schedule a deposition. |
| A Einhorn | 07/31/23 | Depose K. Hines including follow up REDACTED | 7.2 | 1.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| Z Epstein | 07/31/23 | Draft motion for judgment on the pleadings | 0.5 | 0.5 | Excessive. | Motion was routinely denied based on binding Ninth Circuit authority. |
| Z Epstein | 07/31/23 | Strategize REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate work performed and strategized, unclear what is redacted and why. |
| Z Epstein | 07/31/23 | Strategize ex parte application to enforce subpoena to M. Iroha | 0.7 | 0.7 | Excessive. | Excessive in amount of time to draft an ex parte application to enforce a subpoena which was already done on 07/14/23, 07/19/23, 07/24/23, 07/25/23 and 07/26/23. Also, *Ex Parte* Application was denied due to Defendant's unreasonable delay in conducting discovery. |
| Z Epstein | 07/31/23 | Strategize and correspond with opposing counsel and REDACTED re ex parte application to compel | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed and strategized, unclear what is redacted and why, excessive in amount of time on an ex parte application to compel. Also, *Ex Parte* Application was denied due to Defendant's unreasonable delay in conducting discovery. |
| Z Epstein | 07/31/23 | Analyze REDACTED | 1.4 | 1.4 | Vague. | Fails to articulate work performed and analyzed, unclear what is redacted and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 07/31/23 | Review emails from D. Bizar re proposed email to court re stipulation to extend discovery, and respond to same | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. |
| M Lowe | 07/31/23 | Review emails re motion to compel, REDACTED and draft emails to REDACTED . | 0.2 | 0.2 | Vague. | Fails to articulate work performed and reviewed, unclear what is redacted and why. |
| M Lowe | 07/31/23 | Review email from REDACTED re REDACTED and respond to same | 0.1 | 0.1 | Vague. | Fails to articulate work performed and reviewed, unclear what is redacted and why. |
| M Lowe | 07/31/23 | Continue drafting Castro deposition question direct | 1.3 | 0.9 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| M Lowe | 07/31/23 | Review and analyze motion to intervene and motion to quash CNB subpoena in preparation for strategy call with Z. Epstein | 0.4 | 0.4 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 07/31/23 | Strategy call with Z. Epstein re opposition to motion to intervene and quash CNB subpoena | 0.4 | 0.4 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C MacGregor | 07/31/23 | Strategize regarding K. Hines deposition | 0.5 | 0.5 | Excessive. | Excessive in the amount of time to strategize for a deposition already prepared for by another |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | attorney and same attorney on different days. |
| C MacGregor | 07/31/23 | Attend K. Hines deposition | 6.1 | | | |
| C Stein | 07/31/23 | Call with A. Einhorn re depositions and motions. | 0.7 | | | |
| C Stein | 07/31/23 | Chris Gray deposition prep. | 3.8 | 3.8 | Excessive. | Gray was excluded as an expert, making the work unnecessary. |
| A Einhorn | 08/01/23 | Phone call and correspondence with REDACTED re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| A Einhorn | 08/01/23 | Strategize deposition scheduling for W. Castro including correspondence with counsel for Relators and CNB. | 3.4 | 3.4 | Excessive. | Excessive amount of time to "strategize deposition scheduling." |
| A Einhorn | 08/01/23 | Continue to work on draft supplemental brief in support of motion to compel. | 3.1 | 3.1 | Vague. Excessive. | Fails to articulate work performed. Also, Defendant lost virtually across the board on this motion. |
| A Einhorn | 08/01/23 | Research for supplemental brief in support of motion to compel. | 2.3 | 2.3 | Vague. Excessive. | Fails to articulate what was researched. Also, Defendant lost virtually across the board on this motion. |
| Z Epstein | 08/01/23 | Analyze REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed and analyzed, unclear what is redacted and why. |
| Z Epstein | 08/01/23 | Strategize and prepare document production re Notice of | 0.3 | 0.3 | Excessive. | Excessive amount of time having multiple meetings with multiple attorneys. Also, Gray was excluded |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | Deposition to C. Gray | | | | as an expert, making the work unnecessary. |
| Z Epstein | 08/01/23 | Analyze K. Hines deposition | 0.6 | | | |
| Z Epstein | 08/01/23 | Strategize deposition of W. Castro | 0.5 | 0.5 | Vague, excessive. | Excessive amount of time having multiple meetings with multiple attorneys. |
| Z Epstein | 08/01/23 | Strategize filing Notice of Appearance for M. Lowe | 0.3 | 0.3 | Excessive. | Excessive in the amount of time to file a notice of appearance. |
| Z Epstein | 08/01/23 | Analyze motion to quash by City National Bank | 1.6 | 1.6 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/01/23 | Strategize and draft ex parte application to enforce subpoena to M. Iroha | 1.8 | 1.8 | Excessive. | Excessive in amount of time to draft an ex parte application to enforce a subpoena which was already done on 07/14/23, 07/19/23, 07/24/23, 07/25/23, 07/26/23 and07/31/23. Also, *Ex Parte* Application was denied due to Defendant's unreasonable delay in conducting discovery. |
| M Lowe | 08/01/23 | Draft email to M. Dakak re Castro depo | 0.2 | | | |
| M Lowe | 08/01/23 | Call with C. Stein and A. Einhorn re Castro depo | 0.3 | 0.2 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| M Lowe | 08/01/23 | Continue drafting Castro deposition question direct | 2.5 | 1.8 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 08/01/23 | Analyze Lan Lai deposition transcript | 1.1 | 1.1 | Vague. | Vague as to "analyze." |
| M Lowe | 08/01/23 | Call with C. Stein and A. Einhorn re Castro depo | 0.3 | 0.3 | Excessive. | Duplicative of entry earlier in same day. |
| M Lowe | 08/01/23 | Review emails re Castro deposition cancellation | 0.2 | | | |
| M Lowe | 08/01/23 | Strategy call with A. Einhorn re Castro depo | 0.3 | 0.3 | Excessive. | Duplicative of entries earlier in same day. |
| M Lowe | 08/01/23 | Email to A. Einhorn re confirmation email to M. Dakak re continuance of Castro depo | 0.1 | | | |
| M Lowe | 08/01/23 | Email from D. Bizar re draft email to magistrate judge requesting expedited ruling on stipulation | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/01/23 | Email from C. Stein re SBA and respond to same | 0.1 | | | |
| C MacGregor | 08/01/23 | Meet with C. Gray to REDACTED | 2.0 | 2.0 | Vague, excessive. | Fails to articulate work performed, unclear what is redacted and why. Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 08/01/23 | Attend C. Gray deposition | 3.0 | 3.0 | Excessive. | Gray was excluded as an expert, making the work unnecessary. Use of multiple attorneys unwarranted. |
| C MacGregor | 08/01/23 | Strategize regarding expert depositions and discovery | 1.5 | 1.5 | Excessive. | Excessive amount of time having multiple meetings with multiple attorneys. Also, all time relating to |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | expert Gray should be removed because he was excluded. |
| C Stein | 08/01/23 | Attention to CNB subpoena, REDACTED and emails re same. | 1.5 | 1.5 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C Stein | 08/01/23 | Attention to SBA declaration, drafting "dream declaration" to submit to SBA. | 1.6 | 1.6 | Vague, excessive. | Vague as to “attention to.” Excessive amount of time spent drafting SBA declarations. |
| C Stein | 08/01/23 | Call with REDACTED re REDACTED, call with M. Lowe re same. | 1.0 | 1.0 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C Stein | 08/01/23 | Chris Gray deposition. | 3.0 | 3.0 | Excessive. | Gray was excluded as an expert, making the work unnecessary. Use of multiple attorneys unwarranted. |
| C Stein | 08/01/23 | Chris Gray deposition preparation. | 1.5 | 1.5 | Vague, excessive. | Fails to articulate work performed. Gray was excluded as an expert, making the work unnecessary. Use of multiple attorneys unwarranted. |
| A Einhorn | 08/02/23 | Deposition preparation with L. Lai and P. Hess including follow up with C. Stein. | 3.2 | | | |
| A Einhorn | 08/02/23 | Strategize and work on deposition scheduling including revised notices to counsel and correspondence | 1.8 | 1.0 | Excessive. | Excessive in amount of time to schedule depositions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | with counsel re same. | | | | |
| A Einhorn | 08/02/23 | Finalize supplemental brief in further support of motion to compel including service of same. | 1.8 | 1.8 | Vague, excessive. | Fails to articulate work performed. Also, Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| Z Epstein | 08/02/23 | Draft supplemental brief in support of motion to compel | 0.3 | 0.3 | Excessive. | Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| Z Epstein | 08/02/23 | Analyze C. Gray deposition | 0.7 | 0.7 | Vague, excessive. | Fails to articulate work performed and analyzed. Gray was excluded as an expert, making the work unnecessary. Use of multiple attorneys unwarranted. |
| Z Epstein | 08/02/23 | Strategize sequencing of W. Castro deposition and revise notice | 1.0 | 1.0 | Vague. | Vague as to "strategize." |
| Z Epstein | 08/02/23 | Strategize and draft revised deposition notices to Relators' witnesses | 1.9 | 1.9 | Vague, excessive. | Vague as to strategize. Excessive amount of time to revise deposition notices. |
| Z Epstein | 08/02/23 | Strategize and prepare to defend L. Lai deposition | 0.2 | | | |
| Z Epstein | 08/02/23 | Analyze REDACTED re opposition to CNB motion to quash | 1.1 | 1.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/02/23 | Strategize and draft opposition to CNB motion to quash | 0.9 | 0.9 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/02/23 | Analyze email from D. Bizar re | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | M. Dakak and Castro depo | | | | |
| M Lowe | 08/02/23 | Strategy call with C. Stein re SBA declaration | 0.5 | 0.3 | Excessive. | Excessive amount of time spent on SBA declarations. |
| M Lowe | 08/02/23 | Review and analyze depo transcript of Paul Hess and exhibits shown | 3.1 | | | |
| M Lowe | 08/02/23 | Review and Revise draft SBA declaration | 0.7 | 0.4 | Excessive. | Excessive amount of time spent on SBA declarations. |
| M Lowe | 08/02/23 | Call with C. Stein re SBA declaration | 0.1 | 0.1 | Excessive. | Excessive amount of time spent on SBA declarations. |
| M Lowe | 08/02/23 | Continue drafting Castro deposition question direct | 1.5 | 1.2 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| M Lowe | 08/02/23 | Review emails to/from D. Bizar re Castro depo and request for Rule 16 conference with court. | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C MacGregor | 08/02/23 | Strategize regarding opposition brief to CNB's motion to quash its subpoena | 1.5 | 1.5 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C MacGregor | 08/02/23 | Research REDACTED case law to support motions in limine | 2.5 | 2.5 | Vague. | Fails to articulate work performed and researched, unclear what is redacted and why. |
| C Stein | 08/02/23 | Further attention to SBA declarations. | 2.9 | 2.9 | Vague, excessive. | Fails to articulate work performed. Excessive amount of time spent on SBA declarations. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 08/02/23 | Attention to Castro deposition and potential stipulation with D. Bizar. | 1.1 | 1.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C Stein | 08/02/23 | Prepare for continued depositions of P. Hess and L. Lai. | 0.4 | | | |
| C Stein | 08/02/23 | Call with REDACTED re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed and analyzed, unclear what is redacted and why. |
| A Einhorn | 08/03/23 | Prepare for and defend L. Lai deposition including follow up with C. Stein. | 2.6 | | | |
| A Einhorn | 08/03/23 | Prepare P. Hess REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate work performed or prepared. |
| A Einhorn | 08/03/23 | Strategize deposition scheduling including correspondence with opposing counsel. | 0.9 | 0.9 | Excessive. | Excessive in amount of time to schedule depositions. |
| Z Epstein | 08/03/23 | Defend and analyze L. Lai deposition | 0.7 | | | |
| Z Epstein | 08/03/23 | Analyze Relators' opposition to motion to compel | 0.2 | 0.2 | Vague, excessive. | Fails to articulate work performed and analyzed. Also, Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| Z Epstein | 08/03/23 | Analyze Relators' opposition to ex parte application re subpoena to M. Iroha | 0.2 | 0.2 | Vague, excessive. | Fails to articulate work performed and analyzed. Also, *Ex Parte* Application was denied due to Defendant's unreasonable delay in conducting discovery. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 08/03/23 | Strategize and draft opposition to CNB motion to quash | 5.2 | 5.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/03/23 | Review ManPow motion to compel subpoena response and documents in support thereof, as well as Iroha's opposition | 0.3 | 0.3 | Vague, excessive. | Fails to articulate work performed and reviewed. Also, Defendant lost every motion to compel that was filed, because the work was unnecessary and caused by Defendant's obstructionist conduct. |
| M Lowe | 08/03/23 | Review ManPow supplemental memorandum in support of motion to compel discovery | 0.2 | 0.2 | Vague, excessive. | Fails to articulate work performed and reviewed. Also, Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| M Lowe | 08/03/23 | Call with C. Stein re deposition scheduling and strategy | 0.1 | | | |
| M Lowe | 08/03/23 | Continue working on Castro depo cross | 0.8 | 0.6 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| C MacGregor | 08/03/23 | Research case law to support motions in limine | 2.3 | 2.3 | Vague. | Vague as to topics researched. |
| C Stein | 08/03/23 | Attention to deposition scheduling and organization. | 0.4 | 0.4 | Vague, excessive. | Fails to articulate work performed, excessive in amount of time to schedule depositions. |
| C Stein | 08/03/23 | P. Hess re-noticed deposition prep. | 0.8 | | | |
| C Stein | 08/03/23 | Attention to re-opened depositions of P. Hess and L. Lai. | 0.5 | 0.5 | Vague. | Vague as to "attention to." |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 08/04/23 | Discuss ex parte re joint stipulation and preparation for Relator depositions. | 1.4 | 1.4 | Vague, excessive. | Block billing. Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery and ex parte to ask court to rule on request. |
| A Einhorn | 08/04/23 | Correspondence with counsel for CNB re motion to quash. | 0.3 | 0.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/04/23 | Strategize REDACTED | 2.0 | 2.0 | Vague. | Fails to articulate work performed or strategized. |
| Z Epstein | 08/04/23 | Strategize and draft opposition to CNB motion to quash | 2.3 | 2.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/04/23 | Strategize and draft SBA declaration | 5.4 | 2.7 | Excessive. | Excessive amount of time spent on SBA declarations. |
| M Lowe | 08/04/23 | Call with REDACTED and C. Stein re SBA declaration | 1.0 | 0.5 | Excessive. | Excessive amount of time spent on SBA declarations. |
| M Lowe | 08/04/23 | Draft email to Z. Epstein and C. MacGregor summarizing notes and instructions from call with REDACTED for purposes of revising SBA declaration | 0.9 | 0.5 | Excessive. | Excessive amount of time spent on SBA declarations. |
| M Lowe | 08/04/23 | Prep for call REDACTED by reviewing draft SBA declaration | 0.2 | 0.2 | Vague. | Fails to articulate work performed or prepared. |
| M Lowe | 08/04/23 | Continue working on Castro depo cross | 5.0 | 4.0 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | 35 hours drafting questions. |
| M Lowe | 08/04/23 | Call with C. MacGregor re draft SBA declaration | 0.2 | 0.1 | Excessive. | Excessive amount of time spent on SBA declarations. |
| M Lowe | 08/04/23 | Emails from D. Bizar and M. Dakak re Castro depo and email to court and respond to same. | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. |
| M Lowe | 08/04/23 | Review memo re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed or reviewed. |
| C MacGregor | 08/04/23 | Revise draft SBA declaration | 6.4 | 6.0 | Excessive. | Excessive in the amount of time to review a declaration. |
| C MacGregor | 08/04/23 | Prepare materials for Relators' depositions | 4.2 | 4.2 | Vague, excessive. | Fails to articulate work performed and prepared. Excessive in amount of time to prepare materials. |
| C Stein | 08/04/23 | Attention to deposition schedule and strategy, call with A. Einhorn re same. | 1.1 | 0.6 | Excessive. | Excessive in the amount of time to schedule a deposition. |
| C Stein | 08/04/23 | Call with REDACTED re REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate work performed. |
| C Stein | 08/04/23 | Prepare for deposition of S. Khan. | 1.0 | | | |
| C Stein | 08/04/23 | Paul Hess renoticed deposition. | 0.8 | | | |
| A Einhorn | 08/05/23 | Strategize preparation for Khan deposition. | 0.6 | 0.6 | Excessive. | Excessive to have multiple attorneys prepare for the same deposition. |
| A Einhorn | 08/05/23 | Strategize ex parte motion in support of | 0.5 | 0.5 | Excessive. | *Ex Parte* never filed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | entering joint stipulation re extension of Castro deposition. | | | | |
| Z Epstein | 08/05/23 | Draft opposition to CNB motion to quash | 0.3 | 0.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/05/23 | Draft SBA declaration | 1.8 | 0.9 | Excessive. | Excessive amount of time spent on SBA declarations. |
| Z Epstein | 08/05/23 | Analyze and prepare materials for S. Khan deposition | 2.3 | 2.3 | Excessive. | Excessive to have multiple attorneys prepare for the same deposition. |
| M Lowe | 08/05/23 | Continue drafting Castro deposition cross exam | 1.6 | 1.3 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| C MacGregor | 08/05/23 | Revise draft proposed SBA declaration | 1.0 | 0.7 | Excessive. | Excessive amount of time spent on SBA declarations. |
| C MacGregor | 08/05/23 | Draft ex parte motion to request expedited review of the parties' Joint Stipulation | 0.8 | 0.8 | Excessive. | *Ex Parte* never filed. |
| C Stein | 08/05/23 | Prepare for Khan deposition. | 2.0 | 2.0 | Excessive. | Excessive to have multiple attorneys prepare for the same deposition. |
| A Einhorn | 08/06/23 | Prepare for Relator depositions. | 2.1 | | | |
| A Einhorn | 08/06/23 | Work on ex parte motion to grant joint stipulation. | 0.7 | 0.7 | Vague, excessive. | Fails to articulate what “work on” means. *Ex Parte* never filed. |
| Z Epstein | 08/06/23 | Draft SBA declaration | 2.5 | 2.0 | Excessive. | Excessive amount of time spent on SBA declarations. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 08/06/23 | Draft opposition to CNB motion to quash | 2.0 | 2.0 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/06/23 | Analyze and prepare materials for S. Khan deposition | 1.9 | 1.9 | Excessive. | Excessive to have multiple attorneys prepare for the same deposition. |
| M Lowe | 08/06/23 | Review and respond to emails from D. Bizar, M. Dakak, C. Stein, and C. MacGregor re pending stipulation and potential need to file an ex parte motion seeking immediate review of that stipulation | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. *Ex Parte* never filed. |
| M Lowe | 08/06/23 | Email to C. MacGregor, Z. Epstein, and C. Stein re revisions needed to SBA draft declaration | 0.1 | | | |
| M Lowe | 08/06/23 | Revise draft SBA declaration | 3.8 | 3.8 | Excessive. | Excessive in amount of time to review draft declaration by multiple attorneys over multiples days. |
| C MacGregor | 08/06/23 | Revise proposed draft SBA declaration | 0.4 | 0.4 | Excessive. | Excessive in amount of time to review draft declaration by multiple attorneys over multiples days. |
| C MacGregor | 08/06/23 | Draft ex parte motion and accompanying documents to request expedited review of the Joint Stipulation | 6.6 | 5.0 | Excessive. | *Ex Parte* never filed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 08/06/23 | Prepare for Khan deposition. | 2.0 | 2.0 | Excessive. | Excessive to have multiple attorneys prepare for the same deposition. |
| C Stein | 08/06/23 | Attention to SBA declarations, and emails re same. | 2.5 | 2.5 | Vague, excessive. | Fails to articulate work performed, excessive in amount of repeated time spent on SBA declarations. |
| A Einhorn | 08/07/23 | Prepare for D. Bake deposition. | 1.4 | | | |
| A Einhorn | 08/07/23 | Attend S. Khan deposition including follow up with C. Stein and REDACTED. | 3.9 | 0.4 | Vague. | Fails to articulate work performed, unclear what is redacted |
| A Einhorn | 08/07/23 | Prepare for Khan deposition. | 2.7 | 2.7 | Excessive. | Excessive to have multiple attorneys prepare for the same deposition. |
| A Einhorn | 08/07/23 | Work on SBA declaration including discussions with team re strategy. | 1.4 | 1.4 | Vague, excessive. | Fails to articulate work performed, excessive in amount of repeated time spent on SBA declarations. |
| Z Epstein | 08/07/23 | Draft SBA declaration | 2.6 | 2.6 | Excessive. | Excessive in amount of repeated time spent on SBA declarations. |
| Z Epstein | 08/07/23 | Draft opposition to CNB motion to quash | 2.9 | 2.9 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/07/23 | Strategize and draft ex parte application to rule on joint stipulation re Castro deposition | 0.4 | 0.4 | Excessive. | *Ex Parte* never filed. |
| Z Epstein | 08/07/23 | Strategize and prepare for Relators' depositions | 0.5 | | | |
| M Lowe | 08/07/23 | Review emails from M. Dakak and D. Bizar re Castro depo and | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | CNB's intended ex parte application for expedited consideration of stipulation extending discovery, and respond to same. | | | | included request to extend discovery. *Ex Parte* never filed. |
| M Lowe | 08/07/23 | Review emails from D. Bizar and A. Einhorn re Castro depo and ex parte application for expedited consideration of stipulation extending discovery | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. *Ex Parte* never filed. |
| M Lowe | 08/07/23 | Call with C. Stein and A. Einhorn re REDACTED . | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |
| M Lowe | 08/07/23 | Review and respond to email from AUSA A. Kollitz re no government objection to ex parte application for expedited review of stipulation | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. Ex Parte never filed. |
| M Lowe | 08/07/23 | Finalize draft SBA declaration and email same to A. Embry along with cover email | 0.2 | | | |
| M Lowe | 08/07/23 | Email to D. Bizar attaching draft ex parte application to request expedited consideration of | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. *Ex Parte* never filed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | stipulation extending discovery and explaining current posture | | | | |
| M Lowe | 08/07/23 | Call with REDACTED re REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |
| M Lowe | 08/07/23 | Email to D. Bizar re status of Castro depo and M. Dakak's apparent agreement to alllow depo to proceed on 8/14/23. | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. *Ex Parte* never filed. |
| M Lowe | 08/07/23 | Email from R. Davis re ex parte application and respond to same | 0.2 | 0.2 | Excessive. | *Ex Parte* never filed. |
| M Lowe | 08/07/23 | Edit ex parte for expedited consideration of stipulation extending discovery and supporting documents | 1.1 | 1.1 | Excessive. | *Ex Parte* never filed. |
| M Lowe | 08/07/23 | Revise and finalize SBA declaration | 2.0 | 2.0 | Excessive. | Excessive in amount of repeated time spent on SBA declarations. |
| M Lowe | 08/07/23 | Call with REDACTED re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |
| M Lowe | 08/07/23 | Email to CNB attorney D. Bizar re notice of ex parte application for expedited ruling on stipulation to extend discovery | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to CNB subpoena, which included request to extend discovery. *Ex Parte* never filed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 08/07/23 | Call and send two emails to AUSA A. Kollitz re notice of ex parte application for expedited review of joint stipulation | 0.2 | 0.2 | Excessive. | *Ex Parte* never filed. |
| M Lowe | 08/07/23 | Review and respond to emails from team re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |
| M Lowe | 08/07/23 | Call and email to AUSA A. Kollitz to provide notice of ex parte application for expedited review of joint stipulation | 0.1 | 0.1 | Excessive. | *Ex Parte* never filed. |
| M Lowe | 08/07/23 | Call with C. MacGregor re ex parte application for expedited review of joint stipulation | 0.2 | 0.2 | Excessive. | *Ex Parte* never filed. |
| M Lowe | 08/07/23 | Review and revise memorandum in support of ex parte application for expedited review of joint stipulation | 1.1 | 1.1 | Excessive. | *Ex Parte* never filed. |
| M Lowe | 08/07/23 | Analyze email from C. Stein re REDACTED, and email C. Stein with suggested approach re REDACTED | 0.7 | 0.7 | Vague. | Fails to articulate work performed and analyzed, unclear what was redacted and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 08/07/23 | Strategize regarding ex parte application filing | 3.1 | 3.1 | Vague, excessive. | Fails to articulate work performed and strategized. *Ex Parte* never filed. |
| C MacGregor | 08/07/23 | Draft ex parte application and supporting documents | 1.0 | 1.0 | Excessive. | *Ex Parte* Application was denied due to Defendant's unreasonable delay in conducting discovery. |
| C MacGregor | 08/07/23 | Revise opposition to CNB's motion to quash | 0.4 | 0.4 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C MacGregor | 08/07/23 | Prepare for M. Miller deposition | 1.7 | | | |
| C Stein | 08/07/23 | Attention to SBA declarations. | 0.4 | 0.4 | Vague, excessive. | Vague as to "attention to." Excessive in amount of repeated time spent on SBA declarations. |
| C Stein | 08/07/23 | Prepare for Relators' depositions. | 1.5 | | | |
| C Stein | 08/07/23 | Revising SBA declarations. | 1.0 | 1.0 | Excessive. | Excessive in amount of repeated time spent on SBA declarations. |
| C Stein | 08/07/23 | Conduct Khan deposition. | 3.5 | | | |
| A Einhorn | 08/08/23 | Take deposition of Donald Bake including follow up with C. Stein and REDACTED | 3.7 | | | |
| A Einhorn | 08/08/23 | Prepare for deposition of Donald Bake. | 3.7 | | | |
| A Einhorn | 08/08/23 | Analyze opposition to motion for judgment on the pleadings. | 1.0 | 1.0 | Excessive. | Motion denied based on clearly dispositive Ninth Circuit authority. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 08/08/23 | Draft opposition to CNB motion to quash | 5.3 | 5.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/08/23 | Draft notice of constitutional challenge re motion for judgment on the pleadings | 2.2 | 2.2 | Excessive. | Motion denied based on clearly dispositive Ninth Circuit authority. |
| Z Epstein | 08/08/23 | Analyze Relators' opposition to motion for judgment on the pleadings | 0.4 | 0.4 | Vague, excessive. | Fails to articulate work performed and analyzed. Motion denied based on clearly dispositive Ninth Circuit authority. |
| Z Epstein | 08/08/23 | Analyze REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate work performed and analyzed, unclear what was redacted and why. |
| M Lowe | 08/08/23 | Review emails regarding and review and approve Rule 5.1 notice | 0.1 | 0.1 | Excessive. | Motion was routinely denied based on binding Ninth Circuit authority. |
| M Lowe | 08/08/23 | Strategy call with C. Stein | 0.3 | 0.3 | Vague. | Fails to articulate work performed and strategized. |
| M Lowe | 08/08/23 | Calls with C. Stein re opposition to motion to intervene and quash, and SBA declaration | 0.3 | 0.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/08/23 | Revise and draft ManPow opposition to CNB motion to intervene and motion to quash | 5.7 | 5.7 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C MacGregor | 08/08/23 | Attend D. Bake deposition | 3.1 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 08/08/23 | Prepare for M. Miller deposition | 2.5 | | | |
| C MacGregor | 08/08/23 | Depose M. Miller | 1.8 | | | |
| C MacGregor | 08/08/23 | Review draft Notice under FRCP 5.1 | 0.2 | 0.2 | Excessive. | Excessive number of attorneys reviewing routine notice. Motion was routinely denied based on binding Ninth Circuit authority. |
| C MacGregor | 08/08/23 | Research case law on REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed and researched, unclear what was redacted and why. |
| C Stein | 08/08/23 | Call re depositions of Relators. | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed, excessive in amount of time on the phone regarding depositions |
| Z Epstein | 08/09/23 | Analyze REDACTED | 2.1 | 2.1 | Vague. | Fails to articulate work performed and analyzed, unclear what was redacted and why. |
| Z Epstein | 08/09/23 | Draft opposition to CNB motion to quash | 2.9 | 2.9 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/09/23 | Revise and finalize ManPow opposition to CNB motion to intervene and motion to quash | 3.5 | 3.5 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/09/23 | Emails to/from C. Stein and A. Einhorn re SBA declaration and deposition | 0.1 | | | |
| C Stein | 08/09/23 | Call with C. MacGregor re | 0.5 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | depositions and SBA declarations. | | | | |
| A Einhorn | 08/10/23 | Strategize supplementing disclosures and document production. | 0.6 | | | |
| A Einhorn | 08/10/23 | Discuss motion hearings including discussions with REDACTED re REDACTED . | 1.4 | 1.4 | Vague, excessive. | Fails to articulate work performed and discussed, unclear what was redacted and why, excessive in the amount of time spent. |
| A Einhorn | 08/10/23 | Work on SBA declaration. | 0.6 | 0.6 | Excessive. | Excessive in amount of repeated time spent on SBA declarations. |
| A Einhorn | 08/10/23 | Analyze opposition to motion to quash CNB subpoena. | 0.8 | 0.8 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/10/23 | Strategize draft SBA declaration | 0.5 | 0.5 | Excessive. | Excessive in amount of repeated time spent on SBA declarations. |
| Z Epstein | 08/10/23 | Analyze REDACTED re REDACTED | 2.2 | 2.2 | Vague. | Fails to articulate work performed and analyzed, unclear what was redacted and why. |
| Z Epstein | 08/10/23 | Analyze REDACTED for REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed and analyzed, unclear what was redacted and why. |
| M Lowe | 08/10/23 | Review emails from D. Bizar and A. Einhorn re local rules and ability to file a reply brief, and respond to D. Bizar email. | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/10/23 | Analyze revisions to SBA draft declaration number one and | 0.4 | 0.4 | Excessive. | Excessive in amount of repeated time spent on SBA declarations. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | emails to team re same | | | | |
| M Lowe | 08/10/23 | Draft and send email to D. Bizar re CNB motion to intervene, local rules, and inability to file a reply. | 0.3 | | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/10/23 | Analyze relators' opposition to motion for judgment on the pleadings | 0.2 | 0.2 | Vague, excessive. | Fails to articulate work performed and analyzed. Motion denied based on clearly dispositive Ninth Circuit authority. |
| M Lowe | 08/10/23 | Email to D. Bizar re motion to intervene | 0.1 | | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/10/23 | Review and respond to emails re motion to intervene, Castro depo, and SBA declaration | 0.5 | 0.5 | Excessive. | Block billing. Defendant agreed to remove all time relating to this subpoena. |
| C MacGregor | 08/10/23 | Research caselaw to support motions in limine | 0.8 | 0.8 | Vague. | Vague as to what was researched. |
| C Stein | 08/10/23 | Call with REDACTED and further attention to SBA declarations. | 1.1 | 1.1 | Vague, excessive. | Fails to state work performed, unclear what was redacted and why, excessive in amount of repeated time spent on SBA declarations. |
| C Stein | 08/10/23 | Attention to discovery hearings. | 0.4 | 0.4 | Vague. | Fails to articulate work performed. |
| C Stein | 08/10/23 | Attention to discovery motion and CNB motion. | 0.5 | 0.5 | Vague, excessive. | Vague as to "attention to." Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 08/11/23 | Discuss SBA declaration. | 0.4 | 0.4 | Vague, excessive. | Fails to articulate work performed and discussed, excessive in amount of repeated time spent on |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | SBA declarations by multiple attorneys. |
| A Einhorn | 08/11/23 | Prepare for hearing on motion to compel discovery. | 3.1 | 3.1 | Vague, excessive. | Fails to articulate work performed and prepared. Also, Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| Z Epstein | 08/11/23 | Strategize draft SBA declaration | 0.4 | 0.4 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in amount of repeated time spent on SBA declarations by multiple attorneys. |
| M Lowe | 08/11/23 | Review emails to and from SBA Attorney A. Embrey and C. Stein re SBA declarations and respond to same | 0.2 | | | |
| M Lowe | 08/11/23 | Review email from REDACTED re REDACTED and REDACTED, and respond to same | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/11/23 | Strategy call with C. Stein re SBA declarations and CNB motions | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/11/23 | Analyze email from D. Bizar and respond to same | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C Stein | 08/11/23 | Attention to SBA declarations and emails with SBA re same. | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in amount of repeated time spent on SBA declarations by multiple attorneys. |
| A Einhorn | 08/12/23 | Correspondence with CNB counsel re leave for reply brief. | 0.4 | 0.4 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 08/12/23 | Analyze email from D. Bizar re proposed stipulation to resolve Local Rules dispute and respond to same | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/12/23 | Analyze REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/12/23 | Analyze SBA declaration and draft email to A. Embrey suggesting one modification | 0.3 | 0.3 | Vague, excessive. | Fails to articulate work performed and analyzed, excessive in amount of repeated time spent on SBA declarations by multiple attorneys. |
| M Lowe | 08/12/23 | Review email from REDACTED re REDACTED, and respond to same | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/12/23 | Draft response to email from D. Bizar accusing ManPow of untimely filing opposition to motion. | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/12/23 | Analyze REDACTED, CNB Motion to intervene and email from D. Bizar accusing ManPow of untimely filing opposition to motion. | 0.4 | 0.4 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/13/23 | Analyze email from A. Einhorn re proposed stipulation to resolve Local | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | Rules dispute and respond to same | | | | |
| A Einhorn | 08/14/23 | Draft outline of argument in preparation of motion to compel. | 3.3 | 3.3 | Excessive. | Excessive in time spent drafting an outline. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| A Einhorn | 08/14/23 | Analyze declarations and work on supplemental initial disclosures. | 1.8 | 1.4 | Excessive. | Excessive amount of time making single change to disclosures, identifying SBA witnesses. |
| A Einhorn | 08/14/23 | Analyze relators supplemental document production. | 0.6 | | | |
| A Einhorn | 08/14/23 | Review deposition transcript of K. Hines. | 0.6 | | | |
| Z Epstein | 08/14/23 | Strategize and draft supplemental initial disclosures | 1.6 | 1.2 | Excessive. | Excessive amount of time making single change to disclosures, identifying SBA witnesses. |
| M Lowe | 08/14/23 | Analyze REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/14/23 | Email to C. Stein and A. Einhorn re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/14/23 | Email to REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/14/23 | Review and approve supplemental initial disclosures | 0.1 | | | |
| M Lowe | 08/14/23 | Analyze SBA declaration of Ginger Allen produced by Relators | 0.1 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 08/14/23 | Emails to and from C. Stein and A. Einhorn re SBA declarations of Ginger Allen and B. Julie Brill produced by Relators | 0.1 | | | |
| M Lowe | 08/14/23 | Analyze SBA declaration of B. Julie Brill produced by Relators | 0.1 | | | |
| M Lowe | 08/14/23 | Review email from A. Einhorn re K. Hines deposition | 0.1 | | | |
| A Einhorn | 08/15/23 | Revise outline and further review exhibits and communications in preparation for hearing on motion to compel discovery. | 5.7 | 5.7 | Excessive. | Excessive in the amount of time revising an outline and preparing for a motion hearing. Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| A Einhorn | 08/15/23 | Analyze draft stipulation re reply brief including correspondence with counsel for CNB re the same. | 0.7 | 0.7 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| Z Epstein | 08/15/23 | Draft REDACTED | 1.1 | 1.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/15/23 | Email to C. Stein and A. Einhorn re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/15/23 | Emails to and from D. Bizar, C. Stein, and A. Einhorn re | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | hearing on motion to intervene | | | | |
| M Lowe | 08/15/23 | Email to C. Stein, and A. Einhorn re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/15/23 | Email to C. Stein and A. Einhorn re suggested response to email from R. Davis re MSJ scheduling | 0.1 | | | |
| M Lowe | 08/15/23 | Emails to REDACTED and Z. Epstein re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/15/23 | Review email from D. Bizar, analyze stipulation attached to email, and respond to D. Bizar with suggestions | 0.3 | 0.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 08/16/23 | Prepare for motion to compel discovery. | 3.8 | 3.8 | Vague, excessive. | Fails to articulate work performed and prepared. Also, Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| A Einhorn | 08/16/23 | Argue motion to compel discovery including follow up with team. | 1.7 | 1.7 | Vague, excessive. | Fails to articulate work performed and prepared. Also, Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| A Einhorn | 08/16/23 | Work on brief in support of protective order re records of TOG and MO. | 2.2 | 2.2 | Vague, excessive. | This does not appear to be related at all to this litigation. |
| Z Epstein | 08/16/23 | Draft REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what was redated and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 08/16/23 | Analyze CNB Reply to ManPow Opposition to CNB motion to intervene | 0.3 | 0.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/16/23 | Emails to C. Stein and A. Einhorn re CNB Reply to ManPow Opposition to CNB motion to intervene | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/16/23 | Review draft REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/17/23 | Review email from A. Einhorn re motion to compel ruling | 0.1 | 0.1 | Excessive. | Defendant lost on this discovery dispute, demanding blatantly-privileged information. |
| M Lowe | 08/17/23 | Review City National Bank filing re proposed order for remote appearance at motion hearing | 0.1 | 0.1 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 08/18/23 | Prepare for discussion re MSJ including research of REDACTED. | 1.4 | 1.4 | Vague, excessive. | Fails to articulate work performed and researched, unclear what is redacted and why, excessive in amount of time spent unknown research. |
| A Einhorn | 08/18/23 | Strategize for summary judgment including follow up work on outline. | 2.7 | 2.0 | Vague, excessive. | Fails to articulate work performed and strategized, unclear what “follow up” means, excessive in amount of time for this summary judgment. |
| M Lowe | 08/18/23 | Strategy call with C. Stein and A. Einhorn re summary judgment | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in amount of time for this summary judgment with multiple attorneys billing. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 08/18/23 | Attention to summary judgment motion arguments and outline. | 1.0 | 1.0 | Vague. | Fails to articulate work performed. |
| A Einhorn | 08/21/23 | Work on MSJ outline including discussion re Daubert motion and statement of undisputed facts. | 2.6 | 2.6 | Vague. | Fails to articulate work performed and discussed with whom. |
| Z Epstein | 08/21/23 | Strategize motion for summary judgment | 1.1 | 1.1 | Vague. | Fails to articulate work performed and strategized. |
| Z Epstein | 08/21/23 | Strategize opposition to City National Bank motion to quash | 0.3 | | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/21/23 | Analyze email from C. MacGregor re Daubert motion | 0.1 | 0.1 | Vague, excessive. | Defendant lost on all Daubert motions. |
| M Lowe | 08/21/23 | Research re cases cited by CNB in its motion to intervene and quash subpoena and reply brief in preparation for hearing before Magistrate Judge Spaeth | 3.3 | 3.3 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/21/23 | Review CNB motion and supporting declaration in preparation for hearing before Magistrate Judge Spaeth | 1.9 | 1.9 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| C MacGregor | 08/21/23 | Strategize regarding motion for summary judgment | 0.9 | 0.9 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in amount of time for this summary |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | judgment with multiple attorneys billing. |
| C MacGregor | 08/21/23 | Research REDACTED | 1.8 | 1.8 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| C MacGregor | 08/21/23 | Propose edits to outline of summary judgment brief | 0.3 | 0.3 | Vague, excessive. | Fails to articulate work performed and proposed, excessive in amount of time for this summary judgment with multiple attorneys billing. |
| A Einhorn | 08/22/23 | Strategize MSJ including discussion with C. MacGregor re statement of undisputed facts. | 1.3 | 1.3 | Vague, excessive. | Fails to articulate work performed and proposed, excessive in amount of time for this motion with multiple attorneys billing. |
| Z Epstein | 08/22/23 | Strategize statement of undisputed facts re REDACTED | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed and proposed, unclear what was redacted and why, excessive in amount of time for this motion with multiple attorneys billing. |
| M Lowe | 08/22/23 | Review cases cited by ManPow in its opposition to CNB motion to intervene and motion to quash subpoena in preparation for hearing on motion | 2.0 | 2.0 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/22/23 | Draft argument outline in preparation for hearing on CNB motion to intervene and motion to quash subpoena | 2.0 | 2.0 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Mac Greg or | 08/ 22/ 23 | Analyze deposition transcripts, pleadings, and discovery documents to prepare statement of uncontroverted facts for summary judgement briefing | 4.1 | 4.1 | Vague, excessive. | Fails to articulate work performed and analyzed, excessive in amount of time for this motion with multiple attorneys billing. |
| A Einh orn | 08/ 23/ 23 | Strategize summary judgment motion. | 2.6 | 2.6 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in amount of time for this motion with multiple attorneys billing. |
| A Einh orn | 08/ 23/ 23 | Correspondence with REDACTED re REDACTED . | 0.8 | 0.8 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| Z Epst ein | 08/ 23/ 23 | Analyze court order re motion to quash and for protective order by City National Bank | 0.2 | 0.2 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Low e | 08/ 23/ 23 | Prep for hearing on CNB motion to intervene and motion to quash by reviewing argument outline, pleadings, subpoena, email correspondence, and caselaw | 2.0 | 2.0 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Low e | 08/ 23/ 23 | Draft email to REDACTED, K. Crisp, C. Stein, and A. Einhorn re 8/23/23 hearing and REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate work performed, unclear what was redated and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 08/23/23 | Attend hearing before Magistrate Judge Spaeth in Orange County Federal Court on CNB's motions to intervene and quash. | 3.0 | 3.0 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/23/23 | Attend meeting with REDACTED | 3.0 | 3.0 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/23/23 | Emails to/from A. Einhorn and C. Stein re scheduling Castro Depo | 0.1 | | | |
| C MacGregor | 08/23/23 | Draft statement of uncontroverted facts for summary judgment brief | 5.1 | 5.1 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |
| C MacGregor | 08/23/23 | Analyze deposition transcripts, pleadings, and discovery documents to prepare statement of uncontroverted facts for summary judgement briefing | 2.1 | 2.1 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |
| A Einhorn | 08/24/23 | Analyze REDACTED and strategize statement of facts. | 2.5 | 2.0 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| A Einhorn | 08/24/23 | Work on draft motion for summary judgment. | 4.8 | 4.8 | Vague, excessive. | Fails to articulate work performed, excessive in amount of time for this motion with multiple attorneys billing. |
| Z Epstein | 08/24/23 | Evaluate topics to include in statement of stipulated facts | 0.9 | 0.9 | Vague, excessive. | Fails to articulate work performed and evaluated, excessive in amount of |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | time for this motion with multiple attorneys billing. |
| M Lowe | 08/24/23 | Emails to and from A. Embrey and C. Stein re revised SBA declaration | 0.2 | | | |
| M Lowe | 08/24/23 | Review and revise draft summary judgment outline prepared by A. Einhorn | 0.5 | | | |
| C MacGregor | 08/24/23 | Analyze documents to support motion for summary judgment | 2.8 | 2.8 | Vague, excessive. | Fails to articulate work performed and analyzed, excessive in amount of time for this motion with multiple attorneys billing. |
| A Einhorn | 08/25/23 | Strategize response to CNB letter re deposition and analyze REDACTED . | 1.4 | 1.4 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 08/25/23 | Continue to strategize motion for summary judgment including further discussion and revisions to outline. | 2.6 | 2.6 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in amount of time for this motion with multiple attorneys billing. |
| M Lowe | 08/25/23 | Analyze letter from D. Bizar re Castro deposition questions and review of transcript | 0.2 | | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/25/23 | Draft response to D. Bizar re Castro deposition questions and | 0.2 | | Excessive. | Defendant agreed to remove all time relating to this subpoena. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | review of transcript | | | | |
| M Lowe | 08/25/23 | Analyze email from C. MacGregor re REDACTED and respond to same | 0.2 | 0.2 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 08/25/23 | Analyze emails from A. Einhorn re REDACTED, and proposed response to D. Bizar's letter of 8/25/23, and respond to same | 0.2 | 0.2 | Vague. Excessive. | Fails to articulate work performed, unclear what was redated and why. Defendant agreed to remove all time relating to this subpoena. |
| M Lowe | 08/25/23 | Emails to and from M. Dakak re Castro deposition scheduling | 0.1 | | | |
| C MacGregor | 08/25/23 | Research REDACTED | 4.0 | 4.0 | Vague. | Fails to articulate work performed and researched, unclear what was redated and why. |
| C Stein | 08/25/23 | Outline summary judgment motion. | 3.5 | 2.5 | Excessive. | Excessive in the amount of time to outline a motion. |
| C Stein | 08/25/23 | Attention to CNB emails and CNB discovery dispute. | 0.5 | 0.5 | Excessive. | Defendant agreed to remove all time relating to this subpoena. |
| A Einhorn | 08/26/23 | Correspondence with opposing counsel re scheduling deposition of W. Castro. | 0.3 | | | |
| C MacGregor | 08/27/23 | Draft Statement of Uncontroverted Facts to support Motion for Summary Judgment | 1.8 | 1.8 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 08/28/23 | Strategize REDACTED re deposition scheduling of W. Castro. | 0.8 | 0.8 | Vague. | Fails to articulate work performed and strategized, unclear what was redated and why. |
| A Einhorn | 08/28/23 | Coordinate deposition transcripts. | 0.4 | 0.4 | Vague, excessive. | Fails to articulate work performed and coordinated, excessive amount of time to "coordinate" deposition transcripts. |
| A Einhorn | 08/28/23 | Work on draft statement of uncontroverted facts. | 1.8 | 1.8 | Vague, excessive. | Fails to articulate work performed, excessive in amount of time for this motion with multiple attorneys billing. |
| A Einhorn | 08/28/23 | Work on draft brief in support of summary judgment. | 2.1 | 2.1 | Vague, excessive. | Fails to articulate work performed, excessive in amount of time for this motion with multiple attorneys billing. |
| Z Epstein | 08/28/23 | Revise statement of uncontroverted facts | 0.9 | 0.9 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |
| Z Epstein | 08/28/23 | Analyze REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| Z Epstein | 08/28/23 | Analyze transcript of L. Lai deposition | 0.1 | | | |
| Z Epstein | 08/28/23 | Analyze REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 08/28/23 | Analyze C. Gray deposition transcript | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed and analyzed. Also, Gray was excluded as an expert, making the work unnecessary. |
| M Lowe | 08/28/23 | Review exhibits to C. Gray | 0.2 | 0.2 | Excessive. | Gray was excluded as an expert, making the work unnecessary. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | deposition transcript | | | | |
| M Lowe | 08/28/23 | Email to C. Stein, A. Einhorn, Z. Epstein, and C. MacGregor re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/28/23 | Draft and send email to D. Bizar in response to request that ManPow agree to limitations on questioning of W. Castro and to provide transcript to CNB after the deposition. | 0.3 | | | |
| C MacGregor | 08/28/23 | Revise draft Statement of Uncontroverted Facts to support Motion for Summary Judgment | 1.2 | 1.2 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |
| A Einhorn | 08/29/23 | Strategize research in support of summary judgment. | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed and strategized with whom, excessive in amount of time for this motion with multiple attorneys billing. |
| A Einhorn | 08/29/23 | Strategize notice of deposition including correspondence with counsel and other planning. | 1.2 | 1.2 | Vague, excessive. | Fails to articulate work performed and strategized with whom, excessive in amount of time for a notice of deposition. |
| Z Epstein | 08/29/23 | Evaluate arguments for REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate work performed and evaluated, unclear what was redated and why. |
| Z Epstein | 08/29/23 | Draft errata sheet for L. Lai deposition | 0.3 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 08/29/23 | Analyze REDACTED | 3.6 | 3.6 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what was redated and why, excessive amount of time analyzing the unknown. |
| Z Epstein | 08/29/23 | Draft W. Castro notice of deposition | 0.4 | | | |
| M Lowe | 08/29/23 | Emails to and from M. Dakak and A. Einhorn re Castro deposition | 0.1 | | | |
| M Lowe | 08/29/23 | Email to REDACTED re REDACTED . | 0.2 | 0.2 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| C MacGregor | 08/29/23 | Draft Statement of Uncontroverted Facts to support motion for summary judgment | 2.2 | 2.2 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |
| A Einhorn | 08/30/23 | Work on draft brief in support of summary judgment. | 3.3 | 3.3 | Vague, excessive. | Fails to articulate work performed and strategized with whom, excessive in amount of time for this motion with multiple attorneys billing. |
| Z Epstein | 08/30/23 | Draft W. Castro notice of deposition | 0.4 | | | |
| Z Epstein | 08/30/23 | Draft correspondence re W. Castro deposition | 0.2 | | | |
| Z Epstein | 08/30/23 | Analyze REDACTED | 1.9 | 1.9 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 08/30/23 | Emails to and from M. Dakak re | 0.1 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | Castro deposition scheduling | | | | |
| M Lowe | 08/30/23 | Finish analysis of C. Gray deposition transcript | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed. Also, Gray was excluded as an expert, making the work unnecessary. |
| M Lowe | 08/30/23 | Email to C. Stein re analysis of C. Gray deposition | 0.1 | 0.1 | Vague, excessive. | Fails to articulate work performed. Also, Gray was excluded as an expert, making the work unnecessary. |
| M Lowe | 08/30/23 | Analyze Saad Khan deposition transcript | 1.3 | | | |
| M Lowe | 08/30/23 | Analyze email from REDACTED and emails to and from C. Stein re same | 0.2 | | | |
| M Lowe | 08/30/23 | Analyze order denying ManPow's motion for judgment on the pleadings | 0.1 | 0.1 | Vague, excessive. | Fails to articulate what was analyzed and work was unnecessary in light of dispositive Ninth Circuit authority that caused motion to be denied. |
| M Lowe | 08/30/23 | Email to C. MacGregor re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| C MacGregor | 08/30/23 | Analyze documents to REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| A Einhorn | 08/31/23 | Strategize chart to REDACTED including discussion with C. MacGregor re same. | 1.0 | 1.0 | Vague. | Fails to articulate work performed and strategized, unclear what was redated and why. |
| A Einhorn | 08/31/23 | Draft brief in support of summary judgment. | 2.4 | 2.4 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 08/31/23 | Analyze REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| Z Epstein | 08/31/23 | Strategize arguments for REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| Z Epstein | 08/31/23 | Draft and send correspondence re L. Lai deposition transcript | 0.2 | | | |
| Z Epstein | 08/31/23 | Analyze REDACTED | 0.4 | 0.4 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 08/31/23 | Call with. C. MacGregor re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 08/31/23 | Review and revise draft statement of undisputed facts in support of motion for summary judgment | 3.0 | | | |
| M Lowe | 08/31/23 | Analyze email from C. MacGregor re statement of undisputed facts and respond to same REDACTED . | 0.2 | 0.2 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 08/31/23 | Analyze emails from A. Einhorn and C. Stein re MSJ arguments and REDACTED question, and respond to same | 0.2 | 0.2 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 08/31/23 | Analyze REDACTED, for applicability/relevance to ManPow summary judgment motion REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 08/31/23 | Email to C. Stein, A. Einhorn, Z. Epstein, and C. MacGregor re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| C MacGregor | 08/31/23 | Draft REDACTED | 8.1 | 8.1 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what was redated and why, excessive amount of time analyzing the unknown. |
| A Einhorn | 09/01/23 | Draft brief in support of summary judgment. | 2.7 | 2.7 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |
| Z Epstein | 09/01/23 | Analyze REDACTED | 2.6 | 2.6 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 09/01/23 | **[No Charge]** Emails to and from C. Stein and C. MacGregor re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 09/01/23 | Begin drafting email to REDACTED to REDACTED | 2.1 | 2.1 | Vague, excessive. | Fails to articulate work performed, unclear what was redated and why, excessive amount of time drafting an email. |
| C MacGregor | 09/01/23 | Research case law to support motion for summary judgment and motions to exclude expert testimony | 1.8 | 1.8 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 09/02/23 | Continue drafting email to REDACTED to REDACTED | 1.5 | 1.5 | Vague, excessive. | Fails to articulate work performed, unclear what was redated and why, excessive amount of time drafting an email. |
| C Stein | 09/02/23 | **[No Charge]** Revise email to REDACTED re REDACTED. | 0.5 | 0.5 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| A Einhorn | 09/04/23 | Research REDACTED for brief in support of summary judgment. | 3.2 | 3.2 | Vague. | Fails to articulate work performed and researched, unclear what was redated and why. |
| A Einhorn | 09/05/23 | Correspondence with REDACTED re trial dates and updates. | 0.4 | 0.4 | Vague, excessive. | Fails to articulate work performed, unclear what was redated and why, excessive time corresponding about trial dates and updates. |
| A Einhorn | 09/05/23 | Work on further research for summary judgment brief re REDACTED . | 3.7 | 3.7 | Vague. | Fails to articulate work performed and researched, unclear what was redated and why. |
| M Lowe | 09/05/23 | **[No Charge]** Analyze A. Einhorn suggested edits to letter REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 09/05/23 | Draft and send letter to REDACTED re REDACTED . | 3.5 | 3.5 | Vague, excessive. | Fails to articulate work performed and drafted, unclear what was redated and why, excessive time drafting a letter. |
| C MacGregor | 09/05/23 | Research case law to support motions to exclude expert testimony | 5.9 | 5.9 | Vague, excessive. | Vague as to what was researched. Defendant lost on all Daubert motions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 09/06/23 | Draft brief in support of summary judgment. | 3.6 | 3.6 | Excessive. | Excessive in amount of time for this motion with multiple attorneys billing. |
| C MacGregor | 09/06/23 | Draft outlines of motions to exclude expert testimony | 3.3 | 2.3 | Excessive. | Excessive in amount of time to draft outlines for motions to exclude expert testimony. |
| A Einhorn | 09/07/23 | Work on draft summary judgment brief including correspondence with team re same. | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed, excessive in amount of time for this motion with multiple attorneys billing. |
| C MacGregor | 09/07/23 | Draft outlines for motions to exclude expert testimony | 0.8 | 0.8 | Excessive. | Excessive in amount of time to draft outlines for motions to exclude expert testimony. |
| A Einhorn | 09/08/23 | Strategize timing of motion for summary judgment. | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed and strategized, excessive in amount of time for this motion with multiple attorneys billing. |
| Z Epstein | 09/08/23 | Analyze REDACTED in Central District of California | 0.7 | 0.7 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 09/08/23 | Emails to and from C. Stein and A. Einhorn re meet and confer logistics and REDACTED in connection with motion for summary judgment | 0.5 | 0.5 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| C MacGregor | 09/08/23 | Draft outlines of motions to exclude expert testimony | 1.1 | 1.1 | Excessive. | Excessive in amount of time to draft outlines for motions to exclude expert testimony. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 09/11/23 | Work on revisions to draft brief in support of summary judgment. | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed. Excessive in time spent on this motion with multiple attorneys billing. |
| M Lowe | 09/11/23 | Analyze deposition transcript of L. Ringoen | 2.1 | 2.1 | Vague. | Vague as to "analyze." Duplicative of others. |
| M Lowe | 09/11/23 | Revise draft memorandum of points and authorities in support of ManPow motion for summary judgment | 4.6 | 4.6 | Excessive. | Excessive in time spent on this motion with multiple attorneys billing. |
| C MacGregor | 09/11/23 | Revise draft Statement of Uncontroverted Facts to accompany motion for summary judgment | 0.5 | 0.5 | Excessive. | Excessive in time spent on this motion with multiple attorneys billing. |
| A Einhorn | 09/12/23 | Work on revisions to draft brief in support of summary judgment. | 1.9 | 1.9 | Vague, excessive. | Fails to articulate work performed. Excessive in time spent on this motion with multiple attorneys billing. |
| A Einhorn | 09/12/23 | **[No Charge]** Correspondence with counsel re meet and confer for MSJ. | **0.6** | | | |
| M Lowe | 09/12/23 | Review and revise draft Daubert motion outline to preclude W. Castro testimony | 1.3 | 1.3 | Excessive. | Defendant lost on all Daubert motions. |
| M Lowe | 09/12/23 | Review and revise draft Daubert motion | 1.0 | 1.0 | Excessive. | Defendant lost on all Daubert motions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | outline to preclude K. Hines testimony | | | | |
| M Lowe | 09/12/23 | Emails to and from M. Dakak and A. Einhorn re meet and confer for summary judgment motion | 0.2 | 0.2 | Excessive. | Excessive in time spent on this motion with multiple attorneys billing. |
| C MacGregor | 09/12/23 | Revise draft Statement of Uncontroverted Facts to accompany motion for summary judgment | 1.8 | 1.8 | Excessive. | Excessive in time spent on this motion with multiple attorneys billing. |
| A Einhorn | 09/13/23 | Conduct additional research re REDACTED in support of summary judgment. | 2.8 | 2.8 | Vague. | Fails to articulate work performed and researched, unclear what was redated and why. |
| A Einhorn | 09/13/23 | Strategize with team next steps for Daubert and summary judgment. | 0.9 | 0.9 | Vague. | Fails to articulate work performed and strategized. |
| A Einhorn | 09/13/23 | Discussion re prep for deposition of W. Castro. | 0.4 | 0.3 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| Z Epstein | 09/13/23 | Strategize arguments for Daubert motion to exclude W. Castro | 1.3 | 1.3 | Excessive. | Defendant lost on all Daubert motions. |
| M Lowe | 09/13/23 | Draft W. Castro deposition cross examination questions | 1.8 | 1.4 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | 35 hours drafting questions. |
| M Lowe | 09/13/23 | **[No Charge]** Emails to and from A. Einhorn and C. Stein re meet and confer scheduling for ManPow summary judgment motion | 0.1 | | | |
| M Lowe | 09/13/23 | **[No Charge]** Analyze relators' supplemental responses to interrogatories, and email to C. Stein re same | 0.1 | | | |
| M Lowe | 09/13/23 | **[No Charge]** Email to C. Stein and A. Einhorn re Castro depo | 0.1 | | | |
| M Lowe | 09/13/23 | Revise memorandum of law in support of ManPow motion for summary judgment | 0.5 | 0.5 | Excessive. | Excessive in time spent on this motion with multiple attorneys billing. |
| M Lowe | 09/13/23 | Analyze draft statement of uncontroverted facts in support of ManPow motion for summary judgment and email to C. MacGregor re necessary changes to same | 0.5 | 0.5 | Excessive. | Excessive in time spent on this motion with multiple attorneys billing. |
| C MacGregor | 09/13/23 | Strategize regarding motion for summary judgment and Daubert motions | 0.9 | 0.9 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time spent on this motion with multiple attorneys billing. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | Defendant lost on all Daubert motions. |
| C MacGregor | 09/13/23 | Revise Draft Statement of Uncontroverted Facts to accompany motion for summary judgment | 1.9 | 1.9 | Excessive. | Excessive in time spent on this motion with multiple attorneys billing. |
| C MacGregor | 09/13/23 | Prepare materials for W. Castro deposition and Daubert motion | 2.5 | 2.5 | Vague, excessive. | Vague as to "prepare materials." Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. Defendant lost on all Daubert motions. |
| Z Epstein | 09/14/23 | Analyze REDACTED | 0.9 | 0.9 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| Z Epstein | 09/14/23 | Analyze REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| Z Epstein | 09/14/23 | Analyze REDACTED | 1.2 | 1.2 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| Z Epstein | 09/14/23 | Evaluate arguments for Daubert motion to exclude W. Castro | 1.9 | 1.9 | Vague, excessive. | Vague as to evaluate. Defendant lost on all Daubert motions. |
| M Lowe | 09/14/23 | Draft Castro deposition cross examination questions | 0.5 | 0.5 | Excessive. | Defendant disturbingly spent well over 50 hours preparing for this deposition, including over 35 hours drafting questions. |
| M Lowe | 09/14/23 | Analyze W. Castro rebuttal report in rebuttal | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed and analyzed. Also, Gray was excluded |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | to C. Gray expert report | | | | as an expert, making the work unnecessary. |
| M Lowe | 09/14/23 | Review memorandum of law in support of motion for summary judgment and REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 09/14/23 | Evaluate REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed and evaluated, unclear what was redated and why. |
| M Lowe | 09/14/23 | Draft Castro deposition cross examination questions | 1.0 | 1.0 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition. |
| C MacGregor | 09/14/23 | Prepare for W. Castro deposition and Daubert motion | 5.5 | 5.5 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition. |
| C Stein | 09/14/23 | Analyze REDACTED for Daubert motions. | 0.7 | 0.7 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what was redated and why. Defendant lost on all Daubert motions. |
| A Einhorn | 09/15/23 | Work on revisions to brief in support of MSJ including research re same. | 2.1 | 2.1 | Excessive. | Excessive in time spent on this motion with multiple attorneys billing. |
| A Einhorn | 09/15/23 | Prepare for deposition of W. Castro. | 2.3 | 2.3 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition. |
| Z Epstein | 09/15/23 | Analyze REDACTED | 0.9 | 0.9 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| Z Epstein | 09/15/23 | Analyze memorandum of law in support of motion for | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in amount of time and number of |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | summary judgment | | | | attorneys preparing this motion. |
| Z Epstein | 09/15/23 | Analyze scheduling orders and C.D. Cal. Local Rules re procedure to move for summary judgment | 0.8 | 0.5 | Excessive. | Excessive amount of time to analyze scheduling orders and local rules. |
| M Lowe | 09/15/23 | Draft W. Castro deposition cross examination questions | 4.3 | 4.3 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition. |
| C MacGregor | 09/15/23 | Prepare for W. Castro deposition and Daubert motion | 4.9 | 4.9 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition. Defendant lost on all Daubert motions. |
| M Lowe | 09/16/23 | Draft Castro deposition cross-examination questions | 6.0 | 6.0 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition. |
| M Lowe | 09/16/23 | Research and review REDACTED | 2.1 | 2.1 | Vague. | Fails to articulate work performed, researched and reviewed, unclear what was redated and why. |
| M Lowe | 09/16/23 | Review and revise memorandum of law in support of motion for summary judgment, and emails to and from C. Stein and A. Einhorn re REDACTED | 0.5 | 0.5 | Excessive. | Excessive in amount of time and number of attorneys preparing this motion. |
| Z Epstein | 09/17/23 | Analyze REDACTED for W. Castro deposition prep | 0.4 | 0.4 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what was redated and why, excessive in amount of time and number of attorneys |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | preparing for this deposition. |
| M Lowe | 09/17/23 | Review and revise K. Hines Daubert Motion outline | 1.3 | 1.3 | Excessive. | Defendant lost on all Daubert motions. |
| M Lowe | 09/17/23 | Review and revise W. Castro Daubert motion outline | 2.7 | 2.7 | Excessive | Excessive in amount of time and number of attorneys preparing for this deposition. Defendant lost on all Daubert motions. |
| M Lowe | 09/17/23 | Revise Castro deposition cross-examination questions by incorporating REDACTED to support Daubert motion | 2.5 | 2.5 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what was redated and why, excessive in amount of time and number of attorneys preparing for this deposition. |
| M Lowe | 09/17/23 | Edit Statement of Undisputed Facts | 1.0 | 1.0 | Excessive | Excessive in amount of time and number of attorneys preparing for this motion. |
| M Lowe | 09/17/23 | Edit memorandum of law in support of motion for summary judgment | 2.2 | 2.2 | Excessive | Excessive in amount of time and number of attorneys preparing for this motion. |
| A Einhorn | 09/18/23 | Analyze and revise outline of questions in preparation for W. Castro deposition including review of documents. | 7.6 | 7.6 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what was redated and why, excessive in amount of time and number of attorneys preparing for this deposition. |
| Z Epstein | 09/18/23 | Evaluate REDACTED in Daubert motion | 1.5 | 1.5 | Vague. | Fails to articulate work performed and evaluated, unclear what was redated and why. |
| M Lowe | 09/18/23 | **[No Charge]** Emails to and from | 0.1 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | REDACTED re REDACTED | | | | |
| M Lowe | 09/18/23 | Analyze Khan Depo transcript | 0.7 | | | |
| M Lowe | 09/18/23 | Edit draft memorandum of law in support of summary judgment motion | 0.6 | 0.6 | Excessive | Excessive in amount of time and number of attorneys preparing for this motion. |
| M Lowe | 09/18/23 | Edit memorandum of law in support of motion for summary judgment | 5.8 | 5.8 | Excessive | Excessive in amount of time and number of attorneys preparing for this motion. |
| C MacGregor | 09/18/23 | Draft K. Hines Daubert motion | 3.1 | 3.1 | Excessive. | Defendant lost on all Daubert motions. |
| C MacGregor | 09/18/23 | Research caselaw to support K. Hines Daubert motion | 2.0 | 2.0 | Vague, excessive. | Vague as to what was researched. Defendant lost on all Daubert motions. |
| C Stein | 09/18/23 | Draft/Revise memorandum of law in support of summary judgment. | 6.8 | 6.8 | Excessive | Excessive in amount of time and number of attorneys preparing for this motion. |
| A Einhorn | 09/19/23 | Compile exhibits in preparation of deposition for W. Castro. | 3.9 | 3.9 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition |
| A Einhorn | 09/19/23 | Work on revisions to draft brief in support of summary judgment. | 2.6 | 2.6 | Vague, excessive. | Fails to articulate work performed and what “work on” means. Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/19/23 | Analyze authority to support arguments in brief in support of motion for | 1.1 | 1.1 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | summary judgment | | | | |
| M Lowe | 09/19/23 | Incorporate A. Einhorn suggested questions for Castro into Castro deposition cross-examination questions. | 1.5 | 1.5 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition |
| M Lowe | 09/19/23 | Strategy call with A. Einhorn. | 0.7 | 0.5 | Vague, excessive. | Fails to articulate work performed and strategized, unclear what was redated and why, excessive in amount of time on this phone call. |
| C MacGregor | 09/19/23 | Draft K. Hines Daubert motion | 5.0 | 5.0 | Excessive. | Defendant lost on all Daubert motions. |
| C MacGregor | 09/19/23 | Research case law to support W. Castro and K. Hines Daubert motions | 3.5 | 3.5 | Excessive. | Vague as to what was researched. Defendant lost on all Daubert motions. |
| C Stein | 09/19/23 | Revise summary judgment memorandum of law | 0.5 | 0.5 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| C Stein | 09/19/23 | Draft/Revise statement of undisputed facts to file with summary judgment brief. | 4.8 | 4.8 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| A Einhorn | 09/20/23 | Prepare for and attend deposition of W. Castro including follow up. | 8.0 | 3.0 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition. |
| A Einhorn | 09/20/23 | Work on revisions to draft brief in support of | 1.9 | 1.9 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in amount of time and |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | summary judgment. | | | | number of attorneys working on this motion. |
| Z Epstein | 09/20/23 | Analyze authority to support arguments in brief in support of motion for summary judgment | 3.4 | 2.4 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in amount of time and number of attorneys working on this motion. |
| M Lowe | 09/20/23 | Revise draft statement of uncontroverted facts | 2.2 | 2.2 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| M Lowe | 09/20/23 | Prep for Castro deposition by reviewing REDACTED | 2.1 | 2.1 | Excessive. | Excessive in amount of time and number of attorneys preparing for this deposition. |
| M Lowe | 09/20/23 | Attend Castro deposition | 8.0 | | | |
| M Lowe | 09/20/23 | Conf. with A. Einhorn re Castro deposition | 0.5 | | | |
| C MacGregor | 09/20/23 | Draft K. Hines Daubert motion and supporting documents | 3.1 | 3.1 | Excessive. | Defendant lost on all Daubert motions. |
| C MacGregor | 09/20/23 | Revise Statement of Uncontroverted Facts to accompany Motion for Summary Judgement | 3.6 | 3.6 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| C MacGregor | 09/20/23 | Research case law to support W. Castro Daubert motion | 0.4 | 0.4 | Vague, excessive. | Vague as to what was researched. Defendant lost on all Daubert motions. |
| A Einhorn | 09/21/23 | Strategize filing of MSJ and Daubert motions. | 1.6 | 1.6 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in amount of time and number of |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | attorneys working on this motion. |
| A Einhorn | 09/21/23 | Draft outline in preparation for meet and confer with Relators re motions. | 2.8 | 2.0 | Excessive. | Excessive in amount of time to draft an outline. |
| A Einhorn | 09/21/23 | Work on revisions to draft brief in support of summary judgment. | 1.7 | 1.7 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/21/23 | Strategize and draft notice of motion of summary judgment | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/21/23 | Evaluate Central District of California local rules re filing motion for summary judgment | 0.8 | 0.5 | Excessive. | Excessive amount of time for an attorney to "evaluate" the local rules regarding a motion to summary judgment. |
| Z Epstein | 09/21/23 | Analyze arguments to REDACTED | 2.7 | 2.7 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 09/21/23 | Call with REDACTED re REDACTED | 0.4 | 0.4 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 09/21/23 | Email to REDACTED and C. Stein re call with REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 09/21/23 | Analyze Castro deposition transcript and take comprehensive notes for use in | 3.0 | 1.5 | Excessive. | Defendant lost on all Daubert motions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | motion for summary judgment, statement of undisputed facts, and Daubert motion | | | | |
| M Lowe | 09/21/23 | Email to team re necessary modifications to motion for summary judgment and Castro Daubert motion REDACTED | 0.2 | | | |
| M Lowe | 09/21/23 | Email to team re necessary research re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| C MacGregor | 09/21/23 | Review W. Castro deposition testimony to inform Daubert motion | 1.2 | 1.2 | Vague, excessive. | Bizarre to do this well after drafting was started. Defendant lost on all Daubert motions. |
| C MacGregor | 09/21/23 | Research case law to support W. Castro Daubert motion | 3.6 | 3.6 | Vague, excessive. | Vague as to what was researched. Defendant lost on all Daubert motions. |
| C MacGregor | 09/21/23 | Draft W. Castro Daubert Motion | 1.1 | 1.1 | Excessive. | Defendant lost on all Daubert motions. |
| C MacGregor | 09/21/23 | Strategize regarding motion for summary judgment | 1.5 | 1.5 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in amount of time and number of attorneys working on this motion. |
| C MacGregor | 09/21/23 | Draft K. Hines Daubert Motion | 0.6 | 0.6 | Excessive. | Defendant lost on all Daubert motions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 09/21/23 | Attention to Castro deposition testimony re arguments for summary judgment motion. | 1.0 | 1.0 | Vague, excessive. | Vague as to "attention to." Defendant lost on all Daubert motions. |
| A Einhorn | 09/22/23 | Work on revisions to draft brief in support of summary judgment. | 2.1 | 2.1 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in amount of time and number of attorneys working on this motion. |
| A Einhorn | 09/22/23 | Prep for and attend meet and confer with Relators' counsel re motions including follow up with team re upcoming tasks and research on basis to exclude experts. | 4.4 | 3.8 | Excessive. | Excessive amount of time to prepare for meet and confer on MSJ. |
| A Einhorn | 09/22/23 | Discuss with REDACTED strategy for REDACTED including follow up. | 0.6 | 0.6 | Vague. | Fails to articulate work performed and discussed, unclear what was redated and why. |
| Z Epstein | 09/22/23 | Analyze arguments to REDACTED | 1.4 | 1.4 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| Z Epstein | 09/22/23 | Analyze Relators' arguments to exclude testimony of C. Gray | 2.3 | 2.3 | Vague, excessive. | Fails to articulate work performed and analyzed. Gray was excluded as an expert, making the work unnecessary. |
| Z Epstein | 09/22/23 | Evaluate Relators' arguments made in meet and confer | 0.8 | 0.8 | Vague. | Vague as to "evaluate." |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 09/22/23 | Analyze Castro deposition transcript and take comprehensive notes for use in motion for summary judgment, statement of undisputed facts, and Daubert motion | 4.0 | 4.0 | Excessive. | Excessive in light of earlier entry on same topic. |
| M Lowe | 09/22/23 | Strategy call with C. Stein and A. Einhorn in advance of meet and confer with relators' counsel | 0.3 | | | |
| M Lowe | 09/22/23 | Strategy call with C. Stein and A. Einhorn after meet and confer with relators' counsel to plan out next steps, division of work, and timetable for motions to be completed. | 0.5 | | | |
| M Lowe | 09/22/23 | **[No Charge]** Review research on REDACTED | **0.1** | | | |
| M Lowe | 09/22/23 | Meet and Confer with relators' counsel, M. Dakak, re motions to be filed. | 0.5 | | | |
| M Lowe | 09/22/23 | Prep for Meet and Confer with relators' counsel, M. Dakak, re motions to be filed by reviewing | 0.2 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | outline of topics to raise. | | | | |
| C MacGregor | 09/22/23 | Draft W. Castro Daubert motion | 1.7 | 1.7 | Excessive. | Defendant lost on all Daubert motions. |
| C MacGregor | 09/22/23 | Review deposition testimony and documents to support W. Castro Daubert motion | 1.8 | 1.8 | Excessive. | Defendant lost on all Daubert motions. |
| C MacGregor | 09/22/23 | Strategize regarding motion for summary judgment | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed and strategize. Excessive in amount of time and number of attorneys working on this motion. |
| C Stein | 09/22/23 | Prepare for summary judgment meet and confer call with Relators' counsel, participate in same. | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed and prepared. Excessive in amount of time and number of attorneys working on this motion. |
| C Stein | 09/22/23 | Attention to summary judgment strategy. | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/23/23 | Analyze arguments to REDACTED | 1.0 | 1.0 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| Z Epstein | 09/23/23 | Analyze potential exhibits for memorandum of law in support of motion for summary judgment | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in amount of time and number of attorneys working on this motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 09/23/23 | Edit memorandum of law in support of motion for summary judgment | 3.5 | 3.5 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time and number of attorneys working on this motion. |
| C MacGregor | 09/23/23 | Draft W. Castro Daubert motion | 3.5 | 3.5 | Excessive. | Defendant lost on all Daubert motions. |
| A Einhorn | 09/24/23 | Strategize documents and exhibits to support motion for summary judgment. | 1.2 | 1.2 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/24/23 | Analyze REDACTED records for statement of uncontroverted facts | 0.8 | 0.8 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 09/24/23 | Edit memorandum of law in support of motion for summary judgment | 8.1 | 8.1 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| M Lowe | 09/24/23 | **[No Charge]** Emails to and from A. Einhorn re REDACTED | 0.2 | | | |
| M Lowe | 09/24/23 | **[No Charge]** Emails to and from A. Einhorn re scheduling of summary judgment motion hearing | 0.1 | | | |
| C MacGregor | 09/24/23 | Analyze documents and caselaw to support W. Castro Daubert motion | 0.7 | 0.7 | Vague, excessive. | Vague as to analyze. Defendant lost on all Daubert motions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 09/25/23 | Work on draft brief in support of summary judgment. | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/25/23 | Draft proposed judgment re motion for summary judgment | 0.5 | 0.5 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/25/23 | Draft declaration of M. Lowe in support of motion to exclude W. Castro testimony | 0.5 | | | |
| Z Epstein | 09/25/23 | Draft declaration of M. Lowe in support of motion to exclude K. Hines testimony | 0.6 | 0.6 | Excessive. | Defendant lost on all Daubert motions. |
| Z Epstein | 09/25/23 | Draft Notice of Motion and Motion to Exclude W. Castro testimony | 0.4 | 0.4 | Excessive. | Defendant lost on all Daubert motions. |
| Z Epstein | 09/25/23 | Draft proposed order to exclude W. Castro testimony | 0.2 | 0.2 | Excessive. | Defendant lost on all Daubert motions. |
| Z Epstein | 09/25/23 | Draft proposed order to exclude K. Hines testimony | 0.7 | 0.7 | Excessive. | Defendant lost on all Daubert motions. |
| Z Epstein | 09/25/23 | Draft Notice of Motion and Motion to Exclude K. Hines testimony | 1.2 | 1.2 | Excessive. | Defendant lost on all Daubert motions. |
| M Lowe | 09/25/23 | Edit memorandum of law in support of motion for | 5.7 | 5.0 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time and number of attorneys working on this motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | summary judgment | | | | |
| C Mac Greg or | 09/ 25/ 23 | Draft W. Castro Daubert motion | 2.4 | 2.4 | Excessive. | Defendant lost on all Daubert motions. |
| C Stein | 09/ 25/ 23 | Revise and draft summary judgment brief. | 5.4 | 4.4 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| A Einh orn | 09/ 26/ 23 | Work on revisions to draft brief in support of summary judgment. | 2.1 | 1.1 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| A Einh orn | 09/ 26/ 23 | Discussion with Relators counsel re SBA Declarations and MSJ stipulation including discussion re pre-trial meeting and strategy and research re same and email to REDACTED | 1.9 | 1.9 | Vague. | Block billed and confusing. |
| Z Epst ein | 09/ 26/ 23 | Strategize request for relief in Daubert motions re W. Castro and K. Hines testimony | 0.6 | 0.6 | Vague, excessive. | Vague as to strategize. Defendant lost on all Daubert motions. |
| Z Epst ein | 09/ 26/ 23 | Analyze Central District of California Local Rules | 0.8 | 0.8 | Excessive. | Excessive amount of time for an attorney to "analyze" local rules |
| Z Epst ein | 09/ 26/ 23 | Analyze REDACTED records for statement of uncontroverted facts | 0.4 | 0.4 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 09/26/23 | Evaluate authority for REDACTED in memorandum of law in support of motion for summary judgment | 1.6 | 1.6 | Vague. | Fails to articulate work performed and evaluated, unclear what was redated and why. |
| M Lowe | 09/26/23 | Analyze draft memorandum of law in support of motion for summary judgment | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time and number of attorneys working on this motion. |
| M Lowe | 09/26/23 | Emails to and from A. Einhorn and C. Stein re REDACTED | 0.4 | 0.4 | Vague. | Fails to articulate work performed, unclear what was redated and why. |
| M Lowe | 09/26/23 | **[No Charge]** Emails to and from A. Einhorn, C. Stein, and M. Dakak re scheduling of motion for summary judgment briefing and SBA declarations | 0.1 | | | |
| M Lowe | 09/26/23 | **[No Charge]** Call with A. Einhorn and C. Stein re scheduling issues | 0.1 | | | |
| M Lowe | 09/26/23 | **[No Charge]** Emails to/from A. Einhorn and C. Stein re scheduling issues | 0.1 | | | |
| M Lowe | 09/26/23 | Begin reviewing and editing W. Castro Daubert motion | 0.4 | 0.4 | Excessive. | Defendant lost on all Daubert motions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Mac Gregor | 09/26/23 | Draft Statement of Uncontroverted Facts to accompany motion for summary judgment | 3.9 | 3.9 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| C Mac Gregor | 09/26/23 | Research REDACTED to support Statement of Facts | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed and researched, unclear what was redacted and why. Excessive in amount of time and number of attorneys working on this motion. |
| C Stein | 09/26/23 | Further revisions and drafting summary judgment brief. | 3.3 | 3.3 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| A Einhorn | 09/27/23 | Draft jury instructions. | 1.2 | | | |
| A Einhorn | 09/27/23 | Work on draft brief to exclude Castro as expert witness. | 1.9 | 1.9 | Excessive | Defendant lost on all Daubert motions. |
| A Einhorn | 09/27/23 | Discuss potential dates with opposing counsel and revise draft stipulation including discussion re same. | 2.4 | 1.4 | Excessive. | Excessive amount of time to discuss dates and revise stipulation regarding same. |
| A Einhorn | 09/27/23 | Work on draft brief in support of summary judgment including discussion with team re same | 0.7 | 0.7 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/27/23 | Strategize arguments for memorandum in | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in amount of |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | support of motion for summary judgment | | | | time and number of attorneys working on this motion. |
| Z Epstein | 09/27/23 | Analyze REDACTED records for statement of uncontroverted facts | 0.3 | 0.3 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what was redacted and why. Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/27/23 | Analyze potential exhibits for memorandum of law in support of motion for summary judgment | 1.3 | 1.3 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in amount of time and number of attorneys working on this motion. |
| Z Epstein | 09/27/23 | Revise motions to exclude W. Castro and K. Hines reports and testimony | 0.6 | 0.6 | Excessive. | Defendant lost on all Daubert motions. |
| Z Epstein | 09/27/23 | Analyze Ninth Circuit authority to support draft jury instructions | 2.3 | 2.0 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in amount of time to draft jury instructions. |
| M Lowe | 09/27/23 | **[No Charge]** Call with A. Einhorn re meet and confer obligations for trial | 0.2 | | | |
| M Lowe | 09/27/23 | Call with R. Davis and A. Einhorn re meet and confer obligations for trial | 0.2 | | | |
| M Lowe | 09/27/23 | Call with A. Einhorn re Castro Daubert motion | 0.2 | 0.2 | Excessive. | Defendant lost on all Daubert motions. |
| M Lowe | 09/27/23 | Strategy call with C. Stein re trial date, outstanding | 0.2 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | motions, and other matters | | | | |
| M Lowe | 09/27/23 | Review and approve stipulation re motion practice briefing schedule and email to A. Einhorn re same | 0.2 | | | |
| M Lowe | 09/27/23 | Emails from R. Ryan and A. Einhorn re stipulation regarding briefing schedule for motion practice, and meet and confer obligations for trial | 0.2 | | | |
| M Lowe | 09/27/23 | Revise Castro Daubert motion | 2.5 | 2.5 | Excessive. | Excessive in amount of time revising already drafted motion. Defendant lost on all Daubert motions. |
| C MacGregor | 09/27/23 | Draft Statement of Facts to accompany motion for summary judgment | 0.7 | 0.7 | Excessive. | Excessive in amount of time and number of attorneys working on this motion. |
| C MacGregor | 09/27/23 | Research caselaw and REDACTED to support motion for summary judgment | 0.9 | 0.9 | Vague, excessive. | Fails to articulate work done and researched, unclear what is redacted and why. Excessive in amount of time and number of attorneys working on this motion. |
| C Stein | 09/27/23 | Further drafting and revising summary judgment brief. | 1.4 | 1.4 | Excessive. | Excessive in amount of time revising already drafted motion. |
| C Stein | 09/27/23 | Attention to stipulation re summary | 0.6 | 0.6 | Vague. | Fails to articulate work performed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | judgment briefing schedule. | | | | |
| A Einhorn | 09/28/23 | Strategize pre-trial meeting with K. Crisp and correspondence with opposing counsel. | 0.8 | | | |
| A Einhorn | 09/28/23 | Work on exhibits to summary judgment brief including follow up revisions. | 1.2 | 1.2 | Vague, excessive. | Fails to articulate work performed and what “work on” means. Excessive in amount of time and number of attorneys working on this motion. |
| A Einhorn | 09/28/23 | Work on draft jury instructions. | 6.3 | 6.3 | Vague, excessive. | Fails to articulate work performed and what “work on” means. Excessive in amount of time and number of attorneys working on this subject.. |
| Z Epstein | 09/28/23 | Analyze Ninth Circuit authority to support draft jury instructions | 1.9 | 1.9 | Vague, excessive. | Fails to articulate work performed and analyzed, excessive in amount of time for a trial attorney to analyze authority regarding jury instructions. |
| Z Epstein | 09/28/23 | Draft declaration of M. Lowe in support of motion for summary judgment | 0.6 | 0.6 | Excessive. | Excessive in amount of time revising already drafted motion. |
| Z Epstein | 09/28/23 | Draft notice of motion for summary judgment | 1.3 | 1.0 | Excessive. | Excessive in time for a trial attorney to draft a notice of motion for summary judgment. |
| M Lowe | 09/28/23 | Revise Castro Daubert motion | 7.6 | 7.6 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion. Defendant lost on all Daubert motions. |
| M Lowe | 09/28/23 | **[No Charge]** Emails to and from A. Einhorn, C. Stein, and K. | 0.1 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | Crisp re meet and confer | | | | |
| M Lowe | 09/28/23 | Continue revising Castro Daubert motion | 0.4 | 0.4 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion. |
| M Lowe | 09/28/23 | Strategy call with C. Stein re motion for summary judgment and Daubert motion arguments | 0.3 | 0.3 | Excessive. | Excessive in time for a trial attorney to draft a notice of motion for summary judgment. |
| M Lowe | 09/28/23 | Revise Castro Daubuert motion | 2.0 | 2.0 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion. |
| C MacGregor | 09/28/23 | Research case law to support Daubert motions | 0.7 | 0.7 | Vague, excessive. | Vague as to what was researched. Defendant lost on all Daubert motions. |
| C MacGregor | 09/28/23 | Revise Statement of Facts in support of motion for summary judgment | 0.5 | 0.5 | Excessive. | Excessive in amount of time revising already drafted motion. |
| C Stein | 09/28/23 | Attention to summary judgment brief and Daubert motions. | 3.5 | 3.5 | Vague, excessive. | Fails to articulate work performed, excessive in time for a trial attorney to revise an already drafted motions and briefs. |
| A Einhorn | 09/29/23 | Analyze Daubert motions including follow up strategy with team. | 4.2 | 4.2 | Vague, excessive. | Fails to articulate work performed, excessive in time for a trial attorney to revise an already drafted motions and briefs, and excessive to have multiple attorneys do the same thing. |
| Z Epstein | 09/29/23 | Strategize revisions to memorandum of law in support of motion for summary judgment | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed, excessive in time for a trial attorney to revise an already drafted motions and briefs, and excessive to have multiple attorneys do the same thing. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 09/29/23 | Revise K. Hines Daubert motion | 0.4 | 0.4 | Excessive. | Defendant lost on all Daubert motions. |
| Z Epstein | 09/29/23 | Draft proposed jury instructions | 0.8 | 0.8 | Excessive. | Excessive in time for a trial attorney to revise already drafted jury instructions. |
| Z Epstein | 09/29/23 | Revise W. Castro Daubert motion | 4.0 | 4.0 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion. |
| M Lowe | 09/29/23 | **[No Charge]** Emails to and from REDACTED and C. Stein re request for continuance of trial date | 0.1 | | | |
| M Lowe | 09/29/23 | Review and revise Hines Daubert motion | 0.5 | 0.5 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion. |
| M Lowe | 09/29/23 | Strategy call with C. Stein re motion for summary judgment arguments | 0.2 | | | |
| M Lowe | 09/29/23 | Strategy call with team re outstanding motions and division of labor | 0.6 | | | |
| M Lowe | 09/29/23 | Edit memorandum of law in support of motion for summary judgment | 1.4 | 1.4 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion. |
| M Lowe | 09/29/23 | Email to team re REDACTED. | 0.2 | 0.2 | Vague. | Fails to articulate work performed and analyzed, unclear what was redated and why. |
| M Lowe | 09/29/23 | Revise Castro Daubert motion | 4.7 | 4.7 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 09/29/23 | Revise Hines Daubert motion | 0.7 | 0.7 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion. |
| M Lowe | 09/29/23 | Review and revise draft jury instructions | 0.5 | 0.5 | Excessive. | Excessive in time for a trial attorney to revise already drafted jury instructions. |
| C MacGregor | 09/29/23 | Revise K. Hines Daubert motion | 4.7 | 4.7 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion, excessive to have multiple attorneys do the same thing. |
| C MacGregor | 09/29/23 | Revise W. Castro Daubert motion | 2.5 | 2.5 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion, excessive to have multiple attorneys do the same thing. |
| C MacGregor | 09/29/23 | Strategize regarding motion for summary judgment and accompanying documents | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed and strategized, excessive to have multiple attorneys do the same thing. |
| C Stein | 09/29/23 | Revise and draft summary judgment brief and statement of undisputed facts. | 7.5 | 7.5 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion. |
| Z Epstein | 09/30/23 | Revise memorandum of law in support of motion for summary judgment | 3.9 | 3.9 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion and to have multiple attorneys work on the same motion. |
| Z Epstein | 09/30/23 | Draft proposed jury instructions | 1.7 | 1.7 | Excessive. | Excessive in time for a trial attorney to revise already drafted jury instructions. |
| M Lowe | 09/30/23 | Revise Hines Daubert Motion | 2.4 | 2.4 | Excessive. | Excessive in time for a trial attorney to revise already drafted motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Mac Greg or | 09/ 30/ 23 | Revise motions to exclude testimony of K. Hines and W. Castro | 1.8 | 1.8 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion and to have multiple attorneys work on the same motion. |
| C Stein | 09/ 30/ 23 | Further drafting and revising of summary judgment brief and associated papers. | 4.3 | 4.3 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion and to have multiple attorneys work on the same motion. |
| C Stein | 09/ 30/ 23 | Drafting and revising statement of undisputed facts. | 2.6 | 2.6 | Excessive. | Excessive in time for a trial attorney to revise an already drafted motion and to have multiple attorneys work on the same motion. |
| Z Epst ein | 10/ 01/ 23 | Draft proposed jury instructions | 0.5 | 0.5 | Excessive. | Excessive in time for a trial attorney to revise already drafted jury instructions. |
| Z Epst ein | 10/ 01/ 23 | Strategize and revise brief in support of W. Castro Daubert motion | 1.0 | 1.0 | Excessive. | Excessive in time for a trial attorney to revise already drafted motion. |
| Z Epst ein | 10/ 01/ 23 | Draft M. Lowe declaration in support of motion for summary judgment | 1.1 | 1.1 | Excessive. | Excessive in time for a trial attorney to draft or revise already drafted motion. |
| Z Epst ein | 10/ 01/ 23 | Revise statement of undisputed facts | 4.2 | 4.2 | Excessive. | Excessive in time for a trial attorney to revise already drafted undisputed facts. |
| Z Epst ein | 10/ 01/ 23 | Revise memorandum of law in support of motion for summary judgment | 3.8 | 3.8 | Excessive. | Excessive in time for a trial attorney to revise already drafted motion. |
| M Low e | 10/ 01/ 23 | Review and revise notices of motion for summary | 2.4 | 2.4 | Excessive. | Excessive in time for a trial attorney to revise already drafted motions and to |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | judgment, Castro Daubert, and Hines Daubert motions | | | | have multiple attorneys work on the same motions. |
| M Lowe | 10/01/23 | Revise draft jury instructions | 2.0 | 2.0 | Excessive. | Excessive in time for a trial attorney to revise already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| M Lowe | 10/01/23 | Finalize memorandum of law in support of motion for summary judgment | 2.3 | 2.3 | Excessive. | Excessive in time for a trial attorney to revise already drafted motions/memoranda and to have multiple attorneys work on the same motions/memoranda. |
| C MacGregor | 10/01/23 | Revise Statement of Facts to accompany motion for summary judgment | 2.5 | 2.5 | Excessive. | Excessive in time for a trial attorney to revise already drafted statements and to have multiple attorneys work on the same statements/motions. |
| C MacGregor | 10/01/23 | Strategize regarding motion for summary judgment and supporting documents | 2.2 | 2.2 | Excessive. | Excessive in time for a trial attorney to revise already drafted motions and to have multiple attorneys work on the same motions. |
| C MacGregor | 10/01/23 | Analyze documents to support Statement of Facts | 1.1 | 1.1 | Excessive. | Excessive in time for a trial attorney to revise already drafted motions and to have multiple attorneys work on the same motions. |
| C MacGregor | 10/01/23 | Research caselaw to support draft jury instructions | 1.0 | 1.0 | Excessive. | Excessive in time for a trial attorney to revise already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| C Stein | 10/01/23 | Further drafting and revising of summary judgment brief. | 1.1 | 1.1 | Excessive. | Excessive in time for a trial attorney to revise already drafted motions and to |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | have multiple attorneys work on the same motions. |
| C Stein | 10/01/23 | Further drafting and revising of statement of undisputed facts. | 2.5 | 2.5 | Excessive. | Excessive in time for a trial attorney to revise already drafted motions and to have multiple attorneys work on the same motions. |
| C Stein | 10/01/23 | **[No Charge]** Attention to draft jury instructions. | 1.0 | | | |
| C Stein | 10/01/23 | Revising Daubert motion to exclude Castro. | 1.6 | 1.6 | Excessive. | Defendant lost on all Daubert motions. |
| Z Epstein | 10/02/23 | Strategize and revise memorandum of law in support of motion for summary judgment | 4.3 | 4.3 | Excessive. | Excessive in time for a trial attorney to revise already drafted motions and to have multiple attorneys work on the same motions. |
| Z Epstein | 10/02/23 | Draft proposed jury instructions | 2.3 | 2.3 | Excessive. | Excessive in time for a trial attorney to draft jury instructions and to have multiple attorneys work on the same instructions. |
| M Lowe | 10/02/23 | Edit statement of uncontroverted facts in support of motion for summary judgment | 3.1 | 3.1 | Excessive. | Excessive in time for a trial attorney to revise already drafted facts/motions and to have multiple attorneys work on the same motions. |
| M Lowe | 10/02/23 | Review M. Lowe declaration and notice of lodging and emails to Z. Epstein re same | 0.3 | | | |
| M Lowe | 10/02/23 | Coordinating with Z. Epstein, C. Stein and C. MacGregor re filing various motions and related papers | 1.9 | 1.9 | Vague, excessive. | Fails to articulate work performed and coordinated. Excessive in time for trial attorney to “coordinate” motions and papers. Unclear to what papers and motion referred. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 10/02/23 | Communicate with R. Davis re meet and confer obligations for trial | 0.2 | | | |
| M Lowe | 10/02/23 | Review and revise draft jury instructions and email to team re same | 0.6 | 0.6 | Excessive. | Excessive in time for a trial attorney to review and revise already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| M Lowe | 10/02/23 | Review draft statement of uncontroverted facts and email team re same | 0.7 | 0.7 | Excessive. | Excessive in time for a trial attorney to review and revise already drafted statements/facts/motions and to have multiple attorneys work on the same motion. |
| C MacGregor | 10/02/23 | Revise Statement of Facts to accompany motion for summary judgment | 1.9 | 1.9 | Excessive. | Excessive in time for a trial attorney to review and revise already drafted statements/facts/motions and to have multiple attorneys work on the same motion. |
| C MacGregor | 10/02/23 | Finalize Memorandum of Law in Support of Motion for Summary Judgment for filing | 1.8 | 1.8 | Excessive. | Excessive in time for a trial attorney to review and revise already drafted statements/facts/motions and to have multiple attorneys work on the same motion. |
| C MacGregor | 10/02/23 | Analyze motion to exclude expert testimony of C. Gray | 0.4 | 0.4 | Excessive. | Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 10/02/23 | Research caselaw to support jury instructions | 0.7 | 0.7 | Excessive. | Excessive in time for a trial attorney to research case law for already drafted jury instructions and to have multiple attorneys work on the same instructions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 10/02/23 | Draft jury instructions | 2.1 | 2.1 | Excessive. | Excessive in time for a trial attorney to further draft already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| A Monaco | 10/02/23 | Research case law for use in drafting jury instructions | 5.5 | 5.5 | Excessive. | Excessive in time for a trial attorney to research case law for already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| C Stein | 10/02/23 | Attention to statement of undisputed facts. | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed. Excessive in time for a trial attorney to review and revise already drafted statements/facts/motions and to have multiple attorneys work on the same motion. |
| C Stein | 10/02/23 | Attention to draft jury instructions. | 1.1 | 1.1 | Excessive. | Excessive in time for a trial attorney to further draft already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| C Stein | 10/02/23 | Analyze Relators' motion and REDACTED | 0.9 | 0.9 | Vague. | Fails to articulate work performed and analyzed, unclear what was redacted and why. |
| C Stein | 10/02/23 | Call re summary judgment brief and strategy re filing. | 0.4 | 0.4 | Vague. | Fails to articulate work performed. |
| A Einhorn | 10/03/23 | Analyze motions to exclude SBA declarations and expert testimony of C. Gray. | 1.4 | 1.4 | Vague, excessive. | Fails to articulate work performed and analyzed. Gray was excluded as an expert, making the work unnecessary. |
| Z Epstein | 10/03/23 | Strategize objections to Relators' | 1.1 | 1.1 | Vague. | Fails to articulate work performed and strategized. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | proposed jury instructions | | | | |
| Z Epstein | 10/03/23 | Strategize arguments in opposition to Relators' pretrial motions | 1.6 | 1.6 | Vague. | Fails to articulate work performed and strategized. |
| M Lowe | 10/03/23 | Attention to efforts to REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C MacGregor | 10/03/23 | Communicate with court regarding status of hearing | 0.3 | | | |
| C MacGregor | 10/03/23 | Research case law to support opposition to motion to exclude C. Gray | 1.2 | 1.2 | Vague, excessive. | Fails to articulate work performed and researched. Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 10/03/23 | Strategize regarding opposition to Relators' motion to exclude C. Gray and motion to strike SBA declarations | 1.4 | 1.4 | Vague, excessive. | Fails to articulate work performed and strategized. Gray was excluded as an expert, making the work unnecessary. |
| I Palmieri | 10/03/23 | Research and analyze REDACTED in preparation for opposition brief. | 1.0 | 1.0 | Vague. | Fails to articulate work performed, researched or analyzed, unclear what is redacted and why. |
| I Palmieri | 10/03/23 | Strategize with C. MacGregor and Z. Epstein regarding research and analysis of relevant jurisprudence to support opposition briefs. | 0.2 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C Stein | 10/03/23 | Call with Zach and Christy re Oppositions and jury instructions. | 0.5 | | | |
| C Stein | 10/03/23 | Call with K. Crisp on Summary Judgment oral argument and jury instructions. | 0.5 | | | |
| Z Epstein | 10/04/23 | Draft analysis of Relators' proposed jury instructions | 1.0 | | | |
| I Palmieri | 10/04/23 | Research and analyze relevant jurisprudence regarding REDACTED in preparation for drafting opposition briefs. | 3.0 | 3.0 | Vague | Vague as to what was researched. |
| K Cuthbert | 10/05/23 | Organize trial exhibits, pursuant to request of C. MacGregor. | 1.0 | 1.0 | Excessive. | Excessive in amount of time "organizing" exhibits. |
| Z Epstein | 10/05/23 | Analyze authority REDACTED before filing motion to exclude evidence | 0.5 | 0.5 | Vague. | Fails to articulate work performed or analyzed, unclear what is redacted and why. |
| Z Epstein | 10/05/23 | Draft analysis of Local Rules re required pretrial briefing | 0.7 | 0.7 | Excessive. | Excessive in amount of time for a trial attorney to draft and analyze the local rules. |
| Z Epstein | 10/05/23 | Analyze Relators' proposed jury instructions | 3.5 | 3.5 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in amount of time for a trial attorney to analyze jury instructions. Same work performed by other attorneys. |
| M Lowe | 10/05/23 | Review proposed jury instructions sent to relators | 0.4 | 0.4 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in amount of |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | time for a trial attorney to analyze jury instructions. Same work performed by other attorneys. |
| M Lowe | 10/05/23 | Analyze relators' motion to exclude testimony of Christopher Gray | 0.9 | 0.9 | Excessive. | Gray was excluded as an expert, making the work unnecessary. |
| M Lowe | 10/05/23 | Emails to and from R. Davis re Relators' jury instructions | 0.2 | | | |
| M Lowe | 10/05/23 | Analyze relators' proposed jury instructions, ManPow's proposed jury instructions, comparison of the two, and email to team re REDACTED | 3.0 | | | |
| M Lowe | 10/05/23 | Analyze relators' motion to exclude SBA declarations | 0.5 | | | |
| C MacGregor | 10/05/23 | Prepare for pre-trial conference | 1.4 | 1.0 | Vague. | Fails to articulate work performed. |
| I Palmieri | 10/05/23 | Research and analyze relevant jurisprudence regarding REDACTED in preparation for drafting opposition briefs. | 2.6 | 2.6 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |
| A Sterling | 10/05/23 | Research regarding REDACTED | 1.9 | 1.9 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |
| Z Epstein | 10/06/23 | Draft opposition to Relators' motion to exclude SBA declarations | 2.9 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 10/06/23 | Strategize arguments in opposition to Relators' motion to exclude C. Gray testimony | 0.7 | 0.7 | Vague, excessive. | Fails to articulate work performed and strategized, Gray was excluded as an expert, making the work unnecessary. |
| Z Epstein | 10/06/23 | Strategize and draft objections to Relators' proposed jury instructions | 0.8 | 0.3 | Vague. | Fails to articulate work "strategized" and with whom. |
| M Lowe | 10/06/23 | Emails to and from Z. Epstein, C. Stein, and C. MacGregor re jury instructions | 0.5 | 0.5 | Vague, excessive. | Fails to articulate reason for emails regarding jury instructions; excessive because unnecessary. |
| M Lowe | 10/06/23 | Analyze motion to exclude C. Gray testimony and email team re responses to same | 2.5 | 2.5 | Vague, excessive. | Fails to articulate work performed and analyzed, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 10/06/23 | Prepare for pre-trial conference | 0.7 | | | |
| C MacGregor | 10/06/23 | Analyze C. Gray deposition testimony to support opposition to motion to exclude C. Gray | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed and analyzed, Gray was excluded as an expert, making the work unnecessary. |
| Z Epstein | 10/07/23 | Draft opposition to Relators' motion to exclude SBA declarations | 1.4 | | | |
| Z Epstein | 10/07/23 | Draft proposed jury instructions | 1.4 | 1.4 | Excessive. | Excessive in time for a trial attorney to draft already drafted jury instructions and to have multiple attorneys work on the same instructions. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 10/07/23 | Draft opposition to motion to exclude C. Gray | 1.6 | 1.6 | Excessive. | Gray was excluded as an expert, making the work unnecessary. |
| A Einhorn | 10/08/23 | Work on draft opposition to motion to exclude SBA Declarations. | 2.6 | 1.6 | Vague, excessive. | Fails to articulate work performed and what “work on” means. Excessive in time to have multiple attorneys work on the same opposition. |
| Z Epstein | 10/08/23 | Draft opposition to Relators' motion to exclude SBA declarations | 2.5 | 2.5 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. |
| A Einhorn | 10/09/23 | Work on draft opposition to motion to exclude testimony of C. Gray. | 3.6 | 3.6 | Vague, excessive. | Fails to articulate work performed and what “work on” means. Excessive in time to have multiple attorneys work on the same opposition. Also, Gray was excluded as an expert, making the work unnecessary. |
| A Einhorn | 10/09/23 | Work on draft jury instructions. | 0.8 | 0.8 | Excessive. | Excessive in time for a trial attorney to draft already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| Z Epstein | 10/09/23 | Draft opposition to Relators' motion to exclude SBA declarations | 2.9 | | | |
| Z Epstein | 10/09/23 | Draft proposed jury instructions | 2.3 | 2.3 | Excessive. | Excessive in time for a trial attorney to draft already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| M Lowe | 10/09/23 | Strategy conf. with. A. Einhorn | 0.5 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 10/09/23 | Revise draft jury instructions | 3.5 | 3.5 | Excessive. | Excessive in time for a trial attorney to revise and draft already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| M Lowe | 10/09/23 | Revise opposition to relators' motion to exclude and strike SBA declarations | 5.1 | | | |
| M Lowe | 10/09/23 | Emails to and from team re jury instructions, meet and confer, and oppositions to motions | 0.2 | | | |
| M Lowe | 10/09/23 | Analyze Relators' motion to exclude SBA Declarations | 1.0 | | | |
| M Lowe | 10/09/23 | Analyze Relators' motion to exclude C. Gray testimony | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time to have multiple attorneys work on the same motion. Also, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 10/09/23 | Draft opposition to motion to exclude C. Gray | 3.2 | 3.2 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. Also, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 10/09/23 | Prepare materials for pre-trial conference | 0.5 | 0.5 | Vague. | Fails to articulate what work was performed. |
| A Einhorn | 10/10/23 | Work on revisions to opposition to exclude Chris Gray testimony. | 2.1 | 2.1 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. Also, Gray was excluded as an expert, making the work unnecessary. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 10/10/23 | Strategize next steps and prepare for pre-trial meeting including review of local rules and draft revisions to pre-trial task list. | 3.8 | 3.0 | Vague, excessive. | Fails to articulate work performed, prepared and strategized. Excessive in time to have trial attorney reviewing local rules and drafting a "talk list." |
| A Einhorn | 10/10/23 | Review and revise opposition to motion to exclude SBA Declarations. | 2.5 | 2.5 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. |
| Z Epstein | 10/10/23 | Draft opposition to Relators' motion to exclude SBA declarations | 1.4 | 1.4 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. |
| Z Epstein | 10/10/23 | Draft proposed jury instructions | 2.3 | 2.3 | Excessive. | Excessive in time for a trial attorney to revise and draft already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| M Lowe | 10/10/23 | Prep for REDACTED by reviewing ManPow's motion for summary judgment and statement of undisputed facts | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed and prepared, unclear what is redacted and why. Excessive in time to have trial attorney reviewing already drafted motion. |
| M Lowe | 10/10/23 | Revise ManPow's jury instructions | 1.2 | 1.2 | Excessive. | Excessive in time for a trial attorney to revise and draft already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| M Lowe | 10/10/23 | Edit opposition to Relators' motion to exclude SBA declarations | 1.0 | 1.0 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. |
| M Lowe | 10/10/23 | Revise opposition to Relators' | 4.5 | 4.5 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. Also, |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | motion to exclude C. Gray | | | | Gray was excluded as an expert, making the work unnecessary. |
| M Lowe | 10/10/23 | Call with REDACTED re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed, unclear what was redacted and why. Also, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 10/10/23 | Prepare exhibit list for pre-trial conference | 2.0 | 1.7 | Vague, excessive. | Fails to articulate work performed and what was prepared. Excessive in amount of time taken by trial attorney to prepare an exhibit list for a conference. |
| C Stein | 10/10/23 | Revise Opposition to Exclude SBA Declarations. | 1.2 | 1.0 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. |
| A Einhorn | 10/11/23 | Work on draft proposed stipulations of fact. | 3.2 | 3.2 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time to have multiple attorneys work on the same motion/stipulation of facts. |
| A Einhorn | 10/11/23 | Work on brief in opposition to exclude SBA declarations. | 2.3 | 2.3 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time to have multiple attorneys work on the same opposition. |
| A Einhorn | 10/11/23 | Analyze and finalize jury instructions. | 2.8 | 2.8 | Excessive. | Excessive in time for a trial attorney to "analyze and finalize" already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| A Einhorn | 10/11/23 | Work on brief in opposition to exclude C. Gray. | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time to have multiple attorneys work on the same |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | opposition. Also, Gray was excluded as an expert, making the work unnecessary. |
| Z Epstein | 10/11/23 | Draft proposed jury instructions | 1.4 | 1.4 | Excessive. | Excessive in time for a trial attorney to draft already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| Z Epstein | 10/11/23 | Strategize drafting of pretrial filings | 0.5 | 0.5 | Vague. | Fails to articulate work performed and strategized. |
| Z Epstein | 10/11/23 | Draft opposition to Relators' motion to exclude SBA declarations | 2.8 | 2.8 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. |
| M Lowe | 10/11/23 | Edit opposition to motion to exclude C. Gray | 0.4 | 0.4 | Excessive. | Excessive in time to have multiple attorneys work on the same, already drafted opposition. Also, Gray was excluded as an expert, making the work unnecessary. |
| M Lowe | 10/11/23 | Emails to and from team members re edits to jury instructions and oppositions to motions | 0.3 | 0.3 | Excessive. | Excessive in time for a trial attorney to edit already drafted jury instructions and oppositions, and to have multiple attorneys work on the same instructions. |
| M Lowe | 10/11/23 | Edit jury instructions | 0.8 | 0.8 | Excessive. | Excessive in time for a trial attorney to edit already drafted jury instructions and to have multiple attorneys work on the same instructions multiple times. |
| M Lowe | 10/11/23 | Edit opposition to motion to exclude SBA Declarations | 1.0 | 1.0 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. |
| M Lowe | 10/11/23 | Edit declaration of M. Lowe in support of opposition to | 0.5 | 0.5 | Excessive. | Excessive in time to have multiple attorneys work on the same opposition. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | motion to exclude SBA Declarations | | | | |
| M Lowe | 10/11/23 | Edit jury instructions | 0.5 | 0.5 | Excessive. | Excessive in time for a trial attorney to edit already drafted jury instructions and to have multiple attorneys work on the same instructions multiple times. |
| M Lowe | 10/11/23 | Review final jury instructions and email from Z. Epstein to Relators re same | 0.2 | 0.2 | Excessive. | Excessive in time for a trial attorney to edit already drafted jury instructions and to have multiple attorneys work on the same instructions multiple times. |
| C MacGregor | 10/11/23 | Draft opposition to motion to exclude C. Gray | 1.5 | 1.5 | Excessive. | Excessive in time to have multiple attorneys work on the same, already drafted opposition. Also, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 10/11/23 | Research caselaw to support opposition to motion to exclude C. Gray | 2.0 | 2.0 | Excessive. | Excessive in time to have multiple attorneys work on the same, already drafted opposition. Also, Gray was excluded as an expert, making the work unnecessary. |
| C MacGregor | 10/11/23 | Prepare materials for pre-trial conference | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed and what was prepared. Excessive in amount of time taken by trial attorney to prepare an exhibit list for a conference. |
| C Stein | 10/11/23 | Revise draft jury instructions. | 1.0 | 1.0 | Excessive. | Excessive in time for a trial attorney to revise already drafted jury instructions and to have multiple attorneys work on the same instructions multiple times. |
| A Einhorn | 10/12/23 | Discuss with counsel confidentiality | 1.8 | 1.8 | Vague. | Fails to articulate work performed, discussed and |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | designations and research REDACTED . | | | | researched, unclear what is redacted and why. |
| A Einhorn | 10/12/23 | Analyze briefs in opposition to motion for summary judgment and daubert. | 2.0 | 2.0 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time to have trial attorney reviewing already drafted motions. |
| A Einhorn | 10/12/23 | Finalize briefs in opposition to motions to exclude SBA declarations and C. Gray. | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed. Excessive in time to have multiple attorneys work on the same, already drafted opposition. Also, Gray was excluded as an expert, making the work unnecessary. |
| A Einhorn | 10/12/23 | Work on draft memorandum of contentions of fact and law. | 0.6 | 0.6 | Vague. | Fails to articulate work performed and what "work on" means. |
| A Einhorn | 10/12/23 | Work on reply in support of MSJ. | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time to have multiple attorneys work on the same, already drafted motion. |
| A Einhorn | 10/12/23 | Work on preparation for pre-trial meeting. | 2.5 | 2.5 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time to have a trial attorney prepare for a meeting. |
| Z Epstein | 10/12/23 | Draft opposition to Relators' motion to exclude C. Gray | 0.6 | 0.6 | Excessive. | Gray was excluded as an expert, making the work unnecessary. |
| Z Epstein | 10/12/23 | Draft opposition to Relators' motion to exclude SBA declarations | 2.4 | 2.4 | Excessive. | Excessive in time for a trial attorney to draft an already drafted opposition and to have multiple attorneys |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | work on the same opposition multiple times. |
| M Lowe | 10/12/23 | Analyze Relators' Opposition to motion to exclude W. Castro, and draft outline and arguments for our reply brief | 2.5 | 2.0 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to draft an already drafted opposition and to have multiple attorneys work on the same opposition multiple times. |
| M Lowe | 10/12/23 | Final review of opposition to motion to exclude SBA declarations | 0.5 | 0.5 | Excessive. | Excessive in time for a trial attorney to draft an already drafted opposition and to have multiple attorneys work on the same opposition multiple times. |
| M Lowe | 10/12/23 | Review and edit draft proposed stipulations of fact | 0.6 | 0.6 | Excessive. | Excessive in time for a trial attorney to review and edit already drafted stipulations and to have multiple attorneys work on the same stipulations. |
| M Lowe | 10/12/23 | Review and edit draft exhibit list and witness disclosures and email to team re same | 0.5 | 0.6 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to review and edit an already drafted motion and to have multiple attorneys work on the same motion multiple times. |
| M Lowe | 10/12/23 | Analyze relators' opposition to motion to exclude Castro and email to team re same | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to draft an already drafted opposition and to have multiple attorneys work on the same opposition multiple times. |
| C MacGregor | 10/12/23 | Prepare materials for pre-trial conference | 3.0 | 3.0 | Vague, excessive. | Fails to articulate work performed and what was prepared. Excessive in amount of time taken by trial attorney to prepare materials for a conference. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| C MacGregor | 10/12/23 | Strategize regarding reply in support of motion to exclude W. Castro | 0.9 | 0.9 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial attorney to draft an already drafted motion and to have multiple attorneys work on the same motion multiple times. |
| C MacGregor | 10/12/23 | Research caselaw to support reply in support of motion to exclude W. Castro | 0.9 | 0.9 | Excessive. | Excessive in time for a trial attorney to draft an already drafted motion and to have multiple attorneys work on the same motion multiple times |
| I Palmieri | 10/12/23 | Revise Opposition to Relator's Motion to Exclude Expert Witness. | 1.0 | 1.0 | Excessive. | Excessive in time for a trial attorney to revise an already drafted opposition and to have multiple attorneys work on the same opposition multiple times. |
| A Sterling | 10/12/23 | Researching REDACTED | 1.3 | 1.3 | Vague. | Fails to articulate work performed and prepared, unclear what is redacted and why. |
| A Sterling | 10/12/23 | Revising Opposition to Motion to Exclude and Strike SBA Declarations and associated declaration of M. Lowe | 1.0 | 1.0 | Excessive. | Excessive in time for a trial attorney to revise an already drafted opposition and to have multiple attorneys work on the same opposition multiple times. |
| A Sterling | 10/12/23 | Preparation of document production log for use in building exhibit list for 10.16.23 pretrial conference | 1.3 | | | |
| A Einhorn | 10/13/23 | Analyze opposition to motions including strategy meeting | 2.6 | 2.8 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to revise an |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | with team re reply briefs. | | | | already drafted opposition and to have multiple attorneys work on the same opposition multiple times. |
| A Einhorn | 10/13/23 | Work on draft declaration in support of sealing including discussion with A. Sterling re research. | 2.2 | 2.2 | Vague. | Fails to articulate work performed and what "work on" means. |
| A Einhorn | 10/13/23 | Work on research in support of summary judgment. | 1.5 | 1.5 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time to have trial attorney research for an already drafted motion. |
| A Einhorn | 10/13/23 | Work on draft reply brief in support of summary judgment. | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time to have trial attorney draft an already drafted motion. |
| Z Epstein | 10/13/23 | Evaluate REDACTED re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed and evaluated, unclear what was redacted and why. |
| Z Epstein | 10/13/23 | Draft correspondence to REDACTED | 0.9 | 0.9 | Vague. | Fails to articulate work performed and evaluated, unclear what was redacted and why. |
| Z Epstein | 10/13/23 | Evaluate Relators' opposition to ManPow's motion for summary judgment | 1.0 | 0.7 | Vague, excessive. | Fails to articulate work performed and evaluated. Excessive in time for a trial attorney to evaluate an already drafted opposition and to have multiple attorneys work on the same opposition multiple times. |
| M Lowe | 10/13/23 | Analyze relators' response to ManPow motion for summary judgment and | 2.5 | 2.5 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to analyze an already drafted motion and |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | email to team re REDACTED | | | | to have multiple attorneys work on the same motion multiple times. |
| M Lowe | 10/13/23 | Strategy meeting with C. Stein, A. Einhorn, C. MacGregor, and Z. Epstein re outstanding motions, replies, and other matters | 1.0 | 0.7 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time to have multiple attorneys strategizing. |
| M Lowe | 10/13/23 | Email to REDACTED re REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |
| M Lowe | 10/13/23 | Analyze Relators' opposition to motion to exclude Hines testimony and draft email to team REDACTED | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what was redacted and why. Excessive in time for a trial attorney to analyze an already drafted opposition and to have multiple attorneys work on the same opposition multiple times. |
| C MacGregor | 10/13/23 | Strategize regarding reply to motion to exclude K. Hines and reply to motion for summary judgment | 1.4 | 1.4 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial attorney to strategize the same motions and to have multiple attorneys work on the same motions multiple times. |
| C MacGregor | 10/13/23 | Analyze caselaw to support Reply to Motion to Exclude W. Castro | 2.0 | 2.0 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to analyze case law for already drafted motions and continue to work on the same motions multiple times. |
| C MacGregor | 10/13/23 | Strategize regarding Reply to Relators' Opposition to | 1.3 | 1.3 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial attorney to strategize the |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | Motion to Exclude W. Castro | | | | same opposition and to have multiple attorneys work on the same opposition multiple times. |
| C MacGregor | 10/13/23 | Strategize regarding Declaration in Support of Application to File Documents Under Seal | 1.5 | 1.5 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial attorney to strategize the unknown. |
| C MacGregor | 10/13/23 | Draft Declaration in support of motion to file under seal | 0.8 | 0.8 | Excessive. | Excessive in that multiple attorneys did drafted this declaration. |
| I Palmieri | 10/13/23 | Research and analyze caselaw in support of filing reply briefs and opposition to relators' motions to exclude. | 5.2 | 4.2 | Excessive. | Excessive in time to research and analyze case law for already drafted oppositions. |
| C Stein | 10/13/23 | Outline reply briefs for all motions. | 1.0 | | | |
| C Stein | 10/13/23 | Analyze summary judgment opposition from Relators, outline arguments for reply. | 1.0 | 0.7 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to analyze already drafted motions and continue to work on the same motions multiple times. |
| A Sterling | 10/13/23 | Drafting declaration in support of application to file under seal | 2.9 | 2.9 | Excessive. | Excessive in that multiple attorneys drafted this declaration. |
| A Sterling | 10/13/23 | Researching REDACTED | 1.8 | 1.8 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |
| A Sterling | 10/13/23 | Research regarding REDACTED | 1.2 | 1.2 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Sterling | 10/13/23 | Researching and analyzing case law to REDACTED | 2.8 | 2.8 | Vague. | Fails to articulate work performed, unclear what was redacted and why. |
| A Einhorn | 10/14/23 | Work on draft reply in further support of summary judgment. | 2.2 | 1.5 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time to have trial attorney work on an already drafted motion. |
| A Einhorn | 10/14/23 | Analyze declaration in support of sealing. | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to analyze an already drafted declaration. |
| Z Epstein | 10/14/23 | Strategize and draft reply re motion to exclude K. Hines testimony | 3.4 | 3.4 | Excessive. | Defendant lost on all Daubert motions. |
| M Lowe | 10/14/23 | Analyze Relators' proposed jury instructions | 0.3 | 0.3 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to analyze the same instructions. |
| C MacGregor | 10/14/23 | Draft Reply to Relators' Opposition to Motion to Exclude W. Castro | 2.3 | 2.3 | Excessive. | Defendant lost on all Daubert motions. |
| C MacGregor | 10/14/23 | Draft Declaration in Support of Application to File Documents Under Seal | 1.7 | 1.7 | Excessive. | Excessive in time for a trial attorney to draft an already drafted declaration by another attorney. |
| A Einhorn | 10/15/23 | Draft reply brief in further support of summary judgment. | 4.4 | 3.4 | Excessive. | Excessive in time for a trial attorney to draft a motion already prepared. |
| Z Epstein | 10/15/23 | Strategize and draft reply re motion to exclude | 2.6 | 2.0 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | K. Hines testimony | | | | attorney to draft a motion already prepared. |
| C MacGregor | 10/15/23 | Draft Reply to Relators' Opposition to Motion to Exclude W. Castro | 4.4 | 4.4 | Excessive. | Excessive in time for a trial attorney to draft already drafted opposition and continue to work on the same opposition multiple times by multiple attorneys. |
| I Palmieri | 10/15/23 | Research and analyze caselaw in support of filing reply briefs and opposition to relators' motions to exclude. | 1.2 | 0.7 | Excessive. | Excessive in amount of time and number of attorneys doing the same research. |
| A Einhorn | 10/16/23 | Conduct further research for reply in further support of MSJ including revisions to draft. | 4.8 | 4.0 | Excessive. | Excessive in amount of time and number of attorneys doing the same research. |
| A Einhorn | 10/16/23 | Discuss REDACTED sealing declaration and work on filing of the same. | 0.7 | 0.7 | Vague. | Fails to articulate work performed and discussed (and with whom), unclear what is redacted and why |
| A Einhorn | 10/16/23 | Discuss pre-trial meeting including follow up. | 0.5 | 0.7 | Vague. | Fails to articulate work performed and discussed (and with whom). |
| Z Epstein | 10/16/23 | Strategize under seal filing and analyze relevant Local Rules re declaration in support of application to file under seal | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed, strategized and analyzed. Excessive in time for a trial attorney to analyze how to file pursuant to local rules. |
| Z Epstein | 10/16/23 | Analyze witness list | 0.7 | 0.7 | Vague. | Fails to articulate work performed and analyzed. |
| Z Epstein | 10/16/23 | Revise reply re motion to exclude | 0.7 | 0.2 | Excessive. | Excessive in time to have trial attorney revising already drafted motion. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | W. Castro testimony | | | | |
| Z Epstein | 10/16/23 | Strategize and draft reply re motion to exclude K. Hines testimony | 2.9 | 2.5 | Excessive. | Excessive in time to have trial attorney revising already drafted motion. |
| M Lowe | 10/16/23 | Emails to and from K. Crisp and A. Einhorn re meet and confer with M. Dakak | 0.4 | | | |
| M Lowe | 10/16/23 | Review declaration of P. Hess and declaration of M. Lowe in support of application to file under seal | 0.4 | | | |
| M Lowe | 10/16/23 | Confer with C. Stein re call with REDACTED, and review email re same | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C MacGregor | 10/16/23 | Draft Reply to Relators' Opposition to Motion to Exclude W. Castro | 3.0 | 3.0 | Excessive. | Excessive in time for a trial attorney to draft already drafted motion/reply and continue to work on the same motion/reply multiple times by multiple attorneys. |
| C MacGregor | 10/16/23 | Draft Declaration and Affidavit in Support of Application to File under Seal and prepare for filing | 2.4 | 2.4 | Excessive. | Excessive in time for a trial attorney to draft an already drafted declaration by another attorney. |
| C Stein | 10/16/23 | Call with REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| A Einhorn | 10/17/23 | Analyze and discuss SUF. | 0.5 | 0.5 | Vague. | Fails to articulate work performed, analyzed and discussed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 10/17/23 | Work on draft reply brief in further support of MSJ. | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time for a trial attorney to "work on" and draft already drafted reply/motion and to have multiple attorneys work on the same reply/motion. |
| Z Epstein | 10/17/23 | Analyze Relators' statement of undisputed facts | 1.3 | 1.3 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to analyze the same motion/statements already drafted and to have multiple attorneys work on the same. |
| Z Epstein | 10/17/23 | Strategize and draft reply re motion to exclude K. Hines testimony | 2.2 | 2.2 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. Defendant lost on all Daubert motions. |
| M Lowe | 10/17/23 | Email to REDACTED re REDACTED | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| C MacGregor | 10/17/23 | Draft Reply to Relators' Opposition to Motion to Exclude W. Castro | 1.2 | 1.2 | Excessive. | Excessive in time for a trial attorney to work on the same opposition already drafted and to have multiple attorneys work on the same. Defendant lost on all Daubert motions. |
| A Einhorn | 10/18/23 | Analyze revisions to reply brief in further support of summary judgment. | 1.4 | 1.4 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 10/18/23 | Further analysis of statement of facts. | 0.6 | 0.4 | Excessive. | Excessive in time for a trial attorney to work on the same statement of facts already drafted and to have multiple attorneys work on the same. |
| Z Epstein | 10/18/23 | Strategize objections to Relators' proposed jury instructions | 1.0 | 1.0 | Vague. | Fails to articulate work performed and strategized. |
| M Lowe | 10/18/23 | Emails from M. Dakak re meet and confer and proposed schedule for trial deadlines | 0.2 | | | |
| M Lowe | 10/18/23 | Revise ManPow reply in support of motion to exclude Hines testimony | 3.1 | 3.1 | Excessive. | Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. Defendant lost on all Daubert motions. |
| M Lowe | 10/18/23 | Revise reply brief in support of motion to exclude Castro testimony | 5.5 | 5.5 | Excessive. | Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. Defendant lost on all Daubert motions. |
| M Lowe | 10/18/23 | Revise reply brief in support of motion for summary judgment | 7.8 | 6.8 | Excessive. | Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. |
| C Stein | 10/18/23 | Begin preparation for summary judgment hearing. | 1.0 | 1.0 | Vague. | Fails to articulate work performed and prepared. |
| C Stein | 10/18/23 | Revise summary judgment reply brief. | 1.5 | 1.5 | Excessive. | Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | multiple attorneys work on the same. |
| A Einhorn | 10/19/23 | Work on revisions to draft reply brief in support of MSJ. | 3.2 | 3.2 | Excessive. | Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. |
| A Einhorn | 10/19/23 | Analyze REDACTED and redraft section of reply brief in further support of MSJ. | 2.2 | 2.2 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what is redacted and why. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. |
| A Einhorn | 10/19/23 | Analyze reply briefs in further support of motions to exclude SBA declarations and Gray testimony. | 1.2 | 1.2 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what is redacted and why. Excessive in time for a trial attorney to work on the same motion already drafted and to have multiple attorneys work on the same. Also, Gray was excluded as an expert, making the work unnecessary. |
| Z Epstein | 10/19/23 | Strategize and draft reply re motion to exclude K. Hines testimony | 1.2 | 1.2 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. Defendant lost on all Daubert motions. |
| Z Epstein | 10/19/23 | Strategize and draft reply re motion to exclude W. Castro testimony | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | the same. Defendant lost on all Daubert motions. |
| Z Epstein | 10/19/23 | Strategize and draft reply re motion for summary judgment | 1.5 | 1.5 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. |
| Z Epstein | 10/19/23 | Strategize objections to Relators' proposed jury instructions | 0.7 | 0.7 | Vague, excessive. | Fails to articulate work performed and strategized. Excessive in time for a trial attorney to work on the same jury instructions already drafted and to have multiple attorneys work on the same. |
| M Lowe | 10/19/23 | Revise and finalize reply in support of motion for summary judgment REDACTED | 2.0 | 2.0 | Vague, excessive. | Fails to articulate work performed, unclear what is redacted and why. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. |
| C MacGregor | 10/19/23 | Finalize Reply briefs for filing | 1.5 | 1.5 | Vague, excessive. | Fails to articulate work performed. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. |
| C Stein | 10/19/23 | Revise summary judgment and Daubert motion reply briefs. | 2.2 | 2.2 | Excessive. | Excessive in time for a trial attorney to work on the same motions already drafted and to have multiple attorneys work on the same. |
| C Stein | 10/19/23 | Analyze REDACTED and | 1.0 | 1.0 | Vague, excessive. | Fails to articulate work performed and analyzed, unclear what was redacted |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | revise brief re same. | | | | and why. Excessive in time for a trial attorney to work on the same brief already drafted and to have multiple attorneys work on the same. |
| A Einhorn | 10/20/23 | Prepare for mock argument on summary judgment motion | 3.2 | 2.2 | Excessive. | Excessive in time for a trial attorney to work on the same motion already drafted and to have multiple attorneys work on the same. |
| A Einhorn | 10/20/23 | Research cases cited in REDACTED . | 2.0 | 2.0 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| Z Epstein | 10/20/23 | Strategize and prepare arguments and materials for summary judgment hearing | 1.0 | 0.7 | Vague, excessive. | Fails to articulate work performed, strategized and prepared. Excessive in time for a trial attorney to work on the same motion and to have multiple attorneys work on the same. |
| Z Epstein | 10/20/23 | Draft objections to Relators' jury instructions | 2.3 | 1.5 | Excessive. | Excessive in time for a trial attorney to draft objections to already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| M Lowe | 10/20/23 | Analyze relators' proposed jury instructions as compared to ManPow's proposed jury instructions | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed. Excessive in time for a trial attorney to work on the same instructions multiple times and by multiple attorneys. |
| M Lowe | 10/20/23 | Analyze relators' reply brief in support of motion to exclude SBA Declarations | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | | | | | multiple attorneys work on the same. |
| M Lowe | 10/20/23 | Analyze relators' reply brief in support of motion to exclude C. Gray | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to work on the same motion/reply already drafted and to have multiple attorneys work on the same. Also, Gray was excluded as an expert, making the work unnecessary. |
| C Stein | 10/20/23 | Prepare for oral argument on summary judgment motion. | 2.3 | 1.8 | Excessive. | Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| M Lowe | 10/22/23 | Analyze Relators' proposed and ManPow proposed jury instructions, and edit ManPow's objections to Relators' proposed jury instructions | 2.0 | 2.0 | Vague, excessive. | Fails to articulate work performed. Excessive in time for a trial attorney to work on the same instructions multiple times and by multiple attorneys. |
| W Taylor | 10/22/23 | Analyze summary judgment briefs in preparation for mock summary judgment argument | 0.9 | 0.9 | Excessive. | Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| K Cuthbert | 10/23/23 | Assemble indices for cases cited in multiple briefs, pursuant to request of Z. Epstein. | 2.5 | 2.0 | Excessive. | Excessive in amount of time to "assemble indices." |
| A Einhorn | 10/23/23 | Research law re REDACTED and formulate arguments in response | 3.5 | 2.5 | Vague, excessive. | Fails to articulate work performed and researched, unclear what was redacted and why. Excessive in time |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | including draft outline. | | | | for a trial attorney to formulate arguments. |
| Z Epstein | 10/23/23 | Revise proposed jury instructions | 1.1 | 1.1 | Excessive. | Excessive in time for a trial attorney to revise already drafted jury instructions and to have multiple attorneys work on the same instructions. |
| Z Epstein | 10/23/23 | Draft oral argument outline re motion to exclude SBA declarations | 2.5 | 2.0 | Excessive. | Excessive in time for a trial attorney to draft an outline for a hearing. Same work billed by others. |
| Z Epstein | 10/23/23 | Strategize and prepare arguments and materials for summary judgment hearing | 0.5 | 0.5 | Excessive. | Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| M Lowe | 10/23/23 | Review and analyze motion for summary judgment in preparation for oral argument | 2.5 | 2.0 | Excessive. | Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| M Lowe | 10/23/23 | Review outline for oral argument to respond to Relators' Reply in Support of their Motion to Exclude the SBA Declarations. | 0.3 | 0.3 | Excessive. | Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| M Lowe | 10/23/23 | Conf. with C. Stein re ManPow oral argument strategy and organization of arguments | 1.2 | 1.0 | Excessive. | Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| M Lowe | 10/23/23 | Call with. S. Stein and Z. Epstein re | 0.5 | 0.5 | Excessive. | Excessive in time for a trial attorney to prepare for a |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | oral argument prep | | | | hearing. Same work billed by others. |
| C MacGregor | 10/23/23 | Distinguish case law REDACTED and draft outline in preparation for summary judgment hearing | 2.9 | 2.9 | Vague, excessive. | Fails to articulate work performed, unclear what was redacted and why. Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| C Stein | 10/23/23 | Prepare for oral argument on summary judgment motion. | 4.6 | 4.0 | Vague, excessive. | Fails to articulate work performed. Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| W Taylor | 10/23/23 | Analyze materials in preparation for oral argument | 3.9 | 3.0 | Vague, excessive. | Fails to articulate work performed. Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| K Cuthbert | 10/24/23 | Assemble exhibit indices for multiple briefs, pursuant to request of Z. Epstein. | 1.0 | 0.7 | Excessive. | Excessive in amount of time to "assemble exhibit indices." |
| A Einhorn | 10/24/23 | **[No Charge]** Attend mock argument for pending motions including follow up. | 3.4 | | | |
| A Einhorn | 10/24/23 | Consider additional arguments for SJ including REDACTED | 0.6 | 0.6 | Vague. | Unclear what is redacted and why. |
| A Einhorn | 10/24/23 | Analyze orders on motion to seal and upcoming dates including correspondence REDACTED re same. | 0.6 | 0.6 | Vague. | Fails to articulate work performed or analyzed, unclear what is redacted and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 10/24/23 | Analyze authority re motion in limine to preclude Relators' counsel from stating they represent the United States | 2.0 | 2.0 | Vague. | Vague as to analyze and what authority was analyzed. |
| M Lowe | 10/24/23 | Conf. with C. Stein, K. Crisp, W. Taylor, and A. Einhorn to prep for oral argument | 3.5 | 3.0 | Vague, excessive. | Fails to articulate work performed. Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| M Lowe | 10/24/23 | Review motion to exclude SBA declarations, opposition thereto, and reply in support thereof in preparation for oral argument. | 2.5 | | | |
| M Lowe | 10/24/23 | Review motion to exclude Hines testimony, opposition thereto, and reply in support thereof in preparation for oral argument | 1.5 | 1.5 | Excessive. | Defendant lost on all Daubert motions. |
| M Lowe | 10/24/23 | Review motion to exclude Castro testimony, opposition thereto, and reply in support thereof in preparation for oral argument | 1.8 | 1.8 | Excessive. | Defendant lost on all Daubert motions. |
| C Stein | 10/24/23 | Prepare for oral argument re summary judgment motion. | 3.0 | 3.0 | Vague, excessive. | Fails to articulate work performed. Excessive in time for a trial attorney to prepare for a hearing. Same work billed by others. |
| A Sterling | 10/24/23 | Review of documents produced by | 1.0 | | | |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | ManPow to prepare a document log. | | | | |
| W Taylor | 10/24/23 | Analyze motion for summary judgment, analyze motion to strike, analyze Daubert motions, discuss strategy and arguments with C. Stein, M. Lowe, A. Einhorn, and K. Crisp | 4.1 | 4.1 | Excessive. | Vague. Excessive to have new partner jump in and "analyze" filings. |
| A Einhorn | 10/25/23 | Research local rules re motion to amend scheduling order including further discussion re strategy. | 0.5 | 0.3 | Excessive. | Excessive in amount of time to research local rules and same work done by another attorney. |
| Z Epstein | 10/25/23 | Analyze Local Rules re process to continue scheduling order | 1.0 | 0.7 | Excessive. | Excessive in amount of time to research local rules and same work done by another attorney. |
| C Stein | 10/25/23 | Attention to hearing schedule and trial schedule based on Court's new order. | 0.5 | 0.3 | Excessive. | Excessive in amount of time to calendaring dates and same work done by others. |
| A Einhorn | 10/26/23 | Attention to rescheduling of hearing and trial dates. | 0.6 | 0.4 | Excessive. | Excessive in amount of time to calendaring dates and same work done by others. |
| K Cuthbert | 10/27/23 | Create table of contents for cases and exhibit sets cited in various pleadings, pursuant to request of Z. Epstein. | 1.5 | 1.0 | Excessive. | Excessive in amount of time to create a table of contents. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 10/27/23 | Strategize scheduling and upcoming tasks and work for hearings on MSJ and other motions. | 0.9 | 0.9 | Vague, excessive. | Fails to articulate work performed and what “work on” means. Excessive in amount of time to calendaring dates and same work done by others. |
| Z Epstein | 10/27/23 | Strategize and prepare arguments and materials for summary judgment hearing | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed, strategized, and prepared. Excessive in amount of time preparing for argument of the same motion as well as same work done by others. |
| A Einhorn | 10/30/23 | Discuss response to statement of facts and work on preparation for hearing. | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed and discussed. Excessive in amount of time preparing for a hearing as well as same work done by others. |
| Z Epstein | 10/30/23 | Draft analysis of key pretrial filings re updated scheduling order | 0.8 | 0.5 | Excessive. | Excessive in amount of time analyzing pretrial filings. |
| M Lowe | 10/30/23 | Analyze Relators' response to ManPow's Statement of Undisputed Facts | 1.0 | 0.7 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time for a trial attorney to work on the same response/facts and to have multiple attorneys work on the same. |
| A Einhorn | 10/31/23 | Correspondence with opposing counsel re trial date and further discussion re hearing preparation. | 0.4 | 0.2 | Excessive. | Excessive in amount of time preparing for hearing. |
| Z Epstein | 10/31/23 | Evaluate REDACTED in False Claims Act cases | 0.5 | 0.5 | Vague. | Fails to articulate work performed or analyzed, unclear what is redacted and why. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 10/31/23 | Strategy conf. with C. Stein | 0.3 | | | |
| A Einhorn | 11/01/23 | Strategize procedure to request trial continuance including discussion with opposing counsel. | 0.8 | | | |
| Z Epstein | 11/01/23 | Draft motion in limine to preclude relators' counsel from stating they represent the United States | 1.8 | 1.8 | Excessive. | Never filed. |
| Z Epstein | 11/01/23 | Draft chronology of REDACTED | 0.6 | 0.6 | Vague. | Fails to articulate work performed or analyzed, unclear what is redacted and why. |
| C Stein | 11/01/23 | Attention to trial date stipulation/motion to continue. | 0.5 | 0.2 | Vague, excessive. | Fails to articulate work performed. Excessive in time for a trial attorney to work on motion to continue. |
| A Einhorn | 11/02/23 | Work on REDACTED in preparation of hearing on MSJ. | 0.6 | 0.6 | Vague, excessive. | Fails to articulate work performed or analyzed, unclear what is redacted and why. Excessive in amount of time spent on preparing for motion for hearing. |
| Z Epstein | 11/02/23 | Draft chronology of REDACTED | 0.5 | 0.5 | Vague. | Fails to articulate work performed or analyzed, unclear what is redacted and why. Already billed above. |
| A Sterling | 11/04/23 | Review of documents produced by ManPow (Bates Numbers 553 to 2026) to prepare a document log. | 5.3 | 5.3 | Vague, excessive. | Unclear what specifically was done and what the purpose was. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Sterling | 11/05/23 | Review of documents produced by ManPow (Bates Numbers 2027 to 4099) to prepare a document log. | 4.7 | 4.7 | Vague, excessive. | Unclear what specifically was done and what the purpose was. |
| A Sterling | 11/05/23 | Review of documents produced by ManPow (Bates Numbers 4100 to 5584) to prepare a document log. | 2.9 | 2.9 | Vague, excessive. | Unclear what specifically was done and what the purpose was. |
| A Einhorn | 11/06/23 | Correspondence with opposing counsel re trial scheduling including analysis of local rules. | 1.4 | 1.0 | Excessive. | Excessive in amount of time spent analyzing local rules and trial schedule. |
| Z Epstein | 11/06/23 | Analyze authority cited in parties' briefing to prepare for oral arguments | 1.3 | 0.8 | Excessive. | Excessive in amount of time spent analyzing cases and preparing for argument. |
| Z Epstein | 11/06/23 | Strategize and draft ex parte application to continue trial schedule | 1.1 | 1.1 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| M Lowe | 11/06/23 | Emails to and from M. Dakak, C. Stein, A. Einhorn, and Z. Epstein re trial scheduling and exp parte application to continue trial | 0.2 | 0.2 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| A Sterling | 11/06/23 | Review of documents produced by | 2.6 | 2.6 | Vague, excessive. | Unclear what specifically was done and what the purpose was. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | ManPow (Bates Numbers 5585 to 6960) to prepare a document log. | | | | |
| A Einhorn | 11/07/23 | Strategize response to Relators re trial scheduling including discussion with Z. Epstein re same. | 0.9 | 0.5 | Excessive. | Excessive in amount of time spent strategizing and responding to trial schedule. Also, myriad attorneys billing for same. |
| M Lowe | 11/07/23 | Emails from M. Dakak and C. Stein re trial schedule meet and confer in advance of ex parte application for continuance of trial date | 0.2 | 0.2 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| M Lowe | 11/07/23 | Review draft ex parte application to continue trial | 0.3 | 0.3 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| A Sterling | 11/07/23 | Research regarding REDACTED . | 2.1 | 2.1 | Vague. | Fails to articulate work performed or researched, unclear what is redacted and why. |
| A Einhorn | 11/08/23 | Analyze draft ex parte application to continue trial dates. | 1.1 | 1.1 | Excessive. | Excessive in amount of time spent analyzing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| Z Epstein | 11/08/23 | Analyze Relators' correspondence regarding pretrial conference filings | 0.2 | 0.2 | Excessive. | Excessive in amount of time spent analyzing correspondence regarding pretrial conference filings. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 11/08/23 | Strategize and draft ex parte application to continue trial schedule | 1.2 | 1.2 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| Z Epstein | 11/08/23 | Analyze government's position on REDACTED | 0.8 | 0.8 | Vague. | Fails to articulate work performed or analyzed, unclear what is redacted and why. |
| M Lowe | 11/08/23 | Emails to and from Z. Epstein, A. Einhorn, K Crisp, C. Stein, and R. Davis re ex parte application to continue trial | 0.5 | 0.5 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| K Cuthbert | 11/09/23 | Update case binders, pursuant to request of Z. Epstein. | 0.5 | 0.3 | Excessive. | Excessive amount of time to update case binders. |
| A Einhorn | 11/09/23 | Research REDACTED including analysis of the same. | 1.4 | 1.4 | Vague. | Fails to articulate work performed or researched, unclear what is redacted and why. |
| A Einhorn | 11/09/23 | Work on draft ex parte application to continue trial dates including discussion with opposing counsel re the same. | 1.4 | 1.4 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| Z Epstein | 11/09/23 | Strategize and draft ex parte application to continue trial schedule | 3.6 | 3.6 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| M Lowe | 11/09/23 | Review and revise ex parte application for a continuance of trial date and declaration of Michael S. Lowe | 1.2 | 1.2 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| M Lowe | 11/09/23 | Review email correspondence re ex parte application for continuance of trial date | 0.2 | | | |
| M Lowe | 11/09/23 | Calls to M. Dakak re ex parte application for continuance of trial date | 0.2 | | | |
| A Einhorn | 11/10/23 | Draft email correspondence to opposing counsel re ex parte application. | 1.1 | 0.8 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application and correspondence therefore. Also, myriad attorneys billing for same. |
| A Einhorn | 11/10/23 | Work on finalizing draft ex parte application to continue trial dates. | 1.7 | 1.0 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| Z Epstein | 11/10/23 | Strategize and draft ex parte application to continue trial schedule | 5.0 | 5.0 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application to continue trial schedule. Also, myriad attorneys billing for same. |
| M Lowe | 11/10/23 | Communicate with AUSA A. Kollitz re | 0.2 | 0.2 | Excessive. | Excessive in amount of time spent communicating about ex parte application |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | ManPow ex parte application to continue trial date | | | | to continue trial. Also, myriad attorneys billing for same. |
| M Lowe | 11/10/23 | Review and revise declaration of M. Lowe in support of ex parte application for continuance of trial and related dates | 0.4 | 0.4 | Excessive. | Excessive in amount of time spent strategizing, drafting and revising an ex parte application. Also, myriad attorneys billing for same. |
| A Einhorn | 11/13/23 | Analyze opposition to ex parte application for continuance including further discussion and strategy re reply brief including analysis of local rules and draft reply brief. | 1.6 | 1.0 | Vague, excessive. | Fails to articulate what work was performed and analyzed. Excessive in amount of time spent analyzing and strategizing ex parte opposition and local rules. Also, myriad attorneys billing for same. |
| M Lowe | 11/13/23 | Emails to and from C. Stein summarizing relators' opposition to ManPow's ex parte application to continue trial and suggesting basis for a reply brief | 0.2 | 0.2 | Excessive. | Excessive in amount of time spent strategizing and summarizing ex parte application. Also, myriad attorneys billing for same. |
| M Lowe | 11/13/23 | Analyze Relators' opposition to ManPow's ex parte application to continue trial | 0.3 | 0.3 | Excessive. | Excessive in amount of time spent analyzing opposition to ex parte application. Also, myriad attorneys billing for same. |
| C MacGregor | 11/13/23 | Draft Reply in Support of Ex Parte Application to Continue Trial Dates | 1.6 | 1.0 | Excessive. | Excessive in amount of time spent drafting reply for the ex parte application. Also, myriad attorneys billing for same. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| A Einhorn | 11/14/23 | Strategize next steps in preparation of pre-trial conference. | 0.3 | 0.3 | Vague. | Fails to articulate work performed. |
| A Einhorn | 11/14/23 | Prepare for MSJ hearing including draft outline re various outstanding issues. | 1.5 | 1.0 | Excessive. | Excessive in amount of time spent preparing for summary judgment hearing. Multiple attorneys billing for same. |
| Z Epstein | 11/14/23 | Draft motion in limine to preclude Relators' counsel from stating they represent the United States | 0.3 | 0.3 | Excessive. | Never filed. |
| C MacGregor | 11/14/23 | Strategize regarding preparation for summary judgment hearing and pre-trial conference | 0.6 | 0.6 | Excessive. | Excessive in amount of time spent strategizing and preparing for summary judgment hearing. Multiple attorneys billing for same. |
| M Lowe | 11/15/23 | Analyze REDACTED and email from A. Einhorn re same | 0.4 | 0.4 | Vague. | Fails to articulate work performed or researched, unclear what is redacted and why. |
| A Einhorn | 11/16/23 | Work on binders in preparation of motions to exclude testimony. | 0.5 | 0.5 | Vague. | Fails to articulate work performed and what "work on" means. |
| M Lowe | 11/19/23 | Analyze briefing in connection with ManPow motion for summary judgment in preparation for hearing on same | 2.5 | 2.0 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in amount of time spent preparing for summary judgment hearing. Multiple attorneys billing for same. |
| M Lowe | 11/19/23 | Prepare outline for oral argument on Motion to | 2.0 | 1.5 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | Exclude SBA Declarations and analyze cases cited by parties in support and opposition to motion | | | | motion hearing. Multiple attorneys billing for same. |
| M Lowe | 11/19/23 | Prepare outline for oral argument on Motion for Summary Judgment | 3.1 | 2.8 | Excessive. | Excessive in amount of time spent preparing an outline for motion hearing. Multiple attorneys billing for same. |
| M Lowe | 11/20/23 | Prepare outline for oral argument on Motion to Exclude C. Gray Testimony and review cases cited by parties in motion and opposition thereto in preparation for oral argument | 3.5 | 3.5 | Excessive. | Excessive in amount of time spent preparing an outline for motion hearing. Multiple attorneys billing for same. Also, Gray was excluded as an expert, making the work unnecessary. |
| A Einhorn | 11/21/23 | Prepare for hearings on summary judgment and daubert motions. | 0.4 | 0.4 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent preparing for motions hearing. Multiple attorneys billing for same. |
| Z Epstein | 11/21/23 | Draft oral argument outline in response to Relators' reply in support of motion to exclude SBA declarations | 0.8 | 0.8 | Excessive. | Excessive in amount of time spent drafting outline for motion hearing. |
| M Lowe | 11/21/23 | Finish preparing outline for oral argument on Motion to Exclude C. Gray Testimony and analyze cases cited by parties in motion, | 1.0 | 1.0 | Excessive. | Excessive in amount of time spent preparing an outline for motion hearing. Multiple attorneys billing for same. Also, Gray was excluded as an expert, making the work unnecessary. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | opposition, and reply briefs in preparation for oral argument | | | | |
| M Lowe | 11/21/23 | Analyze cases on REDACTED in connection with ManPow motion for summary judgment and hearing on same | 2.0 | 2.0 | Vague, excessive. | Fails to articulate work performed or analyzed, unclear what is redacted and why. Excessive in amount of time spent on summary judgment. Same billing by myriad attorneys and multiple days. |
| M Lowe | 11/21/23 | Begin prepare outline for oral argument on Motion to Exclude W. Castro Testimony and analyze cases cited by ManPow in motion to exclude | 4.0 | 4.0 | Vague, excessive. | Fails to articulate work performed or prepared. Excessive in amount of time spent preparing an outline for motion hearing. Multiple attorneys billing for same. Also, Gray was excluded as an expert, making the work unnecessary. |
| C Stein | 11/21/23 | Prepare for summary judgment oral argument. | 1.0 | 0.7 | Excessive. | Excessive in amount of time spent preparing for motion hearing. |
| A Einhorn | 11/22/23 | Calculate upcoming dates in preparation of trial including correspondence with opposing counsel. | 0.8 | 0.6 | Excessive. | Excessive in amount of time spent preparing for motion hearing. |
| A Einhorn | 11/22/23 | Analyze court decisions on REDACTED including including research on REDACTED | 1.7 | 1.7 | Vague. | Fails to articulate work performed or analyzed, unclear what is redacted and why. |
| Z Epstein | 11/22/23 | Analyze court order deciding | 0.8 | 0.8 | Vague. | Fails to articulate work performed or analyzed. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | parties' Daubert motions | | | | |
| Z Epstein | 11/22/23 | Analyze court order on Relators' motion to exclude SBA declarations | 0.4 | 0.8 | Vague. | Fails to articulate work performed or analyzed. |
| M Lowe | 11/22/23 | Analyze order denying motions to exclude Castro and Hines and granting motion to exclude Gray, | 1.5 | 1.5 | Excessive. | Excessive in amount of time analyzing court orders. Multiple attorneys billing for same. Also, Gray was excluded as an expert, making the work unnecessary. |
| M Lowe | 11/22/23 | Conf. with C. Stein re order denying motions to exclude Castro and Hines and granting motion to exclude Gray | 0.5 | 0.5 | Excessive. | Excessive in amount of time discussing court orders. Multiple attorneys billing for same. Also, Gray was excluded as an expert, making the work unnecessary. |
| M Lowe | 11/22/23 | Analyze order on motions to exclude SBA witnesses and conf with C. Stein re same | 1.5 | 1.5 | Excessive. | Excessive in amount of time analyzing court orders. Multiple attorneys billing for same. |
| M Lowe | 11/22/23 | Communicate with C. Stein and K. Crisp re court rulings on motions | 0.2 | 0.2 | Excessive. | Excessive in amount of time analyzing court orders. Multiple attorneys billing for same. |
| M Lowe | 11/24/23 | Conf. with K. Crisp and C. Stein re court rulings on motions to exclude and strategy re REDACTED | 0.7 | 0.7 | Vague, excessive. | Fails to articulate work performed or analyzed, unclear what is redacted and why. Excessive in amount of time analyzing court orders. Multiple attorneys billing for same. |
| A Einhorn | 11/27/23 | Correspondence with opposing counsel re pre-trial dates including follow up re disclosure | 0.4 | 0.4 | Vague. | Vague to bill about disclosure of rebuttal witnesses, which occurred months earlier. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | of rebuttal expert witness. | | | | |
| M Lowe | 11/27/23 | Analyze ManPow's motion for summary judgement and reply in support thereof in preparation for oral argument prep | 2.0 | 1.3 | Vague, excessive. | Fails to articulate work performed or analyzed. Excessive in amount of time spent analyzing already prepared motions/replies. |
| M Lowe | 11/27/23 | Draft and send email to C. Stein re analysis of REDACTED | 0.3 | 0.3 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 11/27/23 | Edit draft email to R. Davis re further meet and confer obligations for resolving outstanding pretrial matters | 0.2 | | | |
| M Lowe | 11/27/23 | Emails to and from K. Crisp and C. Stein re REDACTED | 0.2 | 0.2 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| M Lowe | 11/27/23 | Emails to and from R. Davis re outstanding meet and confer obligations | 0.2 | | | |
| A Einhorn | 11/28/23 | Analyze and compile upcoming dates and strategize next steps including analysis of dates to appeal Daubert decisions and discussion with C. Stein and M. Lowe re same. | 1.5 | 1.5 | Vague, excessive. | Fails to articulate work performed. Excessive in the amount of time calendaring dates and strategizing/discussing next steps with other billing attorneys. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| Z Epstein | 11/28/23 | Analyze court decision regarding parties' Daubert motions | 0.5 | 0.2 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in the amount of time spent on a court's order. |
| M Lowe | 11/28/23 | Emails to and from C. Stein and A. Einhorn re REDACTED and analysis of Court order denying motions to exclude Castro and Hines | 0.1 | 0.1 | Vague. | Fails to articulate work performed, unclear what is redacted and why. |
| A Einhorn | 11/29/23 | Correspondence with opposing counsel re motions in limine including analysis of local rules and standing orders re timing of meet and confer requirements. | 0.8 | 0.8 | Excessive | Excessive in the amount of time spent on a court's order, local rules, etc. Motion never filed. |
| Z Epstein | 11/29/23 | Analyze Local Rules regarding procedure for filing motions in limine | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive amount of time for trial attorneys to analyze local rules. |
| M Lowe | 11/29/23 | Analyze Relators' proposed witness list and exhibit list | 0.5 | 0.5 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive amount of time for trial attorneys to create witness and exhibit list. |
| A Einhorn | 11/30/23 | Work on revisions and address comments from M. Lowe on draft motion in limine. | 3.1 | 3.1 | Excessive. | Never filed. |
| A Einhorn | 11/30/23 | Work on revisions and address comments from | 3.1 | 2.5 | Vague, excessive. | Fails to articulate work performed and what "work on" means. Excessive in time to have multiple |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | M. Lowe on draft motion in limine. | | | | attorneys work on the same motion. |
| M Lowe | 11/30/23 | Analyze emails from A. Einhorn and K. Crisp re meet and confer timeline obligations and status of outstanding matters. | 0.1 | | | |
| M Lowe | 11/30/23 | Analyze Relators' proposed stipulated facts | 1.1 | 0.7 | Vague, excessive. | Fails to articulate work performed and analyzed. Excessive in time to review stipulated facts. |
| M Lowe | 11/30/23 | Analyze Relators' proposed deposition transcripts for use at trial | 1.6 | 1.0 | Excessive. | Excessive in time to review depositions. |
| M Lowe | 11/30/23 | Revise motion in limine to preclude Relators from claiming they represent the United States | 0.5 | 0.5 | Excessive. | Never filed. |
| M Lowe | 11/30/23 | Finalize outline for argument on motion for summary judgment and review cases cited by parties, REDACTED | 2.5 | 2.5 | Vague, Excessive. | Fails to articulate work performed, unclear what is redacted and why. Excessive in amount of time spent on motion already drafted and to prepare for argument. Multiple attorneys working on same thing. |
| C MacGregor | 11/30/23 | Strategize regarding motions in limine and trial preparation | 0.6 | 0.6 | Vague, Excessive. | Fails to articulate work performed. Excessive in amount of time spent on motions already drafted. Multiple attorneys working on same thing. |
| K Crisp | 11/02/23 | Strategy and analysis re trial, pretrial matters, | 1.2 | 0.8 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| | | and summary judgment issues | | | | matters already billed. Multiple attorneys working on same thing. |
| K Crisp | 11/06/02 | Strategy and analysis re trial and summary judgment issues | 2.1 | 2.1 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on matters already billed. Multiple attorneys working on same thing. |
| K Crisp | 11/08/23 | Analysis of pretrial and scheduling issues | 1.4 | 1.4 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on matters already billed. Multiple attorneys working on same thing. |
| K Crisp | 11/10/23 | Strategy and analysis re ex parte and pretrial issues | 1.1 | 1.1 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on matters already billed. Multiple attorneys working on same thing. |
| K Crisp | 11/14/23 | Correspondence with opposing counsel re pretrial matters and scheduling; strategy and analysis re same | 0.8 | 0.8 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on matters already billed. |
| K Crisp | 11/16/23 | Strategy and analysis re scheduling and summary judgment issues | 1.8 | 1.8 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on matters already billed. Multiple attorneys working on same thing. |
| K Crisp | 11/20/23 | Correspondence with opposing counsel re pretrial issues | 0.8 | 0.2 | Excessive. | Excessive in amount of time spent corresponding about pre-trial issues. Multiple attorneys working on same thing. |
| K Crisp | 11/22/23 | Analyze orders on Daubert motions and scheduling issues | 1.9 | 1.9 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on motions already billed and scheduling. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K Crisp | 11/27/23 | Strategy and analysis re various pretrial filings and correspondence with opposing counsel re same | 1.9 | 1.9 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on pretrial filings. Multiple attorneys working on same thing. |
| K Crisp | 11/29/23 | Correspondence with opposing counsel re motions in limine and other pretrial matters | 0.8 | 0.2 | Excessive. | Excessive in amount of time spent on pretrial filings. Multiple attorneys working on same thing. |
| K Crisp | 11/30/23 | Strategy and analysis re summary judgment and pretrial matters | 1.2 | 1.2 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on summary judgment and pretrial filings. Multiple attorneys working on same thing. |
| K Crisp | 10/02/23 | Revise and edit summary judgment papers | 0.9 | 0.9 | Excessive. | **Out of chronological order – does it matter?** Excessive in amount of time spent revising and editing summary judgment papers already billed by other attorneys. |
| K Crisp | 10/03/23 | Strategy and analysis re pre-trial meeting and exchanges | 0.8 | 0.9 | Vague, excessive. | Fails to articulate work performed and what meetings and exchanges were held (and with whom and why). Excessive in amount of time spent on pre-trial meeting already billed by other attorneys. |
| K Crisp | 10/09/23 | Strategy and analysis re various pretrial motions, conferences, and filings | 1.7 | 1.7 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent on pre-trial motions, conferences and filings already billed by other attorneys. |

| ATTY | DATE | DESCRIPTION | TIME CHALLENGED | REDUCE BY | OBJECTION | REASON FOR OBJECTION |
|---|---|---|---|---|---|---|
| K Crisp | 10/10/23 | Revise and edit briefs in opposition to Relators' Daubert motions | 2.8 | 2.8 | Excessive. | Excessive in amount of time spent revising and editing opposition to motions already billed by other attorneys. |
| K Crisp | 10/16/23 | Prepare for and attend pretrial conference of counsel | 3.1 | 3.1 | Vague, excessive. | Fails to articulate work performed. Excessive in amount of time spent preparing for pretrial conference already billed by other attorneys. No need for biller to also attend pretrial conference. |
| K Crisp | 10/18/23 | Strategy and analysis re summary judgment and Daubert reply briefs | 2.9 | 2.9 | Excessive. | Excessive in amount of time spent on summary judgment and motion papers already billed by other attorneys. |
| K Crisp | 10/20/23 | Strategy and analysis re summary judgment and various pretrial filing issues | 2.4 | 2.4 | Excessive. | Excessive in amount of time spent on summary judgment papers and other pretrial filings already billed by other attorneys. |