UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| United States of America ex rel. MATTHEW MILLER; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MANPOW, LLC, a Texas limited liability corporation, <br><br> Defendant - Appellee. | No. 24-289 <br> D.C. No. 2:21-cv-05418-VAP-ADS <br> Central District of California, Los Angeles <br><br> ORDER |
| MATTHEW MILLER, et al.; <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MANPOW, LLC, <br><br> Defendant - Appellant. | No. 24-548 <br> D.C. No. 2:21-cv-05418-VAP-ADS <br> Central District of California, Los Angeles |
| MATTHEW MILLER, et al.; <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MANPOW, LLC, <br><br> Defendant - Appellant. | No. 24-1401 <br> D.C. No. 2:21-cv-05418-DSF-ADS <br> Central District of California, Los Angeles |

24-289

The parties' stipulated motion (Docket Entry No. 27) for voluntary dismissal of these consolidated appeals is granted. Nos. 24-289, 24-548, and 24-1401 are dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court as to these consolidated appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT